.

| | | |
|---|---|---|
| BECKHAM JEWELRY, LLC<br>120 DISTRICT BLVD, STE D110<br>JACKSON, MS 39211 | HEERA MOTI, INC<br>15 W 47TH ST<br>STE 808<br>NEW YORK, NY 10036 | STULLER<br>P.O. BOX 87777<br>LAFAYETTE, LA 70598-777 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | HINDS CO TAX COLLECTOR<br>P.O. BOX 1727<br>JACKSON, MS 39215-1727 | TDLDC RETAIL I, LLC<br>300 CONCOURSE BLVD<br>STE 105<br>RIDGELAND, MS 39157 |
| BARNES, BAILEY, & JANO<br>5 RIVERBEND PLACE<br>STE A<br>FLOWOOD, MS 39232 | KELLY WATERS<br>P.O. BOX 240924<br>BOSTON, MA 02124 | TR JEWELRY CONCEPTS<br>2707 MT. RUSHMORE RD<br>RAPID CITY, SD 57701 |
| BRIAN BECKHAM<br>120 DISTRICT BLVD<br>STE D110<br>JACKSON, MS 39211 | KERRY WHITT, CO<br>125 DEATON RD<br>OWENS CROSS ROADS, AL 35763 | WLBT<br>715 S JEFFERSON ST<br>JACKSON, MS 39201 |
| DAZZLE IMPORTS<br>5555 GLENDRIDGE CONNEC<br>STE 200<br>ATLANTA, GA 30342 | LAMHA<br>20 W 47ST ST<br>STE 807<br>NEW YORK, NY 10036 | |
| DYNASTY CASTING<br>644 SHREWSBERRY COMMON<br>SHREWSBURY, PA 17361 | MCLEOD & RIGEL, PA<br>10 PROFESSIONAL PKWY<br>HATTIESBURG, MS 39402 | |
| ELDAR, INC<br>3068 N 2700 E<br>FORREST, IL 61741 | NIVODA<br>580 5TH AVE<br>STE 2508<br>NEW YORK, NY 10036 | |
| GARY CARRIERE<br>125 DEATON RD<br>OWENS CROSS ROADS, AL 35763 | OVERNIGHT MOUNTINGS, I<br>1400 PLAZA AVE<br>NEW HYDE PARK, NY 11040 | |
| HAKIMI DIAMOND CORP<br>15 W 47TH ST<br>NEW YORK, NY 10036 | S. KASHI<br>175 ROAD STE 204<br>GREAT NECK, NY 11021 | |