## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**BECKHAM JEWELRY, LLC,**                                               **CASE NO. 25-01234-JAW**

**DEBTOR-IN-POSSESSION**.                                                **CHAPTER 11**

### Notice of Deficiency

To the Debtor-in-Possession and his attorney, if any:

For this case to be administered, it is necessary that the items(s) described below be filed **immediately**.

- **List of 20 Largest Unsecured Creditors**
    - *Non-Individual Official Form 204*

In the event the above documents are not filed on or before **May 16, 2025**, the Court may dismiss this case without further notice or hearing.

Dated:  May 14, 2025                                  Danny L. Miller, Clerk of Court

                                                                    By:   /s/  Beth Harkins

                                                                    Thad Cochran U.S. Courthouse
                                                                    501 E. Court St., Ste. 2.300
                                                                    Jackson, MS 39201
                                                                    601-608-4600