# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**BECKHAM JEWELRY, LLC,**                                    CASE NO. 25-01234-JAW

**DEBTOR-IN-POSSESSION.**                                    CHAPTER 11

## Notice of Deficiency

To the Debtor-in-Possession and his attorney, if any:

For this case to be administered, it is necessary that the items described below be filed **immediately**.[1]

- Balance Sheet
- Statement of Operations
- Cash-Flow Statement
- Federal Income Tax Return
  **or**
- A statement *(under penalty of perjury)* that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

In the event, the Debtor fails to comply with this notice on or before **May 21, 2025** the Court may dismiss this case without further notice or hearing.

Dated:  May 14, 2025            Danny L. Miller, Clerk of Court

                                By: /s/**Beth Harkins**

                                Thad Cochran U.S. Courthouse
                                501 E. Court St., Ste 2.300
                                Jackson, MS 39201
                                601-608-4600

---

[1] *See* 11. U.S.C. §1116(1) and 11. U.S.C. §1187 if the Debtor elected to proceed under Subchapter V.