| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Beckham Jewelry, LLC** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF MISSISSIPPI** | ☐ Check if this is an amended filing |
| Case number (if known): | **25-01234** | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Barnes, Bailey, & Jano** 5 Riverbend Place Ste A Flowood, MS 39232 | | | | | | $1,498.12 |
| **Dazzle Imports** 5555 Glendridge Connec Ste 200 Atlanta, GA 30342 | | | | | | $3,560.00 |
| **Dynasty Casting** 644 Shrewsberry Common Shrewsbury, PA 17361 | | | | | | $1,971.32 |
| **Eldar, Inc** 3068 N 2700 E Forrest, IL 61741 | | | | | | $3,401.25 |
| **Gary Carriere** 125 Deaton Rd Owens Cross Roads, AL 35763 | | | | | | $11,285.00 |
| **Hakimi Diamond Corp** 15 W 47th ST New York, NY 10036 | | | | | | $7,080.00 |
| **Heera Moti, Inc** 15 W 47th St Ste 808 New York, NY 10036 | | | | | | $21,352.00 |
| **Hinds Co Tax Collector** P.O. Box 1727 Jackson, MS 39215-1727 | | | | | | $1,391.50 |

Debtor **Beckham Jewelry, LLC**  
Name

Case number *(if known)* **25-01234**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Kelly Waters** P.O. Box 240924 Boston, MA 02124 | | | | | | $4,002.00 |
| **Kerry Whitt, Co** 125 Deaton Rd Owens Cross Roads, AL 35763 | | | | | | $5,118.10 |
| **Lamha** 20 W 47st St Ste 807 New York, NY 10036 | | | | | | $865.00 |
| **McLeod & Rigel, PA** 10 Professional Pkwy Hattiesburg, MS 39402 | | | | | | $2,144.09 |
| **Nivoda** 580 5th Ave Ste 2508 New York, NY 10036 | | | | | | $14,215.21 |
| **Overnight Mountings, I** 1400 Plaza Ave New Hyde Park, NY 11040 | | | | | | $709.95 |
| **S. Kashi** 175 Road Ste 204 Great Neck, NY 11021 | | | | | | $8,540.00 |
| **Stuller** P.O. Box 87777 Lafayette, LA 70598-7777 | | | | | | $3,156.64 |
| **TDLDC Retail I, LLC** 300 Concourse Blvd Ste 105 Ridgeland, MS 39157 | | | | $30,765.74 | $0.00 | $30,765.74 |
| **TR Jewelry Concepts** 2707 Mt. Rushmore Rd Rapid City, SD 57701 | | | | | | $2,002.63 |
| **WLBT** 715 S Jefferson St Jackson, MS 39201 | | | | | | $9,250.00 |