## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Beckham Jewelry, LLC, Debtor                Case No. 25-01234-JAW
                                                                              CHAPTER 11

### NOTICE

Debtor has filed papers with the court to be Employ Counsel. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: May 14, 2025        Signature:        /s/ Thomas C. Rollins, Jr.
                                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                                           Jennifer A Curry Calvillo (MSBN 104367)
                                                           The Rollins Law Firm, PLLC
                                                           P.O. Box 13767
                                                           Jackson, MS 39236
                                                           601-500-5533
                                                           trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Beckham Jewelry, LLC, Debtor          Case No. 25-01234-JAW
                                                 CHAPTER 11

**APPLICATION OF DEBTOR IN POSSESSION TO EMPLOY COUNSEL**

COMES NOW, Beckham Jewelry, LLC (the "Debtor"), by and through the undersigned counsel, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, and hereby respectfully moves this Court to approve the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtor in Possession. In support of this application, the Debtor states as follows:

1. On May 14, 2025, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Mississippi.

2. The Debtor wishes to employ Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as its attorney in this Chapter 11 case.

3. The professional services to be rendered by Mr. Rollins include, but are not limited to, advising the Debtor on all matters which are now anticipated to arise in the functioning of this proceeding.

4. Mr. Rollins is competent to represent the Debtor in all matters which are now anticipated to arise in the functioning of this proceeding.

5. To the best of the Debtor's knowledge, Mr. Rollins has no adverse interest to the Debtor or the estate and has no connection with the creditors or other parties in interest or their respective attorneys.

6. The proposed terms of employment for Mr. Rollins are as follows:

    a. Mr. Rollins' hourly rate is $360 per hour;

  b. Paralegals will bill at $155 per hour;

  c. Legal assistants will bill at $100 per hour;

7. Any retainer received will be applied against the fees and expenses incurred before any additional fees will be sought.

8. The Bankruptcy Code allows for the employment of professionals, including attorneys, on reasonable terms and conditions, subject to court approval.  11 U.S.C. § 327(a)

9. The proposed terms of employment, including the hourly rates, are reasonable and in line with prevailing market rates for attorneys with similar experience and expertise in bankruptcy matters.

10. The employment of Mr. Rollins is necessary and in the best interests of the Debtor and the estate to ensure proper representation throughout the Chapter 11 proceedings.

WHEREFORE, the Debtor respectfully requests that this Court enter an order:

 A. Authorizing the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtor in Possession;

 B. Approving the terms of employment as set forth in this application; and

 C. Granting such other and further relief as this Court deems just and proper.

       Respectfully submitted,

       Beckham Jewelry, LLC, APPLICANT

       BY:

       /s/ Thomas C. Rollins, Jr.
       Thomas C. Rollins, Jr.
       Its Attorney

Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on May,14 2025, to:

By USPS First Class Mail:

    Debtor

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>  BECKHAM JEWELRY, LLC | CASE NO: 25-01234<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 5/14/2025, I did cause a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/14/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>BECKHAM JEWELRY, LLC | CASE NO: 25-01234<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 5/14/2025, a copy of the following documents, described below,

Notice and Application to Employ Counsel

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/14/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-01234<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED MAY 14 10-17-37 PST 2025 | BECKHAM JEWELRY  LLC<br>120 DISTRICT BLVD  STE D110<br>JACKSON  MS 39211-6304 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| BARNES  BAILEY  JANO<br>5 RIVERBEND PLACE<br>STE A<br>FLOWOOD  MS 39232-7618 | BRIAN BECKHAM<br>120 DISTRICT BLVD<br>STE D110<br>JACKSON  MS 39211-6304 | DAZZLE IMPORTS<br>5555 GLENRIDGE CONNEC<br>STE 200<br>ATLANTA  GA 30342-4815 |
| DYNASTY CASTING<br>644 SHREWSBERRY COMMON<br>SHREWSBURY  PA 17361-1617 | ELDAR  INC<br>3068 N 2700 E<br>FORREST  IL 61741 | GARY CARRIERE<br>125 DEATON RD<br>OWENS CROSS ROADS  AL 35763-9553 |
| HAKIMI DIAMOND CORP<br>15 W 47TH ST<br>NEW YORK  NY 10036-3305 | HEERA MOTI  INC<br>15 W 47TH ST<br>STE 808<br>NEW YORK  NY 10036-3327 | HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON  MS 39215-1727 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KELLY WATERS<br>PO BOX 240924<br>BOSTON  MA 02124-0016 | KERRY WHITT  CO<br>125 DEATON RD<br>OWENS CROSS ROADS  AL 35763-9553 |
| LAMHA<br>20 W 47ST ST<br>STE 807<br>NEW YORK  NY 10036-4298 | (P)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | MCLEOD  RIGEL  PA<br>10 PROFESSIONAL PKWY<br>HATTIESBURG  MS 39402-2636 |
| NIVODA<br>580 5TH AVE<br>STE 2508<br>NEW YORK  NY 10036-4771 | OVERNIGHT MOUNTINGS  I<br>1400 PLAZA AVE<br>NEW HYDE PARK  NY 11040-4921 | S KASHI<br>175 ROAD STE 204<br>GREAT NECK  NY 11021 |
| STULLER<br>PO BOX 87777<br>LAFAYETTE  LA 70598-7777 | TDLDC RETAIL I  LLC<br>300 CONCOURSE BLVD<br>STE 105<br>RIDGELAND  MS 39157-2091 | TR JEWELRY CONCEPTS<br>2707 MT RUSHMORE RD<br>RAPID CITY  SD 57701-5324 |
| US ATTORNEY SD MISSISSIPPI<br>CO INTERNAL REVENUE SERVICE<br>501 E COURT STREET  STE 4430<br>JACKSON  MS 39201-5025 | US ATTORNEY SD MISSISSIPPI<br>CO US SECURITIES AND EXCHANGE COMMISS<br>501 E COURT STREET  STE 4430<br>JACKSON  MS 39201-5025 | US SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY ROAD  SUITE 900<br>ATLANTA  GA 30326-1382 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WLBT
715 S JEFFERSON ST
JACKSON MS 39201-5622

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~