**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  **Beckham Jewelry, LLC, Debtor**            Case No. 25-01234-JAW
                                                   **CHAPTER 11**

### PROJECTED BUDGET

| Item | Monthly Average |
|---|---|
| Sales | $33,516.60 |
| Cost of Goods Sold | $3,106.48 |
| **Gross Profit** | **$30,410.12** |
| **Expenses** | |
| Advertising | $125.00 |
| Bank Charges | $415.00 |
| Contract Labor | $75.00 |
| Dues and Subscriptions | $836.25 |
| Insurance | $1,250.00 |
| Professional Fees | $3,000.00 |
| Rent | $5,972.05 |
| Tax | $350.00 |
| Office Supplies | $37.50 |
| Payroll | $2,678.25 |
| Postage and Shipping | $70.00 |
| Supplies | $57.50 |
| Utilities | $1,814.65 |
| Workers Comp Ins | $232.50 |
| Owner's Payroll | $4,200.00 |
| Reserve | $1,000.00 |
| **Total Expenses** | **$22113.70** |
| **Net Income** | **$8,296.42** |

# Exhibit "A"