**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Beckham Jewelry, LLC, Debtor                  Case No. 25-01234-JAW
                                                       CHAPTER 11

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL
AND GRANTING ADEQUATE PROTECTION**

Upon the motion (the "Motion") of Beckham Jewelry, LLC (the "Debtor") for entry of interim and final orders authorizing the use of cash collateral and granting adequate protection pursuant to 11 U.S.C. 105(a) and 363(c) (Dk # ___), and upon consideration of the Motion, the Court Orders that:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED on an interim basis.

3. The Debtor is authorized to use cash collateral pursuant to 11 U.S.C. 105(a) and 363(c) to continue to manage the collection and disbursement of their cash in the ordinary course of business.

4. The Debtor is authorized to close all existing banking accounts and centralize their depository account with BankPlus or Regions, including but not limited to DIP accounts, and will not open any additional accounts at other financial institutions without court approval.

5. The Debtor is authorized to use cash collateral for the expenses listed in the budget attached hereto as Exhibit "A" through June 30, 2025.

##END OF ORDER##

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533