## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                Case No. 25-01234-JAW
                                                                                     CHAPTER 11

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Jennifer A Curry Calvillo, with The Rollins Law Firm and files her Entry of Appearance on behalf of Debtor in the above referenced bankruptcy case and would request the Clerk to provide her with all future electronic notices.

                              Respectfully submitted,

By:   /s/ Jennifer A Curry Calvillo
       Jennifer A Curry Calvillo (MSBN 104367)
       Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

### CERTIFICATE OF SERVICE

I, Jennifer A Curry Calvillo, do hereby certify that a true and correct copy of the above and foregoing Notice was forwarded on May 16, 2025, to:

By Electronic CM/ECF Notice:

    Case Trustee
    U.S. Trustee

                              /s/ Jennifer A Curry Calvillo
                              Jennifer A Curry Calvillo (MSBN 104367)