**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    BECKHAM JEWELRY, LLC,                  CASE NO. 25-01234--JAW

    **DEBTOR.**                                                                             **CHAPTER 11**

**NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND**
**DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)**

YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on July 8, 2025, at 10:00 a.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

ON OR BEFORE June 24, 2025, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE:  May 16, 2025                                          Danny L. Miller, Clerk of Court
                                                                       Thad Cochran U.S. Courthouse
                                                                       501 E. Court St., Ste. 2.300
                                                                       Jackson, MS 39201
                                                                       601-608-4600

Courtroom Deputy
601-608-4693