# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   **BECKHAM JEWELRY, LLC**<br>         **Debtor** | **CHAPTER 11**<br>**CASE NO. 25-01234-JAW** |

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Motion to Require Escrowed Subchapter V Trustee Payments* and the *Notice* in connection with same (copies of which are attached hereto as collective Exhibit "A"), to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the 16th day of May, 2025.

/s/ Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Pleadings\COS - Mot to Require Escrowed SubV Trustee Payments 6-3-24.wpd

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     BECKHAM JEWELRY, LLC            CHAPTER 11
                Debtor                                  CASE NO. 25-01234-JAW

## NOTICE

NOTICE IS HEREBY GIVEN that Craig M. Geno, the Subchapter V Trustee herein has filed his *Motion to Require Escrowed Subchapter V Trustee Payments* (the "Motion"), a copy of which is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Motion must file a written objection or other responsive pleading within **twenty-one (21) days** from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, and a copy of any objection must be served upon Craig M. Geno, Esq., Subchapter V Trustee, Law Offices of Craig M. Geno, PLLC, at 601 Renaissance Way, Suite A, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. In the event an objection to this Motion is filed, it will be scheduled for hearing in due course.

DATED, this the __16__ day of May, 2025.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____/s/ Craig M. Geno_____
       Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Pleadings\Notice - Mot to Require Escrowed SubV Trustee Payments 6-3-24.wpd

# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   BECKHAM JEWELRY, LLC   CHAPTER 11
         Debtor                  CASE NO. 25-01234-JAW

## MOTION TO REQUIRE ESCROWED SUBCHAPTER V TRUSTEE PAYMENTS

COMES NOW Craig M. Geno, the Subchapter V Trustee in the above styled and numbered case (the "Trustee"), and files this his *Motion to Require Escrowed Subchapter V Trustee Payments* (the "Motion"), and in support thereof, would respectfully show unto this Honorable Court as follows, to-wit:

1. The Trustee has been appointed as the Subchapter V Trustee in this Chapter 11 case.

2. There is no statutory requirement for the debtor-in-possession in a Subchapter V case to pay, or even escrow, fees and expenses of the trustee (or any trustee for that matter) while the case is pending and before entry of an order on confirmation of a plan.

3. In many instances, Subchapter V cases end up being dismissed, or converted to a case under Chapter 7, with no funds being paid to the Subchapter V trustee.

4. In addition, a number of Subchapter V cases are filed that simply are not going to be able to submit a feasible Chapter 11 plan, and the earlier the parties in the case know that, the better off everyone will be.

5. Bearing all of these considerations in mind, the Trustee moves the Court for an order requiring the Debtor to begin, immediately, depositing the sum of $1,000 per month with the Trustee, to be held in escrow, pending an application for compensation and notice and a hearing in connection with such application. The escrowed funds will be used to defray the Trustee's compensation, if any.

# EXHIBIT "A"

6. In the event the Debtor cannot afford to escrow $1,000 per month, or in the event the Debtor (or its equity security holders) are unwilling or unable to come up with $1,000 per month to fund an escrow, then the parties should know that sooner rather than later and take such action as necessary.

7. Other courts around the country have granted similar motions in Subchapter V cases (although at least one court has declined to do so) and some courts either have pending local rules or standing orders requiring such retainers to be paid, subject to the fee application, notice and a hearing process.

8. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that upon a hearing hereof this Honorable Court will enter its order granting the Motion. The Trustee prays for general relief.

THIS, the 16th day of May, 2025.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Pleadings\Mot to Require Escrowed SubV Trustee Payments 6-3-24.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Christopher J. Steiskal, Sr., Esq.
Office off the United States Trustee
christopher.j.steiskal@usdoj.gov

Thomas C. Rollins, Jr., Esq.
trollins@therollinsfirm.com

THIS, the 16th day of May, 2025.

/s/ Craig M. Geno
Craig M. Geno

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 25-01234-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Fri May 16 09:54:43 CDT 2025 | Barnes, Bailey, & Jano<br>5 Riverbend Place<br>Ste A<br>Flowood, MS 39232-7618 | Beckham Jewelry, LLC<br>120 District Blvd, Ste D110<br>Jackson, MS 39211-6304 |
| Brian Beckham<br>120 District Blvd<br>Ste D110<br>Jackson, MS 39211-6304 | Jennifer A Curry Calvillo<br>The Rollins Law Firm<br>702 W. Pine St<br>Hattiesburg, MS 39401-3836 | Dazzle Imports<br>5555 Glendridge Connec<br>Ste 200<br>Atlanta, GA 30342-4815 |
| Dynasty Casting<br>644 Shrewsberry Common<br>Shrewsbury, PA 17361-1617 | Eldar, Inc<br>3068 N 2700 E<br>Forrest, IL 61741 | Gary Carriere<br>125 Deaton Rd<br>Owens Cross Roads, AL 35763-9553 |
| Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>601 Renaissance Way<br>Suite A<br>Ridgeland, MS 39157-6038 | Hakimi Diamond Corp<br>15 W 47th ST<br>New York, NY 10036-3305 | Heera Moti, Inc<br>15 W 47th St<br>Ste 808<br>New York, NY 10036-3327 |
| Hinds Co Tax Collector<br>P.O. Box 1727<br>Jackson, MS 39215-1727 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kelly Waters<br>P.O. Box 240924<br>Boston, MA 02124-0016 |
| Kerry Whitt, Co<br>125 Deaton Rd<br>Owens Cross Roads, AL 35763-9553 | Lamha<br>20 W 47st St<br>Ste 807<br>New York, NY 10036-4298 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 |
| McLeod & Rigel, PA<br>10 Professional Pkwy<br>Hattiesburg, MS 39402-2636 | Nivoda<br>580 5th Ave<br>Ste 2508<br>New York, NY 10036-4771 | Overnight Mountings, I<br>1400 Plaza Ave<br>New Hyde Park, NY 11040-4921 |
| Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | S. Kashi<br>175 Road Ste 204<br>Great Neck, NY 11021 | Christopher J. Steiskal Sr.<br>DOJ-Ust<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Stuller<br>P.O. Box 87777<br>Lafayette, LA 70598-7777 | TDLDC Retail I, LLC<br>300 Concourse Blvd<br>Ste 105<br>Ridgeland, MS 39157-2091 | TR Jewelry Concepts<br>2707 Mt. Rushmore Rd<br>Rapid City, SD 57701-5324 |
| U.S. Attorney S.D. Mississippi<br>c/o Internal Revenue Service<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | U.S. Attorney S.D. Mississippi<br>c/o U.S. Securities and Exchange Commiss<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |

**EXHIBIT "B"**

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

WLBT
715 S Jefferson St
Jackson, MS 39201-5622

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31