United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01234-JAW

Beckham Jewelry, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3   User: mssbad   Page 1 of 1
Date Rcvd: May 14, 2025   Form ID: pdf012   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Beckham Jewelry, LLC, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Beckham Jewelry  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BECKHAM JEWELRY, LLC,                     CASE NO. 25-01234-JAW

DEBTOR-IN-POSSESSION.                     CHAPTER 11

**Notice of Deficiency**

To the Debtor-in-Possession and his attorney, if any:

For this case to be administered, it is necessary that the items described below be filed **immediately**.[1]

- Balance Sheet
- Statement of Operations
- Cash-Flow Statement
- Federal Income Tax Return
    **or**
- A statement *(under penalty of perjury)* that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

In the event, the Debtor fails to comply with this notice on or before **May 21, 2025** the Court may dismiss this case without further notice or hearing.

Dated:  May 14, 2025          Danny L. Miller, Clerk of Court

By: /s/**Beth Harkins**

Thad Cochran U.S. Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201
601-608-4600

---

[1] *See* 11. U.S.C. §1116(1) and 11. U.S.C. §1187 if the Debtor elected to proceed under Subchapter V.