United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-01234-JAW |
| Beckham Jewelry, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
| Date Rcvd: May 14, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

**Recip ID**    **Recipient Name and Address**
dbpos    + Beckham Jewelry, LLC, 120 District Blvd, Ste D110, Jackson, MS 39211-6304

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Beckham Jewelry  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**BECKHAM JEWELRY, LLC**                                            CASE NO. 25-01234-JAW

**DEBTOR-IN-POSSESSION.**                                            **CHAPTER 11**

## Notice of Deficiency

To the Debtor-in-Possession and his attorney, if any:

For this case to be administered, it is necessary that the item(s) described below be filed **immediately**.

- **List of Equity Security Holders**
- **Schedules A/B, D, E/F, G, & H** *(Official Forms: 206 A/B, 206 D, 206 E/F, 206 G, & 206 H)*
- **Summary of Assets and Liabilities** *(Official Form 206Sum)*
- **Statement of Your Financial Affairs**: *(Official Form 207)*
- **Declaration Under Penalty of Perjury for Non-Individuals**: *(Official Form 202)*
- **Attorney Disclosure Statement**: *(Official Form 2030)*

In the event the above documents are not filed on or before **May 28, 2025** the Court may dismiss this case without further notice or hearing.

Dated: May 14, 2025                                Danny L. Miller, Clerk of Court

                                                  By: /s/ Beth Harkins

                                                  Thad Cochran U.S. Courthouse
                                                  501 E. Court St., Ste. 2.300
                                                  Jackson, MS 39201
                                                  601-608-4600