United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01234-JAW

Beckham Jewelry, LLC Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: May 16, 2025      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Beckham Jewelry, LLC, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov jen.kirk@usdoj.gov;cara.pardue@usdoj.gov |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor In Possession Beckham Jewelry LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Beckham Jewelry LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: May 16, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **BECKHAM JEWELRY, LLC,**　　　　　　　　　　**CASE NO. 25-01234--JAW**

    **DEBTOR.**　　　　　　　　　　　　　　　　　　　**CHAPTER 11**

### NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)

YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on July 8, 2025, at 10:00 a.m., in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

ON OR BEFORE June 24, 2025, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE:  May 16, 2025　　　　　　　　　　　　Danny L. Miller, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　Thad Cochran U.S. Courthouse
　　　　　　　　　　　　　　　　　　　　　　501 E. Court St., Ste. 2.300
　　　　　　　　　　　　　　　　　　　　　　Jackson, MS 39201
　　　　　　　　　　　　　　　　　　　　　　601-608-4600

Courtroom Deputy
601-608-4693