United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                          Case No. 25-01234-JAW

Beckham Jewelry, LLC                                                            Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2025 | Form ID: pdf012 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Beckham Jewelry, LLC, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |
| 5510830 | + | Barnes, Bailey, & Jano, 5 Riverbend Place, Ste A, Flowood, MS 39232-7618 |
| 5510831 | + | Brian Beckham, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |
| 5510832 | + | Dazzle Imports, 5555 Glendridge Connec, Ste 200, Atlanta, GA 30342-4815 |
| 5510833 | + | Dynasty Casting, 644 Shrewsberry Common, Shrewsbury, PA 17361-1617 |
| 5510834 | | Eldar, Inc, 3068 N 2700 E, Forrest, IL 61741 |
| 5510835 | + | Gary Carriere, 125 Deaton Rd, Owens Cross Roads, AL 35763-9553 |
| 5510836 | + | Hakimi Diamond Corp, 15 W 47th ST, New York, NY 10036-3305 |
| 5510837 | + | Heera Moti, Inc, 15 W 47th St, Ste 808, New York, NY 10036-3327 |
| 5510839 | + | Kelly Waters, P.O. Box 240924, Boston, MA 02124-0016 |
| 5510840 | + | Kerry Whitt, Co, 125 Deaton Rd, Owens Cross Roads, AL 35763-9553 |
| 5510841 | + | Lamha, 20 W 47st St, Ste 807, New York, NY 10036-4298 |
| 5510842 | + | McLeod & Rigel, PA, 10 Professional Pkwy, Hattiesburg, MS 39402-2636 |
| 5510843 | + | Nivoda, 580 5th Ave, Ste 2508, New York, NY 10036-4771 |
| 5510844 | + | Overnight Mountings, I, 1400 Plaza Ave, New Hyde Park, NY 11040-4921 |
| 5510845 | | S. Kashi, 175 Road Ste 204, Great Neck, NY 11021 |
| 5510846 | | Stuller, P.O. Box 87777, Lafayette, LA 70598-7777 |
| 5510847 | + | TDLDC Retail I, LLC, 300 Concourse Blvd, Ste 105, Ridgeland, MS 39157-2091 |
| 5510848 | + | TR Jewelry Concepts, 2707 Mt. Rushmore Rd, Rapid City, SD 57701-5324 |
| 5510854 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5510849 | + | WLBT, 715 S Jefferson St, Jackson, MS 39201-5622 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5510838 | Email/Text: carolyn.allen@co.hinds.ms.us | May 16 2025 19:36:00 | Hinds Co Tax Collector, P.O. Box 1727, Jackson, MS 39215-1727 |
| 5510851 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2025 19:35:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5510852 | Email/Text: BANKRUPTCY@DOR.MS.GOV | May 16 2025 19:35:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5510853 | + Email/Text: ebone.woods@usdoj.gov | May 16 2025 19:36:00 | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5510850 | Email/Text: atlreorg@sec.gov | May 16 2025 19:35:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2025 | Form ID: pdf012 | Total Noticed: 26 |

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov  jen.kirk@usdoj.gov;cara.pardue@usdoj.gov |
| Craig M. Geno | cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor In Possession Beckham Jewelry  LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Beckham Jewelry  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**BECKHAM JEWELRY, LLC,**                                  **CASE NO. 25-01234-JAW**


**DEBTOR.**                                                **CHAPTER 11**


**NOTICE OF HEARINGS AND DEADLINES**

The Debtor, Beckham Jewelry, LLC, has filed a Motion for Interim and Final Orders Authorizing Use of Cash Collateral (the "Motion") (Dkt. # 14) with the Court in the above−styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

**A. Preliminary Hearing**

The Court will hold a preliminary hearing on May 27, 2025, at 1:30 PM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion on an interim basis pending a final hearing.  If you do not want the Court to grant the Motion *on an interim basis*, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before May 23, 2025.

**B. Final Hearing**

The Court will hold a final hearing on July 8, 2025, at 10:00 AM, in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion on a final basis.  If you do not want the Court to grant the motion *on a final basis*, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before July 1, 2025.

Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: 5/16/2025

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600