# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**BECKHAM JEWELRY, LLC,**            CASE NO: 25-01234-JAW

    **DEBTOR.**                                                  CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, Robert B. Ireland, III of Watkins & Eager PLLC, Post Office Box 650, Jackson, Mississippi 39205, and enters his appearance as counsel of record for TDLDC Retail I, LLC.

TDLDC Retail I, LLC hereby requests that its attorney be provided with copies of all notices given and papers served in this case including motions, applications, petitions, complaints, other pleadings, orders, judgments, reports and any other documents filed or served in this proceeding.

RESPECTFULLY SUBMITTED, this 20th day of May, 2025.

                                               **TDLDC RETAIL I, LLC**

                             By:    */s/ Robert B. Ireland, III*
                                               Robert B. Ireland, III (MSB # 100708)
                                               WATKINS & EAGER PLLC
                                               Post Office Box 650
                                               Jackson, Mississippi 39205-0650
                                               Telephone:  (601) 965-1900
                                               E-Mail:  rireland@watkinseager.com

## **CERTIFICATE OF SERVICE**

I, Robert B. Ireland, III, do hereby certify that I have caused to be served the above and foregoing pleading on all parties requesting notice by using the ECF filing system of the court:

>Thomas Carl Rollins, Jr.
>trollins@therollinsfirm.com
>
>Jennifer A. Curry Calvillo
>jennifer@therollinsfirm.com
>
>Craig M. Geno, Trustee
>cmgeno@cmgenolaw.com
>
>Christopher J. Steiskal, Sr., U.S. Trustee
>Christopher.j.steiskal@usdoj.gov

This 20th day of May, 2025.

                                        */s/ Robert B. Ireland, III*
                                        ROBERT B. IRELAND, III