# Beckham Jewelry LLC

## Statement of Cash Flows

January 1 - May 15, 2025

|  | TOTAL |
|---|---|
| OPERATING ACTIVITIES |  |
| Net Income | 74,462.56 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| Accounts Payable | -158,259.29 |
| Capitol One Credit Card | -350.00 |
| American Express CC | 10,700.00 |
| District - Short Term Lease | 54,653.94 |
| Payroll Liabilities:Federal Taxes (941/943/944) | 1,595.92 |
| Payroll Liabilities:Federal Unemployment (940) | 81.06 |
| Payroll Liabilities:MS Income Tax | 106.00 |
| Payroll Liabilities:MS Unemployment Tax | 765.62 |
| Sales Tax Payable | -4,989.57 |
| Withholding State Income Tax | -2,639.35 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-98,335.67** |
| **Net cash provided by operating activities** | **$ -23,873.11** |
| FINANCING ACTIVITIES |  |
| Kapitus | -4,532.00 |
| Brian Beckham-Contribution | -1,700.00 |
| Brian Beckham-Contribution:Brian Beckham-withdrawal | -5,903.81 |
| Contributions from Owners | -18,404.04 |
| **Net cash provided by financing activities** | **$ -30,539.85** |
| NET CASH INCREASE FOR PERIOD | **$ -54,412.96** |
| Cash at beginning of period | 28,887.43 |
| CASH AT END OF PERIOD | **$ -25,525.53** |