# Beckham Jewelry LLC

## Profit and Loss by Month

### January - April, 2025

|  | JAN 2025 | FEB 2025 | MAR 2025 | APR 2025 | TOTAL |
|---|---|---|---|---|---|
| **Income** | | | | | |
|   Sales-Jackson | 39,135.16 | 7,000.16 | 11,116.82 | 19,727.15 | $76,979.29 |
|   Scrap Refine | | | | 17,087.10 | $17,087.10 |
| **Total Income** | **$39,135.16** | **$7,000.16** | **$11,116.82** | **$36,814.25** | **$94,066.39** |
| **Cost of Goods Sold** | | | | | |
|   Merchandise Purchases | 21,109.08 | 11,305.67 | -31,270.89 | 10,653.90 | $11,797.76 |
|     Metropolitan Invoice Clearing Account | 5.17 | | | | $5.17 |
|   **Total Merchandise Purchases** | **21,114.25** | **11,305.67** | **-31,270.89** | **10,653.90** | **$11,802.93** |
|   Merchandise Scrap | 623.00 | | | | $623.00 |
| **Total Cost of Goods Sold** | **$21,737.25** | **$11,305.67** | **$ -31,270.89** | **$10,653.90** | **$12,425.93** |
| **GROSS PROFIT** | **$17,397.91** | **$ -4,305.51** | **$42,387.71** | **$26,160.35** | **$81,640.46** |
| **Expenses** | | | | | |
|   Advertising and Promotion | 125.00 | | | | $125.00 |
|   Bank Service Charges | 396.00 | 576.08 | 432.02 | 256.05 | $1,660.15 |
|   Contract Services | | | | 265.00 | $265.00 |
|   Dues & Subscriptions | | 617.00 | 951.95 | 177.00 | $1,745.95 |
|   Insurance Expense | 487.91 | 109.60 | | 995.20 | $1,592.71 |
|   Legal Expense | 1,000.00 | 500.00 | | | $1,500.00 |
|   Local Tax | 1,391.50 | | | | $1,391.50 |
|   Office Supplies | 142.81 | | | | $142.81 |
|   Payroll Expenses | | | | | $0.00 |
|     Taxes | 839.24 | 317.71 | | 364.12 | $1,521.07 |
|     Wages | 5,259.50 | 1,493.92 | | 2,438.83 | $9,192.25 |
|   **Total Payroll Expenses** | **6,098.74** | **1,811.63** | | **2,802.95** | **$10,713.32** |
|   Postage, Freight, & Shipping | 170.87 | 13.67 | 96.84 | | $281.38 |
|   Privilege License | 920.00 | | | | $920.00 |
|   Professional Fees | 5,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | $17,000.00 |
|   Rent Expense-Jackson location | -50,168.17 | | | | $ -50,168.17 |
|   Supplies | | 106.27 | 122.92 | | $229.19 |
|   Utilities | 1,312.07 | 3,393.54 | 1,410.11 | 1,242.87 | $7,358.59 |
|   Workers Compensation Expense | | | 820.60 | 109.60 | $930.20 |
| **Total Expenses** | **$ -33,123.27** | **$11,127.79** | **$7,834.44** | **$9,848.67** | **$ -4,312.37** |
| **NET OPERATING INCOME** | **$50,521.18** | **$ -15,433.30** | **$34,553.27** | **$16,311.68** | **$85,952.83** |
| **Other Expenses** | | | | | |
|   Ask My Accountant | | 890.98 | | | $890.98 |
| **Total Other Expenses** | **$0.00** | **$890.98** | **$0.00** | **$0.00** | **$890.98** |
| **NET OTHER INCOME** | **$0.00** | **$ -890.98** | **$0.00** | **$0.00** | **$ -890.98** |
| **NET INCOME** | **$50,521.18** | **$ -16,324.28** | **$34,553.27** | **$16,311.68** | **$85,061.85** |