# Beckham Jewelry LLC

## Balance Sheet

As of May 15, 2025

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|    Bank Accounts | |
|     Bank Plus Checking | -27,638.65 |
|     Cash in Drawer | 2,113.39 |
|     Cash on Hand | 0.00 |
|     Community Bank Checking | 0.00 |
|     Loan Pay - Scarborough | -0.27 |
|    **Total Bank Accounts** | **$ -25,525.53** |
|    Accounts Receivable | |
|     Accounts Receivable | 0.00 |
|    **Total Accounts Receivable** | **$0.00** |
|    Other Current Assets | |
|     Inventory Asset | 276,219.17 |
|     Undeposited Funds | 0.00 |
|    **Total Other Current Assets** | **$276,219.17** |
|   **Total Current Assets** | **$250,693.64** |
|   Fixed Assets | |
|    Accumulated Depreciation | -50,666.00 |
|    District Leasehold Improvements | 152,781.00 |
|    Equipment & Machinery | 25,190.07 |
|    Furniture and Equipment | 32,092.93 |
|   **Total Fixed Assets** | **$159,398.00** |
|   Other Assets | |
|    District - Right of Use Asset | 267,345.77 |
|    Security Deposits Asset | 8,896.20 |
|   **Total Other Assets** | **$276,241.97** |
| **TOTAL ASSETS** | **$686,333.61** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|    Current Liabilities | |
|     Accounts Payable | |
|      Accounts Payable | 140,366.66 |
|     **Total Accounts Payable** | **$140,366.66** |
|     Credit Cards | |
|      A/P Chase Ink Credit Card | 0.00 |
|      Capitol One Credit Card | -350.00 |
|      Community Bank credit Card | 0.00 |

# Beckham Jewelry LLC

## Balance Sheet
### As of May 15, 2025

|  | TOTAL |
|---|---:|
| **Total Credit Cards** | $ -350.00 |
| Other Current Liabilities | |
|   A/P Sean Roland | 0.00 |
|   American Express CC | 0.00 |
|   Chase CC | 0.00 |
|   Citicard CC | 0.00 |
|   District - Short Term Lease | 165,448.10 |
|   Loan Pay Evon Joiner | 0.00 |
|   N/P Community Bank | 0.00 |
|   N/P Joiner | 0.00 |
|   Payroll Liabilities | 15,918.55 |
|     Federal Taxes (941/943/944) | 25,923.97 |
|     Federal Unemployment (940) | 350.60 |
|     MS Income Tax | -316.42 |
|     MS Unemployment Tax | 4,429.05 |
| **Total Payroll Liabilities** | **46,305.75** |
|   Payroll Liability | -1.69 |
|   Sales Tax Payable | -39,575.32 |
|   SBG Loan Payable SBG | 0.00 |
|   Withholding Federal Income Tax | 7,083.91 |
|   Withholding FICA/Medicare | -11,423.81 |
|   Withholding State Income Tax | -2,971.23 |
| **Total Other Current Liabilities** | **$164,865.71** |
| **Total Current Liabilities** | **$304,882.37** |
| Long-Term Liabilities | |
|   Kapitus | 35,250.00 |
| **Total Long-Term Liabilities** | **$35,250.00** |
| **Total Liabilities** | **$340,132.37** |
| Equity | |
|   Brian Beckham-Contribution | 1,400.00 |
|     Brian Beckham-withdrawal | -44,577.90 |
|     Health Insurance Beckham | -4,475.75 |
| **Total Brian Beckham-Contribution** | **-47,653.65** |
|   Contributions from Owners | 311,212.51 |
|   Opening Balance Equity | 738,791.86 |
|   Retained Earnings | -730,612.04 |
|   Net Income | 74,462.56 |
| **Total Equity** | **$346,201.24** |
| **TOTAL LIABILITIES AND EQUITY** | **$686,333.61** |