# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                    Case No. 25-01234-JAW
                                                        CHAPTER 11

## APPLICATION TO EMPLOY CPA

Beckham Jewelry, LLC (the "Debtor"), by and through its undersigned counsel, hereby submits this Application for Authority to Employ a CPA, and respectfully states as follows:

1. The Debtor commenced this Chapter 11, Subchapter V case on May 14, 2025, with the intent to reorganize its debt and continue operations.

2. The Court has jurisdiction over this matter pursuant to 28 USC §§157 and 1334. This is a core proceeding under 28 USC § 157(b)(2).

3. The Debtor requires the services of a qualified CPA to prepare and file 2023 and 2024 Federal S corporation income tax return and Domiciled state S corporation income tax return.

4. The Debtor seeks to employ Joshua Norris, PLLC ("CPA") as its CPA to provide tax preparation and filing services necessary for the administration of this case.

5. That CPA's flat fee for services is as follows:

    a. 2023 return: $3,350
    b. 2024 return: $3,050

6. The CPA will provide the following services to the Debtor:

    a. Prepare and file 2023 and 2024 Federal S corporation income tax return
    b. Prepare and file 2023 and 2024 Domiciled state S corporation income tax return.

7. The CPA will be compensated at the flat fee listed above, subject to Court approval in accordance with 11 USC §§ 330 and 331. The Bookkeeper understands that compensation is subject to final review and approval by the Court.

8. The Debtor believes that employing Joshua Norris, PLLC is in the best interest of the estate, as the CPA has experience in tax preparation services.

9. To the best of the Debtor's knowledge, the CPA does not hold or represent any interest adverse to the estate and its disinterested as defined under 11 USC § 101(14).

10. The CPA has not received any pre-petition payments from the Debtor for services related to this bankruptcy case.

11. A Declaration of Disinterestedness from Joshua Norris is attached as Exhibit A.

WHEREFORE, the Debtor respectfully requests that this Court:

A. Authorize the Debtor to employ Joshua Norris, PLLC as its CPA for the purposes stated herein;
B. Approve compensation at the stated flat fee, subject to Court approval of fee applications; and
C. Grant such other relief as the Court deems just and proper.

        Respectfully submitted,

        Beckham Jewelry, LLC, Debtor

        BY:

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        Jennifer A Curry Calvillo (MSBN 104367)
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601-500-5533
        trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on May 22, 2025, to:

By Electronic CM/ECF Notice:

    Subchapter 5 Trustee

    U.S. Trustee

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                Case No. 25-01234-JAW
                                                     CHAPTER 11

## AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF Copiah

Joshua Norris, being first duly sworn in connection with the application of the Debtor that I be employed as CPA for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.
2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.
3. That said services shall be rendered under an flat fee agreement.

FURTHER, AFFIANT SAITH NOT.

Dated this the 21 day of May, 2025.

X _____
By:   Joshua Norris

SWORN TO AND SUBSCRIBED BEFORE ME, this the 21st day of May, 2025.

_____
NOTARY PUBLIC