IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor              Case No. 25-01234-JAW
                                                                                                                            CHAPTER 11

## NOTICE

Debtor has filed papers with the court to be Employ CPA.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: May 22, 2025          Signature:  /s/ Thomas C. Rollins, Jr.
                                                       Thomas C. Rollins, Jr. (MSBN 103469)
                                                       Jennifer A Curry Calvillo (MSBN 104367)
                                                       The Rollins Law Firm, PLLC
                                                       P.O. Box 13767
                                                       Jackson, MS 39236
                                                       601-500-5533
                                                       trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Beckham Jewelry, LLC, Debtor                     Case No. 25-01234-JAW
                                                                                                **CHAPTER 11**

**APPLICATION TO EMPLOY CPA**

Beckham Jewelry, LLC (the "Debtor"), by and through its undersigned counsel, hereby submits this Application for Authority to Employ a CPA, and respectfully states as follows:

1. The Debtor commenced this Chapter 11, Subchapter V case on May 14, 2025, with the intent to reorganize its debt and continue operations.

2. The Court has jurisdiction over this matter pursuant to 28 USC §§157 and 1334. This is a core proceeding under 28 USC § 157(b)(2).

3. The Debtor requires the services of a qualified CPA to prepare and file 2023 and 2024 Federal S corporation income tax return and Domiciled state S corporation income tax return.

4. The Debtor seeks to employ Joshua Norris, PLLC ("CPA") as its CPA to provide tax preparation and filing services necessary for the administration of this case.

5. That CPA's flat fee for services is as follows:

    a. 2023 return: $3,350
    b. 2024 return: $3,050

6. The CPA will provide the following services to the Debtor:

    a. Prepare and file 2023 and 2024 Federal S corporation income tax return
    b. Prepare and file 2023 and 2024 Domiciled state S corporation income tax return.

7. The CPA will be compensated at the flat fee listed above, subject to Court approval in accordance with 11 USC §§ 330 and 331. The Bookkeeper understands that compensation is subject to final review and approval by the Court.

8. The Debtor believes that employing Joshua Norris, PLLC is in the best interest of the estate, as the CPA has experience in tax preparation services.

9. To the best of the Debtor's knowledge, the CPA does not hold or represent any interest adverse to the estate and its disinterested as defined under 11 USC § 101(14).

10. The CPA has not received any pre-petition payments from the Debtor for services related to this bankruptcy case.

11. A Declaration of Disinterestedness from Joshua Norris is attached as Exhibit A.

WHEREFORE, the Debtor respectfully requests that this Court:

A. Authorize the Debtor to employ Joshua Norris, PLLC as its CPA for the purposes stated herein;
B. Approve compensation at the stated flat fee, subject to Court approval of fee applications; and
C. Grant such other relief as the Court deems just and proper.

    Respectfully submitted,

    Beckham Jewelry, LLC, Debtor

    BY:

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr. (MSBN 103469)
    Jennifer A Curry Calvillo (MSBN 104367)
    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    601-500-5533
    trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on May 22, 2025, to:

By Electronic CM/ECF Notice:

    Subchapter 5 Trustee

    U.S. Trustee

    /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Beckham Jewelry, LLC, Debtor          Case No. 25-01234-JAW
                                              CHAPTER 11

### AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF Copiah

Joshua Norris, being first duly sworn in connection with the application of the Debtor that I be employed as CPA for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.
2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.
3. That said services shall be rendered under an flat fee agreement.

FURTHER, AFFIANT SAITH NOT.

Dated this the 21 day of May, 2025.

X_____
By: Joshua Norris

SWORN TO AND SUBSCRIBED BEFORE ME, this the 21st day of May, 2025.

_____
NOTARY PUBLIC