# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                        Case No. 25-01234-JAW
                                                             CHAPTER 11

## NOTICE

Debtor has filed papers with the court to be Employ CPA.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: May 22, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                         Jennifer A Curry Calvillo (MSBN 104367)
                                         The Rollins Law Firm, PLLC
                                         P.O. Box 13767
                                         Jackson, MS 39236
                                         601-500-5533
                                         trollins@therollinsfirm.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                    Case No. 25-01234-JAW
                                                         CHAPTER 11

## APPLICATION TO EMPLOY CPA

Beckham Jewelry, LLC (the "Debtor"), by and through its undersigned counsel, hereby submits this Application for Authority to Employ a CPA, and respectfully states as follows:

1. The Debtor commenced this Chapter 11, Subchapter V case on May 14, 2025, with the intent to reorganize its debt and continue operations.

2. The Court has jurisdiction over this matter pursuant to 28 USC §§157 and 1334. This is a core proceeding under 28 USC § 157(b)(2).

3. The Debtor requires the services of a qualified CPA to prepare and file 2023 and 2024 Federal S corporation income tax return and Domiciled state S corporation income tax return.

4. The Debtor seeks to employ Joshua Norris, PLLC ("CPA") as its CPA to provide tax preparation and filing services necessary for the administration of this case.

5. That CPA's flat fee for services is as follows:

    a. 2023 return: $3,350
    b. 2024 return: $3,050

6. The CPA will provide the following services to the Debtor:

    a. Prepare and file 2023 and 2024 Federal S corporation income tax return
    b. Prepare and file 2023 and 2024 Domiciled state S corporation income tax return.

7. The CPA will be compensated at the flat fee listed above, subject to Court approval in accordance with 11 USC §§ 330 and 331. The Bookkeeper understands that compensation is subject to final review and approval by the Court.

8. The Debtor believes that employing Joshua Norris, PLLC is in the best interest of the estate, as the CPA has experience in tax preparation services.

9. To the best of the Debtor's knowledge, the CPA does not hold or represent any interest adverse to the estate and its disinterested as defined under 11 USC § 101(14).

10. The CPA has not received any pre-petition payments from the Debtor for services related to this bankruptcy case.

11. A Declaration of Disinterestedness from Joshua Norris is attached as Exhibit A.

WHEREFORE, the Debtor respectfully requests that this Court:

A. Authorize the Debtor to employ Joshua Norris, PLLC as its CPA for the purposes stated herein;
B. Approve compensation at the stated flat fee, subject to Court approval of fee applications; and
C. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Beckham Jewelry, LLC, Debtor

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on May 22, 2025, to:

By Electronic CM/ECF Notice:

Subchapter 5 Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor          Case No. 25-01234-JAW
                                               **CHAPTER 11**

**AFFIDAVIT**

STATE OF MISSISSIPPI
COUNTY OF Copiah

Joshua Norris, being first duly sworn in connection with the application of the Debtor that I be employed as CPA for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.
2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.
3. That said services shall be rendered under an flat fee agreement.

FURTHER, AFFIANT SAITH NOT.

Dated this the 21 day of May, 20 25.

X _____
By:   Joshua Norris

SWORN TO AND SUBSCRIBED BEFORE ME, this the 21st day of May, 20 25.

_____
NOTARY PUBLIC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>BECKHAM JEWELRY, LLC | CASE NO: 25-01234<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 5/22/2025, I did cause a copy of the following documents, described below,

Notice and App to Employ

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
PO Box 13767
Jackson, MS  39236
601 500 5533
jennifer@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>BECKHAM JEWELRY, LLC | CASE NO: 25-01234<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 5/22/2025, a copy of the following documents, described below,

Notice and App to Employ

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/22/2025

_/s/ Miles Wood_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
PO Box 13767
Jackson, MS  39236

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-01234<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU MAY 22 9-55-32 PST 2025 | BECKHAM JEWELRY  LLC<br>120 DISTRICT BLVD  STE D110<br>JACKSON  MS 39211-6304 | ~~(U)TDLDC RETAIL I  LLC~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | BARNES  BAILEY   JANO<br>5 RIVERBEND PLACE<br>STE A<br>FLOWOOD  MS 39232-7618 | BRIAN BECKHAM<br>120 DISTRICT BLVD<br>STE D110<br>JACKSON  MS 39211-6304 |
| DAZZLE IMPORTS<br>5555 GLENDRIDGE CONNEC<br>STE 200<br>ATLANTA  GA 30342-4815 | DYNASTY CASTING<br>644 SHREWSBERRY COMMON<br>SHREWSBURY  PA 17361-1617 | ELDAR  INC<br>3068 N 2700 E<br>FORREST  IL 61741 |
| GARY CARRIERE<br>125 DEATON RD<br>OWENS CROSS ROADS  AL 35763-9553 | HAKIMI DIAMOND CORP<br>15 W 47TH ST<br>NEW YORK  NY 10036-3305 | HEERA MOTI  INC<br>15 W 47TH ST<br>STE 808<br>NEW YORK  NY 10036-3327 |
| HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON  MS 39215-1727 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KELLY WATERS<br>PO BOX 240924<br>BOSTON  MA 02124-0016 |
| KERRY WHITT  CO<br>125 DEATON RD<br>OWENS CROSS ROADS  AL 35763-9553 | LAMHA<br>20 W 47ST ST<br>STE 807<br>NEW YORK  NY 10036-4298 | (P)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 |
| MCLEOD  RIGEL  PA<br>10 PROFESSIONAL PKWY<br>HATTIESBURG  MS 39402-2636 | NIVODA<br>580 5TH AVE<br>STE 2508<br>NEW YORK  NY 10036-4771 | OVERNIGHT MOUNTINGS  I<br>1400 PLAZA AVE<br>NEW HYDE PARK  NY 11040-4921 |
| ROBERT B IRELAND  III  ESQ<br>WATKINS  EAGER PLLC<br>ATTY FOR TDLDC RETAIL I  LLC<br>PO BOX 650<br>JACKSON  MS 39205-0650 | S KASHI<br>175 ROAD STE 204<br>GREAT NECK  NY 11021 | STULLER<br>PO BOX 87777<br>LAFAYETTE  LA 70598-7777 |
| TDLDC RETAIL I  LLC<br>300 CONCOURSE BLVD<br>STE 105<br>RIDGELAND  MS 39157-2091 | TR JEWELRY CONCEPTS<br>2707 MT RUSHMORE RD<br>RAPID CITY  SD 57701-5324 | US ATTORNEY SD MISSISSIPPI<br>CO INTERNAL REVENUE SERVICE<br>501 E COURT STREET  STE 4430<br>JACKSON  MS 39201-5025 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| US ATTORNEY SD MISSISSIPPI<br>CO US SECURITIES AND EXCHANGE COMMISS<br>501 E COURT STREET STE 4430<br>JACKSON MS 39201-5025 | US SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY ROAD SUITE 900<br>ATLANTA GA 30326-1382 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |
| WLBT<br>715 S JEFFERSON ST<br>JACKSON MS 39201-5622 | EXCLUDE<br>~~CRAIG M GENO~~<br>~~LAW OFFICES OF CRAIG M GENO PLLC~~<br>~~601 RENAISSANCE WAY~~<br>~~SUITE A~~<br>~~RIDGELAND MS 39157-6038~~ | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 |
| EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | | |