# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                                         Case No. 25-01234
                                                                                                   **CHAPTER 11**

## NOTICE

Debtor has filed amended papers with the court to be Employ Counsel. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: May 23, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                    Jennifer A Curry Calvillo (MSBN 104367)
                                                    The Rollins Law Firm, PLLC
                                                    P.O. Box 13767
                                                    Jackson, MS 39236
                                                    601-500-5533
                                                    trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor              Case No. 25-01234
                                                          CHAPTER 11

**<u>AMENDED APPLICATION OF DEBTOR IN POSSESSION TO EMPLOY COUNSEL</u>**

COMES NOW, Beckham Jewelry, LLC (the "Debtor"), by and through the undersigned counsel, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, and hereby respectfully moves this Court to approve the employment of The Rollins Law Firm, PLLC as attorney for the Debtor in Possession. In support of this application, the Debtor states as follows:

1. On May 14, 2025, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi.

2. The Debtor wishes to employ The Rollins Law Firm, PLLC as its attorney in this Chapter 11 case.

3. The professional services to be rendered by The Rollins Law Firm, PLLC include, but are not limited to, advising the Debtor on all matters which are now anticipated to arise in the functioning of this proceeding.

4. The Rollins Law Firm, PLLC is competent to represent the Debtor in all matters which are now anticipated to arise in the functioning of this proceeding.

5. To the best of the Debtor's knowledge, The Rollins Law Firm, PLLC has no adverse interest to the Debtor or the estate and has no connection with the creditors or other parties in interest or their respective attorneys.

6. The proposed terms of employment for The Rollins Law Firm, PLLC are as follows:

    a. Thomas Rollins' hourly rate is $400 per hour;

    b. Jennifer Calvillo's hourly rate is $360 per hour.

    c. Paralegals will bill at $155 per hour;

    d. Legal assistants will bill at $100 per hour;

7. Any retainer received will be applied against the fees and expenses incurred before any additional fees will be sought.

8. The Bankruptcy Code allows for the employment of professionals, including attorneys, on reasonable terms and conditions, subject to court approval. 11 U.S.C. § 327(a)

9. The proposed terms of employment, including the hourly rates, are reasonable and in line with prevailing market rates for attorneys with similar experience and expertise in bankruptcy matters.

10. The employment of The Rollins Law Firm, PLLC is necessary and in the best interests of the Debtor and the estate to ensure proper representation throughout the Chapter 11 proceedings.

WHEREFORE, the Debtor respectfully requests that this Court enter an order:

    A. Authorizing the employment of The Rollins Law Firm, PLLC as attorney for the Debtor in Possession;

    B. Approving the terms of employment as set forth in this application; and

    C. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Beckham Jewelry, LLC, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Its Attorney

Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on May 23, 2025, to:

By Electronic CM/ECF Notice:

      U.S. Trustee

      /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Beckham Jewelry, LLC, Debtor     Case No. 25-01234
                                                       CHAPTER 11

## AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI
COUNTY OF HINDS

I, Thomas C. Rollins, Jr., being duly sworn, hereby depose and say:

1. I am an attorney duly admitted to practice law in the State of Mississippi and before the United States District Court for the Southern District of Mississippi. I am a partner of The Rollins Law Firm, PLLC (the "Firm"), which maintains its principal office at 40 Northtown Drive, Jackson MS 39211.

2. This Affidavit is submitted pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a) in support of the application of Beckham Jewelry, LLC (the "Debtor") for an order approving the employment of myself and the Firm as attorneys for the Debtor in Possession in the above-captioned Chapter 11 case (the "Case"). This Case was filed on May 14, 2025, in the United States Bankruptcy Court for the Southern District of Mississippi (the "Court").

3. To the best of my knowledge, I do not represent any interest adverse to the Debtor or its estate in the matters upon which I an to be engaged. I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14). The Firm, its partners, of counsel, and associates:

   a. are not creditors, equity security holders, or insiders of the Debtor;

   b. are not and were not, within two years before the Petition Date, directors, officers, or employees of the Debtor; and

c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

d. The U.S. Trustee has raised a potential conflict concerning the Jewelry Retainer paid to The Rollins Law Firm, PLLC, based on the discovery of a UCC financing statement asserting a blanket lien on the Debtor's property. The retainer was received in the ordinary course of business, and the validity of the alleged lien is questionable. The retainer has not been drawn upon and remains securely held in trust. The Rollins Law Firm is prepared to return the Jewelry upon entry of an appropriate Order by the Court and will not take possession of the Jewelry unless and until fees are properly approved and express authorization is granted by the Bankruptcy Court.

FURTHER, AFFIANT SAITH NOT.

Dated this the 14th day of May, 2025.

X _____

By: _____Thomas Rollins_____

SWORN TO AND SUBSCRIBED BEFORE ME, this the 22nd day of _____May_____, 20 25.

