# Lease Ledger

Page 1

Date: 05/21/2025
Property: d1shops
Tenant: beckham  Beckham Jewelry, LLC
From Date: 05/01/2017  To Date: 06/30/2027
Move In Date: 05/01/2017
Unit(S): D-110

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 05/01/2017 | Security Deposit | | 8,896.76 | 0.00 | 8,896.76 | C-286304 | No |
| 05/16/2017 | Chk# 2274 | | 0.00 | 8,896.76 | 0.00 | R-173901 | |
| 07/28/2017 | Chk# 2337 Beckham prepaid rent | | 0.00 | 4,448.38 | (4,448.38) | R-177507 | |
| 08/01/2017 | Rent Charges (08/2017) | | 4,448.38 | 0.00 | 0.00 | C-295476 | No |
| 08/01/2017 | Cam Expenses (08/2017) | | 780.42 | 0.00 | 780.42 | C-295484 | No |
| 09/01/2017 | Rent Charges (09/2017) | D-110 | 4,448.38 | 0.00 | 5,228.80 | C-295537 | No |
| 09/01/2017 | Cam Expenses (09/2017) | D-110 | 780.42 | 0.00 | 6,009.22 | C-295538 | No |
| 09/12/2017 | Chk# 2471 | | 0.00 | 6,009.22 | 0.00 | R-180051 | |
| 10/01/2017 | Rent Charges (10/2017) | D-110 | 4,448.38 | 0.00 | 4,448.38 | C-298557 | No |
| 10/01/2017 | Cam Expenses (10/2017) | D-110 | 780.42 | 0.00 | 5,228.80 | C-298558 | No |
| 10/11/2017 | Chk# 2523 | | 0.00 | 5,228.80 | 0.00 | R-181317 | |
| 11/01/2017 | Rent Charges (11/2017) | D-110 | 4,448.38 | 0.00 | 4,448.38 | C-300044 | No |
| 11/01/2017 | Cam Expenses (11/2017) | D-110 | 780.42 | 0.00 | 5,228.80 | C-300045 | No |
| 11/07/2017 | Chk# 2563 | | 0.00 | 5,228.80 | 0.00 | R-182498 | |
| 12/01/2017 | Rent Charges (12/2017) | D-110 | 4,448.38 | 0.00 | 4,448.38 | C-302292 | No |
| 12/01/2017 | Cam Expenses (12/2017) | D-110 | 780.42 | 0.00 | 5,228.80 | C-302293 | No |
| 12/07/2017 | Chk# 2610 | | 0.00 | 5,228.80 | 0.00 | R-183793 | |
| 01/01/2018 | Rent Charges (01/2018) | D-110 | 4,448.38 | 0.00 | 4,448.38 | C-304508 | No |
| 01/01/2018 | Cam Expenses (01/2018) | D-110 | 780.42 | 0.00 | 5,228.80 | C-304509 | No |
| 01/09/2018 | Chk# 2671 | | 0.00 | 5,228.80 | 0.00 | R-184548 | |
| 02/01/2018 | Rent Charges (02/2018) | D-110 | 4,448.38 | 0.00 | 4,448.38 | C-305438 | No |
| 02/01/2018 | Cam Expenses (02/2018) | D-110 | 780.42 | 0.00 | 5,228.80 | C-305439 | No |
| 02/06/2018 | Chk# 2725 | | 0.00 | 5,228.50 | 0.30 | R-185095 | |
| 03/01/2018 | Rent Charges (03/2018) | D-110 | 4,448.38 | 0.00 | 4,448.68 | C-306353 | No |
| 03/01/2018 | Cam Expenses (03/2018) | D-110 | 780.42 | 0.00 | 5,229.10 | C-306354 | No |
| 03/06/2018 | | | 0.00 | 5,228.00 | 1.10 | R-185395 | |
| 04/01/2018 | Rent Charges (04/2018) | D-110 | 4,448.38 | 0.00 | 4,449.48 | C-306925 | No |
| 04/01/2018 | Cam Expenses (04/2018) | D-110 | 1,041.51 | 0.00 | 5,490.99 | C-306926 | No |
| 04/18/2018 | Chk# 2843 | | 0.00 | 5,490.99 | 0.00 | R-185781 | |
| 05/01/2018 | Rent Charges (05/2018) | D-110 | 4,537.34 | 0.00 | 4,537.34 | C-307097 | No |
| 05/01/2018 | Cam Expenses (05/2018) | D-110 | 1,041.51 | 0.00 | 5,578.85 | C-307098 | No |
| 05/07/2018 | Chk# 2893 | | 0.00 | 5,578.85 | 0.00 | R-186161 | |
| 06/01/2018 | Rent Charges (06/2018) | D-110 | 4,537.34 | 0.00 | 4,537.34 | C-307692 | No |
| 06/01/2018 | Cam Expenses (06/2018) | D-110 | 1,041.51 | 0.00 | 5,578.85 | C-307693 | No |
| 06/05/2018 | Chk# 2948 | | 0.00 | 5,578.85 | 0.00 | R-186445 | |
| 07/01/2018 | Rent Charges (07/2018) | D-110 | 4,537.34 | 0.00 | 4,537.34 | C-308142 | No |

