

Shelby Fulgham
Property Manager
300 Concourse Blvd.
Suite 105
Ridgeland, Mississippi 39157
(601) 914-0800
concordcompanies.co

January 17, 2025

**VIA CERTIFIED MAIL & EMAIL**
Beckham Jewelry LLC
Attn: Brian L. Beckham
1808 Meadowbrook Road
Jackson, MS 39211
Email: info@beckhamjewelry.com; brianbckhm@yahoo.com

RE:   Lease Agreement by and between TDLDC RETAIL I, LLC ("Landlord") and BECKHAM JEWELRY, LLC ("Tenant"), dated April 5, 2017, as amended by that First Amendment to Lease Agreement dated April 30, 2021, (collectively, the "Lease"), for Suite D-110 in the D-1 Building at The District at Eastover, Hinds County, Jackson, MS

Dear Beckham Jewelry, LLC:

The Landlord is exercising its rights under Section 25(a) of the above-referenced lease to retake possession of the leased premises without terminating the lease. It is imperative that the tenant vacate the lease premises and remove all merchandise and other tenant personal property on or before 5pm on January 24, 2025. Consistent with Section 24(e) of the lease, we will execute a lock change immediately upon the expiration of this deadline.

Sincerely,

*[signature]*
Shelby Fulgham



EXHIBIT C