**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

BECKHAM JEWELRY, LLC,                    CASE NO: 25-01234-JAW

DEBTOR.                                   CHAPTER 11

**ORDER GRANTING TDLDC RETAIL I, LLC'S**
**MOTION TO REJECT CORE BUSINESS LEASE**

THIS MATTER CAME BEFORE THE COURT on the motion of Creditor TDLDC Retail I, LLC to reject the jewelry store lease of Debtor, Beckham Jewelry, LLC, and the Court, having determined that Debtor is unable to comply with the requirements of 11 U.S.C. § 365(b)(1)(A) to assume the lease, and that it is in the best interest of Landlord to immediately reject the lease, enters the following ORDER:

IT IS HEREBY ORDERED that the jewelry store lease by and between Debtor and TDLDC Retail I, LLC is rejected effective immediately.

#END OF ORDER#

 /s/ Robert B. Ireland, III
Robert B. Ireland, III (MSB No. 100708)
Watkins & Eager, PLLC