**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:      BECKHAM JEWELRY, LLC      CHAPTER 11
           Debtor      CASE NO. 25-01234-JAW

**ANSWER AND RESPONSE TO MOTION FOR INTERIM AND
FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL**

COMES NOW Craig M. Geno, the appointed Subchapter V Trustee in the above styled and numbered case (the "Trustee"), and files this his Answer and Response to the *Motion for Interim and Final Orders Authorizing Use of Cash Collateral* (the "Motion") **[DK #14]**, filed herein by Beckham Jewelry, LLC (the "Debtor") and answers and alleges as follows, to-wit:

1.      The Trustee supports the request for use of cash collateral.

2.      At this stage in this case, in order for the Debtor to keep the ship afloat and maintain status quo, there is little choice but to support the Motion.

3.      Accordingly, the Trustee supports the Motion, at least at this preliminary stage in this case. The Trustee reserves his position for future use of cash collateral in the event that becomes necessary, and in the event the Trustee learns additional information as the case progresses that would justify a change of position.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that upon a hearing hereof, this Honorable Court will enter its order granting the Motion. The Trustee prays for general relief.

THIS, the 23rd day of May, 2025.

           Respectfully submitted,

           CRAIG M. GENO, SUBCHAPTER V TRUSTEE

           By His Attorneys,

           LAW OFFICES OF CRAIG M. GENO, PLLC


           By: */s/ Craig M. Geno*
             Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Pleadings\Ans,Resp re Debtor's Mot to Use CC 5-23-25.wpd

## **CERTIFICATE OF SERVICE**

  I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

| | |
|---|---|
| Christopher J. Steiskal, Sr., Esq. | Thomas C. Rollins, Jr., Esq. |
| Office off the United States Trustee | trollins@therollinsfirm.com |
| christopher.j.steiskal@usdoj.gov | |

THIS, the 23rd day of May, 2025.

           */s/ Craig M. Geno*
           Craig M. Geno

-2-