**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**BECKHAM JEWELRY, LLC,**                                              **CASE NO. 25-01234-JAW**

*Debtor-in-Possession.*                                                                **CHAPTER 11**

To:   Robert Ireland, Esq.

**Notice to File Corporate Ownership Statement**

On May 23, 2025 you filed a Motion for Order Rejecting Business Lease (Dkt. #41) on behalf of TDLDC Retail I, LLC (the "Movant") in the above-referenced case. Pursuant to Miss. Bankr. L.R. 9014-1(c)(1) any corporation (including a general partnership, limited partnership, joint venture, or limited liability company), other than a governmental unit, that is a party to a contested matter shall file a Corporate Ownership Statement containing the information described in Fed. R. Bankr. Rule 7007.1.[1]

**Therefore,** on or before **May 29, 2025** the Movant must file the required Statement[2]. Failure to file a Corporate Ownership Statement may result in a hearing to show cause why sanctions should not be imposed for failure to comply with Miss. Bankr. L.R. 9014-1(c)(1).

Dated: May 27, 2025                              Danny L. Miller, Clerk of Court
                                                 Thad Cochran U. S. Courthouse
                                                 501 E Court St Ste 2.300
                                                 Jackson, MS 39201
                                                 601-608-4600

---

[1] Rule 7007.1 requires that the statement identify any parent corporation and any publicly held corporation that owns 10% or more of stock or states that there is no such corporation.
[2] Corporate Ownership Statement (Local Form MSSB-7007.1-Bk) is available on the court's website www.mssb.uscourts.gov.

(Rev. 12/05/2023)