MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: __BECKHAM JEWELRY, LLC__                                  Case No.: __25-01234-JAW__

_____
*Debtor(s)*

Chapter: __11__

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, _____TDLDC Retail 1, LLC_____, a
[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

| Eastover Development, LLC |
|---|

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: __05/27/2025__        _/s/ Robert B. Ireland III_
                            Attorney Signature

                            Robert B. Ireland, III                100708
                            Attorney Name                          State Bar Number
                            P.O. Box 650
                            Address
                            Jackson, MS 39205-0650
                            City, State, and Zip Code
                            (601) 965-1900              rireland@watkinseager.com
                            Telephone Number            Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**