**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        **Beckham Jewelry, LLC, Debtor**                **Case No. 25-01234-JAW**
                                                                                    **CHAPTER 11**

**MOTION TO EXTEND DEADLINE**
**TO FILE CHAPTER 11 SCHEDULES**

COMES NOW the debtor by and through their attorney, and files this Motion to Extend Time to File Chapter 11 Schedules and would respectfully show the following:

That the debtor filed their Chapter 13 Petition on 05/14/2025.

That the schedules are due 5/28/2025.

That the debtor needs additional time to complete their schedules.

That the debtor requests until 6/11/25 to file their schedules.

                                        Respectfully Submitted,

                                        By: /s/ Jennifer A Curry Calvillo
                                                Thomas C. Rollins, Jr. (MSBN 103469)
                                                Jennifer A Curry Calvillo (MSBN 104367)
                                                The Rollins Law Firm, PLLC
                                                P.O. Box 13767
                                                Jackson, MS 39236
                                                601-500- 5533


**CERTIFICATE OF SERVICE**

I, Jennifer A Curry Calvillo, do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, May 29, 2025.  All interested parties will receive CM/ECF from the Court.

                                        /s/ Jennifer A Curry Calvillo
                                        Jennifer A Curry Calvillo