# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Beckham Jewelry, LLC**                                    Case No.  **25-01234**
                        Debtor(s)                                  Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 30, 2025**                     **/s/ Brian Lee Beckham**
                                            **Brian Lee Beckham**/**Member**
                                            Signer/Title

| | | |
|---|---|---|
| BECKHAM JEWELRY, LLC<br>120 DISTRICT BLVD, STE D110<br>JACKSON, MS 39211 | HEERA MOTI, INC<br>15 W 47TH ST<br>STE 808<br>NEW YORK, NY 10036 | MS DEPT OF REVENUE***<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | HINDS CO TAX COLLECTOR<br>P.O. BOX 1727<br>JACKSON, MS 39215-1727 | NIVODA<br>580 5TH AVE<br>STE 2508<br>NEW YORK, NY 10036 |
| BARNES, BAILEY, & JANO<br>5 RIVERBEND PLACE<br>STE A<br>FLOWOOD, MS 39232 | IRS***<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | OVERNIGHT MOUNTINGS, I<br>1400 PLAZA AVE<br>NEW HYDE PARK, NY 11040 |
| BRIAN BECKHAM<br>120 DISTRICT BLVD<br>STE D110<br>JACKSON, MS 39211 | IRS***<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | S. KASHI<br>175 ROAD STE 204<br>GREAT NECK, NY 11021 |
| DAZZLE IMPORTS<br>5555 GLENDRIDGE CONNEC<br>STE 200<br>ATLANTA, GA 30342 | KAPITUS***<br>2500 WILSON BLVD, STE<br>ARLINGTON, VA 22201 | STULLER<br>P.O. BOX 87777<br>LAFAYETTE, LA 70598-777 |
| DYNASTY CASTING<br>644 SHREWSBERRY COMMON<br>SHREWSBURY, PA 17361 | KELLY WATERS<br>P.O. BOX 240924<br>BOSTON, MA 02124 | TDLDC RETAIL I, LLC<br>300 CONCOURSE BLVD<br>STE 105<br>RIDGELAND, MS 39157 |
| ELDAR, INC<br>3068 N 2700 E<br>FORREST, IL 61741 | KERRY WHITT, CO<br>125 DEATON RD<br>OWENS CROSS ROADS, AL 35763 | TR JEWELRY CONCEPTS<br>2707 MT. RUSHMORE RD<br>RAPID CITY, SD 57701 |
| GARY CARRIERE<br>125 DEATON RD<br>OWENS CROSS ROADS, AL 35763 | LAMHA<br>20 W 47ST ST<br>STE 807<br>NEW YORK, NY 10036 | US ATTORNEY GENERAL***<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-00 |
| HAKIMI DIAMOND CORP<br>15 W 47TH ST<br>NEW YORK, NY 10036 | MCLEOD & RIGEL, PA<br>10 PROFESSIONAL PKWY<br>HATTIESBURG, MS 39402 | WLBT<br>715 S JEFFERSON ST<br>JACKSON, MS 39201 |