IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor         Case No. 25-01234-JAW
                                              CHAPTER 13

## AFFIDAVIT

STATE OF Arkansas
COUNTY OF Arkansas

Richard O. Hayes of Bobby Wilkerson, Inc, being first duly sworn in connection with the application of the Debtor that I be employed as sales consultant for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.
2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.
3. That said services shall be rendered under a commission fee agreement.

FURTHER, AFFIANT SAITH NOT.

Dated this the 4th day of June, 2025.

x Richard O. Hayes
By: Richard O. Hayes

SWORN TO AND SUBSCRIBED BEFORE ME, this the 4th day of June, 2025.

Denise L Brown
NOTARY PUBLIC

DENISE L BROWN
ARKANSAS COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires June 21, 2034
Commission No. 12400625

DEBTOR'S EXHIBIT
B
The Rollins Law Firm, PLLC