**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:         Beckham Jewelry, LLC, Debtor         Case No. 25-01234-JAW
                                                    CHAPTER 11

**ORDER GRANTING DEBTOR'S MOTION TO EXPEDITE HEARING
ON MOTION TO EMPLOY WILKERSON, INC.**

Upon the Debtor's Motion to Expedite Hearing on Motion to Employ Wilkerson, Inc. (the "Motion to Expedite," Docket No. ___), and the Court having reviewed the Motion to Expedite and any responses thereto, and finding that cause exists to shorten notice and hear the Debtor's Motion to Employ Wilkerson, Inc. (the "Employment Motion," Docket No. 58) on an expedited basis, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Expedite is GRANTED as set forth herein.

2. The notice period under Bankruptcy Rule 2002(a)(6) and Local Rule 2002-1 is hereby shortened so that objections to the Employment Motion, if any, shall be filed and served no later than 4:00 p.m. central time on June 11, 2025.

3. The Employment Motion (Docket No. 58) shall be heard on June 12, 2025 at 1:30 p.m. in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion

4. Service of the Employment Motion and all accompanying papers by June 5, 2025 is deemed sufficient.

5. Written responses must be received on or before June 11, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

6. If no objection to the Employment Motion is timely filed and served, the Court may grant the requested relief without further hearing.

7. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com