United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01234-JAW
Beckham Jewelry, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: pdf012 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Beckham Jewelry, LLC, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |
| 5510830 | + | Barnes, Bailey, & Jano, 5 Riverbend Place, Ste A, Flowood, MS 39232-7618 |
| 5510831 | + | Brian Beckham, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |
| 5510832 | + | Dazzle Imports, 5555 Glendridge Connec, Ste 200, Atlanta, GA 30342-4815 |
| 5510833 | + | Dynasty Casting, 644 Shrewsberry Common, Shrewsbury, PA 17361-1617 |
| 5510834 | | Eldar, Inc, 3068 N 2700 E, Forrest, IL 61741 |
| 5510835 | + | Gary Carriere, 125 Deaton Rd, Owens Cross Roads, AL 35763-9553 |
| 5510836 | + | Hakimi Diamond Corp, 15 W 47th ST, New York, NY 10036-3305 |
| 5510837 | + | Heera Moti, Inc, 15 W 47th St, Ste 808, New York, NY 10036-3327 |
| 5510839 | + | Kelly Waters, P.O. Box 240924, Boston, MA 02124-0016 |
| 5510840 | + | Kerry Whitt, Co, 125 Deaton Rd, Owens Cross Roads, AL 35763-9553 |
| 5510841 | + | Lamha, 20 W 47st St, Ste 807, New York, NY 10036-4298 |
| 5510842 | + | McLeod & Rigel, PA, 10 Professional Pkwy, Hattiesburg, MS 39402-2636 |
| 5510843 | + | Nivoda, 580 5th Ave, Ste 2508, New York, NY 10036-4771 |
| 5510844 | + | Overnight Mountings, I, 1400 Plaza Ave, New Hyde Park, NY 11040-4921 |
| 5512957 | + | Robert B. Ireland, III, Esq., Watkins & Eager PLLC, Atty for TDLDC Retail I, LLC, P.O. Box 650, Jackson, MS 39205-0650 |
| 5510845 | | S. Kashi, 175 Road Ste 204, Great Neck, NY 11021 |
| 5510846 | | Stuller, P.O. Box 87777, Lafayette, LA 70598-7777 |
| 5510847 | + | TDLDC Retail I, LLC, 300 Concourse Blvd, Ste 105, Ridgeland, MS 39157-2091 |
| 5510848 | + | TR Jewelry Concepts, 2707 Mt. Rushmore Rd, Rapid City, SD 57701-5324 |
| 5510854 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5517310 | + | US ATTORNEY GENERAL, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENW, WASHINGTON, DC 20003 |
| 5510849 | + | WLBT, 715 S Jefferson St, Jackson, MS 39201-5622 |
| 5518214 | + | WLBT Television, c/o Szabo Associates, Inc., 3355 Lenox Road NE, Suite 945, Atlanta, GA 30326-1357 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5510838 | | Email/Text: carolyn.allen@co.hinds.ms.us | Jun 05 2025 19:31:00 | Hinds Co Tax Collector, P.O. Box 1727, Jackson, MS 39215-1727 |
| 5514050 | + | Email/Text: carolyn.allen@co.hinds.ms.us | Jun 05 2025 19:31:00 | Hinds County Tax Collector, 316 South President St, Jackson MS 39201-4801 |
| 5517307 | + | Email/Text: ebone.woods@usdoj.gov | Jun 05 2025 19:31:00 | IRS, C/O US ATTORNEY, 501 EAST COURT ST, STE 4.430, JACKSON, MS 39201-5025 |
| 5517306 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2025 19:31:00 | IRS, CENTRALIZED INSOLVENCY, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5517308 | + | Email/Text: bankruptcy@kapitus.com | Jun 05 2025 19:31:00 | KAPITUS, 2500 WILSON BLVD, STE, ARLINGTON, VA 22201-3873 |
| 5517309 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jun 05 2025 19:31:00 | MS DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 22808, JACKSON, MS 39225-2808 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: pdf012 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 5510852 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jun 05 2025 19:31:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5510853 | + | Email/Text: ebone.woods@usdoj.gov | Jun 05 2025 19:31:00 | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5510850 | | Email/Text: atlreorg@sec.gov | Jun 05 2025 19:31:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TDLDC Retail I, LLC |
| 5510851 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee christopher.j.steiskal@usdoj.gov jen.kirk@usdoj.gov;cara.pardue@usdoj.gov |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor In Possession Beckham Jewelry LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert B. Ireland, III | on behalf of Creditor TDLDC Retail I LLC rireland@watkinseager.com, kleblanc@watkinseager.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Beckham Jewelry LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3 User: mssbad Page 3 of 3
Date Rcvd: Jun 05, 2025 Form ID: pdf012 Total Noticed: 33
TOTAL: 7

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 5, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:          Beckham Jewelry, LLC, Debtor                    Case No. 25-01234-JAW
                                                                                    **CHAPTER 11**

**ORDER GRANTING DEBTOR'S MOTION TO EXPEDITE HEARING**
**ON MOTION TO EMPLOY WILKERSON, INC.**

Upon the Debtor's Motion to Expedite Hearing on Motion to Employ Wilkerson, Inc. (the "Motion to Expedite," Docket No. 59 ), and the Court having reviewed the Motion to Expedite and any responses thereto, and finding that cause exists to shorten notice and hear the Debtor's Motion to Employ Wilkerson, Inc. (the "Employment Motion," Docket No. 58) on an expedited basis, and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Expedite is GRANTED as set forth herein.

2. The notice period under Bankruptcy Rule 2002(a)(6) and Local Rule 2002-1 is hereby shortened so that objections to the Employment Motion, if any, shall be filed and served no later than 4:00 p.m. central time on June 11, 2025.

3. The Employment Motion (Docket No. 58) shall be heard on June 12, 2025 at 1:30 p.m. in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion

4. Service of the Employment Motion and all accompanying papers by June 5, 2025 is deemed sufficient.

5. Written responses must be received on or before June 11, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

6. If no objection to the Employment Motion is timely filed and served, the Court may grant the requested relief without further hearing.

7. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com