_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **BECKHAM JEWELRY, LLC,**                                    **CASE NO. 25-01234-JAW**

    **DEBTOR.**                                                                           **CHAPTER 11**

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Employ Wilkerson, Inc. as Sale Consultant filed by the Debtor (the "Motion") (Dkt. #58), Response filed by TDLDC Retail I, LLC (the "Response") (Dkt. #65), and the United States Trustee's Objection (the "Objection") (Dkt. #66). The Court, having considered the facts herein, finds that the hearing (the "Hearing") on June 12, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the Hearing on the Motion, Response, and Objection hereby is continued and reset for June 23, 2025, at 11:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693