# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                     Case No. 25-01234-JAW
                                                          CHAPTER 13

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the new mailing address for Brian Beckham:

**New Mailing Address:**      2 Ashley Park Dr, Jackson, MS 39206

Date:  June 12, 2025

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor


### Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor


Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533