**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**BECKHAM JEWELRY, LLC**  **CASE NO. 25-01234-JAW**
**DEBTOR**  **CHAPTER 11**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, William E. McLeod, 10 Professional Parkway, Hattiesburg, Mississippi, and enters his appearance for McLeod and Associates, P.A., filed as a creditor of the Debtor, Beckham Jewelry, LLC.

McLeod and Associates, P.A., hereby requests that its attorney, William E. McLeod, be provided with copies of all notices given and pleadings filed in this case including motions, applications, petitions, complaints, other pleadings, orders, judgments, reports, and any other documents filed or served in this proceeding.

RESPECTFULLY SUBMITTED, on this, the 17th day of June, 2025.

McLEOD & ASSOCIATES, P.A.


BY: /s/ *William E. McLeod*
William E. McLeod MSB# 09629
McLEOD & ASSOCIATES, P.A.
10 Professional Parkway
Hattiesburg, MS 39402
(601) 545-8299
bmcleod@eptaxlaw.com

**CERTIFICATE OF SERVICE**

      I, William E. McLeod, do hereby certify that I have this day filed by electronic CM/ECF Notice a true and correct copy of the above and foregoing which sent notification to all parties as listed on file with the Clerk of the Court.

      This the 17th day of June, 2025.

                                                /s/ *William E. McLeod*
                                                William E. McLeod