___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 18, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Beckham Jewelry, LLC, Debtor                    Case No. 25-01234-JAW
                                                          CHAPTER 11

### ORDER AUTHORIZING EMPLOYMENT OF CPA

THIS CAUSE came on for consideration of the Application to Employ CPA (Dkt. 36), and the Court having considered the Application and being advised in the premises, is of the opinion that said Application is well taken and should be approved.

IT IS THEREFORE ORDERED THAT:

1. The Debtor is authorized to hire Joshua Norris, PLLC ("CPA") as its CPA, effective as of the date of this Application.
2. The CPA is authorized to prepare and file 2023 and 2024 Federal S corporation income tax return and Domiciled state S corporation income tax return.
3. Compensation for the CPA services shall be $3,350 for the 2023 tax returns and $3,050 for the 2024 tax returns subject to final Court approval under 11 USC §§ 330 and 331.
4. The CPA shall file fee applications in compliance with the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Rules, and no compensation shall be paid except upon further order of the Court.
5. The CPA shall immediately disclose any conflicts of interest that may arise during the course of its engagement.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com