IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor        Case No. 25-01234-JAW
                                             CHAPTER 11

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Gary Carriere herby gives notice of its new address:

**Current Notice Address:**          Gary Carriere
                                     125 Deaton Rd
                                     Owens Cross Roads, AL 35763

**New Notice Address:**              Gary Carriere
                                     725 Woodland St.
                                     Sulphur, LA 70663

**Reason for Change of Address:**    New Location

Date:  June 18, 2025

                                     /s/ Thomas C. Rollins, Jr.
                                     Attorney for Debtor