UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    BECKHAM JEWELRY, LLC          CASE NO.   25-01234-JAW

DEBTOR(S)                                CHAPTER    11

CHAPTER 11 PROCEEDING MEMO
AND MINUTES OF § 341 MEETING
JUNE 18, 2025 – 1:30 P.M.
JACKSON, MS

1. Name of Attorney(s) for Debtor(s):  Thomas C. Rollins, Jr.

2. Has Attorney(s) for Debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016?  **X** Yes ____ No.

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. § 1102? ____ Yes **X** No.

4. Appearances (**VIA TELEPHONE**):

    ( ) Debtor(s)

    (**X**) Debtor(s) representative(s) = Brian Lee Beckham

    (**X**) Attorney(s) for Debtor(s) = Thomas C. Rollins, Jr.

    (**X**) Subchapter V Trustee = Craig M. Geno

    (**X**) Creditor(s): (See attached appearance sheet)

5. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for Debtor(s)     ( ) Creditors
   (**X**) UST designee            ( ) Subchapter V Trustee
                                   ( ) Others (specify below)

6. **On or before July 9, 2025, the Debtor(s) shall**:

    (1) amend Schedule E/F to add an American Express credit card as a debt;

    (2) submit to the UST proof of all Debtor insurance policies with the UST listed as a "party of notice" or "certificate holder;"

    (3) close all pre-petition bank accounts;

1

2

(4) submit to the UST an original voided check for each debtor-in-possession ("DIP") bank account; and

(5) file corrected Debtor business financial documents (profit & loss statement and balance sheet).

(6) Also, after completion and filing, the Debtor shall submit to the UST a copy of the Debtor's filed 2023 and 2024 federal income tax returns with all schedules and attachments.

7. Do(es) the Debtor(s) pay a Domestic Support Obligation?  ____ Yes ____ No **X** N/A.

8. Fifth Amendment invoked by Debtor(s)? ____ Yes **X** No.

9. Meeting adjourned (**X**) Yes ( ) No.  If no, the meeting is continued _____, at _____, via telephone.

**Additional notes and/or comments**:

(Proceeding recorded)                    */s/Steven Usry*
                                          STEVEN USRY
                                          PRESIDING OFFICER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| IN RE: | BECKHAM JEWELRY, LLC | CASE NO. | 25-01234-JAW |
| | DEBTOR(S) | CHAPTER | 11 |

## § 341(a) APPEARANCE SHEET

**§ 341(a) LOCATION:** Jackson, MS - TELEPHONIC
**DATE:** June 18, 2025
**TIME:** 1:30 P.M.
**U.S. TRUSTEE REPRESENTATIVE:** Steven Usry
Trial Attorney

| Name and Address (Print Legibly) | Attorney, Debtor OR Representative of Creditor (Print Legibly) | Signature |
|---|---|---|

**The following individuals appeared via telephone:**

| | | |
|---|---|---|
| Brian Lee Beckham | Debtor Representative | |
| Thomas C. Rollins, Jr. | Attorney for Debtor | |
| Craig M. Geno | Subchapter V Trustee | |
| Robert Ireland | TDLDC Retail I, LLC | |
| Bill McLeod | McLeod & Associates | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

3