# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        Beckham Jewelry, LLC, Debtor                Case No. 25-01234-JAW
                                                          CHAPTER 11

## DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C. § 1188(c)

Beckham Jewelry, LLC (the "Debtor"), by and through undersigned counsel, submits this status report in advance of the status conference scheduled for July 8, 2025, pursuant to 11 U.S.C. § 1188(c).

### CASE BACKGROUND

The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on May 14, 2025 (the "Petition Date") and elected treatment under Subchapter V. Thomas C. ("T.C.") Rollins, Esq. represents the Debtor; Craig Geno serves as the Subchapter V trustee (the "Trustee").

The Debtor operates a single-location retail jewelry store in Jackson, Mississippi, and continues to manage its property and business as debtor-in-possession pursuant to 11 U.S.C. §§ 1184 and 1107.

At the hearing held June 23, 2025, the Court authorized the Debtor to employ Wilkerson, Inc. ("Wilkerson") as sale consultant to conduct a supervised retirement/store-closing event and to assist in liquidating aged inventory.

### SECURED CREDITOR INFORMATION

To date, the only party asserting or scheduled as a secured creditor is Kapitus Servicing, Inc. ("Kapitus"), holding a purported blanket security interest in the Debtor's business assets securing a merchant-cash-advance obligation incurred pre-petition. Kapitus has not yet filed a

proof of claim, and despite attempts, Debtor's counsel has not made contact with Kapitus's internal representative or outside counsel. Contact efforts will continue.

## UNSECURED AND PRIORITY CREDITORS

Other claims scheduled as unsecured or priority consist primarily of a claim for past due rent owed to the landlord and trade vendors.

## PROGRESS TOWARD A CONSENSUAL PLAN

Subject to entry of the forthcoming Wilkerson Employment Order, the Debtor intends to file a Chapter 11 plan that will pay all allowed claims in full on the Plan's effective date, to the extent supported by the net proceeds realized from the orderly liquidation of the Debtor's inventory.

## CONCLUSION

The Debtor believes the foregoing efforts demonstrate good-faith progress toward filing a feasible, fair, and consensual Subchapter V plan and respectfully submits this report in compliance with 11 U.S.C. § 1188(c).

Dated: June 23, 2025.

By: /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr. (MSBN 103469)
    Jennifer A Curry Calvillo (MSBN 104367)
    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    601-500- 5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Report on this date, June 23, 2025. All interested parties will receive CM/ECF from the Court.

                                    /s/ Thomas C. Rollins, Jr.
                                    Thomas C. Rollins, jr.