### Schedule of Unpaid Pre-Petition Wages

| Employee | Gross Amount Due | Pay Periods Covered |
|---|---|---|
| Christa Fitzhugh | $1,224.09 | 03/14/25 – 04/24/25 |
| Tyler Hutson | $4,859.62 | 12/20/24 – 02/13/25 |
| Victor Van Patten | $426.37 | 02/28/25 – 04/10/25 |
| Penelope Vaughn | $7,161.60 | 12/20/24 – 04/24/25 |



DEBTOR'S EXHIBIT
**A**
The Rollins Law Firm, PLLC