IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor             Case No. 25-01234-JAW
                                                  CHAPTER 11

**ORDER AUTHORIZING DEBTOR AUTHORITY TO PAY UNPAID PRE-PETITON WAGES, SLARAIES AND RELATED WITHHOLDINGS**

THIS MATTER came before the Court upon the Debtor's Motion for Authority to Pay Unpaid Pre-Petition Wages, Salaries, and Related Withholdings (the "Motion") [Dkt. No. ___]. The Court, having considered the motion Orders as follows:

IT IS THEREFORE THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtor is authorized, but not directed, to pay the unpaid pre-petition wages, salaries, and other compensation (collectively, the "Wages") owing to the employees identified on Exhibit A to the Motion (each, an "Employee") in an amount not to exceed $17,150 per Employee pursuant to 11 U.S.C. § 507(a)(4)–(5).

3. The Debtor is further authorized to pay and remit all federal, state, and local payroll taxes, deductions, and employer contributions related to the Wages (collectively, the "Payroll Taxes"), and to take all actions necessary to effectuate the relief granted herein.

4. Nothing in this Order (a) authorizes the payment of any amounts that exceed the limits of 11 U.S.C. § 507(a)(4)–(5) per Employee, or (b) shall be deemed to waive or impair the Debtor's right to contest any claim or assert any defenses to the amounts sought to be paid.

5. The fourteen-day stay imposed by Federal Rule of Bankruptcy Procedure 6004(h) is waived, and this Order shall be effective immediately upon its entry.

#END OF ORDER#

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR