# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor        Case No. 25-01234-JAW

                                                                                            CHAPTER 11

## NOTICE

      Debtor has filed papers with the court for authority to pay unpaid pre-petition wages, salaries, and related withholdings.

      **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

      File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

      If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

      You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion for Authority to Pay Unpaid Pre-Petition Wages, Salaries, and Related Withholdings.

Date:  June 30, 2025        Signature:      /s/ Thomas C. Rollins, Jr.
                                                                  Thomas C. Rollins, Jr. (MSBN 103469)
                                                                  The Rollins Law Firm, PLLC
                                                                  P.O Box 13767
                                                                  Jackson, MS 39236
                                                                  601-500-5533
                                                                  trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Beckham Jewelry, LLC, Debtor          Case No. 25-01234-JAW
                                                                                  CHAPTER 11

## DEBTOR'S MOTION FOR AUTHORITY TO PAY UNPAID PRE-PETITION WAGES, SALARIES, AND RELATED WITHHOLDINGS

Beckham Jewelry, LLC (the "Debtor"), by and through undersigned counsel, submits this *Motion for Authority to Pay Unpaid Pre-Petition Wages, Salaries, and Related Withholdings*. The Court has jurisdiction under 28 U.S.C. §§ 157 & 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2)(A) & (O).

### Background

The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on May 14, 2025 (the "Petition Date") and elected treatment under Subchapter V. Thomas C. ("T.C.") Rollins, Esq. represents the Debtor; Craig Geno serves as the Subchapter V trustee (the "Trustee").

The Debtor operates a single-location retail jewelry store in Jackson, Mississippi, and continues to manage its property and business as debtor-in-possession pursuant to 11 U.S.C. §§ 1184 and 1107.

Due to strained liquidity immediately before the petition date, certain payroll checks scheduled to be funded before May 14, 2025 (the "Petition Date") were not issued. Consequently, the Debtor owes each Employee the pre-petition amounts shown in Exhibit A.

All amounts were earned within 180 days of the Petition Date and fall well below the $17,150 per-employee cap of 11 U.S.C. § 507(a)(4)-(5). The Debtor also must remit

withheld federal and state payroll taxes and matching FICA contributions (collectively, the "Payroll Taxes"), which are not property of the estate under § 541(b)(7).

## Relief Requested

The Debtor seeks authority (a) to pay the Wage Obligations (not to exceed $17,150 per Employee) and the Payroll Taxes in the ordinary course.

The Debtor further requests that the Court waive the 14-day stay under Fed. R. Bankr. P. 6004(h) so that the order becomes effective immediately upon entry.

## Basis for Relief

A debtor may use estate property outside the ordinary course when there is a "sound business purpose." Paying the Employees fulfills that standard because the Debtor cannot continue operations—or preserve value for creditors—without them. Section 105(a) authorizes the Court to "issue any order…necessary or appropriate" to carry out chapter 11's provisions. Courts routinely invoke § 105(a) with § 363(b) to permit payment of critical employee wages.

The Wage Obligations qualify as priority claims under §§ 507(a)(4) & (5) and must ultimately be paid in full under § 1129(a)(9)(B). Granting this Motion merely accelerates payment of claims that will receive 100 ¢-on-the-dollar at confirmation.

Without prompt payment, the Employees may resign, exposing the estate to replacement costs and loss of customer goodwill.

WHEREFORE, the Debtor respectfully requests that the Court enter an order:

1. Authorizing, but not directing, the Debtor to pay the Wage Obligations and Payroll Taxes set forth in Exhibit A in an amount not to exceed the caps in 11 U.S.C. § 507(a)(4)-(5);

2. Waiving the 14-day stay imposed by Fed. R. Bankr. P. 6004(h); and

3. Granting such other and further relief as the Court deems just and proper.

                                                   Respectfully submitted.

                                                   /s/ Thomas C. Rollins, Jr.
                                                 Thomas C. Rollins, Jr. (MSBN 103469)
                                                 Jennifer A Curry Calvillo (MSBN 104367)
                                                 The Rollins Law Firm, PLLC
                                                 P.O. Box 13767
                                                 Jackson, MS 39236
                                                 601-500- 5533

## CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, June 30, 2025. All interested parties will receive CM/ECF from the Court.

                                                 /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, jr.

