IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Beckham Jewelry, LLC, Debtor  Case No. 25-01234-JAW
CHAPTER 11

**Six Month Budget**

|  | **July** | **August** | **September** | **October** | **November** | **December** |
|---|---|---|---|---|---|---|
| Sales | $120,000.00 | $180,000.00 | $5,000.00 | $10,000.00 | $17,000.00 | $25,000.00 |
| Cost of Goods Sold | $3,106.48 | $3,106.48 | $750.00 | $1,500.00 | $2,550.00 | $3,750.00 |
| **Gross Profit** | $116,893.52 | $176,893.52 | $4,250.00 | $8,500.00 | $14,450.00 | $21,250.00 |
|  |  |  |  |  |  |  |
| **Expenses** |  |  |  |  |  |  |
| Advertising | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Contract Labor | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| Dues & Subscriptions | $836.25 | $836.25 | $836.25 | $836.25 | $836.25 | $836.25 |
| Insurance | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 |
| Professional Fees | $3,000.00 | $3,000.00 | $3,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Rent | $5,972.05 | $5,972.05 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| Tax | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Office Supplies | $37.50 | $37.50 | $37.50 | $37.50 | $37.50 | $37.50 |
| Payroll | $2,678.25 | $2,678.25 | $1,339.13 | $1,339.13 | $1,339.13 | $1,339.13 |
| Postage & Shipping | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 |
| Supplies | $57.50 | $57.50 | $57.50 | $57.50 | $57.50 | $57.50 |
| Utilities | $1,814.65 | $1,814.65 | $1,814.65 | $1,200.00 | $1,200.00 | $1,200.00 |
| Workers' Comp Ins | $232.50 | $232.50 | $232.50 | $232.50 | $232.50 | $232.50 |
| Owner's Payroll | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Reserve | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Security Deposit | $0.00 | $0.00 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| **Total Expenses** | $21,698.70 | $21,698.70 | $19,387.53 | $15,272.88 | $15,272.88 | $15,272.88 |
| **Net Income** | **$95,194.82** | **$155,194.82** | **-$15,137.53** | **-$6,772.88** | **-$822.88** | **$5,977.12** |