_____



SO ORDERED,



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                         Case No. 25-01234-JAW
                                                              CHAPTER 11

### FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL, REQUIRING CURRENT PAYMENT OF POST-PETITION RENT, AND PROVIDING ADEQUATE PROTECTION

The Court heard Beckham Jewelry, LLC's *Motion for Interim and Final Authority to Use Cash Collateral and for Adequate Protection* (Dkt. 14) (the "Motion"), together with the objections of the United States Trustee (Dkt. 30) and TDLDC Retail I, LLC (Dkt. 42), the response of the Subchapter V Trustee (Dkt. 43) and answer of the Subchapter V Trustee (Dk # 88). After considering the pleadings and arguments of counsel, the Court finds that final relief is warranted and ORDERS as follows:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED on an final basis. Under 11 U.S.C. §§ 105(a) and 363(c), the Debtor may use cash collateral in the ordinary course of business in accordance with the budget attached as Exhibit A.

2. The Debtor must close all existing accounts and open United States Trustee-approved debtor-in-possession ("DIP") accounts. All receipts and disbursements must flow through those DIP accounts. The Debtor shall report on all bank accounts, pre-petition and

    debtor-in-possession accounts, in its Monthly Operating Reports ("MORs"), and monthly bank statements on all bank accounts shall be attached to the Debtor's filed MORs.

3. The Debtor owes substantial pre-petition rent to its landlord, TDLDC Retail I, LLC. A motion to reject that lease is pending and will be heard later. Until the Court rules on the lease-rejection motion or the lease is otherwise rejected, the Debtor must stay current on post-petition rent. Starting July 1, 2025, and on the first day of every month thereafter, the Debtor shall pay the full monthly rent of $5,972.05 unless and until the lease is rejected or the Court orders otherwise. If the lease is ultimately rejected, the rent for the final month will be prorated through the rejection date.

4. An unverified UCC financing statement against the Debtor's inventory was filed by "C T Corporation System, as representative." Despite repeated requests, the representative initially failed to identify the secured creditor. Since the Court hearing, however, Kapitus has contacted the Debtor directly via email and asserted ownership of the lien. Based on prior correspondence from Kapitus, the outstanding balance on the loan is projected to be approximately $17,000.00—a modest amount relative to the value of the collateral. Kapitus appears to be significantly oversecured, and this order provides adequate protection for its interest in accordance with 11 U.S.C. § 361.

5. To preserve the estate while any remaining questions about the lien's validity are resolved, the Debtor shall:
    a. open a separate debtor-in-possession (DIP) sub-account; and
    b. upon opening the account, begin depositing 10 percent of gross daily sales into that account.

The Debtor's obligation to make such deposits shall cease once the balance in the sub-account reaches $20,000. Funds in this reserve may be released only (i) pursuant to a confirmed plan or (ii) by further order of the Court. If the lien is determined to be invalid, the funds will be returned to the estate.

##END OF ORDER##

Agreed as to form:

| | |
|---|---|
| /s/ Thomas C. Rollins, Jr. | /s/ Robert B. Ireland, III |
| Thomas C. Rollins, Jr., (MSBN 103469) | Robert B. Ireland, III (MSBN 100708) |
| The Rollins Law Firm, PLLC | Watkins & Eager PLLC |
| P.O. Box 13767 | Post Office Box 650 |
| Jackson, MS 39236 | Jackson, Mississippi 39205-0650 |
| (601) 500-5533 | (601) 965-1900 |
| trollins@therollinsfirm.com | rireland@watkinseager.com |
| Attorneys for Beckham Jewelry, LLC | Attorney for TDLDC Retail I, LLC |
| | |
| /s/ Craig M. Geno | /s/ Abigail M. Marbury |
| Craig M. Geno; (MSBN 4793) | Abigail M. Marbury (MSBN 99626) |
| Law Offices Of Craig M. Geno, PLLC | Assistant U.S. Trustee |
| 601 Renaissance Way Suite A | United States Department of Justice |
| Ridgeland, MS 39157 | Office of The United States Trustee |
| 601-427-0048 - Telephone | 501 East Court Street, Suite 6-430 |
| Subchapter V Trustee | Jackson, MS 39201 |
| | (601) 965-5245 |
| | abigail.m.marbury@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Beckham Jewelry, LLC, Debtor              Case No. 25-01234-JAW
                                                              CHAPTER 11

**Six Month Budget**

|  | July | August | September | October | November | December |
|---|---|---|---|---|---|---|
| Sales | $120,000.00 | $180,000.00 | $5,000.00 | $10,000.00 | $17,000.00 | $25,000.00 |
| Cost of Goods Sold | $3,106.48 | $3,106.48 | $750.00 | $1,500.00 | $2,550.00 | $3,750.00 |
| **Gross Profit** | $116,893.52 | $176,893.52 | $4,250.00 | $8,500.00 | $14,450.00 | $21,250.00 |
|  |  |  |  |  |  |  |
| **Expenses** |  |  |  |  |  |  |
| Advertising | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Contract Labor | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| Dues & Subscriptions | $836.25 | $836.25 | $836.25 | $836.25 | $836.25 | $836.25 |
| Insurance | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 |
| Professional Fees | $3,000.00 | $3,000.00 | $3,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Rent | $5,972.05 | $5,972.05 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| Tax | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Office Supplies | $37.50 | $37.50 | $37.50 | $37.50 | $37.50 | $37.50 |
| Payroll | $2,678.25 | $2,678.25 | $1,339.13 | $1,339.13 | $1,339.13 | $1,339.13 |
| Postage & Shipping | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 |
| Supplies | $57.50 | $57.50 | $57.50 | $57.50 | $57.50 | $57.50 |
| Utilities | $1,814.65 | $1,814.65 | $1,814.65 | $1,200.00 | $1,200.00 | $1,200.00 |
| Workers' Comp Ins | $232.50 | $232.50 | $232.50 | $232.50 | $232.50 | $232.50 |
| Owner's Payroll | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Reserve | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Security Deposit | $0.00 | $0.00 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| **Total Expenses** | $21,698.70 | $21,698.70 | $19,387.53 | $15,272.88 | $15,272.88 | $15,272.88 |
| **Net Income** | **$95,194.82** | **$155,194.82** | **-$15,137.53** | **-$6,772.88** | **-$822.88** | **$5,977.12** |



DEBTOR'S EXHIBIT
A

The Rollins Law Firm, PLLC