United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01234-JAW
Beckham Jewelry, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 2
Date Rcvd: Jul 09, 2025    Form ID: pdf012    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

**Recip ID     Recipient Name and Address**
dbpos  + Beckham Jewelry, LLC, 120 District Blvd, Ste D110, Jackson, MS 39211-6304

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

**Name     Email Address**

Christopher J. Steiskal, Sr.
    on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
    cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Jennifer A Curry Calvillo
    on behalf of Debtor In Possession Beckham Jewelry  LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Robert B. Ireland, III
    on behalf of Creditor TDLDC Retail I  LLC rireland@watkinseager.com, kleblanc@watkinseager.com

Steven Usry

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdf012 | Total Noticed: 1 |

        on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr

        on behalf of Debtor In Possession Beckham Jewelry  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

William E McLeod

        on behalf of Creditor McLeod & Associates  P.A. bmcleod@eptaxlaw.com, lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jharkins@eptaxlaw.com

TOTAL: 9



**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor            Case No. 25-01234-JAW
                                                 CHAPTER 11

### FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL, REQUIRING CURRENT PAYMENT OF POST-PETITION RENT, AND PROVIDING ADEQUATE PROTECTION

The Court heard Beckham Jewelry, LLC's *Motion for Interim and Final Authority to Use Cash Collateral and for Adequate Protection* (Dkt. 14) (the "Motion"), together with the objections of the United States Trustee (Dkt. 30) and TDLDC Retail I, LLC (Dkt. 42), the response of the Subchapter V Trustee (Dkt. 43) and answer of the Subchapter V Trustee (Dk # 88). After considering the pleadings and arguments of counsel, the Court finds that final relief is warranted and ORDERS as follows:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED on an final basis. Under 11 U.S.C. §§ 105(a) and 363(c), the Debtor may use cash collateral in the ordinary course of business in accordance with the budget attached as Exhibit A.

2. The Debtor must close all existing accounts and open United States Trustee-approved debtor-in-possession ("DIP") accounts. All receipts and disbursements must flow through those DIP accounts. The Debtor shall report on all bank accounts, pre-petition and

debtor-in-possession accounts, in its Monthly Operating Reports ("MORs"), and monthly bank statements on all bank accounts shall be attached to the Debtor's filed MORs.

3. The Debtor owes substantial pre-petition rent to its landlord, TDLDC Retail I, LLC. A motion to reject that lease is pending and will be heard later. Until the Court rules on the lease-rejection motion or the lease is otherwise rejected, the Debtor must stay current on post-petition rent. Starting July 1, 2025, and on the first day of every month thereafter, the Debtor shall pay the full monthly rent of $5,972.05 unless and until the lease is rejected or the Court orders otherwise. If the lease is ultimately rejected, the rent for the final month will be prorated through the rejection date.

4. An unverified UCC financing statement against the Debtor's inventory was filed by "C T Corporation System, as representative." Despite repeated requests, the representative initially failed to identify the secured creditor. Since the Court hearing, however, Kapitus has contacted the Debtor directly via email and asserted ownership of the lien. Based on prior correspondence from Kapitus, the outstanding balance on the loan is projected to be approximately $17,000.00—a modest amount relative to the value of the collateral. Kapitus appears to be significantly oversecured, and this order provides adequate protection for its interest in accordance with 11 U.S.C. § 361.

5. To preserve the estate while any remaining questions about the lien's validity are resolved, the Debtor shall:

    a. open a separate debtor-in-possession (DIP) sub-account; and

    b. upon opening the account, begin depositing 10 percent of gross daily sales into that account.

The Debtor's obligation to make such deposits shall cease once the balance in the sub-account reaches $20,000. Funds in this reserve may be released only (i) pursuant to a confirmed plan or (ii) by further order of the Court. If the lien is determined to be invalid, the funds will be returned to the estate.

##END OF ORDER##

Agreed as to form:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com
Attorneys for Beckham Jewelry, LLC

/s/ Craig M. Geno
Craig M. Geno; (MSBN 4793)
Law Offices Of Craig M. Geno, PLLC
601 Renaissance Way Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
Subchapter V Trustee

/s/ Robert B. Ireland, III
Robert B. Ireland, III (MSBN 100708)
Watkins & Eager PLLC
Post Office Box 650
Jackson, Mississippi 39205-0650
(601) 965-1900
rireland@watkinseager.com
Attorney for TDLDC Retail I, LLC

/s/ Abigail M. Marbury
Abigail M. Marbury (MSBN 99626)
Assistant U.S. Trustee
United States Department of Justice
Office of The United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
(601) 965-5245
abigail.m.marbury@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Beckham Jewelry, LLC, Debtor     Case No. 25-01234-JAW

CHAPTER 11

**Six Month Budget**

|  | **July** | **August** | **September** | **October** | **November** | **December** |
|---|---|---|---|---|---|---|
| Sales | $120,000.00 | $180,000.00 | $5,000.00 | $10,000.00 | $17,000.00 | $25,000.00 |
| Cost of Goods Sold | $3,106.48 | $3,106.48 | $750.00 | $1,500.00 | $2,550.00 | $3,750.00 |
| **Gross Profit** | $116,893.52 | $176,893.52 | $4,250.00 | $8,500.00 | $14,450.00 | $21,250.00 |
|  |  |  |  |  |  |  |
| **Expenses** |  |  |  |  |  |  |
| Advertising | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 | $125.00 |
| Contract Labor | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 | $75.00 |
| Dues & Subscriptions | $836.25 | $836.25 | $836.25 | $836.25 | $836.25 | $836.25 |
| Insurance | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 |
| Professional Fees | $3,000.00 | $3,000.00 | $3,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Rent | $5,972.05 | $5,972.05 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| Tax | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 | $350.00 |
| Office Supplies | $37.50 | $37.50 | $37.50 | $37.50 | $37.50 | $37.50 |
| Payroll | $2,678.25 | $2,678.25 | $1,339.13 | $1,339.13 | $1,339.13 | $1,339.13 |
| Postage & Shipping | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 | $70.00 |
| Supplies | $57.50 | $57.50 | $57.50 | $57.50 | $57.50 | $57.50 |
| Utilities | $1,814.65 | $1,814.65 | $1,814.65 | $1,200.00 | $1,200.00 | $1,200.00 |
| Workers' Comp Ins | $232.50 | $232.50 | $232.50 | $232.50 | $232.50 | $232.50 |
| Owner's Payroll | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Reserve | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Security Deposit | $0.00 | $0.00 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| **Total Expenses** | $21,698.70 | $21,698.70 | $19,387.53 | $15,272.88 | $15,272.88 | $15,272.88 |
| **Net Income** | **$95,194.82** | **$155,194.82** | **-$15,137.53** | **-$6,772.88** | **-$822.88** | **$5,977.12** |



DEBTOR'S EXHIBIT
A
The Rollins Law Firm, PLLC