| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Beckham Jewelry, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **25-01234** |

☑ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule* Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 15, 2025**   X **/s/ Brian Lee Beckham**
Signature of individual signing on behalf of debtor

**Brian Lee Beckham**
Printed name

**Member**
Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name    **Beckham Jewelry, LLC** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known)   25-01234 |

■ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                                    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................................  $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................................................  $ **723,365.87**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................................  $ **723,365.87**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **17,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................  $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ **252,405.81**

4. **Total liabilities** ..................................................................................................................................
    Lines 2 + 3a + 3b                                                                                                          $ **269,405.81**

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Beckham Jewelry, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | 25-01234 |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred | Basis for the claim: | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**MS Dept of Revenue**<br>**Bankruptcy Section**<br>**PO Box 22808**<br>**Jackson, MS 39225-2808** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|     | Date or dates debt was incurred | Basis for the claim: | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Beckham Jewelry, LLC**  Case number (if known) **25-01234**
Name

| 3.1 | **Nonpriority creditor's name and mailing address** **American Express*** P.O. Box 981537 El Paso, TX 79998 Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** **Barnes, Bailey, & Jano 5 Riverbend Place Ste A Flowood, MS 39232** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$1,498.12** |
| 3.3 | **Nonpriority creditor's name and mailing address** **Dazzle Imports 5555 Glendridge Connec Ste 200 Atlanta, GA 30342** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ■ Contingent ☐ Unliquidated ■ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$3,560.00** |
| 3.4 | **Nonpriority creditor's name and mailing address** **Dynasty Casting 644 Shrewsberry Common Shrewsbury, PA 17361** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$1,971.32** |
| 3.5 | **Nonpriority creditor's name and mailing address** **Eldar, Inc 3068 N 2700 E Forrest, IL 61741** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$3,401.25** |
| 3.6 | **Nonpriority creditor's name and mailing address** **Gary Carriere 125 Deaton Rd Owens Cross Roads, AL 35763** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address** **Hakimi Diamond Corp 15 W 47th ST New York, NY 10036** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ☐ No ■ Yes | **$7,080.00** |

| Debtor | Beckham Jewelry, LLC | Case number (if known) | 25-01234 |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Heera Moti, Inc**<br>**15 W 47th St**<br>**Ste 808**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $13,500.00 |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Hinds Co Tax Collector**<br>**P.O. Box 1727**<br>**Jackson, MS 39215-1727**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,391.50 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Kelly Waters**<br>**P.O. Box 240924**<br>**Boston, MA 02124**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,002.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Kerry Whitt, Co**<br>**125 Deaton Rd**<br>**Owens Cross Roads, AL 35763**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,118.10 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Lamha**<br>**20 W 47st St**<br>**Ste 807**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $865.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**McLeod & Rigel, PA**<br>**10 Professional Pkwy**<br>**Hattiesburg, MS 39402**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,144.09 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Nivoda**<br>**580 5th Ave**<br>**Ste 2508**<br>**New York, NY 10036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $14,215.21 |

| Debtor | **Beckham Jewelry, LLC** | Case number (if known) | 25-01234 |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** <br> **Overnight Mountings, I** <br> 1400 Plaza Ave <br> New Hyde Park, NY 11040 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$709.95** |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** <br> **S. Kashi** <br> 175 Road Ste 204 <br> Great Neck, NY 11021 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$8,540.00** |
| 3.17 | **Nonpriority creditor's name and mailing address** <br> **Stuller** <br> P.O. Box 87777 <br> Lafayette, LA 70598-7777 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$3,156.64** |
| 3.18 | **Nonpriority creditor's name and mailing address** <br> **TDLDC Retail I, LLC** <br> 300 Concourse Blvd <br> Ste 105 <br> Ridgeland, MS 39157 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$165,000.00** |
| 3.19 | **Nonpriority creditor's name and mailing address** <br> **TR Jewelry Concepts** <br> 2707 Mt. Rushmore Rd <br> Rapid City, SD 57701 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$2,002.63** |
| 3.20 | **Nonpriority creditor's name and mailing address** <br> **WLBT** <br> 715 S Jefferson St <br> Jackson, MS 39201 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset?  ■ No  ☐ Yes | **$9,250.00** |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 4 of 5

| Debtor | **Beckham Jewelry, LLC** | Case number (if known) | **25-01234** |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **IRS**<br>**c/o US Attorney**<br>**501 East Court St**<br>**Ste 4.430**<br>**Jackson, MS 39201** | Line **2.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **US Attorney General**<br>**US Dept of Justice**<br>**950 Pennsylvania AveNW**<br>**Washington, DC 20530-0001** | Line **2.1**<br><br>☐  Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---:|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 252,405.81 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c.  $ | 252,405.81 |

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 5 of 5 |
|---|---|---|