___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 22, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Beckham Jewelry, LLC, Debtor            Case No. 25-01234-JAW
                                                                                             **CHAPTER 11**

## AGREED ORDER REJECTING DEBTOR'S BUSINESS LEASE

        This matter came before the Court on this date on the Motion for Ordering Rejecting Business Lease filed by TDLDC Retail I, LLC (Dkt. #41), the Debtor's Response (Dkt. #74), and the Trustee's Answer (Dkt. #79), following a prior July 8, 2025 hearing at which the Motion was continued and reset for hearing on July 22, 2025.  The Court, having been advised that the parties have reached an agreement enters the following order:

        1.      TDLDC Retail I, LLC ("Landlord") filed its motion seeking the immediate rejection of the Debtor's lease of commercial space located at 120 District Blvd., Suite 110, in Jackson, Mississippi before relevant case-related developments such as the Court's approval of the Debtor's engagement of a sale consultant to conduct a short inventory sale, which is now underway and is expected to end on or about August 16, 2025.

        2.      The Landlord is therefore not entitled to the immediate rejection of the lease although the lease shall be considered rejected as set forth herein.

        3.      The Debtor having acknowledged that it does not have a continuing need to operate its jewelry store business out of the current leased space after the end of the sale, the Debtor's lease with Landlord is hereby REJECTED pursuant to 11 U.S.C. § 365 as set forth herein.

4.      Debtor's rejection of the subject lease with Landlord shall be effective when the Debtor fully and finally vacates the leased premises, which shall include the removal of a large safe and any storefront repairs that may be needed to accommodate such removal.

5.      Debtor shall in good faith endeavor to vacate the premises as expeditiously as possible, but in no event later than September 12, 2025.

6.      Debtor shall file notice with the Court confirming the date on which Debtor has fully vacated the leased premises, which date, absent any objection, shall be the rejection date of the Debtor's lease with Landlord.

7.      Debtor is obligated to pay Landlord rent up through the date that Debtor vacates the leased premises.

#END OF ORDER#

Agreed:

| | |
|---|---|
| /s/ Thomas C. Rollins<br>Thomas C. Rollins, Jr., (MSBN 103469)<br>Jennifer A Curry Calvillo (MSBN 104367)<br>The Rollins Law Firm, PLLC<br>P.O. Box 13767<br>Jackson, MS 39236<br>(601) 500-5533<br>trollins@therollinsfirm.com<br><br>Attorneys for Beckham Jewelry, LLC | /s/ Craig M. Geno<br>Craig M. Geno; (MSBN 4793)<br>Law Offices of Craig M. Geno, PLLC<br>601 Renaissance Way Suite A<br>Ridgeland, MS 39157<br>601-427-0048 - Telephone<br>601-427-0050 - Facsimile<br>cmgeno@cmgenolaw.com<br><br>Subchapter V Trustee |

/s/ Robert B. Ireland, III
Robert B. Ireland, III (MSBN 100708)
Watkins & Eager PLLC
Post Office Box 650
Jackson, Mississippi 39205-0650
(601) 965-1900
rireland@watkinseager.com

Attorney for TDLDC Retail I, LLC