# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Beckham Jewlery, LLC,           Case No. 25-01234-JAW
         Debtor          CHAPTER 11

## MOTION TO EXTEND EXCLUSIVITY PERIOD

COMES NOW, Debtor, by and through counsel, and moves this Court to extend the exclusivity period and in support thereof, would show the Court as follows:

1. That Beckham Jewlry, LLC ("Debtor") filed a petition for relief under Chapter 11, Subchapter V, of the United States Bankruptcy Code on May 14, 2025. Brian Beckham is in control of its assets and is managing and operating the businesses.

2. This Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157 (b)(2)(A) and (L). Venue is proper in this court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Pursuant to 11 U.S.C. § 1121 (b) the debtor is required to file a plan not later than 90 days after the order for relief unless extended by the Court.

4. The current deadline for filing the plan is August 12, 2025.

5. This motion is not intended to cause undue delay in this proceeding, and granting the Debtor additional time to file a Plan will not prejudice any party in interest.

6. This motion is not intended to cause undue delay in this proceeding, and granting the Debtor additional time to file a Plan will not prejudice any party in interest.

7. Debtor requests that the debtor's exclusive right to propose a plan of reorganization pursuant to 11 U.S.C. 1121(b) be extended forty-five (45) days to September 26, 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully Submitted,

Beckham Jewelry, LLC

s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB 103469
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
trollins@therollinsfirm.com, 601-500-5533