IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewlery, LLC,   Case No. 25-01234-JAW
           Debtor   CHAPTER 11

## ORDER ON MOTION TO EXTEND EXCLUSIVITY PERIOD

THIS CAUSE came on for consideration on the Motion of the Debtor to Exclusivity Period (Dk # _____) and the Court having considered the Motion and there being no objection, does Order as follows:

IT IS THEREFORE ORDERED that Brian Beckham's exclusive right to propose a plan of reorganization pursuant to 11 U.S.C. 1121(b) be extended to September 26, 2025.

##END OF ORDER##

PREPARED BY:

/s/ Thomas C. Rollins, Jr.
THOMAS CARL ROLLINS, JR., MSB #103469
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, Mississippi 39236 Ph: (601) 500-5533
email: trollins@therollinsfirm.com
Attorney for Beckham