IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewlery, LLC,                              Case No. 25-01234-JAW
         Debtor                                                       CHAPTER 11

## NOTICE

The undersigned counsel for Debtor has filed papers with the requesting an extension of the exclusivity period to file a Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall grant this extension of the exclusivity period to file a Plan.

Date: July 24, 2025            Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            PO Box 13767
                                            Jackson, MS 39236
                                            601-500-5533

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewlery, LLC,                               Case No. 25-01234-JAW
         Debtor                                                     CHAPTER 11

## MOTION TO EXTEND EXCLUSIVITY PERIOD

COMES NOW, Debtor, by and through counsel, and moves this Court to extend the exclusivity period and in support thereof, would show the Court as follows:

1. That Beckham Jewelry, LLC ("Debtor") filed a petition for relief under Chapter 11, Subchapter V, of the United States Bankruptcy Code on May 14, 2025. Brian Beckham is in control of its assets and is managing and operating the businesses.

2. This Court has jurisdiction of the subject matter herein and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157 (b)(2)(A) and (L). Venue is proper in this court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Pursuant to 11 U.S.C. § 1121 (b) the debtor is required to file a plan not later than 90 days after the order for relief unless extended by the Court.

4. The current deadline for filing the plan is August 12, 2025.

5. This motion is not intended to cause undue delay in this proceeding, and granting the Debtor additional time to file a Plan will not prejudice any party in interest.

6. This motion is not intended to cause undue delay in this proceeding, and granting the Debtor additional time to file a Plan will not prejudice any party in interest.

7. Debtor requests that the debtor's exclusive right to propose a plan of reorganization pursuant to 11 U.S.C. 1121(b) be extended forty-five (45) days to September 26, 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully Submitted,

Beckham Jewelry, LLC

s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB 103469
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
trollins@therollinsfirm.com, 601-500-5533

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01234 |
|---|---|
| BECKHAM JEWLERY, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 7/24/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Extend Exclusivity Period

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/24/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>BECKHAM JEWLERY, LLC | CASE NO: 25-01234<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 7/24/2025, a copy of the following documents, described below,

Notice and Motion to Extend Exclusivity Period

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/24/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-01234<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU JUL 24 12-12-43 PST 2025 | BECKHAM JEWELRY  LLC<br>120 DISTRICT BLVD   STE D110<br>JACKSON  MS 39211-6304 | MCLEOD  ASSOCIATES   PA<br>10 PROFESSIONAL PARKWAY<br>HATTIESBURG  MS 39402-2636 |
| EXCLUDE<br>(U)~~TDLDC RETAIL I   LLC~~ | EXCLUDE<br>(U)~~WILKERSON   INC~~ | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | BARNES  BAILEY   JANO<br>5 RIVERBEND PLACE<br>STE A<br>FLOWOOD  MS 39232-7618 |
| BRIAN BECKHAM<br>120 DISTRICT BLVD<br>STE D110<br>JACKSON  MS 39211-6304 | BRIAN BECKHAM<br>2 ASHLEY PARK DR<br>JACKSON MS 39206-6156 | DAZZLE IMPORTS<br>5555 GLENDRIDGE CONNEC<br>STE 200<br>ATLANTA  GA 30342-4815 |
| DYNASTY CASTING<br>644 SHREWSBERRY COMMON<br>SHREWSBURY  PA 17361-1617 | ELDAR  INC<br>3068 N 2700 E<br>FORREST  IL 61741 | GARY CARRIERE<br>725 WOODLAND ST<br>SULPHUR  LA 70663-1046 |
| HAKIMI DIAMOND CORP<br>15 W 47TH ST<br>NEW YORK  NY 10036-3305 | HEERA MOTI  INC<br>15 W 47TH ST<br>STE 808<br>NEW YORK  NY 10036-3327 | HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON  MS 39215-1727 |
| HINDS COUNTY TAX COLLECTOR<br>316 SOUTH PRESIDENT ST<br>JACKSON MS 39201-4801 | IRS<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | IRS<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KAPITUS<br>2500 WILSON BLVD  STE<br>ARLINGTON  VA 22201-3873 | KAPITUS SERVICING  INC<br>120 WEST 45TH STREET  4TH FLOOR<br>NEW YORK  NY 10036-4041 |
| KELLY WATERS<br>PO BOX 240924<br>BOSTON  MA 02124-0016 | KERRY WHITT  CO<br>125 DEATON RD<br>OWENS CROSS ROADS  AL 35763-9553 | LAMHA<br>20 W 47ST ST<br>STE 807<br>NEW YORK  NY 10036-4298 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
MS DEPT OF REVENUE                  MCLEOD  ASSOCIATES  PA           MCLEOD  RIGEL  PA
BANKRUPTCY SECTION                  WILLIAM E MCLEOD                 10 PROFESSIONAL PKWY
PO BOX 22808                        10 PROFESSIONAL PARKWAY          HATTIESBURG  MS 39402-2636
JACKSON  MS 39225-2808              HATTIESBURG  MS 39402-2636



