United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 25-01234-JAW

Beckham Jewelry, LLC   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

**Recip ID         Recipient Name and Address**
dbpos       +  Beckham Jewelry, LLC, 120 District Blvd, Ste D110, Jackson, MS 39211-6304

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2025      Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

**Name**       **Email Address**

Christopher J. Steiskal, Sr.
    on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
    cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Jennifer A Curry Calvillo
    on behalf of Debtor In Possession Beckham Jewelry  LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Robert B. Ireland, III
    on behalf of Creditor TDLDC Retail I  LLC rireland@watkinseager.com, kleblanc@watkinseager.com

Steven Usry

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 22, 2025 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr

on behalf of Debtor In Possession Beckham Jewelry LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

William E McLeod

on behalf of Creditor McLeod & Associates P.A. bmcleod@eptaxlaw.com, lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jharkins@eptaxlaw.com

TOTAL: 9

_____



**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 22, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Beckham Jewelry, LLC, DebtorCase No. 25-01234-JAW
CHAPTER 11

## AGREED ORDER REJECTING DEBTOR'S BUSINESS LEASE

This matter came before the Court on this date on the Motion for Ordering Rejecting Business Lease filed by TDLDC Retail I, LLC (Dkt. #41), the Debtor's Response (Dkt. #74), and the Trustee's Answer (Dkt. #79), following a prior July 8, 2025 hearing at which the Motion was continued and reset for hearing on July 22, 2025.  The Court, having been advised that the parties have reached an agreement enters the following order:

1.TDLDC Retail I, LLC ("Landlord") filed its motion seeking the immediate rejection of the Debtor's lease of commercial space located at 120 District Blvd., Suite 110, in Jackson, Mississippi before relevant case-related developments such as the Court's approval of the Debtor's engagement of a sale consultant to conduct a short inventory sale, which is now underway and is expected to end on or about August 16, 2025.

2.The Landlord is therefore not entitled to the immediate rejection of the lease although the lease shall be considered rejected as set forth herein.

3.The Debtor having acknowledged that it does not have a continuing need to operate its jewelry store business out of the current leased space after the end of the sale, the Debtor's lease with Landlord is hereby REJECTED pursuant to 11 U.S.C. § 365 as set forth herein.

4.   Debtor's rejection of the subject lease with Landlord shall be effective when the Debtor fully and finally vacates the leased premises, which shall include the removal of a large safe and any storefront repairs that may be needed to accommodate such removal.

5.   Debtor shall in good faith endeavor to vacate the premises as expeditiously as possible, but in no event later than September 12, 2025.

6.   Debtor shall file notice with the Court confirming the date on which Debtor has fully vacated the leased premises, which date, absent any objection, shall be the rejection date of the Debtor's lease with Landlord.

7.   Debtor is obligated to pay Landlord rent up through the date that Debtor vacates the leased premises.

#END OF ORDER#

Agreed:

/s/ Thomas C. Rollins
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com

Attorneys for Beckham Jewelry, LLC

/s/ Craig M. Geno
Craig M. Geno; (MSBN 4793)
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

Subchapter V Trustee

/s/ Robert B. Ireland, III
Robert B. Ireland, III (MSBN 100708)
Watkins & Eager PLLC
Post Office Box 650
Jackson, Mississippi 39205-0650
(601) 965-1900
rireland@watkinseager.com

Attorney for TDLDC Retail I, LLC