IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor              Case No. 25-01234-JAW
                                                                    CHAPTER 11

**NOTICE**

Debtor has filed papers with the court for authority to pay pre-petition claim of critical vendor.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion for Authority to Pay Pre-Petition Claim of Critical Vendor

Date:   August 15, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                                            The Rollins Law Firm, PLLC
                                                            P.O Box 13767
                                                            Jackson, MS 39236
                                                            601-500-5533
                                                            trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: Beckham Jewelry, LLC, Debtor**                  Case No. 25-01234-JAW
                                                        **CHAPTER 11**

## MOTION FOR AUTHORITY TO PAY PRE-PETITION CLAIM OF CRITICAL VENDOR

Beckham Jewelry, LLC (the "Debtor"), by and through undersigned counsel, submits this *Motion for Authority to Pay Pre-Petition Claim of Critical Vendor*. The Court has jurisdiction under 28 U.S.C. §§ 157 & 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2)(A) & (O).

### Background

The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on May 14, 2025 (the "Petition Date") and elected treatment under Subchapter V. Thomas C. ("T.C.") Rollins, Esq. represents the Debtor; Craig Geno serves as the Subchapter V trustee (the "Trustee").

The Debtor operates a single-location retail jewelry store in Jackson, Mississippi, and continues to manage its property and business as debtor-in-possession pursuant to 11 U.S.C. §§ 1184 and 1107.

Stuller, Inc. ("Stuller") is a long-standing supplier of diamonds, gemstones, and other jewelry components that the Debtor uses to design, manufacture, and repair jewelry for its customers.

### Critical Vendor Status

Stuller is owed approximately $1,496.07 for goods provided to the Debtor prior to the Petition Date, as reflected in pre-petition invoices.

Stuller is a critical vendor because its products are essential to the Debtor's ability to continue operations and fulfill customer orders.

Without a steady supply of jewelry components from Stuller, the Debtor would be unable to complete repairs, fill custom orders, or maintain adequate inventory for retail sales.

If the Debtor is not authorized to pay Stuller's pre-petition claim, there is a substantial risk that Stuller will cease doing business with the Debtor, causing immediate and irreparable harm to the Debtor's operations and reorganization efforts.

**Basis for Relief**

Bankruptcy Code §§ 105(a), 363(b), and 503 authorize the Court to permit the payment of pre-petition claims where such payment is necessary to preserve the going-concern value of the debtor's business.

The "Doctrine of Necessity" permits payment of pre-petition obligations to certain essential creditors whose continued services are critical to the debtor's operations and reorganization prospects. See *In re Just For Feet, Inc.,* 242 B.R. 821, 825 (D. Del. 1999).

Payment of Stuller's modest pre-petition claim is necessary to preserve the Debtor's ongoing operations and the value of the bankruptcy estate.

WHEREFORE, the Debtor respectfully requests that the Court enter an order:

1. Authorizing the Debtor to pay Stuller, Inc. the sum of approximately$1,496.07 for pre-petition goods provided prior to the Petition Date.
2. Granting Authorizing the Debtor to continue paying the Vendor in the ordinary course for post-petition services; and

3.  Granting such other and further relief as the Court deems just and proper.

        Respectfully submitted.

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        Jennifer A Curry Calvillo (MSBN 104367)
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601-500- 5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, August 15, 2025. All interested parties will receive CM/ECF from the Court.

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01234 |
|---|---|
| BECKHAM JEWELRY, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 8/15/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Pay Pre-Petition Claim

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01234 |
|---|---|
| BECKHAM JEWELRY, LLC | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |

On 8/15/2025, a copy of the following documents, described below,

Notice and Motion to Pay Pre-Petition Claim

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/15/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-01234<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI AUG 15 10-27-39 PST 2025 | BECKHAM JEWELRY  LLC<br>120 DISTRICT BLVD  STE D110<br>JACKSON  MS 39211-6304 | ~~(U)KAPITUS~~ |
| MCLEOD  ASSOCIATES  PA<br>10 PROFESSIONAL PARKWAY<br>HATTIESBURG  MS 39402-2636 | ~~EXCLUDE~~<br>~~(U)TDLDC RETAIL I  LLC~~ | ~~EXCLUDE~~<br>~~(U)WILKERSON  INC~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| BARNES  BAILEY   JANO<br>5 RIVERBEND PLACE<br>STE A<br>FLOWOOD  MS 39232-7618 | BRIAN BECKHAM<br>120 DISTRICT BLVD<br>STE D110<br>JACKSON  MS 39211-6304 | BRIAN BECKHAM<br>2 ASHLEY PARK DR<br>JACKSON MS 39206-6156 |
| DAZZLE IMPORTS<br>5555 GLENDRIDGE CONNEC<br>STE 200<br>ATLANTA  GA 30342-4815 | DYNASTY CASTING<br>644 SHREWSBERRY COMMON<br>SHREWSBURY  PA 17361-1617 | ELDAR  INC<br>3068 N 2700 E<br>FORREST  IL 61741 |
| EULER HERMES AGENT FOR NIVODA LIMITED<br>100 INTERNATIONAL DR 22ND FLOOR<br>BALTIMORE MD 21202-4783 | GARY CARRIERE<br>725 WOODLAND ST<br>SULPHUR  LA 70663-1046 | HAKIMI DIAMOND CORP<br>15 W 47TH ST<br>NEW YORK  NY 10036-3305 |
| HEERA MOTI  INC<br>15 W 47TH ST<br>STE 808<br>NEW YORK  NY 10036-3327 | HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON  MS 39215-1727 | HINDS COUNTY TAX COLLECTOR<br>316 SOUTH PRESIDENT ST<br>JACKSON MS 39201-4801 |
| IRS<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | IRS<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| KAPITUS<br>2500 WILSON BLVD  STE<br>ARLINGTON  VA 22201-3873 | KAPITUS SERVICING  INC<br>120 WEST 45TH STREET  4TH FLOOR<br>NEW YORK  NY 10036-4041 | KELLY WATERS<br>PO BOX 240924<br>BOSTON  MA 02124-0016 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
KERRY WHITT  CO                         LABRILLIANTE LLC                        LAMHA
125 DEATON RD                           330 WASHINGTON ST   PMB 231             20 W 47ST ST
OWENS CROSS ROADS   AL 35763-9553       HOBOKEN NJ 07030-4883                   STE 807
                                                                                NEW YORK   NY 10036-4298


