IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Beckham Jewelry, LLC, Debtor          Case No. 25-01234-JAW
                                                                                             CHAPTER 11

## MOTION FOR AUTHORITY TO ENTER INTO COMMERICAL LEASE AGREEMENT

Beckham Jewelry, LLC (the "Debtor"), by and through undersigned counsel, submits this *Motion for Authority to Enter into Commercial Lease Agreement*. The Court has jurisdiction under 28 U.S.C. §§ 157 & 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2)(A) & (O).

### Background

The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on May 14, 2025 (the "Petition Date") and elected treatment under Subchapter V. Thomas C. ("T.C.") Rollins, Esq. represents the Debtor; Craig Geno serves as the Subchapter V trustee (the "Trustee").

The Debtor operates a single-location retail jewelry store in Jackson, Mississippi, and continues to manage its property and business as debtor-in-possession pursuant to 11 U.S.C. §§ 1184 and 1107.

In order to continue business operations and preserve going-concern value, the Debtor requires suitable commercial office and retail space.

### The Lease Agreement

On August 5, 2025, the Debtor entered into a Commercial Office Building Lease (the "Lease") with Litchfield Carlyle, LLC (the "Landlord"). The Lease provides for the rental of approximately 1,400 square feet of office space located at 1867 Crane Ridge Drive, Suite 150A, Jackson, Mississippi (the "Premises"). The Lease term is thirty-seven

(37) months, commencing September 1, 2025 and ending September 30, 2028. The monthly base rent is $1,600.00, with one month's rent (September 2025) abated as inducement for entry into the Lease.

The Lease requires a $1,600.00 security deposit and includes options to renew for two (2) additional two-year terms at a 10% rent increase. The Lease contains customary provisions regarding operating expenses, insurance, maintenance, indemnification, and remedies upon default.

## Basis For Relief

Section 363(b)(1) of the Bankruptcy Code authorizes a debtor-in-possession, after notice and a hearing, to use property of the estate other than in the ordinary course of business. Entry into the Lease is a reasonable exercise of the Debtor's business judgment and is in the best interest of the estate.

The Premises are necessary to allow the Debtor to continue operations, serve customers, and generate income to support its reorganization efforts. The Lease terms are fair, reasonable, and were negotiated in good faith.

## Requested Relief

The Debtor respectfully requests that the Court enter an order;

1. Authorizing the Debtor to assume and enter into the Lease with Litchfield Carlyle, LLC.
2. Approving the Lease Agreement pursuant to 11 U.S.C. §§ 363 and 365; and
3. Granting such other and further relief as the Court deems just and proper.

WHEREFORE, the Debtor respectfully requests that the Court enter an order authorizing Beckham Jewelry, LLC to enter into and perform under the Commercial Office Building Lease with Litchfield Carlyle, LLC, and for such other relief as the Court deems appropriate

Respectfully submitted.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, August 13, 2025. All interested parties will receive CM/ECF from the Court.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.