## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                         Case No. 25-01234-JAW
                                                                           CHAPTER 11

## ORDER APPROVING LEASE AGREEMENT

THIS MATTER came before the Court upon the Debtor's Motion Authority to Enter into Commercial Lease Agreement, (the "Motion") [Dkt. No. ___]. The Court, having considered the motion Orders as follows:

IT IS THEREFORE THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtor is authorized to enter into and perform under the Commercial Office Building Lease with Litchfield Carlyle, LLC, dated August 5, 2025.

3. The Debtor is authorized to take all actions necessary to effectuate the Lease in accourdance with its terms.

#END OF ORDER#

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Attorney for Debtor, Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533