IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewlery, LLC,                                    Case No. 25-01234-JAW
         Debtor                                                              CHAPTER 11

## MOTION TO SHORTEN NOTICE PERIOD

COMES NOW, Debtor, by and through counsel, and moves this Court for entry of an order shortening the notice period for the Debtor's Motion to Approve Lease, and in support states as follows:

1. The Debtor has filed a Motion to Approve Lease Agreement with Litchfield Carlyle, LLC (the "Lease Motion") (Dk# 113).

2. Federal Rule of Bankruptcy Procedure 2002(a)(2) generally requires 21 days' notice of a hearing on a motion to use property of the estate outside of the ordinary course of business.

3. The Debtor respectfully submits that cause exists to shorten the notice period to seven (7) days in order to expedite consideration of the Lease Motion. The Debtor requires prompt approval so that it may take possession of the leased premises and continue business operations without interruption.

4. Shortening the notice period will not prejudice creditors or parties-in-interest, as the Lease Motion will be served on all required parties and the shortened time will still allow an opportunity to review and respond.

WHEREFORE, Debtor respectfully requests that the Court enter an order shortening the notice period for the Lease Motion to seven (7) days, and granting such other and further relief as is just and proper.

Respectfully Submitted,

Beckham Jewelry, LLC

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB 103469
The Rollins Law Firm, PLLC
P.O. Box 13767,
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533