**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Beckham Jewlery, LLC,**                                    **Case No. 25-01234-JAW**
         **Debtor**                                                              **CHAPTER 11**

### ORDER SHORTENING NOTICE PERIOD

THIS CAUSE came on for consideration on Motion to Shorten Notice Period filed by

Beckham Jewelry, LLC (the "Debtor"). The Court, having considered the Motion and finding

that good cause exists, hereby ORDERS as follows:

1.  The Motion is Granted.

2.  The notice period for the Debtor's Motion to Approve Lease is shortened to seven (7)

    days from the date of service.

3.  Objections, if any, shall be filed and served no later than the expiration of the shortened

    notice period

##END OF ORDER##

PREPARED BY:

/s/ Thomas C. Rollins, Jr.
THOMAS CARL ROLLINS, JR., MSB #103469
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, Mississippi 39236 Ph:
(601) 500-5533
email: trollins@therollinsfirm.com
Attorney for Debtor