**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   Beckham Jewlery, LLC, | Case No. 25-01234-JAW |
| Debtor | CHAPTER 11 |

## CERTIFCATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the Motion to Shorten Notice Period was forwarded on August 20, 2025, to:

By Electronic CM/ECF Notice:

Chapter 13 case trustee

U.S. Trustee