## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Beckham Jewlery, LLC, | Case No. 25-01234-JAW |
| Debtor | CHAPTER 11 |

## **AMENDED CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the Motion to Shorten Notice Period was forwarded on August 20, 2025, to:

By Electronic CM/ECF Notice:

Chapter 13 case trustee

U.S. Trustee

                                                  Respectfully Submitted,

                                                  /s/ Thomas C. Rollins, Jr.
                                                  Thomas C. Rollins, Jr., MSB 103469
                                                  The Rollins Law Firm, PLLC
                                                  P.O. Box 13767,
                                                  Jackson, MS 39236
                                                  trollins@therollinsfirm.com
                                                  601-500-5533