**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Beckham Jewelry, LLC, Debtor**                    **Case No. 25-01234-JAW**
                                                              **CHAPTER 11**

<u>**NOTICE**</u>

Debtor has filed papers with the court for authority to pay pre-petition claim of critical vendor.

<u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion for Authority to Pay Pre-Petition Claim of Critical Vendor

Date:   August 20, 2025          Signature:       /s/ Thomas C. Rollins, Jr.
                                                  Thomas C. Rollins, Jr. (MSBN 103469)
                                                  The Rollins Law Firm, PLLC
                                                  P.O Box 13767
                                                  Jackson, MS 39236
                                                  601-500-5533
                                                  trollins@therollinsfirm.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: Beckham Jewelry, LLC, Debtor**          **Case No. 25-01234-JAW**
                                                  **CHAPTER 11**

## MOTION FOR AUTHORITY TO PAY PRE-PETITION CLAIM OF CRITICAL VENDOR

Beckham Jewelry, LLC (the "Debtor"), by and through undersigned counsel, submits this *Motion for Authority to Pay Pre-Petition Claim of Critical Vendor*. The Court has jurisdiction under 28 U.S.C. §§ 157 & 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2)(A) & (O).

### Background

The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on May 14, 2025 (the "Petition Date") and elected treatment under Subchapter V. Thomas C. ("T.C.") Rollins, Esq. represents the Debtor; Craig Geno serves as the Subchapter V trustee (the "Trustee").

The Debtor operates a single-location retail jewelry store in Jackson, Mississippi, and continues to manage its property and business as debtor-in-possession pursuant to 11 U.S.C. §§ 1184 and 1107.

Mason Magnum ("Vendor") has provided bookkeeping services to the Debtor for several years as an independent contractor (paid via IRS Form 1099).

The Vendor is critical to the ongoing operations of the Debtor because he works closely with the Debtor's CPA to ensure tax compliance, accurate accounting, and the preparation of the Monthly Operating Reports required in this Chapter 11 case.

### Critical Vendor Status

The Vendor is owed approximately $7,000 for pre-petition services rendered within the six months prior to the bankruptcy filing.

Since the Petition Date, the Vendor has continued to provide bookkeeping services essential to the Debtor's operations and compliance with the Bankruptcy Code.

If the Debtor is not permitted to pay the pre-petition claim, the Vendor may discontinue services, causing immediate and irreparable harm to the Debtor's ability to operate and comply with its reporting obligations.

### Basis for Relief

Bankruptcy Code §§ 105(a), 363(b), and 503 authorize the Court to permit the payment of pre-petition claims where such payment is necessary to preserve the going-concern value of the debtor's business.

The "Doctrine of Necessity" permits payment of pre-petition obligations to certain essential creditors whose continued services are critical to the debtor's operations and reorganization prospects. See *In re Just For Feet, Inc.,* 242 B.R. 821, 825 (D. Del. 1999).

Here, payment of the Vendor's pre-petition claim is necessary to ensure that the Debtor maintains accurate financial records, complies with U.S. Trustee requirements, and prepares accurate tax filings.

WHEREFORE, the Debtor respectfully requests that the Court enter an order:

1. Authorizing the Debtor to pay Mason Magnum the sum of approximately $7,000 for pre-petition services rendered within the six months before the Petition Date.

2. Granting Authorizing the Debtor to continue paying the Vendor in the ordinary course for post-petition services; and

3.   Granting such other and further relief as the Court deems just and proper.

Respectfully submitted.


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533



CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, August 20, 2025.  All interested parties will receive CM/ECF from the Court.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BECKHAM JEWELRY, LLC

CASE NO: 25-01234

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 8/20/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Pay Pre-Petition Claim

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/20/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BECKHAM JEWELRY, LLC

CASE NO: 25-01234

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 8/20/2025, a copy of the following documents, described below,

Notice and Motion to Pay Pre-Petition Claim

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/20/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-01234
SOUTHERN DISTRICT OF MISSISSIPPI
WED AUG 20 11-14-19 PST 2025

DEBTOR
BECKHAM JEWELRY  LLC
120 DISTRICT BLVD  STE D110
JACKSON  MS 39211-6304

~~EXCLUDE~~
~~(U)KAPITUS~~

~~EXCLUDE~~
MCLEOD  ASSOCIATES  PA      ~~(U)TDLDC RETAIL I  LLC~~
10 PROFESSIONAL PARKWAY
HATTIESBURG  MS 39402-2636

~~EXCLUDE~~
~~(U)WILKERSON  INC~~

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~       AMERICAN EXPRESS          AMERICAN EXPRESS NATIONAL BANK
~~THAD COCHRAN US COURTHOUSE~~ PO BOX 981537             CO BECKET AND LEE LLP
~~501 E COURT STREET~~         EL PASO  TX 79998-1537    PO BOX 3001
~~SUITE 2300~~                                           MALVERN  PA 19355-0701
~~JACKSON  MS 39201-5036~~

