

**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: August 21, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewlery, LLC,                                   Case No. 25-01234-JAW
          Debtor                                                              CHAPTER 11

**ORDER SHORTENING NOTICE PERIOD**   (Dkt. #114)

THIS CAUSE came on for consideration on Motion to Shorten Notice Period filed by Beckham Jewelry, LLC (the "Debtor"). The Court, having considered the Motion and finding that good cause exists, hereby ORDERS as follows:

1. The Motion is Granted.

2. The notice period for the Debtor's Motion to Approve Lease is shortened to seven (7) days from the date of service.

3. Objections, if any, shall be filed and served no later than the expiration of the shortened notice period

##END OF ORDER##

PREPARED BY:

/s/ Thomas C. Rollins, Jr.
THOMAS CARL ROLLINS, JR., MSB #103469
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, Mississippi 39236 Ph:
(601) 500-5533
email: trollins@therollinsfirm.com
Attorney for Debtor