_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewlery, LLC,                                   Case No. 25-01234-JAW
         Debtor                                                   CHAPTER 11

## ORDER ON MOTION TO EXTEND EXCLUSIVITY PERIOD

THIS CAUSE came on for consideration on the Motion to Extend Exclusivity Period (Dk # 102) and the Court having considered the Motion and there being no objection, does Order as follows:

IT IS THEREFORE ORDERED that Debtor's (JAW) exclusive right to propose a plan of reorganization pursuant to 11 U.S.C. 1121(b) be extended to September 26, 2025.

##END OF ORDER##

PREPARED BY:

/s/ Thomas C. Rollins, Jr.
THOMAS CARL ROLLINS, JR., MSB #103469
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, Mississippi 39236 Ph:
(601) 500-5533
email: trollins@therollinsfirm.com
Attorney for Beckham