IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC,                                   Case No. 25-01234-JAW
         Debtor                                                             CHAPTER 11

## NOTICE

The undersigned counsel for Debtor has filed papers with the requesting authority to enter into commercial lease agreement.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 7 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief, which shall grant this Motion.

Date: August 21, 2025            Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer A Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              PO Box 13767
                                              Jackson, MS 39236
                                              601-500-5533

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Beckham Jewelry, LLC, Debtor     Case No. 25-01234-JAW
                             CHAPTER 11

## MOTION FOR AUTHORITY TO ENTER INTO COMMERICAL LEASE AGREEMENT

Beckham Jewelry, LLC (the "Debtor"), by and through undersigned counsel, submits this *Motion for Authority to Enter into Commercial Lease Agreement*. The Court has jurisdiction under 28 U.S.C. §§ 157 & 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2)(A) & (O).

### Background

The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on May 14, 2025 (the "Petition Date") and elected treatment under Subchapter V. Thomas C. ("T.C.") Rollins, Esq. represents the Debtor; Craig Geno serves as the Subchapter V trustee (the "Trustee").

The Debtor operates a single-location retail jewelry store in Jackson, Mississippi, and continues to manage its property and business as debtor-in-possession pursuant to 11 U.S.C. §§ 1184 and 1107.

In order to continue business operations and preserve going-concern value, the Debtor requires suitable commercial office and retail space.

### The Lease Agreement

On August 5, 2025, the Debtor entered into a Commercial Office Building Lease (the "Lease") with Litchfield Carlyle, LLC (the "Landlord"). The Lease provides for the rental of approximately 1,400 square feet of office space located at 1867 Crane Ridge Drive, Suite 150A, Jackson, Mississippi (the "Premises"). The Lease term is thirty-seven

(37) months, commencing September 1, 2025 and ending September 30, 2028. The monthly base rent is $1,600.00, with one month's rent (September 2025) abated as inducement for entry into the Lease.

The Lease requires a $1,600.00 security deposit and includes options to renew for two (2) additional two-year terms at a 10% rent increase. The Lease contains customary provisions regarding operating expenses, insurance, maintenance, indemnification, and remedies upon default.

## Basis For Relief

Section 363(b)(1) of the Bankruptcy Code authorizes a debtor-in-possession, after notice and a hearing, to use property of the estate other than in the ordinary course of business. Entry into the Lease is a reasonable exercise of the Debtor's business judgment and is in the best interest of the estate.

The Premises are necessary to allow the Debtor to continue operations, serve customers, and generate income to support its reorganization efforts. The Lease terms are fair, reasonable, and were negotiated in good faith.

## Requested Relief

The Debtor respectfully requests that the Court enter an order;

1. Authorizing the Debtor to assume and enter into the Lease with Litchfield Carlyle, LLC.
2. Approving the Lease Agreement pursuant to 11 U.S.C. §§ 363 and 365; and
3. Granting such other and further relief as the Court deems just and proper.

WHEREFORE, the Debtor respectfully requests that the Court enter an order authorizing Beckham Jewelry, LLC to enter into and perform under the Commercial Office Building Lease with Litchfield Carlyle, LLC, and for such other relief as the Court deems appropriate

Respectfully submitted.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, August 13, 2025.  All interested parties will receive CM/ECF from the Court.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01234 |
|---|---|
| BECKHAM JEWELRY, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 8/21/2025, I did cause a copy of the following documents, described below,

7 Day Notice and Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-01234 |
| BECKHAM JEWELRY, LLC | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 11 |

