United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                      Case No. 25-01234-JAW
Beckham Jewelry, LLC                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                      User: mssbad                                   Page 1 of 2
Date Rcvd: Aug 21, 2025                   Form ID: pdf012                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Beckham Jewelry, LLC, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Craig M. Geno | cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor In Possession Beckham Jewelry  LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert B. Ireland, III | on behalf of Creditor TDLDC Retail I  LLC rireland@watkinseager.com, kleblanc@watkinseager.com |

District/off: 0538-3       User: mssbad       Page 2 of 2

Date Rcvd: Aug 21, 2025       Form ID: pdf012       Total Noticed: 1

Steven Usry
> on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr
> on behalf of Debtor In Possession Beckham Jewelry  LLC trollins@therollinsfirm.com,
> jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
> USTPRegion05.JA.ECF@usdoj.gov

William E McLeod
> on behalf of Creditor McLeod & Associates  P.A. bmcleod@eptaxlaw.com,
> lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jlewis@eptaxlaw.com

TOTAL: 9

---



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 21, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Beckham Jewlery, LLC,**                          **Case No. 25-01234-JAW**
          **Debtor**                                                            **CHAPTER 11**

### ORDER SHORTENING NOTICE PERIOD   (Dkt. #114)

THIS CAUSE came on for consideration on Motion to Shorten Notice Period filed by

Beckham Jewelry, LLC (the "Debtor"). The Court, having considered the Motion and finding

that good cause exists, hereby ORDERS as follows:

1. The Motion is Granted.

2. The notice period for the Debtor's Motion to Approve Lease is shortened to seven (7)

   days from the date of service.

3. Objections, if any, shall be filed and served no later than the expiration of the shortened

   notice period

##END OF ORDER##

PREPARED BY:

/s/ Thomas C. Rollins, Jr.
THOMAS CARL ROLLINS, JR., MSB #103469
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, Mississippi 39236 Ph:
(601) 500-5533
email: trollins@therollinsfirm.com
Attorney for Debtor