_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 3, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Beckham Jewelry, LLC, Debtor                    Case No. 25-01234-JAW
                                                          **CHAPTER 11**

### ORDER DISALLOWING PROOF OF CLAIM # 8 AS FILED BY KAPITUS SERVICING INC

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 8 as Filed by Kapitus Servicing Inc. (DK #106), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 8 as filed by Kapitus Servicing Inc is granted. The attorneys' fees in the amount of $8,731.25 included in the Creditor's claim are DISALLOWED as filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com