

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor            Case No. 25-01234-JAW
                                                  CHAPTER 11

### ORDER AUTHORIZING PAYMENT OF PRE-PETITION CLAIM OF CRITCAL VENDOR

THIS MATTER came before the Court upon the Debtor's Motion For Authority to Pay Pre-Petition Claim of Critical Vendor, (the "Motion") [Dkt. No. 108 ]. The Court, having considered the motion Orders as follows:

IT IS THEREFORE THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtor is authorized to pay Stuller, Inc. the sum of approximately $1,496.07 for pre-petition good provided prior to the Petition Date;

3. The Debtor is authorized to continue paying Stuller, Inc. in the ordinary course for post-petition goods; and

4. Granting such other and further relief as the Court deems just and proper.

#END OF ORDER#

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Attorney for Debtor, Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533