## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **BECKHAM JEWELRY, LLC**                         **CHAPTER 11**
             **Debtor**                                                     **CASE NO. 25-01234-JAW**

## MOTION TO COMPEL REQUIRED
## ESCROWED SUBCHAPTER V TRUSTEE PAYMENTS

COMES NOW Craig M. Geno, the Subchapter V Trustee in the above styled and numbered case (the "Trustee"), and files this his *Motion to Compel Required Escrowed Subchapter V Trustee Payments* (the "Motion"), and in support thereof, would respectfully show unto this Honorable Court as follows, to-wit:

1. The Court entered an *Order* **[DK #64]** on June 10, 2025, requiring payments to be made to the Subchapter V Trustee and held in escrow pending further order of the Court after an application for compensation, notice and a hearing occurred.

2. The Debtor has failed to pay any of the payments. They are now due for June, July, August, September and October is coming soon.

3. The Trustee seeks an order from the Court compelling the Debtor to bring the defaulted payments current and to continue to make them on a timely basis pending further order of the Court.

4. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that upon a hearing hereof this Honorable Court will enter its order granting the Motion. The Trustee prays for general relief.

THIS, the __16th__ day of September, 2025.

          Respectfully submitted,

          CRAIG M. GENO, SUBCHAPTER V TRUSTEE

          By His Attorneys,

          LAW OFFICES OF GENO AND STEISKAL, PLLC

          By: _____
               Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Pleadings\MTC Required Escrowed SubV Trustee Payments 9-16-25.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

| | |
|---|---|
| Abigial M. Marbury, Esq. | Thomas C. Rollins, Jr., Esq. |
| Assistant United States Trustee | trollins@therollinsfirm.com |
| abigail.m.marbury@usdoj.gov | |

THIS, the __16th__ day of September, 2025.

          _____
          Craig M. Geno