_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 24, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | **BECKHAM JEWELRY, LLC** | **CHAPTER 11** |
| | Debtor | **CASE NO. 25-01234-JAW** |

## ORDER

THIS CAUSE having come on for consideration of the *Motion to Compel Required Escrowed Subchapter V Trustee Payments* (the "Motion") **[DK #137]** filed herein by Craig M. Geno, Subchapter V Trustee (the "Trustee"), the Court, having been advised that the escrowed payments have been paid and the Motion can be withdrawn, does hereby find as follows, to-wit:

1. The Motion should be, and hereby is, withdrawn.

### # # END OF ORDER # #

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Pleadings\Order Withdrawing MTC Required Escrowed SubV Trustee Payments 9-23-25.wpd