IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **BECKHAM JEWELRY, LLC**                       **CHAPTER 11**
          **Debtor**                                                                **CASE NO. 25-01234-JAW**

## FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR CRAIG M. GENO

COMES NOW the Craig M. Geno, the Subchapter V Trustee in this case (the "Trustee" or "Mr. Geno"), and files this his *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), and in support thereof, would show as follows:

1. On May 15, 2025, the United States Trustee filed a *Notice of Appointment of Subchapter V Trustee* **[DK #13]** appointing Craig M. Geno as the Subchapter V Trustee in this case.

2. The substantial services rendered by Mr. Geno as Subchapter V Trustee and the expenses incurred by the Trustee benefitted the estate. An Affidavit reflecting said services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered by the Trustee were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

3. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by the Trustee in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the Trustee's obligations herein; and they represent normal and customary fees and expenses incurred and charged for trustees in

similar cases. The time, skill and experience utilized by the Trustee justify the approval of the Application.

4. This is the Trustee's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from May 15, 2025, to and including September 22, 2025, and is for the sum of $8,374.58 ($8,337.50 in fees and $37.08 in expenses).

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter an order awarding reasonable fees for the professional services rendered herein, authorizing the Trustee to apply funds he holds in escrow to the awarded fees and expenses, and then authorizing and directing the Debtor to pay the balance of the awarded fees and expenses. The Trustee prays for general relief.

THIS, the 30th day of September, 2025.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Fee Apps\CMG\1st\Application.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Abigail M. Marbury, Esq.
Assistant United States Trustee
abigail.m.marbury@usdoj.gov

Thomas C. Rollins, Jr., Esq.
trollins@therollinsfirm.com

THIS, the 30th day of September, 2025.

/s/ Craig M. Geno
Craig M. Geno

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | BECKHAM JEWELRY, LLC | CHAPTER 11 |
| | Debtor | CASE NO. 25-01234-JAW |

EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:    **BECKHAM JEWELRY, LLC** | **CHAPTER 11** |
| **Debtor** | **CASE NO. 25-01234-JAW** |

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, the Subchapter V Trustee, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), Subchapter V Trustee, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable fees and necessary expenses.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 30th day of September, 2025.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2029

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      BECKHAM JEWELRY, LLC                         CHAPTER 11
            Debtor                                       CASE NO. 25-01234-JAW

EXHIBIT "B"

# *Law Offices of Craig M. Geno, PLLC*
601 Renaissance Way
Suite A
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048  Fax:601-427-0050

Beckham Jewelry, LLC  September 26, 2025
P.O. Box 13767
Jackson, MS-Mississippi
39236 USA

