## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:**    **BECKHAM JEWELRY, LLC** <br>            **Debtor** | **CHAPTER 11** <br> **CASE NO. 25-01234-JAW** |

### NOTICE

TO:    ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 330, Craig M. Geno, the Subchapter V Trustee in this case, has filed his *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), covering the period from May 15, 2025, to and including September 22, 2025, and is for the sum of $8,374.58 ($8,337.50 in fees and $37.08 in expenses).

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the Subchapter V Trustee by asking for a copy from Katie Carter (kcarter@cmgenolaw.com). All creditors and parties-in-interest wishing to object to the Application must file a written objection or other responsive pleading within **twenty-one (21) days** from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, and a copy of any objection must be served upon Craig M. Geno, Esq., Law Offices of Geno and Steiskal, PLLC, the Subchapter V Trustee in this case, at 601 Renaissance Way, Suite A, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. In the event an objection to this Motion is filed, it will be scheduled for hearing in due course. If no objections are filed, the Court will consider the Application *ex parte*.

-2-

THIS, the 30th day of September, 2025.

        Respectfully submitted,

        CRAIG M. GENO, SUBCHAPTER V TRUSTEE

        By His Attorneys,

        LAW OFFICES OF GENO AND STEISKAL, PLLC

        By: _____
              Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Fee Apps\CMG\1st\Notice.wpd

-2-