**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:**    **BECKHAM JEWELRY, LLC** <br>                 **Debtor** | **CHAPTER 11** <br> **CASE NO. 25-01234-JAW** |

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Notice of First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (a copy of which is attached hereto as Exhibit "A"), to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the 30th day of September, 2025.

/s/ Craig M. Geno
_____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Fee Apps\CMG\1st\Certificate.wpd

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   BECKHAM JEWELRY, LLC                               CHAPTER 11
         Debtor                                             CASE NO. 25-01234-JAW

## NOTICE

TO:   ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 330, Craig M. Geno, the Subchapter V Trustee in this case, has filed his *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), covering the period from May 15, 2025, to and including September 22, 2025, and is for the sum of $8,374.58 ($8,337.50 in fees and $37.08 in expenses).

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the Subchapter V Trustee by asking for a copy from Katie Carter (kcarter@cmgenolaw.com). All creditors and parties-in-interest wishing to object to the Application must file a written objection or other responsive pleading within **twenty-one (21) days** from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, and a copy of any objection must be served upon Craig M. Geno, Esq., Law Offices of Geno and Steiskal, PLLC, the Subchapter V Trustee in this case, at 601 Renaissance Way, Suite A, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. In the event an objection to this Motion is filed, it will be scheduled for hearing in due course. If no objections are filed, the Court will consider the Application *ex parte*.

# EXHIBIT "A"

-2-

THIS, the 30th day of September, 2025.

          Respectfully submitted,

          CRAIG M. GENO, SUBCHAPTER V TRUSTEE

          By His Attorneys,

          LAW OFFICES OF GENO AND STEISKAL, PLLC

          By: /s/ Craig M. Geno
             Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Fee Apps\CMG\1st\Notice.wpd

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 25-01234-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Fri Sep 26 11:52:53 CDT 2025 | American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Barnes, Bailey, & Jano<br>5 Riverbend Place<br>Ste A<br>Flowood, MS 39232-7618 | Beckham Jewelry, LLC<br>120 District Blvd, Ste D110<br>Jackson, MS 39211-6304 | Brian Beckham<br>120 District Blvd<br>Ste D110<br>Jackson, MS 39211-6304 |
| Brian Beckham<br>2 Ashley Park Dr<br>Jackson MS 39206-6156 | Jennifer A Curry Calvillo<br>The Rollins Law Firm<br>702 W. Pine St<br>Hattiesburg, MS 39401-3836 | Dazzle Imports<br>5555 Glendridge Connec<br>Ste 200<br>Atlanta, GA 30342-4815 |
| Dynasty Casting<br>644 Shrewsberry Common<br>Shrewsbury, PA 17361-1617 | Eldar, Inc<br>3068 N 2700 E<br>Forrest, IL 61741 | Euler Hermes agent for NIVODA LIMITED<br>100 International dr 22nd floor<br>Baltimore MD 21202-4783 |
| Gary Carriere<br>725 Woodland St.<br>Sulphur, LA 70663-1046 | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>601 Renaissance Way<br>Suite A<br>Ridgeland, MS 39157-6038 | Hakimi Diamond Corp<br>15 W 47th ST<br>New York, NY 10036-3305 |
| Heera Moti, Inc<br>15 W 47th St<br>Ste 808<br>New York, NY 10036-3327 | Hinds Co Tax Collector<br>P.O. Box 1727<br>Jackson, MS 39215-1727 | Hinds County Tax Collector<br>316 South President St<br>Jackson MS 39201-4801 |
| IRS<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201-5025 | IRS<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Robert B. Ireland III<br>Watkins & Eager PLLC<br>P.O. Box 3858<br>Jackson, MS 39207-3858 | KAPITUS<br>2500 WILSON BLVD, STE<br>ARLINGTON, VA 22201-3873 | Kapitus Servicing, Inc.<br>120 West 45th Street, 4th Floor<br>New York, NY 10036-4041 |
| Kelly Waters<br>P.O. Box 240924<br>Boston, MA 02124-0016 | Kerry Whitt, Co<br>125 Deaton Rd<br>Owens Cross Roads, AL 35763-9553 | Labrilliante LLC<br>330 Washington St., PMB 231<br>Hoboken NJ 07030-4883 |
| Lamha<br>20 W 47st St<br>Ste 807<br>New York, NY 10036-4298 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 | William E McLeod<br>McLeod & Associates, P.A.<br>10 Professional Parkway<br>Hattiesburg, MS 39402-2636 |

**EXHIBIT "B"**

| | | |
|---|---|---|
| McLeod & Associates, P.A.<br>10 Professional Parkway<br>Hattiesburg, MS 39402-2636 | McLeod & Associates, P.A.<br>William E. McLeod<br>10 Professional Parkway<br>Hattiesburg, MS 39402-2636 | McLeod & Rigel, PA<br>10 Professional Pkwy<br>Hattiesburg, MS 39402-2636 |
| Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | Nivoda<br>580 5th Ave<br>Ste 2508<br>New York, NY 10036-4771 | Overnight Mountings, I<br>1400 Plaza Ave<br>New Hyde Park, NY 11040-4921 |
| Robert B. Ireland, III, Esq.<br>Watkins & Eager PLLC<br>Atty for TDLDC Retail I, LLC<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | S. Kashi<br>175 Great Neck Rd, Ste 204<br>Great Neck, NY 11021-3313 |
| S. Kashi<br>175 Road Ste 204<br>Great Neck, NY 11021 | Christopher J. Steiskal Sr.<br>Law Offices of Craig M. Geno, PLLC<br>601 Renaissance Way<br>Suite A<br>Ridgeland, MS 39157-6038 | Stuller<br>P.O. Box 87777<br>Lafayette, LA 70598-7777 |
| TDLDC Retail I, LLC<br>Robert B. Ireland, III<br>P O Box 650<br>Jackson MS 39205-0650 | TR Jewelry Concepts<br>2707 Mt. Rushmore Rd<br>Rapid City, SD 57701-5324 | U.S. Attorney S.D. Mississippi<br>c/o Internal Revenue Service<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 |
| U.S. Attorney S.D. Mississippi<br>c/o U.S. Securities and Exchange Commiss<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20003 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Steven Usry<br>DOJ-Ust<br>501 E. Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | WLBT<br>715 S Jefferson St<br>Jackson, MS 39201-5622 |
| WLBT Television<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | William E. McLeod, Esq<br>McLEOD & ASSOCIATES, P.A.<br>Counsel for McLeod & Associates, P.A.<br>10 Professional Parkway<br>Hattiesburg, MS 39402-2636 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Craig M. Geno
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

(u)Kapitus

(u)Litchfield Carlyle, LLC

(u)Mason Magnum

(u)Joseph Norris

(u)Stuller, Inc.

(u)TDLDC Retail I, LLC

(u)Wilkerson, Inc.

(d)William E. McLeod
McLeod & Associates, P.A.
10 Professional Parkway
Hattiesburg, MS 39402-2636

End of Label Matrix
Mailable recipients    52
Bypassed recipients     9
Total                  61