

**United States Bankruptcy Court**
**Southern District of Mississippi**

**Danny L. Miller**
**Clerk**

**Jackson Office**
Thad Cochran U.S. Courthouse
501 E. Court Street, Ste. 2.300
Jackson, MS 39201
Telephone: 601-608-4600

**Gulfport Office**
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste. 244
Gulfport, MS 39501
Telephone: 228-563-1790

October 1, 2025

Thomas Carl Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

Re:        Beckham Jewelry, LLC
Case No.:  25-01234-JAW

Dear Mr. Rollins,,

The Bankruptcy Court entered an *Order Fixing the Time for Filing Acceptances or Rejections to the Plan and Fixing Time for Filing Objections to Confirmation of the Plan, Combined with Notice Thereof and of the Hearing on Confirmation of the Plan* (Dkt. #147), in the above captioned Chapter 11 case on October 1, 2025.

You must mail certain documents set out by the above referenced order. Additionally, you are required to file a Certificate of Mailing with the Court on or before October 6, 2025.  The *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) is available on the U.S. Courts website at www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

At least three days prior to the confirmation hearing, you must prepare and file a *Ballot Summary and Certification* (Local Form MSSB-LR-3018-1) along with copies of all ballots (unless otherwise ordered by the Court). Miss. Bankr. L. R. 3018-1(b).  The summary and certification must be filed on or before November 14, 2025.  A *Ballot Summary and Certification* form is available on the Court's website at www.mssb.uscourts.gov.

If you have any questions, please do not hesitate to contact the Office of the Clerk.

Sincerely,
Danny L. Miller, Clerk of Court

/s/Beth Harkins
Case Administrator
601-608-4621