United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-01234-JAW |
| Beckham Jewelry, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Beckham Jewelry, LLC, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor In Possession Beckham Jewelry  LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert B. Ireland, III | on behalf of Creditor TDLDC Retail I  LLC rireland@watkineager.com, kleblanc@watkineager.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Steven Usry
    on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Beckham Jewelry LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

William E McLeod
    on behalf of Creditor McLeod & Associates P.A. bmcleod@eptaxlaw.com, lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jlewis@eptaxlaw.com

TOTAL: 9



**United States Bankruptcy Court**
Southern District of Mississippi

Danny L. Miller
Clerk

Jackson Office
Thad Cochran U.S. Courthouse
501 E. Court Street, Ste. 2.300
Jackson, MS 39201
Telephone: 601-608-4600

Gulfport Office
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste. 244
Gulfport, MS 39501
Telephone: 228-563-1790

October 1, 2025

Thomas Carl Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

Re:         Beckham Jewelry, LLC
Case No.:   25-01234-JAW

Dear Mr. Rollins,,

The Bankruptcy Court entered an *Order Fixing the Time for Filing Acceptances or Rejections to the Plan and Fixing Time for Filing Objections to Confirmation of the Plan, Combined with Notice Thereof and of the Hearing on Confirmation of the Plan* (Dkt. #147), in the above captioned Chapter 11 case on October 1, 2025.

You must mail certain documents set out by the above referenced order. Additionally, you are required to file a Certificate of Mailing with the Court on or before October 6, 2025. The *Ballot for Accepting or Rejecting Plan of Reorganization* (Official Form 314) is available on the U.S. Courts website at www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

At least three days prior to the confirmation hearing, you must prepare and file a *Ballot Summary and Certification* (Local Form MSSB-LR-3018-1) along with copies of all ballots (unless otherwise ordered by the Court). Miss. Bankr. L. R. 3018-1(b). The summary and certification must be filed on or before November 14, 2025. A *Ballot Summary and Certification* form is available on the Court's website at www.mssb.uscourts.gov.

If you have any questions, please do not hesitate to contact the Office of the Clerk.

Sincerely,
Danny L. Miller, Clerk of Court

/s/Beth Harkins
Case Administrator
601-608-4621