_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Beckham Jewlery, LLC,<br>          Debtor | Case No. 25-01234-JAW<br>CHAPTER 11 |

### AGREED ORDER ON MOTION TO PAY PRE-PETITION CLAIM OF CRITICAL VENDOR (Dkt. #117) AND ANSWER OF SUBCHAPTER V TRUSTEE (Dkt. #132)

THIS MATTER came before the Court upon the Motion to Pay Pre-Petition Claim of Critical Vendor (the "Motion") [Dkt. #117] filed by the Debtor(s), and the Answer thereto [Dkt. #132] filed by the Subchapter V Trustee.

The Court, being advised that the Debtor(s) and the Subchapter V Trustee have reached an agreement regarding the Motion, and being otherwise fully informed in the premises, finds that the Motion should be granted on the agreed terms.

IT IS THEREFORE ORDERED that Mason Magnum is hereby declared a critical vendor in this case. The Debtor(s) are authorized to pay the pre-petition claim of Mason Magnum up to the amount of $7,000.00. Said payment shall be made at the same time and in the same manner as payments to holders of allowed administrative expense claims pursuant to the Debtor's Plan, as confirmed or as may be modified by subsequent order of this Court. Except as expressly provided herein, all rights, claims, and defenses of the parties are preserved.

##END OF ORDER##

AGREED BY:

| | |
|---|---|
| /s/ Thomas C. Rollins, Jr.<br>Thomas Carl Rollins, Jr., (MSB 103469)<br>The Rollins Law Firm, PLLC<br>Post Office Box 13767<br>Jackson, MS 39236<br>Ph: (601) 500-5533<br>Email: trollins@therollinsfirm.com | /s/ Craig M. Geno<br>Craig M. Geno; (MSBN 4793)<br>Law Offices Of Craig M. Geno, PLLC<br>601 Renaissance Way Suite A<br>Ridgeland, MS 39157<br>Ph: 601-427-0048<br>Subchapter V Trustee |