United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01234-JAW

Beckham Jewelry, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Oct 09, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

**Recip ID**     **Recipient Name and Address**
dbpos     + Beckham Jewelry, LLC, 120 District Blvd, Ste D110, Jackson, MS 39211-6304

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor In Possession Beckham Jewelry  LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert B. Ireland, III | on behalf of Creditor TDLDC Retail I  LLC rireland@watkinseager.com, kleblanc@watkinseager.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Oct 09, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Steven Usry
    on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Beckham Jewelry  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

William E McLeod
    on behalf of Creditor McLeod & Associates  P.A. bmcleod@eptaxlaw.com, lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jlewis@eptaxlaw.com

TOTAL: 9



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   Beckham Jewlery, LLC, | Case No. 25-01234-JAW |
| Debtor | CHAPTER 11 |

### AGREED ORDER ON MOTION TO PAY PRE-PETITION CLAIM OF CRITICAL VENDOR (Dkt. #117) AND ANSWER OF SUBCHAPTER V TRUSTEE (Dkt. #132)

THIS MATTER came before the Court upon the Motion to Pay Pre-Petition Claim of Critical Vendor (the "Motion") [Dkt. #117] filed by the Debtor(s), and the Answer thereto [Dkt. #132] filed by the Subchapter V Trustee.

The Court, being advised that the Debtor(s) and the Subchapter V Trustee have reached an agreement regarding the Motion, and being otherwise fully informed in the premises, finds that the Motion should be granted on the agreed terms.

IT IS THEREFORE ORDERED that Mason Magnum is hereby declared a critical vendor in this case. The Debtor(s) are authorized to pay the pre-petition claim of Mason Magnum up to the amount of $7,000.00. Said payment shall be made at the same time and in the same manner as payments to holders of allowed administrative expense claims pursuant to the Debtor's Plan, as confirmed or as may be modified by subsequent order of this Court. Except as expressly provided herein, all rights, claims, and defenses of the parties are preserved.

##END OF ORDER##

AGREED BY:

| | |
|---|---|
| /s/ Thomas C. Rollins, Jr. | /s/ Craig M. Geno |
| Thomas Carl Rollins, Jr., (MSB 103469) | Craig M. Geno; (MSBN 4793) |
| The Rollins Law Firm, PLLC | Law Offices Of Craig M. Geno, PLLC |
| Post Office Box 13767 | 601 Renaissance Way Suite A |
| Jackson, MS 39236 | Ridgeland, MS 39157 |
| Ph: (601) 500-5533 | Ph: 601-427-0048 |
| Email: trollins@therollinsfirm.com | Subchapter V Trustee |