IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewlery, LLC,                                   Case No. 25-01234-JAW
         Debtor                                                  CHAPTER 11

## MOTION TO APPROVE COMPROMISE AND SETTLEMENT

COMES NOW, The Debtor, Beckham Jewelry, LLC ("Debtor"), by and through counsel, and files this Motion to Approve Compromise and Settlement pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, and in support thereof states as follows:

1. On May 14, 2025, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi.

2. TDLDC Retail I, LLC ("Creditor"), by and through its counsel, filed Proof of Claim No. 9 in this case. The Debtor, after review, considered objecting to the claim.

3. Rather than litigate the claim objection, the Debtor and Creditor, through their respective counsel, have negotiated and reached a compromise and settlement regarding Proof of Claim No. 9.

4. Specifically, the parties have agreed that Proof of Claim No. 9 shall be allowed as a general unsecured claim in the reduced amount of One Hundred Ninety-Seven Thousand Two Hundred Fifty-Four Dollars and Sixty-Eight Cents ($197,254.68).

5. Debtor believes that approval of this compromise is in the best interest of the estate and creditors, as it resolves the disputed claim without the necessity of costly litigation and brings certainty to the amount of the Creditor's claim.

6. Federal Rule of Bankruptcy Procedure 9019 authorizes the Court to approve compromises and settlements upon motion and after notice and a hearing. Courts generally approve settlements when they are fair, equitable, and in the best interest of the estate.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that this Court enter an Agreed Order approving the compromise and settlement with TDLDC Retail I, LLC as described herein, and for such other and further relief as the Court deems just and proper.

          Respectfully Submitted,

          Beckham Jewelry, LLC
          By Counsel:

          <u>/s/ Thomas C. Rollins, Jr.</u>
          Thomas C. Rollins, Jr., MSB 103469
          The Rollins Law Firm, PLLC
          P.O. Box 13767,
          Jackson, MS 39236
          trollins@therollinsfirm.com
          601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing Notice and Motion to Approve Compromise and Settlement was forwarded on October 15, 2025, to:

By First Class U.S. Mail, Postage Prepaid:

    Robert B Ireland III
    PO Box 650
    Jackson, MS 39205

By Electronic CM/ECF Notice:

    Craig M. Geno, Chapter 11 Trustee

    U.S. Trustee