IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor            Case No. 25-01234-JAW
                                                                              CHAPTER 11

### AGREED ORDER APPROVING COMPROMISE AND SETTLEMENT

THIS MATTER came before the Court on the Motion of Beckham Jewelry, LLC (the "Debtor") to Approve Compromise and Settlement (Dk# __) with TDLDC Retail I, LLC ("Creditor") regarding Proof of Claim No. 9. Having considered the Motion, the Court finds that the settlement is fair, equitable, and in the best interest of the bankruptcy estate and creditors.:

IT IS THEREFORE THAT:

1. The Motion is hereby GRANTED.

2. Proof of Claim No. 9 filed by TDLDC Retail I, LLC shall be and is hereby allowed in the reduced amount of $197,254.68.

3. The Order is an agreed order between the Debtor and TDLDC Retail I, LLC, as evidenced by the signatures of their counsel below.

#END OF ORDER#

| | |
|---|---|
| SUBMITTED BY: | AGREED BY: |
| /s/ Thomas C. Rollins, Jr. | /s/ Robert B. Ireland, III____ |
| Counsel for Debtor | Counsel for Creditor |
| Thomas C. Rollins, Jr. (MS Bar No. 103469) | Robert B. Ireland, III (MSB#1000708) |
| The Rollins Law Firm | Watkins & Eager PLLC |
| P.O. Box 13767 | P.O. Box 650 |
| Jackson, MS 39236 | Jackson, MS 39205-0650 |
| 601-500-5533 | 601-965-1900 |