IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewlery, LLC,                                   Case No. 25-01234-JAW
            Debtor                                                                  CHAPTER 11

## **NOTICE**

The undersigned counsel for Debtor has filed papers with the court to approve compromise and settlement.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief, which shall grant this Motion.

Date: October 15, 2025         Signature:    /s/ Thomas C. Rollins, Jr.
                                                                   Thomas C. Rollins, Jr. (MSBN 103469)
                                                                   Jennifer A Curry Calvillo (MSBN 104367)
                                                                   The Rollins Law Firm, PLLC
                                                                   PO Box 13767
                                                                   Jackson, MS 39236
                                                                   601-500-5533

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewlery, LLC,                                             Case No. 25-01234-JAW
         Debtor                                                             CHAPTER 11

**MOTION TO APPROVE COMPROMISE AND SETTLEMENT**

COMES NOW, The Debtor, Beckham Jewelry, LLC ("Debtor"), by and through counsel, and files this Motion to Approve Compromise and Settlement pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, and in support thereof states as follows:

1. On May 14, 2025, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi.

2. TDLDC Retail I, LLC ("Creditor"), by and through its counsel, filed Proof of Claim No. 9 in this case. The Debtor, after review, considered objecting to the claim.

3. Rather than litigate the claim objection, the Debtor and Creditor, through their respective counsel, have negotiated and reached a compromise and settlement regarding Proof of Claim No. 9.

4. Specifically, the parties have agreed that Proof of Claim No. 9 shall be allowed as a general unsecured claim in the reduced amount of One Hundred Ninety-Seven Thousand Two Hundred Fifty-Four Dollars and Sixty-Eight Cents ($197,254.68).

5. Debtor believes that approval of this compromise is in the best interest of the estate and creditors, as it resolves the disputed claim without the necessity of costly litigation and brings certainty to the amount of the Creditor's claim.

6. Federal Rule of Bankruptcy Procedure 9019 authorizes the Court to approve compromises and settlements upon motion and after notice and a hearing. Courts generally approve settlements when they are fair, equitable, and in the best interest of the estate.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that this Court enter an Agreed Order approving the compromise and settlement with TDLDC Retail I, LLC as described herein, and for such other and further relief as the Court deems just and proper.

          Respectfully Submitted,

          Beckham Jewelry, LLC
          By Counsel:

          <u>/s/ Thomas C. Rollins, Jr.</u>
          Thomas C. Rollins, Jr., MSB 103469
          The Rollins Law Firm, PLLC
          P.O. Box 13767,
          Jackson, MS 39236
          trollins@therollinsfirm.com
          601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing Notice and Motion to Approve Compromise and Settlement was forwarded on October 15, 2025, to:

By First Class U.S. Mail, Postage Prepaid:

>Robert B Ireland III
>PO Box 650
>Jackson, MS 39205

By Electronic CM/ECF Notice:

>Craig M. Geno, Chapter 11 Trustee

>U.S. Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Beckham Jewlery, LLC, | CASE NO: 25-01234<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 10/15/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Approve Compromise and Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Beckham Jewlery, LLC, | CASE NO: 25-01234<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 10/15/2025, a copy of the following documents, described below,

Notice and Motion to Approve Compromise and Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/15/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

ROBERT B IRELAND III
PO BOX 650
JACKSON MS 39205