# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor          Case No. 25-01234-JAW
                                               CHAPTER 13

## NOTICE

The undersigned counsel for Debtor has filed papers with the court to approve attorney's compensation.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: October 30, 2025        Signature:    /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer A Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            PO Box 13767
                                            Jackson, MS 39236
                                            601-500-5533
                                            trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Beckham Jewelry, LLC, Debtor                    Case No. 25-01234-JAW
                                                          CHAPTER 11

### FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the Debtor-in-Possession, and files this First Application under 11 U.S.C. §§ 330 and 331 for allowance of compensation and reimbursement of necessary expenses, showing as follows:

1. The Debtor filed its Voluntary Petition for Relief under Chapter 11 on May 14, 2025, and has continued to operate as Debtor-in-Possession pursuant to §§ 1107 and 1108.

2. The Debtor and The Debtor and Applicant entered an hourly fee agreement providing for billing rates of $400/hr for T.C. Rollins, $360/hr for Jennifer Calvillo, $155/hr for paralegals, and $100/hr for legal assistants. These rates are reasonable and customary in this district for Chapter 11 matters.

3. In lieu of a cash retainer, Debtor delivered the following jewelry having an agreed fair market retail value of $10,038.60, inclusive of tax:

    a) Diamond Stud Earrings: $1,395.00

    b) Diamond Ring: $2,910.00

    c) Diamond Bracelet: $3,270.00

    d) J-Shape Diamond Earrings: $800.00

    e) Diamond Huggies Earrings: $920.00

    f) Sales Tax: $743.60

    g) Total Value: $10,038.60

4. The jewelry was appraised and accepted by Applicant as a retainer under § 329. Accordingly, any amount to be disbursed through a confirmed plan or by the estate shall be reduced by$10,038.60 to reflect the value of this retainer.

5. From May 12 through October 24, 2025, Applicant rendered legal services necessary to the administration of this Chapter 11 case as reflected in the itemized invoice attached hereto as Exhibit "A". The time incurred results in fees of $39,144.00 plus expenses of $2,091.02, for a total request of $41,235.02. This is Applicant's first interim application

6. This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding.  This request covers the period from May 12, 2025 to October 24, 2025.

7. Compensation is governed by 11 U.S.C. § 330 and the Johnson factors. Applicant's lodestar rates and hours are reasonable in light of experience, case complexity, and results obtained.

8. The lodestar amount for the Applicant's attorneys is $36,696.00, reflecting 93.1hours at an hourly rate of $394.16 For the Applicant's paraprofessionals, the lodestar amount is $2,448.00, based on 18.5 hours at a blended rate of $132.32 per hour. Together, the total lodestar amount is $39,144.00, representing a combined total of 111.6 hours at a blended rate of $350.75 per hour.

WHEREFORE, PREMISES CONSIDERED, Applicant requests allowance of reasonable compensation as set forth above and approval of payment subject to final review at case conclusion.

Respectfully submitted

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        Jennifer A Curry Calvillo (MSBN 104367)
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>BECKHAM JEWELRY, LLC | CASE NO: 25-01234<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 10/30/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

Exhibit C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/30/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>BECKHAM JEWELRY, LLC | CASE NO: 25-01234<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 10/30/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A

Exhibit C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/30/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE  25-01234<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU OCT 30 8-32-51 PST 2025 | BECKHAM JEWELRY   LLC<br>120 DISTRICT BLVD   STE D110<br>JACKSON   MS 39211-6304 | ~~(U)KAPITUS~~ |

| ~~EXCLUDE~~ | ~~EXCLUDE~~ | |
|---|---|---|
| ~~(U)LITCHFIELD CARLYLE  LLC~~ | ~~(U)MASON MAGNUM~~ | MCLEOD  ASSOCIATES  PA<br>10 PROFESSIONAL PARKWAY<br>HATTIESBURG   MS 39402-2636 |

| ~~EXCLUDE~~ | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| ~~(U)STULLER   INC~~ | ~~(U)TDLDC RETAIL I  LLC~~ | ~~(U)WILKERSON  INC~~ |

| ~~EXCLUDE~~ | | |
|---|---|---|
| ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO   TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |

| | | |
|---|---|---|
| BARNES  BAILEY   JANO<br>5 RIVERBEND PLACE<br>STE A<br>FLOWOOD   MS 39232-7618 | BRIAN BECKHAM<br>120 DISTRICT BLVD<br>STE D110<br>JACKSON   MS 39211-6304 | BRIAN BECKHAM<br>2 ASHLEY PARK DR<br>JACKSON MS 39206-6156 |

| | | |
|---|---|---|
| DAZZLE IMPORTS<br>5555 GLENDRIDGE CONNEC<br>STE 200<br>ATLANTA   GA 30342-4815 | DEPARTMENT OF TREASURY   INTERNAL REVENUE SE<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 | DYNASTY CASTING<br>644 SHREWSBERRY COMMON<br>SHREWSBURY  PA 17361-1617 |

