IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor              Case No. 25-01234-JAW
                                                   CHAPTER 11

### AFFIDAVIT

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1. I am an attorney licensed to practice in Mississippi and counsel for the Debtor-in-Possession.

2. Attached as Exhibit "A" is a true and correct statement of services rendered and expenses incurred.

3. All time entries were made contemporaneously and reflect actual and necessary services.

4. Compensation requested is reasonable under 11 U.S.C. § 330.

5. The retainer was paid not in cash but through delivery of jewelry with a fair market retail value of $10,038.60 as itemized in the Application, and the amount payable under any plan will be reduced accordingly.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Thomas C. Rollins, Jr.

SUBSCRIBED AND SWORN TO BEFORE ME, this 29th day of October, 20 25, by Thomas C. Rollins, Jr.

_____
Notary Public

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID# 493694, VANESSA MARTINEZ, Commission Expires Nov. 17, 2028, BOLIVAR COUNTY]

My Commission Expires _____

Exhibit "C"