**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Beckham Jewelry, LLC, Debtor              Case No. 25-01234-JAW
                                                                              CHAPTER 11

**ORDER GRANTIG ORDER FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND EXPENSESOF THOMAS C. ROLLINS, JR., COUNSEL FOR DEBTOR-IN-POSSESSION**

THIS MATTER came before the Court upon the First Application for Allowance of Compensation and Reimbursement of Expenses filed by Thomas C. Rollins, Jr., counsel for the Debtor-in-Possession. The Court finds that the services rendered were actual, necessary, and beneficial to the estate and that the requested compensation is reasonable.

IT IS THEREFORE ORDERED that Thomas C. Rollins, Jr.is awarded interim attorney's fees in the amount of $39,144.00 plus expenses of $2,091.02, for a total request of $41,235.02.

IT IS FURTHER ORDERED that the total amount to be paid under any confirmed plan or by the estate shall be reduced by $10,038.60 to reflect the retainer previously paid in jewelry by the Debtor.

IT IS FURTHER ORDERED that the approved amount is allowed on an interim basis, subject to final review upon submission of a final fee application

##END OF ORDER##

SUBMITTED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533