

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                    Case No. 25-01234-JAW
                                                         CHAPTER 11

## AGREED ORDER APPROVING COMPROMISE AND SETTLEMENT

THIS MATTER came before the Court on the Motion of Beckham Jewelry, LLC (the "Debtor") to Approve Compromise and Settlement (Dk# 156) with TDLDC Retail I, LLC ("Creditor") regarding Proof of Claim No. 9. Having considered the Motion, the Court finds that the settlement is fair, equitable, and in the best interest of the bankruptcy estate and creditors.:

IT IS THEREFORE THAT:

1. The Motion is hereby GRANTED.

2. Proof of Claim No. 9 filed by TDLDC Retail I, LLC shall be and is hereby allowed in the reduced amount of $197,254.68.

3. The Order is an agreed order between the Debtor and TDLDC Retail I, LLC, as evidenced by the signatures of their counsel below.

#END OF ORDER#

SUBMITTED BY:                                AGREED BY:
/s/ Thomas C. Rollins, Jr.                   /s/ Robert B. Ireland, III____
Counsel for Debtor                           Counsel for Creditor
Thomas C. Rollins, Jr. (MS Bar No. 103469)   Robert B. Ireland, III (MSB#1000708)
The Rollins Law Firm                         Watkins & Eager PLLC
P.O. Box 13767                               P.O. Box 650
Jackson, MS 39236                            Jackson, MS 39205-0650
601-500-5533                                 601-965-1900