_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: November 18, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                Case No. 25-01234-JAW
                                                     CHAPTER 11

### AGREED ORDER REGARDING DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION (Dk. #146) AND SUBCHAPTER V TRUSTEE'S REPORT AND OBJECTION (Dk. #161)

THIS MATTER came before the Court on the Debtor's Subchapter V Plan of Reorganization (Dkt. #146) (the "Plan") and the Subchapter V Trustee's Report and Objection to Confirmation (Dkt. #161) (the "Objection"). The Debtor and the Subchapter V Trustee (together, the "Parties") have reached an agreement concerning the status of the Plan, the Objection, and the upcoming confirmation hearing.

The Court, being advised in the premises and noting the agreement of the Parties, finds that the following relief is appropriate.

IT IS, THEREFORE, ORDERED that:

1. The Plan (Dkt. #146) shall remain on file and shall remain the operative plan of record unless and until amended by the Debtor.

2. The confirmation hearing presently set in this case is hereby continued and will be reset by separate notice from the Court.

    The Parties agree that additional time is necessary to allow the Debtor to revise and supplement the Plan in response to issues identified by the Subchapter V Trustee.

3. The Debtor is granted sixty (60) days from the entry of this Order to file an amended Subchapter V plan of reorganization. The amended plan shall address the matters raised in the Trustee's Report and Objection and any additional issues identified by the Debtor.

4. The Trustee's Objection (Dkt. #161) is preserved with respect to the current Plan, but the Objection shall be deemed directed to the amended plan unless otherwise withdrawn, supplemented, or renewed.

5. Nothing in this Order shall prejudice any party's rights concerning confirmation of any amended plan filed by the Debtor, and all parties expressly reserve their rights under the Bankruptcy Code.

6. This Order is entered with the consent of the Debtor and the Subchapter V Trustee, as evidenced by their signatures below.

##END OF ORDER##

Agreed:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com
Attorneys for Beckham Jewelry, LLC

/s/ Craig M. Geno
Craig M. Geno; (MSBN 4793)
Law Offices Of Craig M. Geno, PLLC
601 Renaissance Way Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
Subchapter V Trustee