# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Beckham Jewelry, LLC, Debtor              Case No. 25-01234-JAW
                                                  **CHAPTER 11**

## NOTICE

The undersigned counsel for Debtor has filed papers with the court to approve compensation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: January 16, 2026      Signature:   /s/ Thomas C. Rollins, Jr.
                                         Thomas C. Rollins, Jr. (MSBN 103469)
                                         Jennifer A Curry Calvillo (MSBN 104367)
                                         The Rollins Law Firm, PLLC
                                         PO Box 13767
                                         Jackson, MS 39236
                                         601-500-5533
                                         trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Beckham Jewelry, LLC, Debtor            Case No. 25-01234-JAW
                                                 **CHAPTER 11**

### APPLICATION OF DEBTOR FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION TO JOSHUA NORRIS, PLLC

COMES NOW the Debtor, Beckham Jewelry, LLC ("Debtor"), pursuant to 11 U.S.C. §§ 330 and 331 and Bankruptcy Rule 2016, and files this Application for Allowance and Payment of Final Compensation to its court-approved accountant, Joshua Norris, PLLC ("CPA"), and in support thereof states:

1. On June 18, 2025, this Court entered an Order Authorizing Employment of CPA (Dkt. 75) approving the employment of Joshua Norris, PLLC as the Debtor's accountant.

2. The Order authorized the CPA to prepare and file the Debtor's 2023 and 2024 federal and state S-corporation income tax returns, and approved compensation of $3,350.00 for the 2023 returns and $3,050.00 for the 2024 returns, subject to final approval by the Court pursuant to 11 U.S.C. §§ 330 and 331.

3. Following entry of the employment order, the CPA performed the services authorized by the Court, including:

    a) Preparation and filing of the Debtor's 2023 federal and state S-corporation income tax returns;

    b) Preparation and filing of the Debtor's 2024 federal and state S-corporation income tax returns;

    c) Responding to IRS filing and processing issues related to those returns; and

    d) Providing the documentation and support necessary for the Internal Revenue Service to amend its proof of claim in this bankruptcy case based upon the filed returns.

4. As a direct result of the CPA's work, the Internal Revenue Service amended its proof of claim to reflect the Debtor's actual filed tax liabilities rather than estimated or unfiled amounts.

5. These services were necessary to the administration of the estate and provided a substantial and tangible benefit by resolving the Debtor's federal and state tax filing status and allowing the IRS claim to be properly fixed for plan and distribution purposes.

6. The CPA seeks allowance of compensation in the total amount of $6,400.00, consisting of:

    a) 2023 tax returns in the amount of $3,350.00

    b) 2024 tax returns in the amount of $3,050.00

7. These amounts are exactly the amounts approved in the employment order and reflect reasonable compensation for the services rendered.

8. No portion of these fees has been paid.

9. Under 11 U.S.C. § 330(a), the Court may award reasonable compensation for actual and necessary services rendered by a court-approved professional.

10. The CPA's services were within the scope authorized by the Court, were actually performed post-petition, and were necessary and beneficial to the estate.

11. The CPA has complied with the disclosure and conflict requirements of the Bankruptcy Code and the Court's employment order.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order allowing Joshua Norris, PLLC final compensation in the amount of $6,400.00, authorize the Debtor to pay said amount from estate funds grant such other and further relief as is just and proper.

        Respectfully submitted

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        Jennifer A Curry Calvillo (MSBN 104367)
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601-500-5533

### CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application was filed on CM/ECF this day and that the Chapter 11 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01234 |
|---|---|
| BECKHAM JEWELRY, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 1/16/2026, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>BECKHAM JEWELRY, LLC | CASE NO: 25-01234<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 1/16/2026, a copy of the following documents, described below,

