___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 10, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor          Case No. 25-01234-JAW
                                                CHAPTER 11

## ORDER GRANTING APPLICATION FOR FINAL COMPENSATION TO JOSHUA NORRIS, PLLC    (Dkt. #177)

THIS CAUSE came on for consideration of the Debtor's Application for Allowance and Payment of Final Compensation to Joshua Norris, PLLC, CPA, and the Court having reviewed the Application and being otherwise fully advised in the premises, finds that the relief requested is well-taken and should be granted:

The Court finds that Joshua Norris, PLLC was duly employed as the Debtor's certified public accountant pursuant to the Court's Order Authorizing Employment of CPA entered June 18, 2025 (Dkt. 75). The services performed were within the scope authorized by the Court. The services were actually performed, were necessary to the administration of the estate, and provided a tangible benefit to the estate, and The compensation requested is reasonable under 11 U.S.C. § 330.

IT IS THEREFORE ORDERED that the Application is Granted. Joshua Norris, PLLC is allowed final compensation in the amount of $6,400.00 consisting of:

1.   $3,350.00 for preparation and filing of the 2023 tax returns

      2.      $3,050.00 for preparation of filing of the 2024 tax returns

The Debtor is authorized to immediately pay $6,400.00 to Joshua Norris, PLLC from estate funds. This allowance constitutes final compensation for the services rendered by Joshua Norris, PLLC in this case.

##END OF ORDER##

SUBMITTED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533