## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:    BECKHAM JEWELRY, LLC | CHAPTER 11 |
| Debtor | CASE NO. 25-01234-JAW |

### EMERGENCY MOTION FOR STATUS CONFERENCE

COMES NOW Craig M. Geno, the Subchapter V Trustee in the above styled and numbered case (the "Trustee"), and files this his *Emergency Motion for Status Conference* (the "Motion"), and in support thereof, would respectfully show unto this Honorable Court as follows, to-wit:

1. In reviewing the monthly operating reports in this case that have been filed, it appears that the Debtor is spending far more money than it is receiving, thereby depleting the cash cushion that has been enjoyed.

2. In addition, the Trustee has received information that this continuing depletion of cash is an ongoing problem and the Debtor is maintaining payroll at a level that was not expressed to be necessary after the Debtor converted from a "retail" operation to a full service business.

3. The cash cushion is either eroding or has been fully eroded and the case may fail as a result.

4. Accordingly, the Trustee seeks an emergency status conference to bring these matters to the Court's attention and so that the Debtor can explain the position it is in and, hopefully, stop the losing money efforts that are ongoing.

5. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that upon a hearing hereof this Honorable Court will enter its order granting the Motion. The Trustee prays for general relief.

THIS, the \_\_19th\_\_ day of February, 2026.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: _____/s/ Craig M. Geno_____
      Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Pleadings\Em Mot for Status Conference 2-19-26.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

| | |
|---|---|
| Abigial M. Marbury, Esq.<br>Assistant United States Trustee<br>abigail.m.marbury@usdoj.gov | Thomas C. Rollins, Jr., Esq.<br>trollins@therollinsfirm.com |

THIS, the \_\_19th\_\_ day of February, 2026.

_____/s/ Craig M. Geno_____
Craig M. Geno