**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:**     **BECKHAM JEWELRY, LLC** | **CHAPTER 11** |
| Debtor | **CASE NO. 25-01234-JAW** |

### ORDER

THIS CAUSE having come on for consideration of the *Emergency Motion for Status Conference* (the "Motion") **[DK #_____]** filed herein by Craig M. Geno, Subchapter V Trustee (the "Trustee"), the Court having been advised in premises, does hereby find as follows, to-wit:

1.      The Motion should be, and hereby is, granted.

# # **END OF ORDER** # #

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Pleadings\Order - Em Mot for Status Conference 2-19-26.wpd