___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 19, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | BECKHAM JEWELRY, LLC | CHAPTER 11 |
| | Debtor | CASE NO. 25-01234-JAW |

## ORDER

THIS CAUSE having come on for consideration of the *Emergency Motion for Status Conference* (the "Motion") **[DK #__185__]** filed herein by Craig M. Geno, Subchapter V Trustee (the "Trustee"), the Court having been advised in premises, does hereby find as follows, to-wit:

1. The Motion should be, and hereby is, granted.

**# # END OF ORDER # #**

SUBMITTED BY:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Pleadings\Order - Em Mot for Status Conference 2-19-26.wpd