United States Bankruptcy Court
Southern District of Mississippi

| In re: | Case No. 25-01234-JAW |
|---|---|
| Beckham Jewelry, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: hn010jaw | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Beckham Jewelry, LLC, 1867 Crane Ridge Drive, Ste A150, Jackson, MS 39216-4982 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor In Possession Beckham Jewelry LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert B. Ireland, III | on behalf of Creditor TDLDC Retail I LLC rireland@watkinseager.com, kleblanc@watkinseager.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: hn010jaw | Total Noticed: 1 |

Steven Usry
    on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Beckham Jewelry  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

William E McLeod
    on behalf of Creditor McLeod & Associates  P.A. bmcleod@eptaxlaw.com, lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jlewis@eptaxlaw.com

TOTAL: 9

Form hn010jaw (07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **Beckham Jewelry, LLC**                                          **CASE NO. 25−01234−JAW**

              **DEBTOR.**                                                       **CHAPTER 11**

**NOTICE OF STATUS CONFERENCE**

      You are hereby notified that the Court will hold a status conference on February 20, 2026 at 01:00 PM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, on the following:

      Emergency Motion for Status Conference filed by the Trustee (Dkt. #185)

| | |
|---|---|
| Dated: 2/19/26 | Danny L. Miller, Clerk of Court |
| | U.S. Bankruptcy Court |
| | Thad Cochran U.S. Courthouse |
| | 501 E. Court Street |
| | Suite 2.300 |
| | Jackson, MS 39201 |
| | 601−608−4600 |

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

<u>Parties Noticed</u>:

Beckham Jewelry, LLC, Debtor

Jennifer A. curry Calvillo, Esq., Counsel for the Debtor

Thomas C. Rollins, Esq., Counsel for the Debtor

Craig M. Geno, Esq., Trustee

United States Trustee