**Beckham Custom Jewelry Co**
**Jackson, MS**
**6/3/25**

## WILKERSON COMMISSION SALE

|  | #1 | #2 | #3 |
|---|---:|---:|---:|
| **SALES GOAL** | $ 444,625 | $ 485,046 | $ 505,256 |
| Inventory at Cost | 599,733 | 599,733 | 599,733 |
| Number of weeks | 8 | 8 | 8 |
| Avg Markup | 3.00 | 3.00 | 3.00 |
| Avg Discount on Inventory | 50% | 50% | 50% |
| Commission to Wilkerson | 11% | 11% | 11% |
| Percent of inventory projected sold | 44% | 49% | 50% |
| Advertising | 6.0% | 6.0% | 6.0% |
| Travel fee | 400 | 400 | 400 |
| Consultants' Expense | 150 | 150 | 150 |
| **INCOME** | | | |
| Sales of original inventory | $ 399,422 | $ 436,306 | $ 449,800 |
| Sales of Memo merchandise | 45,203 | 48,740 | 55,456 |
| Total gross sales | 444,625 | 485,046 | 505,256 |
| Cost of Original Inventory Sold | 266,281 | 290,871 | 299,867 |
| Projected Gross Margin on Wilkerson Merch: | 40% | 40% | 40% |
| Cost of Wilkerson merchandise sold | 27,122 | 29,244 | 33,274 |
| **TOTAL COST OF GOODS SOLD** | 293,403 | 320,115 | 333,140 |
| **Proj. Gross Profit from Wilkerson Merch:** | 18,081 | 19,496 | 22,183 |
| **Gross Profit from Sales of Original Inventory** | 133,141 | 145,435 | 149,933 |
| **EXPENSES** | | | |
| Advertising | 26,678 | 29,103 | 30,315 |
| Consultant Expense | 9,450 | 9,450 | 9,450 |
| Commission to Wilkerson | 48,909 | 53,355 | 55,578 |
| Travel fee | 400 | 400 | 400 |
| Fixed Store Overhead | 30,485 | 30,485 | 30,485 |
| **TOTAL EXPENSES** | 115,921 | 122,793 | 126,229 |
| **Non Commissioned Additional Income** | | | |
| Repairs | 10,560 | 11,520 | 12,000 |
| Furniture, Fixtures & Equipment | 15,000 | 15,000 | 15,000 |
| CC Fee Wilkerson Commission Credit | 880 | 960 | 1,000 |
| Diamond Commission Adjustment | 1,556 | 1,698 | 1,768 |
| RJO Vendor Merchandise Dividend 5.2% | 1,410 | 1,521 | 1,730 |
| **Total Non Commissioned Income** | 29,407 | 30,699 | 31,499 |
| **Total Cash less cost of memo to Owner:** | 446,910 | 486,500 | 503,481 |
| LESS TOTAL EXPENSES | (115,921) | (122,793) | (126,229) |
| **DOLLARS RETURN TO OWNER** | $ **330,989** | $ **363,708** | $ **377,253** |
| Less Cost of Original Inventory: | (266,281) | (290,871) | (299,867) |
| **Net Profit:** | $ **64,707** | $ **72,837** | $ **77,386** |
| Value of Owner's Goods Sold | $1.24 | $1.25 | $1.26 |
| Gross Margin of Profit on Gross Sales: | 34% | 34% | 34% |
| VALUE OF REMAINING INVENTORY | $333,452 | $308,862 | $299,867 |

The figures provided are estimates only. They are not to be interpreted as a guarantee, either written or verbal. This projection is to be used only as a guideline and is subject to change.

**EXHIBIT A**