### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor                                    Case No. 25-01234-JAW
                                                                                                                    CHAPTER 11

## BALLOT SUMMARY AND CERTIFICATION OF PLAN VOTING

Thomas C. Rollins, Jr., counsel for the Debtor, Beckham Jewelry, LLC (the "Debtor"), hereby certifies the tabulation of ballots cast with respect to the Amended Plan of Reorganization Under Subchapter V of Chapter 11 filed January 16, 2026 (the "Plan"), and states as follows:

### VOTING CLASSES

Pursuant to the Plan, only Class 4 – General Unsecured Claims is impaired and entitled to vote on the Plan. Other classes are either unimpaired or not entitled to vote.

### BALLOTS RECEIVED

The Debtor received two (2) ballots from holders of Class 4 General Unsecured Claims. Both ballots were timely received and counted. The ballots are summarized below:

| Creditor | Claim Amount | Vote |
|---|---|---|
| Beckett & Lee | $3,563.81 | Accept |
| WLBT Television | $9,250.00 | Accept |

Total Ballots Cast: 2

Total Dollar Amount Voting: $12,813.81

Votes Accepting Plan: 2 ballots / $12,813.81

Votes Rejecting Plan: 0 ballots / $0

### NON-VOTING CREDITOR

The holder of a Class 4 claim, TDLDC Retail 1, LLC, did not submit a ballot. TDLDC Retail 1, LLC filed an objection to confirmation of the Plan but did not cast a vote.

## TABULATION OF CLASS 4 VOTE

Under 11 U.S.C. §1126(c), a class accepts a plan if creditors holding at least two-thirds in amount and more than one-half in number of the allowed claims voting in the class vote to accept. Based on the ballots received.

1. Number test: 2 accepting / 2 voting (100%)

2. Amount test: $12,813.81 accepting / $12,813.81 voting (100%)

Accordingly, Class 4 has voted to accept the Plan.

## CERTIFICATION

I hereby certify that the foregoing ballot tabulation is true and correct to the best of my knowledge and that the ballots were tabulated in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the procedures approved by this Court.

Respectfully Submitted,

By: /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr. (MSBN 103469)
    Jennifer A Curry Calvillo (MSBN 104367)
    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    601-500- 5533

Official Form 314  (02/20)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor

Case No. 25-01234-JAW
CHAPTER 11

## Class __4__ Ballot for Accepting or Rejecting Plan of Reorganization

Beckham Jewelry, LLC filed an amended plan of reorganization dated January 16, 2026 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class __4__ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before March 10, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class __4__ claim against the Debtor in the unpaid amount of __Nine Thousand, Two Hundred and Fifty__ Dollars ($__9,250.00__)

Check one box only
[X] Accepts the plan

[ ] Rejects the plan

Dated: __3/4/2026__    Print or type name: __Sandi Henderson__

Signature: __S Henderson__    Title __Agent__

Address:  __WLBT Television c/o Szabo Associates__
__3355 Lenox Road NE, Suite 945__
__Atlanta, GA 30326__

Return this ballot to:
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314 (02/20)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Beckham Jewelry, LLC, Debtor

Case No. 25-01234-JAW
CHAPTER 11

## Class  4  Ballot for Accepting or Rejecting Plan of Reorganization

Beckham Jewelry, LLC filed an amended plan of reorganization dated January 16, 2026 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class  4  under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before March 10, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class  4  claim against the Debtor in the unpaid amount of
_____Dollars ($3,563.81_____)   Account Ending: 3009

*Check one box only*

☒ Accepts the plan

☐ Rejects the plan

Dated: March 3, 2026                Print or type name: American Express National Bank

Signature: [signature]                                                    Title: Kenneth W. Kleppinger, Attorney/Agent for creditor

Address:   c/o Becket & Lee LLP

PO Box 3001

Malvern, PA 19355

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236