**Fill in this information to identify the case:**

Debtor Name __Beckham Jewelry, LLC__

United States Bankruptcy Court for the: _____ District of _____

Case number: __25-01234-JAW__

☒ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __February 2026__

Date report filed: __4.2.2026__
MM / DD / YYYY

Line of business: __Custom Jewelry__

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Brian Beckham__

Amended Filing Signature:

Original signature of responsible party _____

Printed name of responsible party __Brian Beckham__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Beckham Jewelry, LLC                                   Case number 25-01234-JAW

17. Have you paid any bills you owed before you filed bankruptcy?        ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?        ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.        $ 72,020.25

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.        **$1,320.88**

    Report the total from *Exhibit C* here.        $ ~~18,951.56~~

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.        **$21,969.29**

    Report the total from *Exhibit D* here.        - $ ~~39,599.97~~

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.        + $ -20,648.41

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.        = $ 51,371.84

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**        $ 0

    *(Exhibit E)*

Debtor Name Beckham Jewelry, LLC    Case number 25-01234-JAW

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables

    *(Exhibit F)*

$ 0

## 5. Employees

26. What was the number of employees when the case was filed?    3
27. What is the number of employees as of the date of this monthly report?    3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 243,142.63
30. How much have you paid this month in other professional fees?    $
31. How much have you paid in total other professional fees since filing the case?    $

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A Projected | | Column B Actual | | Column C Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | − | Copy lines 20-22 of this report. | = | Subtract Column B from Column A. |
| 32. Cash receipts | $ 8500.00 | − | $ 18951.56 | = | $ 10,451.56 |
| 33. Cash disbursements | $ 20,000 | − | $ 39,599.97 | = | $ 19,599.95 |
| 34. Net cash flow | $ -11,500.00 | − | $ -20,648.41 | = | $ 9,148.41 |

35. Total projected cash receipts for the next month:    $ 8000.00
36. Total projected cash disbursements for the next month:    − $ 7,000.00
37. Total projected net cash flow for the next month:    = $ 1000.00

Debtor Name  Beckham Jewelry, LLC                        Case number 25-01234-JAW

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print        Save As...        Reset



