United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                  Case No. 25-01234-JAW

Beckham Jewelry, LLC                                                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Apr 20, 2026 | Form ID: hn010jaw | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

**Recip ID**     **Recipient Name and Address**
dbpos     +  Beckham Jewelry, LLC, 1867 Crane Ridge Drive, Ste A150, Jackson, MS 39216-4982

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Christopher J. Steiskal, Sr.
     on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
     cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
     on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Jennifer A Curry Calvillo
     on behalf of Debtor In Possession Beckham Jewelry  LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Robert B. Ireland, III
     on behalf of Creditor TDLDC Retail I  LLC rireland@watkinseager.com, kleblanc@watkinseager.com

Steven Usry

District/off: 0538-3           User: mssbad           Page 2 of 2

Date Rcvd: Apr 20, 2026           Form ID: hn010jaw           Total Noticed: 1

on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr

on behalf of Debtor In Possession Beckham Jewelry LLC trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

William E McLeod

on behalf of Creditor McLeod & Associates P.A. bmcleod@eptaxlaw.com,
lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jlewis@eptaxlaw.com

TOTAL: 9

Form hn010jaw (07/21)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **Beckham Jewelry, LLC**

          **DEBTOR.**

**CASE NO. 25–01234–JAW**

**CHAPTER 11**

### RESET NOTICE OF STATUS CONFERENCE

      You are hereby notified that the Court will hold a status conference on May 19, 2026 at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, on the following:

      To discuss status of confirmation

Dated: 4/20/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

Parties Noticed:

Beckham Jewelry, LLC, Debtor

Jennifer A. Curry Calvillo, Esq., Counsel for the Debtor

Thomas C. Rollins, Esq., Counsel for the Debtor

Craig M. Geno, Esq., Subchapter V Trustee

Office of the United States Trustee

Steven Usry, Counsel for the Unites States Trustee

Robert Ireland, Esq., Counsel for TDLDC Retail I, LLC

All Parties Filing a Notice of Appearance