**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        **BECKHAM JEWELRY, LLC**              **CASE NO.   25-01234-JAW**

              **DEBTOR(S)**                         **CHAPTER   11**

---

### UNITED STATES TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7

---

COMES NOW David W. Asbach, Acting United States Trustee for Region 5 ("UST"), by and through undersigned counsel, and files this Motion to Convert to Chapter 7, and in support thereof respectfully submits the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 1112 and the order granting automatic reference to this court.  This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b).

2. The UST has standing to bring this motion pursuant to 11 U.S.C. § 307 and § 112(b).

3. On May 14, 2025, Beckham Jewelry, LLC ("Debtor"), filed a voluntary Chapter 11 Subchapter V petition for relief.  The Debtor is currently acting as the debtor-in-possession in this case; Craig M. Geno was appointed to serve as the Subchapter-V Trustee and is still serving in that capacity.

4. On June 18, 2025, the UST held and concluded the Debtor's chapter 11 § 341 meeting of creditors.  [DKT. #78].

5. Debtor filed its original Sub-V Plan on October 1, 2025, and a hearing was set for November 18, 2025.  [DKT. #146 and #147] However, that hearing was continued, and Debtor filed an amended Sub-V Plan on January 16, 2026, which was set for hearing on March 24, 2026.  [DKT. #176 and #178].  During the March 24, 2026,

hearing, it was decided that, instead of proceeding with confirmation, status conferences would be set, the first being on April 20, 2026, and ultimately another on May 19, 2026. [DKT. #199 and #208].

6. Over the course of this case, it has become clear that Debtor is unable to fund its Sub-V Plan as written or any plan at all. Debtor provided the UST, the Sub-V Trustee, and creditors with weekly financial updates which served to illustrate Debtor's inability to fund a plan. Debtor's principle attempted to sell his personal house in order to inject the estate with cash, but as was stated at the May 19, 2026, hearing, the house has not sold. There simply is not enough income to continue in a chapter 11.

7. With some exceptions, after proper notice and a hearing, "the court shall convert a case under [chapter 11] to a case under chapter 7 or dismiss a case under [chapter 11], whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate." 11 U.S.C. § 1112(b)(1) (2010).

8. Pursuant to § 1112(b)(4), grounds for cause exist to convert this case to a chapter 7 proceeding. These grounds for cause include, but are not limited to, the absence of a reasonable likelihood of rehabilitation. Even if the Sub-V Plan was confirmed, the Debtor has exhibited an inability to effectuate substantial consummation of it. Considering the remaining inventory Debtor still possesses, the UST believes this case is better suited for conversion.

9.      The UST reserves the right to provide additional grounds for cause to convert this case to a chapter 7 proceeding at any hearing on this matter.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee prays for an order converting this case to a chapter 7 proceeding.  The United States Trustee further prays for all general and equitable relief to which entitled.

RESPECTFULLY SUBMITTED, this the 29th of May 2026.

DAVID W. ASBACH
Acting United States Trustee
Region 5, Districts of
Louisiana and Mississippi

By:     */s/Abigail M. Marbury*
        ABIGAIL M. MARBURY

ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL:  (601) 965-5245
EMAIL:  abigail.m.marbury@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on the below-named individual(s) this day via first class U.S. Mail at the address listed below or electronically served via the electronic mail address on file with the Court's CM/ECF system:

T.C. Rollins            Craig M Geno
*Attorney for Debtor*      *Subchapter-V Trustee*

DATED, this the 29th day of May 2026.

By:    */s/Abigail M. Marbury*
       ABIGAIL M. MARBURY