United States Bankruptcy Court

Southern District of Mississippi

In re:

Beckham Jewelry, LLC

     Debtor

Case No. 25-01234-JAW

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: hn002jaw | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Beckham Jewelry, LLC, 1867 Crane Ridge Drive, Ste A150, Jackson, MS 39216-4982 |
| cr | + | McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402, UNITED STATES 39402-2636 |
| 5510830 | + | Barnes, Bailey, & Jano, 5 Riverbend Place, Ste A, Flowood, MS 39232-7618 |
| 5510831 | + | Brian Beckham, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |
| 5521880 | + | Brian Beckham, 2 Ashley Park Dr, Jackson MS 39206-6156 |
| 5510832 | + | Dazzle Imports, 5555 Glendridge Connec, Ste 200, Atlanta, GA 30342-4815 |
| 5510833 | + | Dynasty Casting, 644 Shrewsberry Common, Shrewsbury, PA 17361-1617 |
| 5510834 | | Eldar, Inc, 3068 N 2700 E, Forrest, IL 61741 |
| 5540383 | + | Euler Hermes agent for NIVODA LIMITED, 100 International dr 22nd floor, Baltimore MD 21202-4783 |
| 5510835 | + | Gary Carriere, 725 Woodland St., Sulphur, LA 70663-1046 |
| 5510836 | + | Hakimi Diamond Corp, 15 W 47th ST, New York, NY 10036-3305 |
| 5510837 | + | Heera Moti, Inc, 15 W 47th St, Ste 808, New York, NY 10036-3327 |
| 5510839 | + | Kelly Waters, P.O. Box 240924, Boston, MA 02124-0016 |
| 5510840 | + | Kerry Whitt, Co, 125 Deaton Rd, Owens Cross Roads, AL 35763-9553 |
| 5545609 | + | Labrilliante LLC, 330 Washington St., PMB 231, Hoboken NJ 07030-4883 |
| 5510841 | + | Lamha, 20 W 47st St, Ste 807, New York, NY 10036-4298 |
| 5537019 | + | McLeod & Associates, P.A., William E. McLeod, 10 Professional Parkway, Hattiesburg, MS 39402-2636 |
| 5510842 | + | McLeod & Rigel, PA, 10 Professional Pkwy, Hattiesburg, MS 39402-2636 |
| 5510843 | + | Nivoda, 580 5th Ave, Ste 2508, New York, NY 10036-4771 |
| 5510844 | + | Overnight Mountings, I, 1400 Plaza Ave, New Hyde Park, NY 11040-4921 |
| 5512957 | + | Robert B. Ireland, III, Esq., Watkins & Eager PLLC, Atty for TDLDC Retail I, LLC, P.O. Box 650, Jackson, MS 39205-0650 |
| 5510845 | | S. Kashi, 175 Road Ste 204, Great Neck, NY 11021 |
| 5536425 | + | S. Kashi, 175 Great Neck Rd, Ste 204, Great Neck, NY 11021-3313 |
| 5510846 | | Stuller, P.O. Box 87777, Lafayette, LA 70598-7777 |
| 5510847 | + | TDLDC Retail I, LLC, Robert B. Ireland, III, P O Box 650, Jackson MS 39205-0650 |
| 5510848 | + | TR Jewelry Concepts, 2707 Mt. Rushmore Rd, Rapid City, SD 57701-5324 |
| 5510854 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5517310 | + | US ATTORNEY GENERAL, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENW, WASHINGTON, DC 20003 |
| 5510849 | + | WLBT, 715 S Jefferson St, Jackson, MS 39201-5622 |
| 5518214 | + | WLBT Television, c/o Szabo Associates, Inc., 3355 Lenox Road NE, Suite 945, Atlanta, GA 30326-1357 |
| 5536434 | + | William E. McLeod, McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402-2636 |
| 5523162 | + | William E. McLeod, Esq, McLEOD & ASSOCIATES, P.A., Counsel for McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402-2636 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5534824 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 19:37:37 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5530428 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2026 19:37:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5517306 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2026 19:31:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P O Box 7346, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: hn002jaw | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 5510838 | | Email/Text: carolyn.allen@co.hinds.ms.us | Jun 02 2026 19:31:00 | Hinds Co Tax Collector, P.O. Box 1727, Jackson, MS 39215-1727 |
| 5514050 | + | Email/Text: carolyn.allen@co.hinds.ms.us | Jun 02 2026 19:31:00 | Hinds County Tax Collector, 316 South President St, Jackson MS 39201-4801 |
| 5517307 | + | Email/Text: ebone.woods@usdoj.gov | Jun 02 2026 19:31:00 | IRS, C/O US ATTORNEY, 501 EAST COURT ST, STE. 4.430, JACKSON, MS 39201-5025 |
| 5517308 | + | Email/Text: bankruptcy@kapitus.com | Jun 02 2026 19:31:00 | KAPITUS, 2500 WILSON BLVD, STE, ARLINGTON, VA 22201-3873 |
| 5537114 | + | Email/Text: bankruptcy@kapitus.com | Jun 02 2026 19:31:00 | Kapitus Servicing, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5517309 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jun 02 2026 19:31:00 | MS DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 22808, JACKSON, MS 39225-2808 |
| 5510852 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jun 02 2026 19:31:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5510853 | + | Email/Text: ebone.woods@usdoj.gov | Jun 02 2026 19:31:00 | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5510850 | | Email/Text: atlreorg@sec.gov | Jun 02 2026 19:31:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | Joshua Norris, PLLC |
| acc | | Joshua Norris, PLLC |
| cr | | Kapitus |
| intp | | Litchfield Carlyle, LLC |
| op | | Mason Magnum |
| cr | | Stuller, Inc. |
| cr | | TDLDC Retail I, LLC |
| op | | Wilkerson, Inc. |
| 5510851 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5523163 | *+ | William E. McLeod, Esq, McLEOD & ASSOCIATES, P.A., Counsel for McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402-2636 |

TOTAL: 8 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                     Signature:          /s/Gustava Winters

District/off: 0538-3        User: mssbad        Page 3 of 3

Date Rcvd: Jun 02, 2026        Form ID: hn002jaw        Total Noticed: 44

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Craig M. Geno | cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Jennifer A Curry Calvillo | on behalf of Debtor In Possession Beckham Jewelry LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert B. Ireland, III | on behalf of Creditor TDLDC Retail I LLC rireland@watkinseager.com, kleblanc@watkinseager.com |
| Steven Usry | on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Beckham Jewelry LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| William E McLeod | on behalf of Creditor McLeod & Associates P.A. bmcleod@eptaxlaw.com, lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jlewis@eptaxlaw.com |

TOTAL: 10

Form hn002jaw (Rev. 07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

   **Beckham Jewelry, LLC**

     **CASE NO. 25–01234–JAW**

    **DEBTOR.**

     **CHAPTER 11**

**NOTICE OF HEARING AND DEADLINES**

The United States Trustee has filed a United States Trustee's Motion to Convert to Chapter 7 (the "Motion") (Dkt. #212) with the Court in the above–styled case.

<u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on June 25, 2026, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before June 23, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

   Dated: 6/2/26

      Danny L. Miller, Clerk of Court
      U.S. Bankruptcy Court
      Thad Cochran U.S. Courthouse
      501 E. Court Street
      Suite 2.300
      Jackson, MS 39201
      601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

Parties Noticed:

All Parties and Creditors Listed on the Court's Mailing Matrix