**Fill in this information to identify the case:**

Debtor Name Beckham Jewelry, LLC

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 25-01234-JAW

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: May 2026

Date report filed: ____________ MM / DD / YYYY

Line of business: Custom Jewelry

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Brian Beckham

Original signature of responsible party [signature]

Printed name of responsible party Brian Beckham

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name ______________________ Case number ______________________

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** — $ 46,883.95

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. — $ 3,556.84

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. — − $ 5,159.73

22. **Net cash flow** — + $ -1,602.89

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** — = $ 45,273.26

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** — $ 0.00

*(Exhibit E)*

Debtor Name ______________________ Case number______________________

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 3
27. What is the number of employees as of the date of this monthly report? 3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 243,142.63
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | – | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 6,000.00 | – | $ 3,556.84 | = | $ 2,443.16 |
| 33. **Cash disbursements** | $ 6,000.00 | – | $ 5,159.73 | = | $ 840.27 |
| 34. **Net cash flow** | $ 0.00 | – | $ -1,602.89 | = | $ -1,602.89 |

35. Total projected cash receipts for the next month: $ 0.00
36. Total projected cash disbursements for the next month: - $ 0.00
37. Total projected net cash flow for the next month: = $ 0.00

Debtor Name ______________________ Case number______________________

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



385A Highland Colony Pkwy
Ridgeland, MS 39157

## STATEMENT OF ACCOUNT

| ACCOUNT NO | STATEMENT ENDING | PAGE |
|---|---|---|
| *****0160 | 05/29/2026 | Page 1 |

BECKHAM JEWELRY LLC
DEBTOR IN POSSESSION ACCOUNT
TRUST ACCOUNT
1867 CRANE RIDGE DRIVE SUITE 150A
JACKSON MS 39216

### ***CHECKING***

| | | | |
|---|---|---|---|
| DEBTOR IN POSSESSION | | Images | 0 |
| Account Number | XXXXXXXX0160 | Statement Dates 5/01/26 thru | 5/31/26 |
| Previous Balance | 4,297.14 | Days in this statement period: | 31 |
| 1 Deposits/Credits | 70.08 | | |
| 7 Checks/Debits | 2,000.00 | | |
| Cycle Service Charge | .00 | Interest Earned | .17 |
| Interest Paid | .17 | Annual Percentage Yield Earned | 0.05% |
| Current Balance | 2,367.39 | 2026 Interest Paid | 2.02 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.00 | $.00 |
| Return item fees | $.00 | $.00 |

**Deposits and Additions**

| Date | Description | Amount |
|---|---|---|
| 5/18 | AC- INTUIT [redacted]5621 TAX BECKHAM JEWELRY LLC | 70.08 |
| 5/31 | Interest Deposit | .17 |

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 5/14 | Web Xfer From/To: [redacted]0160-D /[redacted]9864-D | 200.00- |
| 5/22 | Web Xfer From/To: [redacted]0160-D /[redacted]9864-D | 200.00- |
| 5/26 | Web Xfer From/To: [redacted]0160-D /[redacted]9864-D | 200.00- |
| 5/26 | Web Xfer From/To: [redacted]0160-D /[redacted]9864-D | 200.00- |
| 5/26 | Web Xfer From/To: [redacted]0160-D /[redacted]9864-D | 500.00- |




SUGGESTIONS TO HELP YOU BALANCE YOUR BANK STATEMENT
LIST OUTSTANDING CHECKS BELOW

| CHECK NO. | AMOUNT | | CHECK NO. | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

ENTER HERE

BANK BALANCE SHOWN ON THIS STATEMENT → $

PLUS DEPOSITS NOT INCLUDED ON THIS STATEMENT →

TOTAL →

LESS-TOTAL OF OUTSTANDING CHECKS (FROM ABOVE) →

BE SURE ALL CHARGES HAVE BEEN DEDUCTED FROM YOUR CHECKBOOK.

THIS IS YOUR BANK BALANCE →

PLEASE EXAMINE YOUR STATEMENT IMMEDIATELY UPON RECEIPT. IF NO ERROR IS REPORTED WITHIN THE TIME SPECIFIED IN THE APPLICABLE DEPOSIT AGREEMENT, THE ACCOUNT AND THIS STATEMENT IS CONSIDERED CORRECT.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 1-888-811-PLUS (7587) Outside Metro-Jackson or 601-664-PLUS (7587) Metro-Jackson
for Hearing Impaired Customers 1-888-226-5758 Outside Metro-Jackson or 601-664-1978 Metro-Jackson
or write us at
**Bank**Plus Electronic Fund Transfer Inquiries
385A Highland Colony Pkwy
Ridgeland, MS 39157

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Please refer to **Bank**Plus Schedule of Fees for research fees.