_____Shaton Andrews_____
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID# 494098 SHATON ANDREWS Commission Expires Jan. 7, 2029 RANKIN COUNTY]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>　BECKHAM JEWELRY, LLC | CASE NO: 25-01234<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 5/23/2025, I did cause a copy of the following documents, described below,

Amended App to Employ Rollins Law Firm

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/23/2025

　　　　　　　　　　　　　　　　　/s/ Thomas C. Rollins, Jr.
　　　　　　　　　　　　　　　　　Thomas C. Rollins, Jr.  103469

　　　　　　　　　　　　　　　　　The Rollins Law Firm
　　　　　　　　　　　　　　　　　PO Box 13767
　　　　　　　　　　　　　　　　　Jackson, MS  39236
　　　　　　　　　　　　　　　　　601 500 5533
　　　　　　　　　　　　　　　　　jennifer@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>BECKHAM JEWELRY, LLC | CASE NO: 25-01234<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 5/23/2025, a copy of the following documents, described below,

Amended App to Employ Rollins Law Firm

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/23/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
PO Box 13767
Jackson, MS  39236

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                            DEBTOR                               ~~EXCLUDE~~

 LABEL MATRIX FOR LOCAL NOTICING     BECKHAM JEWELRY  LLC                 ~~(U)TDLDC RETAIL I  LLC~~
NCRS ADDRESS DOWNLOAD                120 DISTRICT BLVD  STE D110
CASE 25-01234                        JACKSON  MS 39211-6304
SOUTHERN DISTRICT OF MISSISSIPPI
FRI MAY 23 8-4-24 PST 2025



~~EXCLUDE~~

~~US BANKRUPTCY COURT~~              BARNES  BAILEY   JANO                BRIAN BECKHAM
~~THAD COCHRAN US COURTHOUSE~~       5 RIVERBEND PLACE                    120 DISTRICT BLVD
~~501 E COURT STREET~~               STE A                                STE D110
~~SUITE 2300~~                       FLOWOOD  MS 39232-7618               JACKSON  MS 39211-6304
~~JACKSON  MS 39201-5036~~




DAZZLE IMPORTS                       DYNASTY CASTING                      ELDAR  INC
5555 GLENDRIDGE CONNEC               644 SHREWSBERRY COMMON               3068 N 2700 E
STE 200                              SHREWSBURY  PA 17361-1617            FORREST  IL 61741
ATLANTA  GA 30342-4815




GARY CARRIERE                        HAKIMI DIAMOND CORP                  HEERA MOTI  INC
125 DEATON RD                        15 W 47TH ST                         15 W 47TH ST
OWENS CROSS ROADS  AL 35763-9553     NEW YORK  NY 10036-3305              STE 808
                                                                          NEW YORK  NY 10036-3327




HINDS CO TAX COLLECTOR               HINDS COUNTY TAX COLLECTOR           (P)INTERNAL REVENUE SERVICE
PO BOX 1727                          316 SOUTH PRESIDENT ST               CENTRALIZED INSOLVENCY OPERATIONS
JACKSON  MS 39215-1727               JACKSON MS 39201-4801                PO BOX 7346
                                                                          PHILADELPHIA PA 19101-7346




KELLY WATERS                         KERRY WHITT  CO                      LAMHA
PO BOX 240924                        125 DEATON RD                        20 W 47ST ST
BOSTON  MA 02124-0016                OWENS CROSS ROADS  AL 35763-9553     STE 807
                                                                          NEW YORK  NY 10036-4298




(P)MISSISSIPPI STATE TAX COMMISSION  MCLEOD  RIGEL  PA                    NIVODA
P O BOX 22808                        10 PROFESSIONAL PKWY                 580 5TH AVE
JACKSON MS 39225-2808                HATTIESBURG  MS 39402-2636           STE 2508
                                                                          NEW YORK  NY 10036-4771




OVERNIGHT MOUNTINGS  I               ROBERT B IRELAND  III  ESQ           S KASHI
1400 PLAZA AVE                       WATKINS  EAGER PLLC                  175 ROAD STE 204
NEW HYDE PARK  NY 11040-4921         ATTY FOR TDLDC RETAIL I  LLC         GREAT NECK  NY 11021
                                     PO BOX 650
                                     JACKSON  MS 39205-0650




STULLER                              TDLDC RETAIL I  LLC                  TR JEWELRY CONCEPTS
PO BOX 87777                         300 CONCOURSE BLVD                   2707 MT RUSHMORE RD
LAFAYETTE  LA 70598-7777             STE 105                              RAPID CITY  SD 57701-5324
                                     RIDGELAND  MS 39157-2091
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD  SUITE 900
ATLANTA  GA 30326-1382

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

WLBT
715 S JEFFERSON ST
JACKSON  MS 39201-5622

~~EXCLUDE~~
~~CRAIG M GENO~~
~~LAW OFFICES OF CRAIG M GENO  PLLC~~
~~601 RENAISSANCE WAY~~
~~SUITE A~~
~~RIDGELAND  MS 39157-6038~~

~~EXCLUDE~~
~~JENNIFER A CURRY CALVILLO~~
~~THE ROLLINS LAW FIRM~~
~~702 W PINE ST~~
~~HATTIESBURG  MS 39401-3836~~

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~