EXHIBIT B

Wednesday, May 21, 2025
05:28 PM

# Lease Ledger

Page 2

Date: 05/21/2025
Property: d1shops
Tenant: beckham  Beckham Jewelry, LLC
From Date: 05/01/2017  To Date: 06/30/2027
Move In Date: 05/01/2017
Unit(S): D-110

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 07/01/2018 | Cam Expenses (07/2018) | D-110 | 1,041.51 | 0.00 | 5,578.85 | C-308143 | No |
| 07/25/2018 | Chk# 3026 | | 0.00 | 5,541.77 | 37.08 | R-187007 | No |
| 08/01/2018 | 07/18 Late Fee | | 226.87 | 0.00 | 263.95 | C-308560 | No |
| 08/01/2018 | Rent Charges (08/2018) | D-110 | 4,537.34 | 0.00 | 4,801.29 | C-308596 | No |
| 08/01/2018 | Cam Expenses (08/2018) | D-110 | 1,041.51 | 0.00 | 5,842.80 | C-308597 | No |
| 08/17/2018 | Chk# 3064 | | 0.00 | 226.87 | 5,615.93 | R-187305 | No |
| 08/20/2018 | Chk# 3056 | | 0.00 | 5,541.77 | 74.16 | R-187338 | No |
| 09/01/2018 | 08/18 Late Fee | | 278.94 | 0.00 | 353.10 | C-309043 | No |
| 09/01/2018 | Rent Charges (09/2018) | D-110 | 4,537.34 | 0.00 | 4,890.44 | C-309089 | No |
| 09/01/2018 | Cam Expenses (09/2018) | D-110 | 1,041.51 | 0.00 | 5,931.95 | C-309090 | No |
| 09/18/2018 | Chk# 3128 | | 0.00 | 5,931.95 | 0.00 | R-187648 | No |
| 10/01/2018 | 09/18 Late Fee | | 278.94 | 0.00 | 278.94 | C-309508 | No |
| 10/01/2018 | Rent Charges (10/2018) | D-110 | 4,537.34 | 0.00 | 4,816.28 | C-309545 | No |
| 10/01/2018 | Cam Expenses (10/2018) | D-110 | 1,041.51 | 0.00 | 5,857.79 | C-309546 | No |
| 10/10/2018 | Chk# 3161 | | 0.00 | 5,857.79 | 0.00 | R-188000 | No |
| 11/01/2018 | Rent Charges (11/2018) | D-110 | 4,537.34 | 0.00 | 4,537.34 | C-310050 | No |
| 11/01/2018 | Cam Expenses (11/2018) | D-110 | 1,041.51 | 0.00 | 5,578.85 | C-310051 | No |
| 11/09/2018 | Chk# 3209 | | 0.00 | 5,578.85 | 0.00 | R-188269 | No |
| 12/01/2018 | Rent Charges (12/2018) | D-110 | 4,537.34 | 0.00 | 4,537.34 | C-310414 | No |
| 12/01/2018 | Cam Expenses (12/2018) | D-110 | 1,041.51 | 0.00 | 5,578.85 | C-310415 | No |
| 12/14/2018 | Chk# 3266 | | 0.00 | 5,578.85 | 0.00 | R-188623 | No |
| 01/01/2019 | 12/18 Late Fee | | 278.94 | 0.00 | 278.94 | C-310796 | No |
| 01/01/2019 | Rent Charges (01/2019) | D-110 | 4,537.34 | 0.00 | 4,816.28 | C-310841 | No |
| 01/01/2019 | Cam Expenses (01/2019) | D-110 | 1,041.51 | 0.00 | 5,857.79 | C-310842 | No |
| 01/04/2019 | Waive late fee per PW | | (278.94) | 0.00 | 5,578.85 | C-311159 | No |
| 01/10/2019 | Chk# 1010 | | 0.00 | 5,788.85 | (210.00) | R-188898 | No |
| 02/01/2019 | Rent Charges (02/2019) | D-110 | 4,537.34 | 0.00 | 4,327.34 | C-311247 | No |
| 02/01/2019 | Cam Expenses (02/2019) | D-110 | 1,041.51 | 0.00 | 5,368.85 | C-311248 | No |
| 02/04/2019 | Chk# 1054 | | 0.00 | 5,368.85 | 0.00 | R-189161 | No |
| 03/01/2019 | Rent Charges (03/2019) | D-110 | 4,537.34 | 0.00 | 4,537.34 | C-311680 | No |
| 03/01/2019 | Cam Expenses (03/2019) | D-110 | 1,041.51 | 0.00 | 5,578.85 | C-311681 | No |
| 03/01/2019 | Chk# 1098 | | 0.00 | 5,368.85 | 210.00 | R-189356 | No |
| 03/19/2019 | Chk# 1137 | | 0.00 | 210.00 | 0.00 | R-189617 | No |
| 04/01/2019 | Rent Charges (04/2019) | D-110 | 4,537.34 | 0.00 | 4,537.34 | C-312139 | No |
| 04/01/2019 | Cam Expenses (04/2019) | D-110 | 1,041.51 | 0.00 | 5,578.85 | C-312140 | No |
| 04/01/2019 | 2018 CAM True Up | | 2,942.29 | 0.00 | 8,521.14 | C-312413 | No |