## Schedule of Unpaid Pre-Petition Wages

| Employee | Gross Amount Due | Pay Periods Covered |
|---|---|---|
| Christa Fitzhugh | $1,224.09 | 03/14/25 – 04/24/25 |
| Tyler Hutson | $4,859.62 | 12/20/24 – 02/13/25 |
| Victor Van Patten | $426.37 | 02/28/25 – 04/10/25 |
| Penelope Vaughn | $7,161.60 | 12/20/24 – 04/24/25 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01234 |
|---|---|
| BECKHAM JEWELRY, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 6/30/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Pay Wages

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/30/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>BECKHAM JEWELRY, LLC | CASE NO:  25-01234<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 6/30/2025, a copy of the following documents, described below,

Notice and Motion to Pay Wages

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/30/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-01234<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON JUN 30 11-51-25 PST 2025 | BECKHAM JEWELRY LLC<br>120 DISTRICT BLVD STE D110<br>JACKSON MS 39211-6304 | MCLEOD ASSOCIATES PA<br>10 PROFESSIONAL PARKWAY<br>HATTIESBURG MS 39402-2636 |
| EXCLUDE<br>~~(U)TDLDC RETAIL I LLC~~ | EXCLUDE<br>~~(U)WILKERSON INC~~ | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ |
| BARNES BAILEY JANO<br>5 RIVERBEND PLACE<br>STE A<br>FLOWOOD MS 39232-7618 | BRIAN BECKHAM<br>120 DISTRICT BLVD<br>STE D110<br>JACKSON MS 39211-6304 | BRIAN BECKHAM<br>2 ASHLEY PARK DR<br>JACKSON MS 39206-6156 |
| DAZZLE IMPORTS<br>5555 GLENRIDGE CONNEC<br>STE 200<br>ATLANTA GA 30342-4815 | DYNASTY CASTING<br>644 SHREWSBERRY COMMON<br>SHREWSBURY PA 17361-1617 | ELDAR INC<br>3068 N 2700 E<br>FORREST IL 61741 |
| GARY CARRIERE<br>725 WOODLAND ST<br>SULPHUR LA 70663-1046 | HAKIMI DIAMOND CORP<br>15 W 47TH ST<br>NEW YORK NY 10036-3305 | HEERA MOTI INC<br>15 W 47TH ST<br>STE 808<br>NEW YORK NY 10036-3327 |
| HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON MS 39215-1727 | HINDS COUNTY TAX COLLECTOR<br>316 SOUTH PRESIDENT ST<br>JACKSON MS 39201-4801 | IRS<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 |
| IRS<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KAPITUS<br>2500 WILSON BLVD STE<br>ARLINGTON VA 22201-3873 |
| KELLY WATERS<br>PO BOX 240924<br>BOSTON MA 02124-0016 | KERRY WHITT CO<br>125 DEATON RD<br>OWENS CROSS ROADS AL 35763-9553 | LAMHA<br>20 W 47ST ST<br>STE 807<br>NEW YORK NY 10036-4298 |
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | MCLEOD RIGEL PA<br>10 PROFESSIONAL PKWY<br>HATTIESBURG MS 39402-2636 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

NIVODA
580 5TH AVE
STE 2508
NEW YORK  NY 10036-4771

OVERNIGHT MOUNTINGS  I
1400 PLAZA AVE
NEW HYDE PARK  NY 11040-4921

ROBERT B IRELAND  III  ESQ
WATKINS  EAGER PLLC
ATTY FOR TDLDC RETAIL I  LLC
PO BOX 650
JACKSON  MS 39205-0650

S KASHI
175 ROAD STE 204
GREAT NECK  NY 11021

STULLER
PO BOX 87777
LAFAYETTE  LA 70598-7777

TDLDC RETAIL I  LLC
300 CONCOURSE BLVD
STE 105
RIDGELAND  MS 39157-2091

TR JEWELRY CONCEPTS
2707 MT RUSHMORE RD
RAPID CITY  SD 57701-5324

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD  SUITE 900
ATLANTA  GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20003

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

WLBT
715 S JEFFERSON ST
JACKSON  MS 39201-5622

WLBT TELEVISION
CO SZABO ASSOCIATES  INC
3355 LENOX ROAD NE  SUITE 945
ATLANTA  GA 30326-1357

WILLIAM E MCLEOD  ESQ
MCLEOD  ASSOCIATES  PA
COUNSEL FOR MCLEOD  ASSOCIATES  PA
10 PROFESSIONAL PARKWAY
HATTIESBURG  MS 39402-2636

~~EXCLUDE~~
~~CRAIG M GENO~~
~~LAW OFFICES OF CRAIG M GENO  PLLC~~
~~601 RENAISSANCE WAY~~
~~SUITE A~~
~~RIDGELAND  MS 39157-6038~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

~~EXCLUDE~~
~~(U)JOSEPH NORRIS~~

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~