MISSISSIPPI DEPARTMENT OF REVENUE   NIVODA                           OVERNIGHT MOUNTINGS  I
BANKRUPTCY SECTION                  580 5TH AVE                      1400 PLAZA AVE
PO BOX 22808                        STE 2508                         NEW HYDE PARK  NY 11040-4921
JACKSON  MS 39225-2808              NEW YORK  NY 10036-4771



ROBERT B IRELAND  III  ESQ          S KASHI                          S KASHI
WATKINS  EAGER PLLC                 175 GREAT NECK RD  STE 204       175 ROAD STE 204
ATTY FOR TDLDC RETAIL I  LLC        GREAT NECK  NY 11021-3313        GREAT NECK  NY 11021
PO BOX 650
JACKSON  MS 39205-0650



STULLER                             TDLDC RETAIL I  LLC              TR JEWELRY CONCEPTS
PO BOX 87777                        ROBERT B IRELAND  III            2707 MT RUSHMORE RD
LAFAYETTE  LA 70598-7777            P O BOX 650                      RAPID CITY  SD 57701-5324
                                    JACKSON MS 39205-0650



US ATTORNEY SD MISSISSIPPI          US ATTORNEY SD MISSISSIPPI       US SECURITIES AND EXCHANGE COMMISSION
CO INTERNAL REVENUE SERVICE         CO US SECURITIES AND EXCHANGE COMMISS   OFFICE OF REORGANIZATION
501 E COURT STREET  STE 4430        501 E COURT STREET  STE 4430     950 EAST PACES FERRY ROAD  SUITE 900
JACKSON  MS 39201-5025              JACKSON  MS 39201-5025           ATLANTA  GA 30326-1382


                                    EXCLUDE
US ATTORNEY GENERAL                  UNITED STATES TRUSTEE           WLBT
US DEPT OF JUSTICE                   501 EAST COURT STREET           715 S JEFFERSON ST
950 PENNSYLVANIA AVENW               SUITE 6-430                     JACKSON  MS 39201-5622
WASHINGTON  DC 20003                 JACKSON  MS 39201-5022



WLBT TELEVISION                     WILLIAM E MCLEOD                 WILLIAM E MCLEOD  ESQ
CO SZABO ASSOCIATES  INC            MCLEOD  ASSOCIATES  PA           MCLEOD  ASSOCIATES  PA
3355 LENOX ROAD NE  SUITE 945       10 PROFESSIONAL PARKWAY          COUNSEL FOR MCLEOD  ASSOCIATES  PA
ATLANTA  GA 30326-1357              HATTIESBURG  MS 39402-2636       10 PROFESSIONAL PARKWAY
                                                                     HATTIESBURG  MS 39402-2636



EXCLUDE                                                              EXCLUDE

CRAIG M GENO                        JENNIFER A CURRY CALVILLO        (U)JOSEPH NORRIS
LAW OFFICES OF CRAIG M GENO  PLLC   THE ROLLINS LAW FIRM
601 RENAISSANCE WAY                 702 W PINE ST
SUITE A                             HATTIESBURG  MS 39401-3836
RIDGELAND  MS 39157-6038



EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767
```