MS DEPT OF REVENUE                      MCLEOD   ASSOCIATES   PA                MCLEOD   RIGEL   PA
BANKRUPTCY SECTION                      WILLIAM E MCLEOD                        10 PROFESSIONAL PKWY
PO BOX 22808                            10 PROFESSIONAL PARKWAY                 HATTIESBURG   MS 39402-2636
JACKSON   MS 39225-2808                 HATTIESBURG   MS 39402-2636


MISSISSIPPI DEPARTMENT OF REVENUE       NIVODA                                  OVERNIGHT MOUNTINGS   I
BANKRUPTCY SECTION                      580 5TH AVE                             1400 PLAZA AVE
PO BOX 22808                            STE 2508                                NEW HYDE PARK   NY 11040-4921
JACKSON   MS 39225-2808                 NEW YORK   NY 10036-4771


ROBERT B IRELAND  III  ESQ              S KASHI                                 S KASHI
WATKINS  EAGER PLLC                     175 GREAT NECK RD  STE 204              175 ROAD STE 204
ATTY FOR TDLDC RETAIL I   LLC           GREAT NECK   NY 11021-3313              GREAT NECK   NY 11021
PO BOX 650
JACKSON   MS 39205-0650


STULLER                                 TDLDC RETAIL I   LLC                    TR JEWELRY CONCEPTS
PO BOX 87777                            ROBERT B IRELAND   III                  2707 MT RUSHMORE RD
LAFAYETTE   LA 70598-7777               P O BOX 650                             RAPID CITY   SD 57701-5324
                                        JACKSON MS 39205-0650


US ATTORNEY SD MISSISSIPPI              US ATTORNEY SD MISSISSIPPI              US SECURITIES AND EXCHANGE COMMISSION
CO INTERNAL REVENUE SERVICE             CO US SECURITIES AND EXCHANGE COMMISS   OFFICE OF REORGANIZATION
501 E COURT STREET   STE 4430           501 E COURT STREET   STE 4430           950 EAST PACES FERRY ROAD   SUITE 900
JACKSON   MS 39201-5025                 JACKSON   MS 39201-5025                 ATLANTA   GA 30326-1382


                                        EXCLUDE
US ATTORNEY GENERAL                     UNITED STATES TRUSTEE                   WLBT
US DEPT OF JUSTICE                      501 EAST COURT STREET                   715 S JEFFERSON ST
950 PENNSYLVANIA AVENW                  SUITE 6-430                             JACKSON   MS 39201-5622
WASHINGTON   DC 20003                   JACKSON   MS 39201-5022


WLBT TELEVISION                         WILLIAM E MCLEOD                        WILLIAM E MCLEOD   ESQ
CO SZABO ASSOCIATES   INC               MCLEOD   ASSOCIATES   PA                MCLEOD   ASSOCIATES   PA
3355 LENOX ROAD NE   SUITE 945          10 PROFESSIONAL PARKWAY                 COUNSEL FOR MCLEOD   ASSOCIATES   PA
ATLANTA   GA 30326-1357                 HATTIESBURG   MS 39402-2636             10 PROFESSIONAL PARKWAY
                                                                                HATTIESBURG   MS 39402-2636


EXCLUDE                                                                         EXCLUDE

CRAIG M GENO                            JENNIFER A CURRY CALVILLO               (U)JOSEPH NORRIS
LAW OFFICES OF CRAIG M GENO   PLLC      THE ROLLINS LAW FIRM
601 RENAISSANCE WAY                     702 W PINE ST
SUITE A                                 HATTIESBURG   MS 39401-3836
RIDGELAND   MS 39157-6038
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM, PLLC
PO BOX 13767
JACKSON, MS 39236-3767