BARNES  BAILEY   JANO       BRIAN BECKHAM             BRIAN BECKHAM
5 RIVERBEND PLACE           120 DISTRICT BLVD         2 ASHLEY PARK DR
STE A                       STE D110                  JACKSON MS 39206-6156
FLOWOOD  MS 39232-7618      JACKSON  MS 39211-6304

DAZZLE IMPORTS              DYNASTY CASTING           ELDAR  INC
5555 GLENDRIDGE CONNEC      644 SHREWSBERRY COMMON    3068 N 2700 E
STE 200                     SHREWSBURY  PA 17361-1617 FORREST  IL 61741
ATLANTA  GA 30342-4815

EULER HERMES AGENT FOR NIVODA LIMITED  GARY CARRIERE   HAKIMI DIAMOND CORP
100 INTERNATIONAL DR 22ND FLOOR        725 WOODLAND ST 15 W 47TH ST
BALTIMORE MD 21202-4783                SULPHUR  LA 70663-1046  NEW YORK  NY 10036-3305

HEERA MOTI  INC             HINDS CO TAX COLLECTOR    HINDS COUNTY TAX COLLECTOR
15 W 47TH ST                PO BOX 1727               316 SOUTH PRESIDENT ST
STE 808                     JACKSON  MS 39215-1727    JACKSON MS 39201-4801
NEW YORK  NY 10036-3327

IRS                         IRS                       (P)INTERNAL REVENUE SERVICE
CO US ATTORNEY              CENTRALIZED INSOLVENCY    CENTRALIZED INSOLVENCY OPERATIONS
501 EAST COURT ST           PO BOX 7346               PO BOX 7346
STE 4430                    PHILADELPHIA  PA 19101-7346  PHILADELPHIA PA 19101-7346
JACKSON  MS 39201-5025

KAPITUS                     KAPITUS SERVICING  INC    KELLY WATERS
2500 WILSON BLVD  STE       120 WEST 45TH STREET  4TH FLOOR  PO BOX 240924
ARLINGTON  VA 22201-3873    NEW YORK  NY 10036-4041   BOSTON  MA 02124-0016

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


KERRY WHITT  CO
125 DEATON RD
OWENS CROSS ROADS  AL 35763-9553

LABRILLIANTE LLC
330 WASHINGTON ST  PMB 231
HOBOKEN NJ 07030-4883

LAMHA
20 W 47ST ST
STE 807
NEW YORK  NY 10036-4298


MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MCLEOD  ASSOCIATES  PA
WILLIAM E MCLEOD
10 PROFESSIONAL PARKWAY
HATTIESBURG MS 39402-2636

MCLEOD  RIGEL  PA
10 PROFESSIONAL PKWY
HATTIESBURG  MS 39402-2636


MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

NIVODA
580 5TH AVE
STE 2508
NEW YORK  NY 10036-4771

OVERNIGHT MOUNTINGS  I
1400 PLAZA AVE
NEW HYDE PARK  NY 11040-4921


ROBERT B IRELAND  III  ESQ
WATKINS  EAGER PLLC
ATTY FOR TDLDC RETAIL I  LLC
PO BOX 650
JACKSON  MS 39205-0650

S KASHI
175 GREAT NECK RD  STE 204
GREAT NECK  NY 11021-3313

S KASHI
175 ROAD STE 204
GREAT NECK  NY 11021


STULLER
PO BOX 87777
LAFAYETTE  LA 70598-7777

TDLDC RETAIL I  LLC
ROBERT B IRELAND  III
P O BOX 650
JACKSON MS 39205-0650

TR JEWELRY CONCEPTS
2707 MT RUSHMORE RD
RAPID CITY  SD 57701-5324


US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET  STE 4430
JACKSON  MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD  SUITE 900
ATLANTA  GA 30326-1382


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20003

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

WLBT
715 S JEFFERSON ST
JACKSON  MS 39201-5622


WLBT TELEVISION
CO SZABO ASSOCIATES  INC
3355 LENOX ROAD NE  SUITE 945
ATLANTA  GA 30326-1357

WILLIAM E MCLEOD
MCLEOD  ASSOCIATES  PA
10 PROFESSIONAL PARKWAY
HATTIESBURG  MS 39402-2636

WILLIAM E MCLEOD  ESQ
MCLEOD  ASSOCIATES  PA
COUNSEL FOR MCLEOD  ASSOCIATES  PA
10 PROFESSIONAL PARKWAY
HATTIESBURG  MS 39402-2636


~~EXCLUDE~~
~~CRAIG M GENO~~
~~LAW OFFICES OF CRAIG M GENO  PLLC~~
~~601 RENAISSANCE WAY~~
~~SUITE A~~
~~RIDGELAND  MS 39157-6038~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

~~EXCLUDE~~
~~(U)JOSEPH NORRIS~~

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM, PLLC
PO BOX 13767
JACKSON, MS 39236-3767