On 8/21/2025, a copy of the following documents, described below,

7 Day Notice and Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/21/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-01234<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU AUG 21 9-31-2 PST 2025 | BECKHAM JEWELRY  LLC<br>120 DISTRICT BLVD  STE D110<br>JACKSON  MS 39211-6304 | ~~(U)KAPITUS~~ |
| ~~EXCLUDE~~<br>~~(U)LITCHFIELD CARLYLE  LLC~~ | ~~EXCLUDE~~<br>~~(U)MASON MAGNUM~~ | MCLEOD  ASSOCIATES  PA<br>10 PROFESSIONAL PARKWAY<br>HATTIESBURG  MS 39402-2636 |
| ~~EXCLUDE~~<br>~~(U)TDLDC RETAIL I  LLC~~ | ~~EXCLUDE~~<br>~~(U)WILKERSON  INC~~ | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | BARNES  BAILEY  JANO<br>5 RIVERBEND PLACE<br>STE A<br>FLOWOOD  MS 39232-7618 |
| BRIAN BECKHAM<br>120 DISTRICT BLVD<br>STE D110<br>JACKSON  MS 39211-6304 | BRIAN BECKHAM<br>2 ASHLEY PARK DR<br>JACKSON MS 39206-6156 | DAZZLE IMPORTS<br>5555 GLENDRIDGE CONNEC<br>STE 200<br>ATLANTA  GA 30342-4815 |
| DYNASTY CASTING<br>644 SHREWSBERRY COMMON<br>SHREWSBURY  PA 17361-1617 | ELDAR  INC<br>3068 N 2700 E<br>FORREST  IL 61741 | EULER HERMES AGENT FOR NIVODA LIMITED<br>100 INTERNATIONAL DR 22ND FLOOR<br>BALTIMORE MD 21202-4783 |
| GARY CARRIERE<br>725 WOODLAND ST<br>SULPHUR  LA 70663-1046 | HAKIMI DIAMOND CORP<br>15 W 47TH ST<br>NEW YORK  NY 10036-3305 | HEERA MOTI  INC<br>15 W 47TH ST<br>STE 808<br>NEW YORK  NY 10036-3327 |
| HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON  MS 39215-1727 | HINDS COUNTY TAX COLLECTOR<br>316 SOUTH PRESIDENT ST<br>JACKSON MS 39201-4801 | IRS<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| IRS<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | KAPITUS<br>2500 WILSON BLVD  STE<br>ARLINGTON  VA 22201-3873 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

KAPITUS SERVICING  INC
120 WEST 45TH STREET   4TH FLOOR
NEW YORK   NY 10036-4041

KELLY WATERS
PO BOX 240924
BOSTON    MA 02124-0016

KERRY WHITT   CO
125 DEATON RD
OWENS CROSS ROADS   AL 35763-9553

LABRILLIANTE LLC
330 WASHINGTON ST   PMB 231
HOBOKEN NJ 07030-4883

LAMHA
20 W 47ST ST
STE 807
NEW YORK    NY 10036-4298

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON   MS 39225-2808

MCLEOD   ASSOCIATES   PA
WILLIAM E MCLEOD
10 PROFESSIONAL PARKWAY
HATTIESBURG   MS 39402-2636

MCLEOD   RIGEL   PA
10 PROFESSIONAL PKWY
HATTIESBURG   MS 39402-2636

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON   MS 39225-2808

NIVODA
580 5TH AVE
STE 2508
NEW YORK    NY 10036-4771

OVERNIGHT MOUNTINGS   I
1400 PLAZA AVE
NEW HYDE PARK   NY 11040-4921

ROBERT B IRELAND   III   ESQ
WATKINS   EAGER PLLC
ATTY FOR TDLDC RETAIL I   LLC
PO BOX 650
JACKSON   MS 39205-0650

S KASHI
175 GREAT NECK RD   STE 204
GREAT NECK   NY 11021-3313

S KASHI
175 ROAD STE 204
GREAT NECK   NY 11021

STULLER
PO BOX 87777
LAFAYETTE   LA 70598-7777

TDLDC RETAIL I   LLC
ROBERT B IRELAND   III
P O BOX 650
JACKSON MS 39205-0650

TR JEWELRY CONCEPTS
2707 MT RUSHMORE RD
RAPID CITY   SD 57701-5324

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET   STE 4430
JACKSON   MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET   STE 4430
JACKSON   MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD   SUITE 900
ATLANTA   GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON   DC 20003

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6 430
JACKSON   MS 39201-5022

WLBT
715 S JEFFERSON ST
JACKSON   MS 39201-5622

WLBT TELEVISION
CO SZABO ASSOCIATES   INC
3355 LENOX ROAD NE   SUITE 945
ATLANTA   GA 30326-1357

WILLIAM E MCLEOD
MCLEOD   ASSOCIATES   PA
10 PROFESSIONAL PARKWAY
HATTIESBURG   MS 39402-2636

WILLIAM E MCLEOD   ESQ
MCLEOD   ASSOCIATES   PA
COUNSEL FOR MCLEOD   ASSOCIATES   PA
10 PROFESSIONAL PARKWAY
HATTIESBURG   MS 39402-2636

EXCLUDE
CRAIG M GENO
LAW OFFICES OF CRAIG M GENO   PLLC
601 RENAISSANCE WAY
SUITE A
RIDGELAND   MS 39157-6038

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
                                        EXCLUDE                              EXCLUDE
JENNIFER A CURRY CALVILLO               (U)JOSEPH NORRIS                     THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM                                                         THE ROLLINS LAW FIRM - PLLC
702 W PINE ST                                                                PO BOX 13767
HATTIESBURG  MS 39401-3836                                                   JACKSON  MS 39236-3767
```