| | | File #: | T25007 |
|---|---|---|---|

**Attention:** Thomas C. Rollins, Jr., Esq.  Inv #: 348329

**RE:** Subchapter V Trustee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-15-25 | Review memos to/from U.S. Trustee, T.C. Rollins regarding IDI and 341 hearing dates | 0.20 | 50.00 | CMG |
| | Assist CMG setting up file, drafting New Client Data Sheet, Verified Statement of SubV Trustee, calendar existing deadlines/hearing dates | 0.40 | 80.00 | KLC |
| May-16-25 | Review Motion to use Cash Collateral | 0.65 | 162.50 | CMG |
| | Review Notice of Hearing on Motion to use Cash Collateral | 0.20 | 50.00 | CMG |
| | Dictation of Motion for Escrow of fees | 0.30 | 75.00 | CMG |
| | Dictation of Notice regarding Motion for Escrow of Fees | 0.20 | 50.00 | CMG |
| | Dictation of Certificate of Service regarding Motion for Escrow for Fees | 0.15 | 37.50 | CMG |
| | Review Notice of Status Conference | 0.20 | 50.00 | CMG |
| | Receipt and review of Notice of 1188(a) Status Conference; calendar deadline for Debtor to file and serve status report and hearing date to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Receipt and review of hearing notice re Debtor's Motion to Use Cash Collateral; calendar hearing dates and objection deadlines to trigger preparation of hearing folder | 0.25 | 50.00 | KLC |
| | Assist CMG drafting Motion to Require Escrowed SubV Trustee Payments, Notice, Certificate of Service and Order re same | 0.20 | 40.00 | KLC |
| | Organize and supervise mailout of Motion to Require Escrowed SubV Trustee Payments | 0.30 | 60.00 | KLC |
| May-17-25 | Review notice of preliminary and final hearings on use of cash collateral | 0.20 | 50.00 | CMG |
| May-20-25 | Review U.S. Trustee objection to use of cash collateral | 0.30 | 75.00 | CMG |
| May-22-25 | Review Hinds County Tax Collector Proof of Claim for taxes owed | 0.10 | 25.00 | CMG |
| | Receipt and review of notice re Debtor's Application to Employ CPA; calendar objection deadline | 0.10 | 20.00 | KLC |
| | Receipt and review of IDI scheduling letter; calendar deadline for Debtor to submit IDI documents and hearing date to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| | Receipt and review of Notice of Meeting of Creditors; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| May-23-25 | Brief review of Motion to Use Cash Collateral | 0.55 | 137.50 | CMG |
| | Dictation of response in support of Motion to use Cash Collateral | 0.25 | 62.50 | CMG |
| | Review and revision of response and support of use of Cash Collateral | 0.05 | 12.50 | CMG |
| | Receipt and review of notice re Debtor's Amended Application to Employ Attorneys; calendar objection deadline | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Answer, Response re Debtor's Motion to Use Cash Collateral | 0.10 | 20.00 | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-24-25 | Review landlord objection to use of cash collateral | 0.55 | 137.50 | CMG |
| | Review Motion to Reject Lease | 0.75 | 187.50 | CMG |
| | Review amended Application to Employ Counsel | 0.55 | 137.50 | CMG |
| | Review Notice of Application to Employ Counsel | 0.20 | 50.00 | CMG |
| May-25-25 | Review balance sheet and cash flow statement | 0.30 | 75.00 | CMG |
| May-27-25 | Attended hearings on Motion to Use Cash Collateral | 1.50 | 375.00 | CMG |
| May-28-25 | Review memos to/from Robert Ireland, Chris Steiskal, TC Rollins, review revised order on use of cash collateral and approve same | 0.30 | 75.00 | CMG |
| May-29-25 | Receipt and review of Interim Order re Debtor's Motion to Use Cash Collateral; calendar various deadlines | 0.15 | 30.00 | KLC |
| | Receipt and review of hearing notice re TDLDC Retail's Motion for Order Rejecting Business Lease; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| May-30-25 | Review MDOR Proof of Claim | 0.20 | 50.00 | CMG |
| | Receipt and review of Order re Debtor's Motion to Extend Deadline to File Schedules, etc.; calendar deadline for Debtor to file schedules, etc. | 0.10 | 20.00 | KLC |
| May-31-25 | Review IDI materials | 0.15 | 37.50 | CMG |
| | Review memos to/from TC Rollins regarding engagement of auction firm; time to complete its employment | 0.15 | 37.50 | CMG |
| Jun-03-25 | Conference call with debtor, debtor's counsel, landlord counsel, Wilkerson (Liquidation) regarding all aspects of Asset Sale/liquidation | 0.65 | 162.50 | CMG |
| Jun-04-25 | Review memo from Temekia Edwards regarding IDI deficiencies and areas of inquiry/explanation | 0.15 | 37.50 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review memos to/from Mr. Rollins, review brokers/agents projections and predicted outcome | 0.20 | 50.00 | CMG |
| | Review WLBT proof of claim | 0.10 | 25.00 | CMG |
| Jun-06-25 | Receipt and review of Order re Debtor's Motion to Expedite Hearing on Application to Employ Sale Consultant; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| Jun-07-25 | Review Motion to Employ liquidator/broker; review Brokerage Agreement | 0.75 | 187.50 | CMG |
| | Review Notice of Hearing on Application to Employ Broker | 0.20 | 50.00 | CMG |
| Jun-11-25 | Review landlord and U.S. Trustee objection to Motion to Employ Sale Consultant | 0.45 | 112.50 | CMG |
| Jun-12-25 | Review equity security holders list | 0.10 | 25.00 | CMG |
| | Review order resetting hearing on application to employ | 0.20 | 50.00 | CMG |
| | Review objection to application to employ submitted by UST's office | 0.30 | 75.00 | CMG |
| | Review Robert Ireland objection to application to employ | 0.35 | 87.50 | CMG |
| Jun-13-25 | Review memos to/from Temekia Edwards, T.C. Rollins regarding status of insurance coverages | 0.15 | 37.50 | CMG |
| | Receipt and review of Order Resetting Hearing re Debtor's Application to Employ Sale Consultant; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| Jun-14-25 | Review order resetting hearing re application to employ | 0.20 | 50.00 | CMG |
| | Review schedules and statement of financial affairs | 1.20 | 300.00 | CMG |
| Jun-18-25 | Review Motion to Reject Lease | 0.75 | 187.50 | CMG |