| | | |
|---|---|---|
| ELDAR  INC<br>3068 N 2700 E<br>FORREST  IL 61741 | EULER HERMES AGENT FOR NIVODA LIMITED<br>100 INTERNATIONAL DR 22ND FLOOR<br>BALTIMORE MD 21202-4783 | GARY CARRIERE<br>725 WOODLAND ST<br>SULPHUR  LA 70663-1046 |

| | | |
|---|---|---|
| HAKIMI DIAMOND CORP<br>15 W 47TH ST<br>NEW YORK  NY 10036-3305 | HEERA MOTI  INC<br>15 W 47TH ST<br>STE 808<br>NEW YORK  NY 10036-3327 | HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON  MS 39215-1727 |

| | | |
|---|---|---|
| HINDS COUNTY TAX COLLECTOR<br>316 SOUTH PRESIDENT ST<br>JACKSON MS 39201-4801 | IRS<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| | | |
|---|---|---|
| KAPITUS<br>2500 WILSON BLVD  STE<br>ARLINGTON  VA 22201-3873 | KAPITUS SERVICING  INC<br>120 WEST 45TH STREET  4TH FLOOR<br>NEW YORK  NY 10036-4041 | KELLY WATERS<br>PO BOX 240924<br>BOSTON  MA 02124-0016 |
| KERRY WHITT  CO<br>125 DEATON RD<br>OWENS CROSS ROADS  AL 35763-9553 | LABRILLIANTE LLC<br>330 WASHINGTON ST  PMB 231<br>HOBOKEN NJ 07030-4883 | LAMHA<br>20 W 47ST ST<br>STE 807<br>NEW YORK  NY 10036-4298 |
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 | MCLEOD  ASSOCIATES  PA<br>WILLIAM E MCLEOD<br>10 PROFESSIONAL PARKWAY<br>HATTIESBURG  MS 39402-2636 | MCLEOD  RIGEL  PA<br>10 PROFESSIONAL PKWY<br>HATTIESBURG  MS 39402-2636 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 | NIVODA<br>580 5TH AVE<br>STE 2508<br>NEW YORK  NY 10036-4771 | OVERNIGHT MOUNTINGS  I<br>1400 PLAZA AVE<br>NEW HYDE PARK  NY 11040-4921 |
| ROBERT B IRELAND  III  ESQ<br>WATKINS  EAGER PLLC<br>ATTY FOR TDLDC RETAIL I  LLC<br>PO BOX 650<br>JACKSON  MS 39205-0650 | S KASHI<br>175 GREAT NECK RD  STE 204<br>GREAT NECK  NY 11021-3313 | S KASHI<br>175 ROAD STE 204<br>GREAT NECK  NY 11021 |
| STULLER<br>PO BOX 87777<br>LAFAYETTE  LA 70598-7777 | TDLDC RETAIL I  LLC<br>ROBERT B IRELAND  III<br>P O BOX 650<br>JACKSON MS 39205-0650 | TR JEWELRY CONCEPTS<br>2707 MT RUSHMORE RD<br>RAPID CITY  SD 57701-5324 |
| US ATTORNEY SD MISSISSIPPI<br>CO INTERNAL REVENUE SERVICE<br>501 E COURT STREET  STE 4430<br>JACKSON  MS 39201-5025 | US ATTORNEY SD MISSISSIPPI<br>CO US SECURITIES AND EXCHANGE COMMISS<br>501 E COURT STREET  STE 4430<br>JACKSON  MS 39201-5025 | US SECURITIES AND EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY ROAD  SUITE 900<br>ATLANTA  GA 30326-1382 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20003 | EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6 430<br>JACKSON  MS 39201-5022 | WLBT<br>715 S JEFFERSON ST<br>JACKSON  MS 39201-5622 |
| WLBT TELEVISION<br>CO SZABO ASSOCIATES  INC<br>3355 LENOX ROAD NE  SUITE 945<br>ATLANTA  GA 30326-1357 | WILLIAM E MCLEOD<br>MCLEOD  ASSOCIATES  PA<br>10 PROFESSIONAL PARKWAY<br>HATTIESBURG  MS 39402-2636 | WILLIAM E MCLEOD  ESQ<br>MCLEOD  ASSOCIATES  PA<br>COUNSEL FOR MCLEOD  ASSOCIATES  PA<br>10 PROFESSIONAL PARKWAY<br>HATTIESBURG  MS 39402-2636 |

EXCLUDE

CRAIG M GENO
LAW OFFICES OF CRAIG M GENO  PLLC
601 RENAISSANCE WAY
SUITE A
RIDGELAND  MS 39157-6030

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG  MS 39401-3836

EXCLUDE

(U)JOSEPH NORRIS

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767