Notice and Application for Compensation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/16/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-01234<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI JAN 16 11-31-7 PST 2026 | BECKHAM JEWELRY  LLC<br>1867 CRANE RIDGE DRIVE<br>STE A150<br>JACKSON  MS 39216-4982 | ~~(U)KAPITUS~~ |
| ~~EXCLUDE~~<br>~~(U)LITCHFIELD CARLYLE  LLC~~ | ~~EXCLUDE~~<br>~~(U)MASON MAGNUM~~ | MCLEOD  ASSOCIATES  PA<br>10 PROFESSIONAL PARKWAY<br>HATTIESBURG  MS 39402-2636 |
| ~~EXCLUDE~~<br>~~(U)STULLER  INC~~ | ~~EXCLUDE~~<br>~~(U)TDLDC RETAIL I  LLC~~ | ~~EXCLUDE~~<br>~~(U)WILKERSON  INC~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| BARNES  BAILEY   JANO<br>5 RIVERBEND PLACE<br>STE A<br>FLOWOOD  MS 39232-7618 | BRIAN BECKHAM<br>120 DISTRICT BLVD<br>STE D110<br>JACKSON  MS 39211-6304 | BRIAN BECKHAM<br>2 ASHLEY PARK DR<br>JACKSON MS 39206-6156 |
| DAZZLE IMPORTS<br>5555 GLENDRIDGE CONNEC<br>STE 200<br>ATLANTA  GA 30342-4815 | DEPARTMENT OF TREASURY  INTERNAL REVENUE SE<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 | DYNASTY CASTING<br>644 SHREWSBERRY COMMON<br>SHREWSBURY  PA 17361-1617 |
| ELDAR  INC<br>3068 N 2700 E<br>FORREST  IL 61741 | EULER HERMES AGENT FOR NIVODA LIMITED<br>100 INTERNATIONAL DR 22ND FLOOR<br>BALTIMORE MD 21202-4783 | GARY CARRIERE<br>725 WOODLAND ST<br>SULPHUR  LA 70663-1046 |
| HAKIMI DIAMOND CORP<br>15 W 47TH ST<br>NEW YORK  NY 10036-3305 | HEERA MOTI  INC<br>15 W 47TH ST<br>STE 808<br>NEW YORK  NY 10036-3327 | HINDS CO TAX COLLECTOR<br>PO BOX 1727<br>JACKSON  MS 39215-1727 |
| HINDS COUNTY TAX COLLECTOR<br>316 SOUTH PRESIDENT ST<br>JACKSON MS 39201-4801 | IRS<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

```
KAPITUS                          KAPITUS SERVICING  INC           KELLY WATERS
2500 WILSON BLVD  STE            120 WEST 45TH STREET  4TH FLOOR  PO BOX 240924
ARLINGTON  VA 22201-3873         NEW YORK  NY 10036-4041          BOSTON  MA 02124-0016


KERRY WHITT  CO                  LABRILLIANTE LLC                 LAMHA
125 DEATON RD                    330 WASHINGTON ST  PMB 231       20 W 47ST ST
OWENS CROSS ROADS  AL 35763-9553 HOBOKEN NJ 07030-4883            STE 807
                                                                  NEW YORK  NY 10036-4298


MS DEPT OF REVENUE               MCLEOD  ASSOCIATES  PA           MCLEOD  RIGEL  PA
BANKRUPTCY SECTION               WILLIAM E MCLEOD                 10 PROFESSIONAL PKWY
PO BOX 22808                     10 PROFESSIONAL PARKWAY          HATTIESBURG  MS 39402-2636
JACKSON  MS 39225-2808           HATTIESBURG  MS 39402-2636


MISSISSIPPI DEPARTMENT OF REVENUE NIVODA                          OVERNIGHT MOUNTINGS  I
BANKRUPTCY SECTION               580 5TH AVE                      1400 PLAZA AVE
PO BOX 22808                     STE 2508                         NEW HYDE PARK  NY 11040-4921
JACKSON  MS 39225-2808           NEW YORK  NY 10036-4771


ROBERT B IRELAND  III  ESQ       S KASHI                          S KASHI
WATKINS  EAGER PLLC              175 GREAT NECK RD  STE 204       175 ROAD STE 204
ATTY FOR TDLDC RETAIL I  LLC     GREAT NECK  NY 11021-3313        GREAT NECK  NY 11021
PO BOX 650
JACKSON  MS 39205-0650


STULLER                          TDLDC RETAIL I  LLC              TR JEWELRY CONCEPTS
PO BOX 87777                     ROBERT B IRELAND  III            2707 MT RUSHMORE RD
LAFAYETTE  LA 70598-7777         P O BOX 650                      RAPID CITY  SD 57701-5324
                                 JACKSON MS 39205-0650


US ATTORNEY SD MISSISSIPPI       US ATTORNEY SD MISSISSIPPI       US SECURITIES AND EXCHANGE COMMISSION
CO INTERNAL REVENUE SERVICE      CO US SECURITIES AND EXCHANGE COMMISS  OFFICE OF REORGANIZATION
501 E COURT STREET  STE 4430     501 E COURT STREET  STE 4430     950 EAST PACES FERRY ROAD  SUITE 900
JACKSON  MS 39201-5025           JACKSON  MS 39201-5025           ATLANTA  GA 30326-1382


                                         EXCLUDE

US ATTORNEY GENERAL              UNITED STATES TRUSTEE            WLBT
US DEPT OF JUSTICE               501 EAST COURT STREET            715 S JEFFERSON ST
950 PENNSYLVANIA AVENW           SUITE 6-430                      JACKSON  MS 39201-5622
WASHINGTON  DC 20003             JACKSON  MS 39201-5022


WLBT TELEVISION                  WILLIAM E MCLEOD                 WILLIAM E MCLEOD  ESQ
CO SZABO ASSOCIATES  INC         MCLEOD  ASSOCIATES  PA           MCLEOD  ASSOCIATES  PA
3355 LENOX ROAD NE  SUITE 945    10 PROFESSIONAL PARKWAY          COUNSEL FOR MCLEOD  ASSOCIATES  PA
ATLANTA  GA 30326-1357           HATTIESBURG  MS 39402-2636       10 PROFESSIONAL PARKWAY
                                                                  HATTIESBURG  MS 39402-2636
```

~~EXCLUDE~~

~~CRAIG M GENO~~
~~LAW OFFICES OF CRAIG M GENO, PLLC~~
~~601 RENAISSANCE WAY~~
~~SUITE A~~
~~RIDGELAND, MS 39157-6038~~

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG, MS 39401-3836

~~EXCLUDE~~

~~(U)JOSEPH NORRIS~~

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM, PLLC~~
~~PO BOX 13767~~
~~JACKSON, MS 39236-3767~~