**BankPlus**
It's more than a name. It's a promise.
Member F.D.I.C.
385A Highland Colony Pkwy
Ridgeland, MS 39157

## STATEMENT OF ACCOUNT

| ACCOUNT NO | STATEMENT ENDING | PAGE |
|---|---|---|
| *****0160 | 02/27/2026 | Page 1 |

BECKHAM JEWELRY LLC
DEBTOR IN POSSESSION ACCOUNT
TRUST ACCOUNT
1867 CRANE RIDGE DRIVE SUITE 150A
JACKSON MS 39216

```
                                        ***CHECKING***

DEBTOR IN POSSESSION                    Images                                     1
Account Number          XXXXXXXX0160    Statement Dates   2/02/26 thru  3/01/26
Previous Balance          15,416.90     Days in this statement period:        28
    2 Deposits/Credits          .18
    6 Checks/Debits        3,776.65
Cycle Service Charge            .00      Interest Earned                      .48
Interest Paid                   .49      Annual Percentage Yield Earned     0.05%
Current Balance           11,640.92      2026 Interest Paid                  1.15
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.00 | $.00 |
| Return item fees | $.00 | $.00 |

**Deposits and Additions**

| Date | Description | Amount |
|---|---|---|
| 2/02 | RTP deposit from ACCTVERIFY IN TUIT INC. | .06 |
| 2/02 | RTP deposit from ACCTVERIFY IN TUIT INC. | .12 |
| 2/28 | Interest Deposit | .49 |

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 2/03 | AC- INTUIT INC ACCTVERIFY BECKHAM JEWELRY LLC | .18- |
| 2/04 | AC- INTUIT ✕1351 TAX BECKHAM JEWELRY LLC | 2,319.75- |
| 2/13 | AC- INTUIT ✕7040 TAX | 783.27- |



**FDIC**



EQUAL HOUSING
LENDER

## SUGGESTIONS TO HELP YOU BALANCE YOUR BANK STATEMENT
## LIST OUTSTANDING CHECKS BELOW

| CHECK NO. | AMOUNT | | CHECK NO. | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

ENTER HERE

BANK BALANCE SHOWN ON THIS STATEMENT   ⟶   $

PLUS DEPOSITS NOT INCLUDED ON THIS STATEMENT   ⟶

TOTAL   ⟶

LESS-TOTAL OF OUTSTANDING CHECKS (FROM ABOVE)   ⟶

BE SURE ALL CHARGES HAVE BEEN DEDUCTED FROM YOUR CHECKBOOK.

THIS IS YOUR BANK BALANCE   ⟶

## PLEASE EXAMINE YOUR STATEMENT IMMEDIATELY UPON RECEIPT. IF NO ERROR IS REPORTED WITHIN THE TIME SPECIFIED IN THE APPLICABLE DEPOSIT AGREEMENT, THE ACCOUNT AND THIS STATEMENT IS CONSIDERED CORRECT.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 1-888-811-PLUS (7587) Outside Metro-Jackson or 601-664-PLUS (7587) Metro-Jackson
for Hearing Impaired Customers 1-888-226-5758 Outside Metro-Jackson or 601-664-1978 Metro-Jackson
or write us at
**BankPlus Electronic Fund Transfer Inquiries**
385A Highland Colony Pkwy
Ridgeland, MS 39157

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Please refer to **BankPlus** Schedule of Fees for research fees.

**This Electronic Funds transfer notice is applicable to only consumer accounts.**

**JMBP**



## ***CHECKING***

DEBTOR IN POSSESSION                    XXXXXXXX0160   (Continued)

### Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|  | BECKHAM JEWELRY LLC | |
| 2/17 | AC- MSDEPTOFREVENUE TAXPAYMENT | 315.39- |
|  | BECKHAM JEWELRY LLC | |
| 2/18 | AC- INTUIT ☒5036 TAX | 95.36- |
|  | BECKHAM JEWELRY LLC | |

### Check Transactions

| Date | Serial | Amount |
|------|--------|--------|
| 2/23 | 1002 | 262.70 |

* Denotes missing check numbers

### Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/02 | 15,417.08 | 2/13 | 12,313.88 | 2/23 | 11,640.43 |
| 2/03 | 15,416.90 | 2/17 | 11,998.49 | 2/28 | 11,640.92 |
| 2/04 | 13,097.15 | 2/18 | 11,903.13 | | |





02/23/2026                    $262.70



**Bank**Plus®
It's more than a name. It's a promise.
385A Highland Colony Pkwy
Ridgeland, MS 39157

## STATEMENT OF ACCOUNT

| ACCOUNT NO | STATEMENT ENDING | PAGE |
|---|---|---|
| *****7912 | 02/27/2026 | Page 1 |

BECKHAM JEWELRY LLC
DEBTOR IN POSSESSION ACCOUNT
SET ASIDE ACCOUNT
1867 CRANE RIDGE DRIVE SUITE 150A
JACKSON MS 39216

### ***CHECKING***

```
DEBTOR IN POSSESSION               Images                            0
Account Number     XXXXXXXX7912    Statement Dates  2/02/26 thru  3/01/26
Previous Balance       20,598.48   Days in this statement period:    28
  1 Deposits/Credits   17,628.17
    Checks/Debits            .00
Cycle Service Charge         .00   Interest Earned                 .96
Interest Paid                .93   Annual Percentage Yield Earned  0.05%
Current Balance        38,227.58   2026 Interest Paid             1.81
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.00 | $.00 |
| Return item fees | $.00 | $.00 |

**Deposits and Additions**

| Date | Description | Amount |
|---|---|---|
| 2/23 | Web Xfer From/To:  9864-D  7912-D Set aside for Ka pitus | 17,628.17 |
| 2/28 | Interest Deposit | .93 |

**Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/02 | 20,598.48 | 2/23 | 38,226.65 | 2/28 | 38,227.58 |

FDIC

EQUAL HOUSING LENDER

## SUGGESTIONS TO HELP YOU BALANCE YOUR BANK STATEMENT
## LIST OUTSTANDING CHECKS BELOW

| CHECK NO. | AMOUNT | | CHECK NO. | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

ENTER HERE

BANK BALANCE SHOWN ON THIS STATEMENT ⟶ $

PLUS DEPOSITS NOT INCLUDED ON THIS STATEMENT ⟶

TOTAL ⟶

LESS-TOTAL OF OUTSTANDING CHECKS (FROM ABOVE) ⟶

BE SURE ALL CHARGES HAVE BEEN DEDUCTED FROM YOUR CHECKBOOK.