**This Electronic Funds transfer notice is applicable to only consumer accounts.**

**JMBP**



***CHECKING***

DEBTOR IN POSSESSION XXXXXXXX0160 (Continued)

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 5/27 | Web Xfer From/To: [redacted]0160-D [redacted]9864-D | 200.00- |
| 5/28 | Web Xfer From/To: [redacted]0160-D [redacted]9864-D | 500.00- |

**Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 4,297.14 | 5/22 | 3,967.22 | 5/28 | 2,367.22 |
| 5/14 | 4,097.14 | 5/26 | 3,067.22 | 5/31 | 2,367.39 |
| 5/18 | 4,167.22 | 5/27 | 2,867.22 | | |



385A Highland Colony Pkwy
Ridgeland, MS 39157

## STATEMENT OF ACCOUNT

| ACCOUNT NO | STATEMENT ENDING | PAGE |
|---|---|---|
| *****9864 | 05/29/2026 | Page 1 |

BECKHAM JEWELRY LLC
DEBOTOR IN POSSESSION ACCOUNT
OPERATING ACCOUNT
1867 CRANE RIDGE DRIVE SUITE 150A
JACKSON MS 39216

***CHECKING***

| | | | |
|---|---|---|---|
| DEBTOR IN POSSESSION | | Images | 1 |
| Account Number | XXXXXXXX9864 | Statement Dates | 5/01/26 thru 5/31/26 |
| Previous Balance | 393.20 | Days in this statement period: | 31 |
| 15 Deposits/Credits | 5,486.76 | | |
| 65 Checks/Debits | 5,159.73 | | |
| Cycle Service Charge | 8.00 | Interest Earned | .03 |
| Interest Paid | .03 | Annual Percentage Yield Earned | 0.06% |
| Current Balance | 712.26 | 2026 Interest Paid | 2.97 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.00 | $.04 |
| Return item fees | $.00 | $.00 |

**Deposits and Additions**

| Date | Description | Amount |
|---|---|---|
| 5/01 | AC- Lightspeed Lightspeed BECKHAM CUSTOM JEWELRY | 97.20 |
| 5/01 | RTP deposit from Lightspeed Pa yment USA via STRIPE PAYMENTS COMPANY | 199.73 |
| 5/04 | AC- Lightspeed Lightspeed BECKHAM CUSTOM JEWELRY | 380.39 |
| 5/07 | AC- Lightspeed Lightspeed BECKHAM CUSTOM JEWELRY | 109.30 |
| 5/12 | ITM Deposit | 55.35 |
| 5/14 | Web Xfer From/To: [redacted]0160-D /2000799864-D | 200.00 |
| 5/14 | AC- Lightspeed Lightspeed BECKHAM CUSTOM JEWELRY | 1,969.09 |



SUGGESTIONS TO HELP YOU BALANCE YOUR BANK STATEMENT
LIST OUTSTANDING CHECKS BELOW

| CHECK NO. | AMOUNT | | CHECK NO. | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

ENTER HERE

BANK BALANCE SHOWN ON THIS STATEMENT → $

PLUS DEPOSITS NOT INCLUDED ON THIS STATEMENT →

TOTAL →

LESS-TOTAL OF OUTSTANDING CHECKS (FROM ABOVE) →

BE SURE ALL CHARGES HAVE BEEN DEDUCTED FROM YOUR CHECKBOOK.

THIS IS YOUR BANK BALANCE →

PLEASE EXAMINE YOUR STATEMENT IMMEDIATELY UPON RECEIPT. IF NO ERROR IS REPORTED WITHIN THE TIME SPECIFIED IN THE APPLICABLE DEPOSIT AGREEMENT, THE ACCOUNT AND THIS STATEMENT IS CONSIDERED CORRECT.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 1-888-811-PLUS (7587) Outside Metro-Jackson or 601-664-PLUS (7587) Metro-Jackson
for Hearing Impaired Customers 1-888-226-5758 Outside Metro-Jackson or 601-664-1978 Metro-Jackson
or write us at
**Bank**Plus Electronic Fund Transfer Inquiries
385A Highland Colony Pkwy
Ridgeland, MS 39157

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Please refer to **Bank**Plus Schedule of Fees for research fees.