Wednesday, May 21, 2025
05:28 PM

# Lease Ledger

Page 3

Date: 05/21/2025
Property: d1shops
Tenant: beckham  Beckham Jewelry, LLC
From Date: 05/01/2017  To Date: 06/30/2027
Move In Date: 05/01/2017
Unit(S): D-110

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 04/09/2019 | Chk# 1169 | | 0.00 | 5,578.85 | 2,942.29 | R-189852 | |
| 05/01/2019 | Rent Charges (05/2019) | D-110 | 4,627.87 | 0.00 | 7,570.16 | C-312617 | No |
| 05/01/2019 | Cam Expenses (05/2019) | D-110 | 1,868.00 | 0.00 | 9,438.16 | C-312618 | No |
| 05/13/2019 | Chk# 1214 | | 0.00 | 980.76 | 8,457.40 | R-190178 | |
| 05/13/2019 | Chk# 1213 | | 0.00 | 6,495.87 | 1,961.53 | R-190179 | |
| 06/01/2019 | Rent Charges (06/2019) | D-110 | 4,627.87 | 0.00 | 6,589.40 | C-313088 | No |
| 06/01/2019 | Cam Expenses (06/2019) | D-110 | 1,868.00 | 0.00 | 8,457.40 | C-313089 | No |
| 06/06/2019 | Chk# 1251 | | 0.00 | 7,476.63 | 980.77 | R-190429 | |
| 07/01/2019 | Rent Charges (07/2019) | D-110 | 4,627.87 | 0.00 | 5,608.64 | C-313620 | No |
| 07/01/2019 | Cam Expenses (07/2019) | D-110 | 1,868.00 | 0.00 | 7,476.64 | C-313621 | No |
| 07/23/2019 | Chk# 1332 | | 0.00 | 7,476.64 | 0.00 | R-190847 | |
| 08/01/2019 | 07/19 late fee | | 324.79 | 0.00 | 324.79 | C-313944 | No |
| 08/01/2019 | Rent Charges (08/2019) | D-110 | 4,627.87 | 0.00 | 4,952.66 | C-314025 | No |
| 08/01/2019 | Cam Expenses (08/2019) | D-110 | 1,868.00 | 0.00 | 6,820.66 | C-314026 | No |
| 08/09/2019 | Chk# 1348 | | 0.00 | 6,820.66 | 0.00 | R-191062 | |
| 09/01/2019 | Rent Charges (09/2019) | D-110 | 4,627.87 | 0.00 | 4,627.87 | C-314597 | No |
| 09/01/2019 | Cam Expenses (09/2019) | D-110 | 1,868.00 | 0.00 | 6,495.87 | C-314598 | No |
| 09/13/2019 | | | 0.00 | 6,495.87 | 0.00 | R-191377 | |
| 10/01/2019 | Rent Charges (10/2019) | D-110 | 4,627.87 | 0.00 | 4,627.87 | C-315047 | No |
| 10/01/2019 | Cam Expenses (10/2019) | D-110 | 1,868.00 | 0.00 | 6,495.87 | C-315048 | No |
| 10/10/2019 | Chk# 1447 | | 0.00 | 6,495.87 | 0.00 | R-191663 | |
| 11/01/2019 | Rent Charges (11/2019) | D-110 | 4,627.87 | 0.00 | 4,627.87 | C-315576 | No |
| 11/01/2019 | Cam Expenses (11/2019) | D-110 | 1,868.00 | 0.00 | 6,495.87 | C-315577 | No |
| 11/15/2019 | Chk# 1490 | | 0.00 | 6,495.87 | 0.00 | R-192049 | |
| 12/01/2019 | Rent Charges (12/2019) | D-110 | 4,627.87 | 0.00 | 4,627.87 | C-315986 | No |
| 12/01/2019 | Cam Expenses (12/2019) | D-110 | 1,868.00 | 0.00 | 6,495.87 | C-315987 | No |
| 12/06/2019 | Chk# 1544 | | 0.00 | 6,495.87 | 0.00 | R-192279 | |
| 01/01/2020 | Rent Charges (01/2020) | D-110 | 4,627.87 | 0.00 | 4,627.87 | C-316578 | No |
| 01/01/2020 | Cam Expenses (01/2020) | D-110 | 1,868.00 | 0.00 | 6,495.87 | C-316579 | No |
| 01/08/2020 | Chk# 1620 | | 0.00 | 6,495.87 | 0.00 | R-192644 | |
| 02/01/2020 | Rent Charges (02/2020) | D-110 | 4,627.87 | 0.00 | 4,627.87 | C-317340 | No |
| 02/01/2020 | Cam Expenses (02/2020) | D-110 | 1,868.00 | 0.00 | 6,495.87 | C-317341 | No |
| 02/13/2020 | Chk# 1690 | | 0.00 | 6,495.87 | 0.00 | R-193043 | |
| 03/01/2020 | Rent Charges (03/2020) | D-110 | 4,627.87 | 0.00 | 4,627.87 | C-317938 | No |
| 03/01/2020 | Cam Expenses (03/2020) | D-110 | 1,868.00 | 0.00 | 6,495.87 | C-317939 | No |
| 04/01/2020 | Rent Charges (04/2020) | D-110 | 4,627.87 | 0.00 | 11,123.74 | C-318183 | No |