| Date | Description | Hours | Amount | Attorney |
|---|---|---|---|---|
| | Dictation of Answer and Respnse to Motion to Reject Lease | 0.50 | 125.00 | CMG |
| | Review and revision of Answer to Motion to Reject Lease | 0.20 | 50.00 | CMG |
| | Review Notice from U.S. Trustee regarding Meeting of Creditors memo | 0.10 | 25.00 | CMG |
| | Attended 341 | 0.75 | 187.50 | CMG |
| | Assist CMG drafting Answer, Response re TDLDC's Motion for Order Rejecting Lease | 0.20 | 40.00 | KLC |
| Jun-23-25 | Review memos to/from Robert Ireland, Steve Usry, TC Rollins, review and approve draft order on Application to Employ | 0.25 | 62.50 | CMG |
| Jun-26-25 | Review Status Report | 0.15 | 37.50 | CMG |
| Jul-01-25 | Review and revision of Answer to Motion to Use Cash Collateral | 0.20 | 50.00 | CMG |
| | Review Motion to Use Cash Collateral - Final dictation of Answer to Motion to Use Cash Collateral | 0.25 | 62.50 | CMG |
| | Assist CMG drafting and revising Answer, Response re Debtor's Motion to Use Cash Collateral | 0.30 | 60.00 | KLC |
| Jul-02-25 | Receipt and review of notice re Debtor's Motion to Pay Pre-Petition Wages, etc.; calendar objection deadline | 0.10 | 20.00 | KLC |
| Jul-03-25 | Review file and court docket re: 7/8/25 hearing on TDLDC's Motion for Order Rejecting Business Lease; prepare hearing folder for same | 0.30 | 60.00 | KLC |
| Jul-07-25 | Review memos to/from TC Rollins, counsel, U.S. Trustee regarding presence of insurance, insurance coverages, absence of debtor representative for cash collateral hearing | 0.20 | 50.00 | CMG |
| | Review memos to/from TC Rollins, Abbie Marbury regarding account set up, lease payments, and review insurance proof | 0.20 | 50.00 | CMG |
| | Review American Express Proof of Claim | 0.10 | 25.00 | CMG |