THIS IS YOUR BANK BALANCE ⟶

**PLEASE EXAMINE YOUR STATEMENT IMMEDIATELY UPON RECEIPT. IF NO ERROR IS REPORTED WITHIN THE TIME SPECIFIED IN THE APPLICABLE DEPOSIT AGREEMENT, THE ACCOUNT AND THIS STATEMENT IS CONSIDERED CORRECT.**

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 1-888-811-PLUS (7587) Outside Metro-Jackson or 601-664-PLUS (7587) Metro-Jackson
for Hearing Impaired Customers 1-888-226-5758 Outside Metro-Jackson or 601-664-1978 Metro-Jackson
or write us at
**Bank**Plus Electronic Fund Transfer Inquiries
385A Highland Colony Pkwy
Ridgeland, MS 39157

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Please refer to **Bank**Plus Schedule of Fees for research fees.

**This Electronic Funds transfer notice is applicable to only consumer accounts.**

**JMBP**



385A Highland Colony Pkwy
Ridgeland, MS 39157

## STATEMENT OF ACCOUNT

| ACCOUNT NO | STATEMENT ENDING | PAGE |
|---|---|---|
| *****9864 | 02/27/2026 | Page 1 |

BECKHAM JEWELRY LLC
DEBOTOR IN POSSESSION ACCOUNT
OPERATING ACCOUNT
1867 CRANE RIDGE DRIVE SUITE 150A
JACKSON MS 39216

```
                              ***CHECKING***

DEBTOR IN POSSESSION                     Images                            16
Account Number          XXXXXXXX9864     Statement Dates   2/02/26 thru  3/01/26
Previous Balance           36,004.87     Days in this statement period:   28
   5 Deposits/Credits       1,320.88
  26 Checks/Debits         35,815.32
Cycle Service Charge            8.00     Interest Earned                  .86
Interest Paid                    .91     Annual Percentage Yield Earned  0.05%
Current Balance             1,503.34     2026 Interest Paid              2.82
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.00 | $.00 |
| Return item fees | $.00 | $.00 |

**Deposits and Additions**

| Date | Description | Amount |
|---|---|---|
| 2/02 | RTP deposit from ACCTVERIFY IN TUIT INC. | .12 |
| 2/02 | RTP deposit from ACCTVERIFY IN TUIT INC. | .16 |
| 2/02 | AC- Lightspeed Lightspeed BECKHAM CUSTOM JEWELRY | 29.35 |
| 2/17 | AC- Lightspeed Lightspeed BECKHAM CUSTOM JEWELRY | 72.25 |
| 2/27 | AC- Lightspeed Lightspeed BECKHAM CUSTOM JEWELRY | 1,219.00 |
| 2/28 | Interest Deposit | .91 |





## SUGGESTIONS TO HELP YOU BALANCE YOUR BANK STATEMENT
## LIST OUTSTANDING CHECKS BELOW

| CHECK NO. | AMOUNT | | CHECK NO. | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

ENTER HERE

BANK BALANCE SHOWN ON THIS STATEMENT   ⟶  $

PLUS DEPOSITS NOT INCLUDED ON THIS STATEMENT  ⟶

TOTAL  ⟶

LESS-TOTAL OF OUTSTANDING CHECKS (FROM ABOVE)  ⟶

BE SURE ALL CHARGES HAVE BEEN DEDUCTED FROM YOUR CHECKBOOK.

THIS IS YOUR BANK BALANCE  ⟶

**PLEASE EXAMINE YOUR STATEMENT IMMEDIATELY UPON RECEIPT. IF NO ERROR IS REPORTED WITHIN THE TIME SPECIFIED IN THE APPLICABLE DEPOSIT AGREEMENT, THE ACCOUNT AND THIS STATEMENT IS CONSIDERED CORRECT.**

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 1-888-811-PLUS (7587) Outside Metro-Jackson or 601-664-PLUS (7587) Metro-Jackson