**This Electronic Funds transfer notice is applicable to only consumer accounts.**

**JMBP**



***CHECKING***

DEBTOR IN POSSESSION XXXXXXXX9864 (Continued)

**Deposits and Additions**

| Date | Description | Amount |
|---|---|---|
| 5/22 | Web Xfer From/To: 0160-D 9864-D | 200.00 |
| 5/26 | AC- Lightspeed Lightspeed BECKHAM CUSTOM JEWELRY | 15.68 |
| 5/26 | Web Xfer From/To: 0160-D 9864-D | 200.00 |
| 5/26 | Web Xfer From/To: 0160-D 9864-D | 200.00 |
| 5/26 | Web Xfer From/To: 0160-D 9864-D | 500.00 |
| 5/27 | Web Xfer From/To: 0160-D / 9864-D | 200.00 |
| 5/28 | Web Xfer From/To: 0160-D 9864-D | 500.00 |
| 5/28 | AC- Lightspeed Lightspeed BECKHAM CUSTOM JEWELRY | 660.02 |
| 5/31 | Interest Deposit | .03 |

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 5/01 | LITTLE CAESARS #155 DBT CRD 1335 05/01/26 0215 801-268-3400MS Card# 2161 | 17.96- |
| 5/01 | WENDYS #20200 POS DEB 1538 04/30/26 4442 4920 I 55 N JACKSONMS C# 2161 | 19.62- |
| 5/01 | MS.GOV SOS DBT CRD 1905 04/30/26 5915 EGOV.COMMS Card# 2161 | 27.59- |
| 5/01 | MS.GOV SOS DBT CRD 1905 04/30/26 5915 EGOV.COMMS Card# 2161 | 53.14- |
| 5/01 | OPENAI* CHATGPT CREDIT DBT CRD 1611 05/01/26 0008 OPENAI.COMCA Card# 2161 | 100.00- |
| 5/04 | GOOGLE *CLOUD J4H7vB DBT CRD 1420 05/02/26 6053 g.co/helppay#CA Card# 2161 | 5.70- |
| 5/04 | OPENAI* CHATGPT CREDIT DBT CRD 1844 05/03/26 0007 | 20.00- |



***CHECKING***

DEBTOR IN POSSESSION XXXXXXXX9864 (Continued)

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| | OPENAI.COMCA<br>Card# 2161 | |
| 5/04 | OPENAI* CHATGPT CREDIT<br>DBT CRD 0429 05/04/26 0024<br>OPENAI.COMCA<br>Card# 2161 | 20.00- |
| 5/04 | OPENAI* CHATGPT CREDIT<br>DBT CRD 1110 05/02/26 0085<br>OPENAI.COMCA<br>Card# 2161 | 100.00- |
| 5/04 | EXTRA SPACE 6387<br>DBT CRD 1729 05/02/26 9146<br>888-5869658MS<br>Card# 2161 | 122.00- |
| 5/04 | ATM W/D 2015 05/01/26 0219<br>BANKPLUS<br>1200 EASTOVER DRIVE STE<br>JACKSONMS C# 2161 | 200.00- |
| 5/05 | OPENAI* CHATGPT CREDIT<br>DBT CRD 1848 05/05/26 0010<br>OPENAI.COMCA<br>Card# 2161 | 20.00- |
| 5/05 | OPENAI* CHATGPT CREDIT<br>DBT CRD 2219 05/04/26 0025<br>OPENAI.COMCA<br>Card# 2161 | 40.00- |
| 5/05 | OPENAI* CHATGPT CREDIT<br>DBT CRD 1853 05/05/26 0012<br>OPENAI.COMCA<br>Card# 2161 | 40.00- |
| 5/06 | OPENAI* CHATGPT CREDIT<br>DBT CRD 2055 05/05/26 0018<br>OPENAI.COMCA<br>Card# 2161 | 60.00- |
| 5/07 | TWILIO INC<br>DBT CRD 0918 05/07/26 0126<br>WWW.TWILIO.COCA<br>Card# 2161 | 40.00- |
| 5/08 | OPENAI* CHATGPT CREDIT<br>DBT CRD 0737 05/08/26 0071<br>OPENAI.COMCA<br>Card# 2161 | 60.00- |
| 5/11 | FASTLANE DRIVE<br>POS DEB 1301 05/10/26 1332<br>JACKSONMS<br>Card# 2161 | 6.47- |
| 5/11 | DOLLAR TREE<br>POS DEB 1518 05/09/26 3104<br>1220 E NORTHSIDE DR STE<br>JACKSONMS C# 2161 | 13.61- |