Wednesday, May 21, 2025
05:28 PM

# Lease Ledger

Date: 05/21/2025
Property: d1shops
Tenant: beckham  Beckham Jewelry, LLC
From Date: 05/01/2017  To Date: 06/30/2027
Move In Date: 05/01/2017
Unit(S): D-110

Page 4

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 04/01/2020 | Cam Expenses (04/2020) | D-110 | 1,868.00 | 0.00 | 12,991.74 | C-318184 | No |
| 04/28/2020 | Chk# 1750 | | 0.00 | 3,736.00 | 9,255.74 | R-193725 | |
| 05/01/2020 | Rent Charges (05/2020) | D-110 | 4,719.96 | 0.00 | 13,975.70 | C-318730 | No |
| 05/01/2020 | Cam Expenses (05/2020) | D-110 | 1,868.00 | 0.00 | 15,843.70 | C-318731 | No |
| 05/21/2020 | Chk# 1781 | | 0.00 | 1,868.00 | 13,975.70 | R-194038 | |
| 06/01/2020 | Rent Charges (06/2020) | D-110 | 4,719.96 | 0.00 | 18,695.66 | C-319236 | No |
| 06/01/2020 | Cam Expenses (06/2020) | D-110 | 1,868.00 | 0.00 | 20,563.66 | C-319237 | No |
| 06/09/2020 | Chk# 1803 | | 0.00 | 6,587.96 | 13,975.70 | R-194266 | |
| 07/01/2020 | Rent Charges (07/2020) | D-110 | 4,719.96 | 0.00 | 18,695.66 | C-319745 | No |
| 07/01/2020 | Cam Expenses (07/2020) | D-110 | 1,868.00 | 0.00 | 20,563.66 | C-319746 | No |
| 07/13/2020 | | | 0.00 | 6,587.96 | 13,975.70 | R-194659 | |
| 08/01/2020 | 2019 CAM True Up | | (2,580.16) | 0.00 | 11,395.54 | C-320149 | No |
| 08/01/2020 | Rent Charges (08/2020) | D-110 | 4,719.96 | 0.00 | 16,115.50 | C-320265 | No |
| 08/01/2020 | Cam Expenses (08/2020) | D-110 | 685.62 | 0.00 | 16,801.12 | C-320266 | No |
| 08/10/2020 | Chk# 1865 | | 0.00 | 7,587.96 | 9,213.16 | R-194920 | |
| 09/01/2020 | Rent Charges (09/2020) | D-110 | 4,719.96 | 0.00 | 13,933.12 | C-320807 | No |
| 09/01/2020 | Cam Expenses (09/2020) | D-110 | 685.62 | 0.00 | 14,618.74 | C-320808 | No |
| 09/11/2020 | Chk# 1915 | | 0.00 | 5,405.58 | 9,213.16 | R-195255 | |
| 10/01/2020 | Rent Charges (10/2020) | D-110 | 4,719.96 | 0.00 | 13,933.12 | C-321335 | No |
| 10/01/2020 | Cam Expenses (10/2020) | D-110 | 685.62 | 0.00 | 14,618.74 | C-321336 | No |
| 10/13/2020 | Chk# 1947 | | 0.00 | 5,405.58 | 9,213.16 | R-195635 | |
| 11/01/2020 | Rent Charges (11/2020) | D-110 | 4,719.96 | 0.00 | 13,933.12 | C-322204 | No |
| 11/01/2020 | Cam Expenses (11/2020) | D-110 | 685.62 | 0.00 | 14,618.74 | C-322205 | No |
| 11/10/2020 | Chk# 1992 | | 0.00 | 5,405.58 | 9,213.16 | R-195954 | |
| 12/01/2020 | Rent Charges (12/2020) | D-110 | 4,719.96 | 0.00 | 13,933.12 | C-322752 | No |
| 12/01/2020 | Cam Expenses (12/2020) | D-110 | 685.62 | 0.00 | 14,618.74 | C-322753 | No |
| 12/14/2020 | Chk# 2024 | | 0.00 | 5,405.58 | 9,213.16 | R-196303 | |
| 01/01/2021 | Rent Charges (01/2021) | D-110 | 4,719.96 | 0.00 | 13,933.12 | C-323309 | No |
| 01/01/2021 | Cam Expenses (01/2021) | D-110 | 685.62 | 0.00 | 14,618.74 | C-323310 | No |
| 01/12/2021 | Chk# 2075 | | 0.00 | 5,405.58 | 9,213.16 | R-196620 | |
| 02/01/2021 | Rent Charges (02/2021) | D-110 | 4,719.96 | 0.00 | 13,933.12 | C-323600 | No |
| 02/01/2021 | Cam Expenses (02/2021) | D-110 | 685.62 | 0.00 | 14,618.74 | C-323601 | No |
| 02/12/2021 | Chk# 2108 | | 0.00 | 5,405.58 | 9,213.16 | R-197028 | |
| 03/01/2021 | Rent Charges (03/2021) | D-110 | 4,719.96 | 0.00 | 13,933.12 | C-324307 | No |
| 03/01/2021 | Cam Expenses (03/2021) | D-110 | 685.62 | 0.00 | 14,618.74 | C-324308 | No |
| 03/15/2021 | Chk# 2141 | | 0.00 | 5,405.58 | 9,213.16 | R-197411 | |