| Invoice #: | 348329 | Page 6 | September 26, 2025 |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-08-25 | Review file and prepare for hearing on motion to reject lease | 0.20 | 50.00 | CMG |
| | Attended hearing on Motion to Reject Lease, Status Conference and Motion for use of Cash Collateral | 1.25 | 312.50 | CMG |
| | Receipt and review of Order Resetting Hearing re TDLDC's Motion to Reject Business Lease; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| Jul-15-25 | Review initial week one reports from Joe Hebert | 0.15 | 37.50 | CMG |
| Jul-16-25 | Review Notice to Creditors of amended Schedules | 0.20 | 50.00 | CMG |
| Jul-21-25 | Review weekly reports from Wilkerson | 0.15 | 37.50 | CMG |
| | Review memos to/from Candice Ramage, Robert Ireland regarding status of lease rejection motion | 0.10 | 25.00 | CMG |
| | Review memos to/from Robert Ireland, TC Rollins, review draft order on lease rejection | 0.25 | 62.50 | CMG |
| Jul-22-25 | Review William McLeod Proof of Claim | 0.25 | 62.50 | CMG |
| | Review S. Kashi Proof of Claim | 0.20 | 50.00 | CMG |
| Jul-24-25 | Review TDLDC Retail Proof of Claim | 0.25 | 62.50 | CMG |
| | Review Kapitus Proof of Claim | 0.20 | 50.00 | CMG |
| Jul-25-25 | Receipt and review of notice re Debtor's Motion to Extend Exclusivity Period; calendar objection deadline | 0.10 | 20.00 | KLC |
| Jul-28-25 | Review weekly statements and reports from Joseph Hebert, Trinity Imports and weekly statements from Wilkersons | 0.30 | 75.00 | CMG |
| Jul-29-25 | Receipt and review of Debtor's Objection to POC #8 of Kapitus; calendar objection deadline | 0.10 | 20.00 | KLC |
| Jul-30-25 | Review MDOR Proofs of Claim | 0.35 | 87.50 | CMG |

| Invoice #: | 348329 | Page 7 | | September 26, 2025 | |
|---|---|---|---|---|---|

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-01-25 | Review Nivoda Proof of Claim | 0.20 | 50.00 | CMG |
| Aug-04-25 | Review Wilkerson statements for current week | 0.30 | 75.00 | CMG |
| Aug-11-25 | Review weekly report of sale efforts | 0.20 | 50.00 | CMG |
| Aug-14-25 | Review and revision of fee itemizations of the Law Offices of Geno and Steiskal | 0.30 | 75.00 | CMG |
| Aug-15-25 | Review memo from Joe E. Hebert; review final statement from Wilkerson | 0.25 | 62.50 | CMG |
| | Receipt and review of notice re Debtor's Motion to Pay Prepetition Claim of Critical Vendor; calendar objection deadline | 0.10 | 20.00 | KLC |
| | Assist CMG reviewing and revising fee itemizations of the Law Offices of Geno and Steiskal | 0.30 | 60.00 | KLC |
| Aug-19-25 | Brief review of July, 2025 Monthly Operating Report | 0.45 | 112.50 | CMG |
| | Brief review of June, 2025 Monthly Operating Report | 0.45 | 112.50 | CMG |
| | Brief review of May, 2025 Monthly Operating Report | 0.30 | 75.00 | CMG |
| Aug-20-25 | Receipt and review of notice re Debtor's Motion to Pay Prepetition Claim of Critical Vendor (DK #117); calendar objection deadline | 0.10 | 20.00 | KLC |
| Aug-21-25 | Receipt and review of notice re Debtor's Motion to Enter Into Commercial Lease; calendar objection deadline | 0.10 | 20.00 | KLC |
| | Receipt and review of Order re Debtor's Motion to Extend Exclusivity Period; calendar deadline for Debtor to file SubV plan | 0.10 | 20.00 | KLC |
| Aug-27-25 | Review Motion to Enter into Lease Agreement | 0.45 | 112.50 | CMG |
| | Dictation of draft Response and Objection to Most Enter to Lease Agreement | 0.35 | 87.50 | CMG |
| Aug-28-25 | Assist CMG drafting and revising Objection to Debtor's Motion to Enter Into Lease | 0.35 | 70.00 | KLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-29-25 | Review memos to/from TC Rollins regarding possibility of agreeing to lease; reasons why lease should not be agreed to except contingent on Plan Confirmation | 0.20 | 50.00 | CMG |
| | Receipt and review of hearing notice re Debtor's Motion to Enter Into Lease; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| Aug-30-25 | Review Notice of Hearing on Motion to Lease Property | 0.20 | 50.00 | CMG |
| Sep-02-25 | Assist CMG drafting 1st Fee Application, Notice, Certificate of Service and Order re same | 0.25 | 50.00 | KLC |
| Sep-06-25 | Review memos to/from TC Rollins, review revised lease agreement, review and approve Agreed Order granting Motion (as admitted and supplemented by month to month lease) to approve debtor entered into lease agreement | 0.55 | 137.50 | CMG |
| Sep-09-25 | Review Motion to Pay Prepetition Claim of Accountant | 0.40 | 100.00 | CMG |
| Sep-10-25 | Dictation of Answer and Response to Motion to pay Prepetition Claim of Vendor | 0.75 | 187.50 | CMG |
| | Review and revision of Answer to Motion to pay Prepetition Claim of Vendor | 0.35 | 87.50 | CMG |
| | Assist CMG drafting and revising Answer, Response re Debtor's Motion to Pay Pre-Petition Claim of Bookkeeper | 0.40 | 80.00 | KLC |
| Sep-11-25 | Review memos to/from Candice Ramage, KLC, TC Rollins regarding hearing on motion for authority to pay prepetition claim of accountant | 0.20 | 50.00 | CMG |
| | Review Notice of Hearing on Motion for Authority to Pay Prepetition Claim | 0.20 | 50.00 | CMG |
| Sep-12-25 | Receipt and review of hearing notice re Debtor's Motion to Pay Pre-Petition Claim of Critical Vendor; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| Sep-15-25 | Dictation of Motion to Compel required | 0.25 | 62.50 | CMG |