for Hearing Impaired Customers 1-888-226-5758 Outside Metro-Jackson or 601-664-1978 Metro-Jackson
or write us at
**BankPlus** Electronic Fund Transfer Inquiries
385A Highland Colony Pkwy
Ridgeland, MS 39157

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Please refer to **BankPlus** Schedule of Fees for research fees.

**This Electronic Funds transfer notice is applicable to only consumer accounts.**

JMBP



**\*\*\*CHECKING\*\*\***

DEBTOR IN POSSESSION                    XXXXXXXX9864   (Continued)

**Checks and Withdrawals**

| Date | Description | Amount |
|------|-------------|--------|
| 2/03 | AC- INTUIT INC<br>ACCTVERIFY<br>BECKHAM JEWELRY | .28- |
| 2/04 | AC- HARLAND CLARKE<br>CHK ORDERS<br>BECKHAM JEWELRY LLC | 30.28- |
| 2/19 | AC- STULLER INC<br>ONLINE FEE<br>INC,BECKHA202315724903 | 5,452.24- |
| 2/23 | Web Xfer From/To: ☒☒ 9864-D<br>☒☒ 7912-D Set aside for Ka<br>pitus | 17,628.17- |
| 2/24 | REPLIT, INC.<br>DBT CRD 1708 02/24/26 ☒0037<br>REPLIT.COMCA<br>Card# 2161 | 50.54- |
| 2/24 | REPLIT, INC.<br>DBT CRD 1708 02/24/26 ☒0038<br>REPLIT.COMCA<br>Card# 2161 | 50.84- |
| 2/24 | REPLIT, INC.<br>DBT CRD 1708 02/24/26 ☒0037<br>REPLIT.COMCA<br>Card# 2161 | 50.90- |
| 2/24 | REPLIT, INC.<br>DBT CRD 1347 02/24/26 ☒0015<br>REPLIT.COMCA<br>Card# 2161 | 51.44- |
| 2/24 | AC- ATT<br>PAYMENT<br>Beckham Jewerly LLC | 309.34- |
| 2/25 | REPLIT, INC.<br>DBT CRD 1217 02/25/26 ☒004<br>REPLIT.COMCA<br>Card# 2161 | 25.00- |
| 2/27 | Service Charge | 8.00- |

**Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/02 | 36,034.50 | 2/13 | 26,815.14 | 2/25 | 1,267.96 |
| 2/03 | 34,491.50 | 2/17 | 26,477.72 | 2/27 | 1,502.43 |
| 2/04 | 34,461.22 | 2/19 | 21,025.48 | 2/28 | 1,503.34 |
| 2/09 | 33,661.22 | 2/23 | 3,397.31 | | |
| 2/10 | 32,221.22 | 2/24 | 1,598.07 | | |

# Profit and Loss

## Beckham Jewelry LLC

February 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Income** | |
| Sales-Jackson | 1,320.60 |
| **Total for Income** | **$1,320.60** |
| **Cost of Goods Sold** | |
| Merchandise Purchases | 5,714.94 |
| **Total for Cost of Goods Sold** | **$5,714.94** |
| **Gross Profit** | **-$4,394.34** |
| **Expenses** | |
| Bank Service Charges | 8.00 |
| Computer and Internet Expenses | 1,514.90 |
| Contract Services | 4,360.00 |
| Interest Expense | -2.33 |
| Office Supplies | 30.28 |
| Payroll Expenses | $976.53 |
| Taxes | 404.98 |
| Wages | 2,516.93 |
| **Total for Payroll Expenses** | **$3,898.44** |
| Sales Tax - State of Mississipp | 315.39 |
| Utilities | 309.34 |
| **Total for Expenses** | **$10,434.02** |
| **Net Operating Income** | **-$14,828.36** |
| **Net Other Income** | |
| **Net Income** | **-$14,828.36** |

**Accrual Basis  Monday, March 09, 2026 12:20 PM GMTZ**