***CHECKING***

DEBTOR IN POSSESSION XXXXXXXX9864 (Continued)

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 5/11 | LITTLE CAESARS #155<br>POS DEB 1703 05/10/26 4611<br>4525 N STATE ST<br>JACKSONMS C# 2161 | 14.15- |
| 5/11 | WALGREENS STORE 1497 CANT<br>POS DEB 1531 05/09/26 6103<br>JACKSONMS<br>Card# 2161 | 28.06- |
| 5/11 | DGM #1<br>POS DEB 2352 05/09/26 2296<br>JACKSONMS<br>Card# 2161 | 30.14- |
| 5/11 | BURGER KING #6676<br>DBT CRD 1900 05/10/26 6492<br>JACKSONMS<br>Card# 2161 | 34.79- |
| 5/11 | OPENAI* CHATGPT CREDIT<br>DBT CRD 1200 05/11/26 0036<br>OPENAI.COMCA<br>Card# 2161 | 100.00- |
| 5/15 | PAYPAL *SHIPFLYEED<br>DBT CRD 0719 05/15/26 7932<br>402-935-7733CA<br>Card# 2161 | 14.99- |
| 5/15 | ATM W/D 1209 05/14/26 3974<br>BANKPLUS<br>1200 EASTOVER DRIVE STE<br>JACKSONMS C# 2161 | 50.00- |
| 5/15 | KROGER #345<br>POS DEB 2242 05/14/26 4945<br>4910 155 NORTH<br>JACKSONMS C# 2161 | 106.37- |
| 5/15 | ATM W/D 1208 05/14/26 3973<br>BANKPLUS<br>1200 EASTOVER DRIVE STE<br>JACKSONMS C# 2161 | 150.00- |
| 5/15 | ATM W/D 2310 05/14/26 0916<br>BANKPLUS<br>1200 EASTOVER DRIVE STE<br>JACKSONMS C# 2161 | 150.00- |
| 5/15 | Amazon web services<br>DBT CRD 1858 05/15/26 8631<br>aws.amazon.coWA<br>Card# 2161 | 281.85- |
| 5/18 | SPRINT MART 119<br>POS DEB 1712 05/16/26 3768<br>JACKSONMS<br>Card# 2161 | 23.03- |
| 5/18 | CORNER MARKET<br>DBT CRD 2040 05/16/26 0235 | 38.52- |



***CHECKING***

DEBTOR IN POSSESSION XXXXXXXX9864 (Continued)

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| | JACKSONMS<br>Card# 2161 | |
| 5/18 | WALGREENS STORE 1497 CANT<br>POS DEB 1919 05/17/26 170<br>JACKSONMS<br>Card# 2161 | 69.94- |
| 5/18 | GOOGLE *CLOUD MCwwP8<br>DBT CRD 1515 05/16/26 9458<br>g.co/HelpPay#CA<br>Card# 2161 | 200.00- |
| 5/18 | ATM W/D 2350 05/16/26 1037<br>BANKPLUS<br>1200 EASTOVER DRIVE STE<br>JACKSONMS C# 2161 | 300.00- |
| 5/19 | CORNER MARKET<br>POS DEB 1136 05/18/26 8634<br>JACKSONMS<br>Card# 2161 | 19.59- |
| 5/19 | CORNER MARKET<br>POS DEB 1938 05/18/26 5463<br>JACKSONMS<br>Card# 2161 | 125.88- |
| 5/19 | ATM W/D 2235 05/18/26 4072<br>BANKPLUS<br>1200 EASTOVER DRIVE STE<br>JACKSONMS C# 2161 | 300.00- |
| 5/20 | OPENAI* CHATGPT CREDIT<br>DBT CRD 1946 05/19/26 0016<br>OPENAI.COMCA<br>Card# 2161 | 100.00- |
| 5/21 | OPENAI<br>DBT CRD 1949 05/20/26 0017<br>OPENAI.COMCA<br>Card# 2161 | 20.00- |
| 5/21 | PRIME COMM<br>DBT CRD 1951 05/20/26 7887<br>SAN ANTONIOTX<br>Card# 2161 | 48.00- |
| 5/22 | REVELL ACE NORTH JACKSO<br>DBT CRD 2257 05/21/26 9214<br>JACKSONMS<br>Card# 2161 | 9.71- |
| 5/26 | DGM #1<br>DBT CRD 2227 05/22/26 0651<br>JACKSONMS<br>Card# 2161 | 10.76- |
| 5/26 | CONTEXTSTREAM<br>DBT CRD 0414 05/26/26 0008<br>CONTEXTSTREAMCA<br>Card# 2161 | 15.00- |