# Lease Ledger

Date: 05/21/2025
Property: d1shops
Tenant: beckham  Beckham Jewelry, LLC
From Date: 05/01/2017  To Date: 06/30/2027
Move In Date: 05/01/2017
Unit(S): D-110

Page 5

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 04/01/2021 | Rent Charges (04/2021) | D-110 | 4,719.96 | 0.00 | 13,933.12 | C-324707 | No |
| 04/01/2021 | Cam Expenses (04/2021) | D-110 | 685.62 | 0.00 | 14,618.74 | C-324708 | No |
| 04/12/2021 | Chk# 2185 | D-110 | 0.00 | 5,405.58 | 9,213.16 | R-197753 | No |
| 05/01/2021 | Rent Charges (05/2021) | D-110 | 4,813.61 | 0.00 | 14,026.77 | C-325492 | No |
| 05/01/2021 | Cam Expenses (05/2021) | D-110 | 685.62 | 0.00 | 14,712.39 | C-325493 | No |
| 05/11/2021 | Chk# 2239 | | 0.00 | 5,499.23 | 9,213.16 | R-198075 | No |
| 05/26/2021 | Rent Forgiven (03/2020) - first amendment | | (4,627.87) | 0.00 | 4,585.29 | C-326143 | No |
| 05/26/2021 | Rent Forgiven (04/2020) - first amendment | | (4,627.87) | 0.00 | (42.58) | C-326144 | No |
| 06/01/2021 | 2020 CAM True up | | (640.32) | 0.00 | (682.90) | C-325658 | No |
| 06/01/2021 | 05/21 late fee | | 236.00 | 0.00 | (446.90) | C-325871 | No |
| 06/01/2021 | Rent Charges (06/2021) | D-110 | 4,813.61 | 0.00 | 4,366.71 | C-325890 | No |
| 06/01/2021 | Cam Expenses (06/2021) | D-110 | 1,773.72 | 0.00 | 6,140.43 | C-325891 | No |
| 06/14/2021 | Chk# 2278 | | 0.00 | 6,587.33 | (446.90) | R-198441 | No |
| 07/01/2021 | Rent Charges (07/2021) | D-110 | 4,813.61 | 0.00 | 4,366.71 | C-326675 | No |
| 07/01/2021 | Cam Expenses (07/2021) | D-110 | 1,773.72 | 0.00 | 6,140.43 | C-326676 | No |
| 07/13/2021 | Chk# 2313 | | 0.00 | 6,140.43 | 0.00 | R-198803 | No |
| 08/01/2021 | Rent Charges (08/2021) | D-110 | 4,813.61 | 0.00 | 4,813.61 | C-327117 | No |
| 08/01/2021 | Cam Expenses (08/2021) | D-110 | 1,773.72 | 0.00 | 6,587.33 | C-327118 | No |
| 08/17/2021 | Chk# 2386 | | 0.00 | 6,587.33 | 0.00 | R-199222 | No |
| 09/01/2021 | Rent Charges (09/2021) | D-110 | 4,813.61 | 0.00 | 4,813.61 | C-327804 | No |
| 09/01/2021 | Cam Expenses (09/2021) | D-110 | 1,773.72 | 0.00 | 6,587.33 | C-327805 | No |
| 09/20/2021 | Chk# 2417 | | 0.00 | 6,587.33 | 0.00 | R-199592 | No |
| 10/01/2021 | Rent Charges (10/2021) | D-110 | 4,813.61 | 0.00 | 4,813.61 | C-328114 | No |
| 10/01/2021 | Cam Expenses (10/2021) | D-110 | 1,773.72 | 0.00 | 6,587.33 | C-328115 | No |
| 10/22/2021 | Chk# 2451 | | 0.00 | 6,587.33 | 0.00 | R-200007 | No |
| 11/01/2021 | Rent Charges (11/2021) | D-110 | 4,813.61 | 0.00 | 4,813.61 | C-328786 | No |
| 11/01/2021 | Cam Expenses (11/2021) | D-110 | 1,773.72 | 0.00 | 6,587.33 | C-328787 | No |
| 12/01/2021 | Rent Charges (12/2021) | D-110 | 4,813.61 | 0.00 | 11,400.94 | C-329528 | No |
| 12/01/2021 | Cam Expenses (12/2021) | D-110 | 1,773.72 | 0.00 | 13,174.66 | C-329529 | No |
| 12/08/2021 | Chk# 2495 | | 0.00 | 6,587.33 | 6,587.33 | R-200611 | No |
| 12/23/2021 | Chk# 2521 | | 0.00 | 6,587.33 | 0.00 | R-200746 | No |
| 01/01/2022 | Rent Charges (01/2022) | D-110 | 4,813.61 | 0.00 | 4,813.61 | C-330268 | No |
| 01/01/2022 | Cam Expenses (01/2022) | D-110 | 1,773.72 | 0.00 | 6,587.33 | C-330269 | No |
| 02/01/2022 | Rent Charges (02/2022) | D-110 | 4,813.61 | 0.00 | 11,400.94 | C-330853 | No |
| 02/01/2022 | Cam Expenses (02/2022) | D-110 | 1,773.72 | 0.00 | 13,174.66 | C-330854 | No |
| 02/15/2022 | Chk# 2587 | | 0.00 | 6,587.33 | 6,587.33 | R-201585 | No |