| Invoice #: | 348329 | Page 9 | September 26, 2025 |

| Date | Description | Hours | Amount | Timekeeper |
|---|---|---|---|---|
| | escrowed SubchapterV Trustee payments and dictation of Order Granting Motion | | | |
| | Assist CMG drafting and revising Motion to Compel Required Escrowed SubV Trustee Payments and Order re same | 0.20 | 40.00 | KLC |
| Sep-16-25 | Review and revision of Motion and Order to Compel SubchapterV Trustee escrowed payments | 0.10 | 25.00 | CMG |
| Sep-18-25 | Receipt and review of hearing notice re Motion to Compel Payment of Required SubV Trustee Escrowed Payments; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| Sep-22-25 | Review file, prepare for hearing on Motion to Approve Payment to Critical Vendor | 0.15 | 37.50 | CMG |
| | Attended hearing on Motion to Approve Payment to Critical Vendor; Conference with TC Rollins regarding settlement negotiations and ultimate agreement; Participated in court hearing announcing settlement; Return to office | 1.45 | 362.50 | CMG |
| | Totals | 34.55 | $8,337.50 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| May-16-25 | Photocopies 39 pages @ .25/page Mailout | 9.75 |
| | Postage 7 @ .69 Mailout | 4.83 |
| May-27-25 | Parking | 7.50 |
| Jul-08-25 | Parking Fee | 7.50 |
| Sep-22-25 | Parking Fee | 7.50 |
| | Totals | $37.08 |

**Total Fee & Disbursements**                                         $8,374.58

**Balance Now Due**                                                   $8,374.58

### SUMMARY BY TIMEKEEPER

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Craig M. Geno | $250.00 | 28.55 | $7,137.50 |

| Invoice #: | 348329 | Page 10 | September 26, 2025 |
|---|---|---|---|

|  | **Kathryn L. Carter** | **$200.00** | **6.00** | **$1,200.00** |
|---|---|---|---|---|

TAX ID Number    45-4013160