***CHECKING***

DEBTOR IN POSSESSION XXXXXXXX9864 (Continued)

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 5/26 | OPENAI* CHATGPT CREDIT DBT CRD 1541 05/24/26 [redacted]0002 OPENAI.COMCA Card# 2161 | 20.00- |
| 5/26 | OPENAI* CHATGPT CREDIT DBT CRD 0400 05/26/26 [redacted]0018 OPENAI.COMCA Card# 2161 | 20.00- |
| 5/26 | WAFFLE HOUSE 1506 DBT CRD 1051 05/24/26 [redacted]2017 PEARLMS Card# 2161 | 31.25- |
| 5/26 | WALGREENS STORE 1100 HIGH POS DEB 1914 05/24/26 [redacted]5813 MADISONMS Card# 2161 | 35.01- |
| 5/26 | LOWE S #2620 POS DEB 1903 05/24/26 [redacted]9225 MADISONMS Card# 2161 | 35.27- |
| 5/26 | GITHUB, INC. DBT CRD 1141 05/26/26 [redacted]0136 GITHUB.COMCA Card# 2161 | 56.65- |
| 5/26 | CIRCLE K # 23738 POS DEB 1514 05/23/26 [redacted]7837 JACKSONMS Card# 2161 | 59.06- |
| 5/26 | TWILIO INC DBT CRD 0905 05/23/26 [redacted]0137 WWW.TWILIO.COCA Card# 2161 | 100.00- |
| 5/26 | OPENAI* CHATGPT CREDIT DBT CRD 2007 05/22/26 [redacted]0014 OPENAI.COMCA Card# 2161 | 100.00- |
| 5/26 | OPENAI* CHATGPT CREDIT DBT CRD 0508 05/23/26 [redacted]0051 OPENAI.COMCA Card# 2161 | 100.00- |
| 5/26 | ATM W/D 1522 05/25/26 [redacted]1435 BANKPLUS 1200 EASTOVER DRIVE STE JACKSONMS C# 2161 | 250.00- |
| 5/27 | EXTRA SPACE 6387 DBT CRD 1825 05/27/26 [redacted]9159 888-5869658MS Card# 2161 | 100.50- |
| 5/27 | EXTRA SPACE 6387 DBT CRD 1825 05/27/26 [redacted]9159 | 122.40- |



***CHECKING***

DEBTOR IN POSSESSION XXXXXXXX9864 (Continued)

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| | 888-5869658MS<br>Card# 2161 | |
| 5/27 | AC- Entergy Services<br>Bill Pay<br>Brian Beckhan | 272.40- |
| 5/28 | TST* BRAVO ITALIAN RESTAU<br>POS DEB 0444 05/28/26 6675<br>4500 I 55 N STE 244<br>JACKSONMS C# 2161 | 60.70- |
| 5/28 | ATM W/D 0029 05/28/26 1542<br>BANKPLUS<br>1200 EASTOVER DRIVE STE<br>JACKSONMS C# 2161 | 150.00- |
| 5/29 | SHELL OIL 52337830492<br>DBT CRD 0826 05/29/26 6347<br>JACKSONMS<br>Card# 2161 | 2.47- |
| 5/29 | PP*PP THE ROKU CHANNEL<br>DBT CRD 0706 05/29/26 7740<br>402-935-7733CA<br>Card# 2161 | 6.81- |
| 5/29 | PAYPAL *NETFLIX.COM<br>DBT CRD 2020 05/28/26 1750<br>402-935-7733CA<br>Card# 2161 | 9.71- |
| 5/29 | AC- PAYPAL<br>PURCHASE<br>BRIAN BECKHAM | 100.00- |
| 5/29 | AC- ATT<br>RETRY PYMT<br>Beckham Jewerly LLC | 320.63- |
| 5/29 | Service Charge | 8.00- |

**Balance By Date**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 471.82 | 5/12 | 61.94 | 5/22 | 423.15 |
| 5/04 | 384.51 | 5/14 | 2,231.03 | 5/26 | 505.83 |
| 5/05 | 284.51 | 5/15 | 1,477.82 | 5/27 | 210.53 |
| 5/06 | 224.51 | 5/18 | 846.33 | 5/28 | 1,159.85 |
| 5/07 | 293.81 | 5/19 | 400.86 | 5/29 | 712.23 |
| 5/08 | 233.81 | 5/20 | 300.86 | 5/31 | 712.26 |
| 5/11 | 6.59 | 5/21 | 232.86 | | |