# Lease Ledger

Page 6

Date: 05/21/2025
Property: d1shops
Tenant: beckham  Beckham Jewelry, LLC
From Date: 05/01/2017  To Date: 06/30/2027
Move In Date: 05/01/2017
Unit(S): D-110

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---:|---:|---:|---|---|
| 03/01/2022 | Rent Charges (03/2022) | D-110 | 4,813.61 | 0.00 | 11,400.94 | C-331430 | No |
| 03/01/2022 | Cam Expenses (03/2022) | D-110 | 1,773.72 | 0.00 | 13,174.66 | C-331431 | No |
| 03/18/2022 | Chk# 2625 | | 0.00 | 6,587.33 | 6,587.33 | R-201987 | |
| 04/01/2022 | Rent Charges (04/2022) | D-110 | 4,813.61 | 0.00 | 11,400.94 | C-332100 | No |
| 04/01/2022 | Cam Expenses (04/2022) | D-110 | 1,773.72 | 0.00 | 13,174.66 | C-332101 | No |
| 04/12/2022 | Chk# 2658 | | 0.00 | 6,587.33 | 6,587.33 | R-202343 | |
| 04/25/2022 | Chk# 2680 | | 0.00 | 6,587.33 | 0.00 | R-202431 | |
| 05/01/2022 | Rekey and keys-Jackson Safe Inv #37858 | | 142.61 | 0.00 | 142.61 | C-332340 | No |
| 05/01/2022 | Rent Charges (05/2022) | D-110 | 4,910.38 | 0.00 | 5,052.99 | C-332379 | No |
| 05/01/2022 | Cam Expenses (05/2022) | D-110 | 1,773.72 | 0.00 | 6,826.71 | C-332380 | No |
| 05/13/2022 | Chk# 2706 | | 0.00 | 6,587.33 | 239.38 | R-202822 | |
| 06/01/2022 | Rent Charges (06/2022) | D-110 | 4,910.38 | 0.00 | 5,149.76 | C-333201 | No |
| 06/01/2022 | Cam Expenses (06/2022) | D-110 | 1,773.72 | 0.00 | 6,923.48 | C-333202 | No |
| 06/01/2022 | 2021 CAM True up | | (21.15) | 0.00 | 6,902.33 | C-333661 | No |
| 07/01/2022 | Cam Expenses (07/2022) | D-110 | 863.44 | 0.00 | 7,765.77 | C-334148 | No |
| 07/01/2022 | Rent Charges (07/2022) | D-110 | 4,910.38 | 0.00 | 12,676.15 | C-334149 | No |
| 07/07/2022 | Chk# 2745 | | 0.00 | 6,923.48 | 5,752.67 | R-203767 | |
| 07/19/2022 | Chk# 2759 | | 0.00 | 5,752.67 | 0.00 | R-203770 | |
| 08/01/2022 | Cam Expenses (08/2022) | D-110 | 863.44 | 0.00 | 863.44 | C-334975 | No |
| 08/01/2022 | Rent Charges (08/2022) | D-110 | 4,910.38 | 0.00 | 5,773.82 | C-334976 | No |
| 08/16/2022 | Chk# 2801 | | 0.00 | 5,773.82 | 0.00 | R-204267 | |
| 09/01/2022 | Cam Expenses (09/2022) | D-110 | 863.44 | 0.00 | 863.44 | C-335505 | No |
| 09/01/2022 | Rent Charges (09/2022) | D-110 | 4,910.38 | 0.00 | 5,773.82 | C-335506 | No |
| 10/01/2022 | Cam Expenses (10/2022) | D-110 | 863.44 | 0.00 | 6,637.26 | C-336451 | No |
| 10/01/2022 | Rent Charges (10/2022) | D-110 | 4,910.38 | 0.00 | 11,547.64 | C-336452 | No |
| 10/20/2022 | 09/22 late fee | | 245.52 | 0.00 | 11,793.16 | C-337126 | No |
| 10/20/2022 | 10/22 late fee | | 245.52 | 0.00 | 12,038.68 | C-337127 | No |
| 11/01/2022 | Cam Expenses (11/2022) | D-110 | 863.44 | 0.00 | 12,902.12 | C-337279 | No |
| 11/01/2022 | Rent Charges (11/2022) | D-110 | 4,910.38 | 0.00 | 17,812.50 | C-337280 | No |
| 11/30/2022 | Chk# 002889 :CHECKscan Payment | | 0.00 | 2,590.32 | 15,222.18 | R-205632 | |
| 12/01/2022 | Cam Expenses (12/2022) | D-110 | 863.44 | 0.00 | 16,085.62 | C-338079 | No |
| 12/01/2022 | Rent Charges (12/2022) | D-110 | 4,910.38 | 0.00 | 20,996.00 | C-338080 | No |
| 12/12/2022 | 11/22 late fee | | 245.52 | 0.00 | 21,241.52 | C-338516 | No |
| 12/12/2022 | 12/22 late fee | | 245.52 | 0.00 | 21,487.04 | C-338517 | No |
| 01/01/2023 | Cam Expenses (01/2023) | D-110 | 863.44 | 0.00 | 22,350.48 | C-338633 | No |
| 01/01/2023 | Rent Charges (01/2023) | D-110 | 4,910.38 | 0.00 | 27,260.86 | C-338634 | No |

# Lease Ledger

Page 7

Date: 05/21/2025
Property: d1shops
Tenant: beckham  Beckham Jewelry, LLC
From Date: 05/01/2017  To Date: 06/30/2027
Move In Date: 05/01/2017
Unit(S): D-110

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 01/03/2023 | Chk# 002914 :CHECKscan Payment | | 0.00 | 10,682.42 | 16,578.44 | R-206104 | |
| 02/01/2023 | Cam Expenses (02/2023) | D-110 | 863.44 | 0.00 | 17,441.88 | C-339312 | No |
| 02/01/2023 | Rent Charges (02/2023) | D-110 | 4,910.38 | 0.00 | 22,352.26 | C-339313 | No |
| 03/01/2023 | Cam Expenses (03/2023) | D-110 | 863.44 | 0.00 | 23,215.70 | C-340229 | No |
| 03/01/2023 | Rent Charges (03/2023) | D-110 | 4,910.38 | 0.00 | 28,126.08 | C-340230 | No |
| 03/08/2023 | Chk# 002967 :CHECKscan Payment | | 0.00 | 4,500.00 | 23,626.08 | R-207116 | |
| 04/01/2023 | Cam Expenses (04/2023) | D-110 | 863.44 | 0.00 | 24,489.52 | C-341037 | No |
| 04/01/2023 | Rent Charges (04/2023) | D-110 | 4,910.38 | 0.00 | 29,399.90 | C-341038 | No |
| 05/01/2023 | Cam Expenses (05/2023) | D-110 | 863.44 | 0.00 | 30,263.34 | C-341306 | No |
| 05/01/2023 | Rent Charges (05/2023) | D-110 | 5,008.71 | 0.00 | 35,272.05 | C-341307 | No |
| 06/01/2023 | Cam Expenses (06/2023) | D-110 | 863.44 | 0.00 | 36,135.49 | C-341931 | No |
| 06/01/2023 | Rent Charges (06/2023) | D-110 | 5,008.71 | 0.00 | 41,144.20 | C-341932 | No |
| 06/20/2023 | Chk# 003029 :CHECKscan Payment | | 0.00 | 4,500.00 | 36,644.20 | R-208446 | |
| 07/01/2023 | Cam Expenses (07/2023) | D-110 | 863.44 | 0.00 | 37,507.64 | C-342644 | No |
| 07/01/2023 | Rent Charges (07/2023) | D-110 | 5,008.71 | 0.00 | 42,516.35 | C-342645 | No |
| 07/21/2023 | Chk# 003066 :CHECKscan Payment | | 0.00 | 5,872.15 | 36,644.20 | R-208910 | |
| 08/01/2023 | Cam Expenses (08/2023) | D-110 | 863.44 | 0.00 | 37,507.64 | C-343433 | No |
| 08/01/2023 | Rent Charges (08/2023) | D-110 | 5,008.71 | 0.00 | 42,516.35 | C-343434 | No |
| 08/18/2023 | Chk# 003107 :CHECKscan Payment | | 0.00 | 5,872.15 | 36,644.20 | R-209329 | |
| 09/01/2023 | Cam Expenses (09/2023) | D-110 | 863.44 | 0.00 | 37,507.64 | C-344283 | No |
| 09/01/2023 | Rent Charges (09/2023) | D-110 | 5,008.71 | 0.00 | 42,516.35 | C-344284 | No |
| 10/01/2023 | Cam Expenses (10/2023) | D-110 | 863.44 | 0.00 | 43,379.79 | C-344938 | No |
| 10/01/2023 | Rent Charges (10/2023) | D-110 | 5,008.71 | 0.00 | 48,388.50 | C-344939 | No |
| 11/01/2023 | Cam Expenses (11/2023) | D-110 | 863.44 | 0.00 | 49,251.94 | C-345904 | No |
| 11/01/2023 | Rent Charges (11/2023) | D-110 | 5,008.71 | 0.00 | 54,260.65 | C-345905 | No |
| 12/01/2023 | Cam Expenses (12/2023) | D-110 | 863.44 | 0.00 | 55,124.09 | C-346663 | No |
| 12/01/2023 | Rent Charges (12/2023) | D-110 | 5,008.71 | 0.00 | 60,132.80 | C-346664 | No |
| 01/01/2024 | Cam Expenses (01/2024) | D-110 | 863.44 | 0.00 | 60,996.24 | C-347665 | No |
| 01/01/2024 | Rent Charges (01/2024) | D-110 | 5,008.71 | 0.00 | 66,004.95 | C-347666 | No |
| 01/18/2024 | Chk# 006035 :CHECKscan Payment - Hines Inv ck#6035 | | 0.00 | 1,782.00 | 64,222.95 | R-211554 | |
| 02/01/2024 | Cam Expenses (02/2024) | D-110 | 863.44 | 0.00 | 65,086.39 | C-348399 | No |
| 02/01/2024 | Rent Charges (02/2024) | D-110 | 5,008.71 | 0.00 | 70,095.10 | C-348400 | No |
| 03/01/2024 | Cam Expenses (03/2024) | D-110 | 863.44 | 0.00 | 70,958.54 | C-349193 | No |
| 03/01/2024 | Rent Charges (03/2024) | D-110 | 5,008.71 | 0.00 | 75,967.25 | C-349194 | No |
| 04/01/2024 | Cam Expenses (04/2024) | D-110 | 863.44 | 0.00 | 76,830.69 | C-350093 | No |

# Lease Ledger

Date: 05/21/2025
Property: d1shops
Tenant: beckham  Beckham Jewelry, LLC
From Date: 05/01/2017  To Date: 06/30/2027
Move In Date: 05/01/2017
Unit(S): D-110

Page 8

| Date | Description | Unit | Charge | Payment | Balance | Chg/Rec | Hold |
|---|---|---|---|---|---|---|---|
| 04/01/2024 | Rent Charges (04/2024) | D-110 | 5,008.71 | 0.00 | 81,839.40 | C-350094 | No |
| 05/01/2024 | Cam Expenses (05/2024) | D-110 | 863.44 | 0.00 | 82,702.84 | C-350915 | No |
| 05/01/2024 | Rent Charges (05/2024) | D-110 | 5,108.61 | 0.00 | 87,811.45 | C-350916 | No |
| 06/01/2024 | Cam Expenses (06/2024) | D-110 | 863.44 | 0.00 | 88,674.89 | C-352008 | No |
| 06/01/2024 | Rent Charges (06/2024) | D-110 | 5,108.61 | 0.00 | 93,783.50 | C-352009 | No |
| 07/01/2024 | Cam Expenses (07/2024) | D-110 | 863.44 | 0.00 | 94,646.94 | C-352410 | No |
| 07/01/2024 | Rent Charges (07/2024) | D-110 | 5,108.61 | 0.00 | 99,755.55 | C-352411 | No |
| 08/01/2024 | Cam Expenses (08/2024) | D-110 | 863.44 | 0.00 | 100,618.99 | C-352920 | No |
| 08/01/2024 | Rent Charges (08/2024) | D-110 | 5,108.61 | 0.00 | 105,727.60 | C-352921 | No |
| 09/01/2024 | Cam Expenses (09/2024) | D-110 | 863.44 | 0.00 | 106,591.04 | C-353774 | No |
| 09/01/2024 | Rent Charges (09/2024) | D-110 | 5,108.61 | 0.00 | 111,699.65 | C-353775 | No |
| 10/01/2024 | Cam Expenses (10/2024) | D-110 | 863.44 | 0.00 | 112,563.09 | C-354428 | No |
| 10/01/2024 | Rent Charges (10/2024) | D-110 | 5,108.61 | 0.00 | 117,671.70 | C-354429 | No |
| 11/01/2024 | Cam Expenses (11/2024) | D-110 | 863.44 | 0.00 | 118,535.14 | C-355293 | No |
| 11/01/2024 | Rent Charges (11/2024) | D-110 | 5,108.61 | 0.00 | 123,643.75 | C-355294 | No |
| 12/01/2024 | Cam Expenses (12/2024) | D-110 | 863.44 | 0.00 | 124,507.19 | C-356320 | No |
| 12/01/2024 | Rent Charges (12/2024) | D-110 | 5,108.61 | 0.00 | 129,615.80 | C-356321 | No |
| 01/01/2025 | Cam Expenses (01/2025) | D-110 | 863.44 | 0.00 | 130,479.24 | C-356668 | No |
| 01/01/2025 | Rent Charges (01/2025) | D-110 | 5,108.61 | 0.00 | 135,587.85 | C-356669 | No |
| 02/01/2025 | Cam Expenses (02/2025) | D-110 | 863.44 | 0.00 | 136,451.29 | C-357491 | No |
| 02/01/2025 | Rent Charges (02/2025) | D-110 | 5,108.61 | 0.00 | 141,559.90 | C-357492 | No |
| 03/01/2025 | Cam Expenses (03/2025) | D-110 | 863.44 | 0.00 | 142,423.34 | C-358650 | No |
| 03/01/2025 | Rent Charges (03/2025) | D-110 | 5,108.61 | 0.00 | 147,531.95 | C-358651 | No |
| 04/01/2025 | Cam Expenses (04/2025) | D-110 | 863.44 | 0.00 | 148,395.39 | C-359181 | No |
| 04/01/2025 | Rent Charges (04/2025) | D-110 | 5,108.61 | 0.00 | 153,504.00 | C-359182 | No |
| 05/01/2025 | Cam Expenses (05/2025) | D-110 | 863.44 | 0.00 | 154,367.44 | C-360264 | No |
| 05/01/2025 | Rent Charges (05/2025) | D-110 | 5,210.06 | 0.00 | 159,577.50 | C-360265 | No |
| 06/01/2025 | Cam Expenses (06/2025) | D-110 | 863.44 | 0.00 | 160,440.94 | C-360747 | No |
| 06/01/2025 | Rent Charges (06/2025) | D-110 | 5,210.06 | 0.00 | 165,651.00 | C-360748 | No |