**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: BECKHAM JEWELRY, LLC,**               **CASE NO: 25-01234-JAW**

**DEBTOR.**                                                      **CHAPTER 11**

---

**RESPONSE TO U.S. TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7**

---

Without waiving any rights it may have to object to discharge, Creditor TDLDC Retail I, LLC responds that it does not contest the United States Trustee's Motion [Dkt. 212] to convert this matter to a liquidation proceeding under Chapter 7.

RESPECTFULLY SUBMITTED, this 23rd day of June, 2026.

**TDLDC RETAIL I, LLC**

By:     */s/* Robert B. Ireland, III
          Robert B. Ireland, III (MSB # 100708)
          WATKINS & EAGER PLLC
          Post Office Box 650
          Jackson, Mississippi 39205-0650
          Telephone:  (601) 965-1900
          E-Mail:  rireland@watkinseager.com

## CERTIFICATE OF SERVICE

I, Robert B. Ireland, III, do hereby certify that I have caused to be served the above and foregoing pleading on all parties requesting notice by using the ECF filing system of the court:

> Thomas Carl Rollins, Jr.
> trollins@therollinsfirm.com
>
> Jennifer A. Curry Calvillo
> jennifer@therollinsfirm.com
>
> Craig M. Geno, Trustee
> cmgeno@cmgenolaw.com
>
> Christopher J. Steiskal, Sr., U.S. Trustee
> Christopher.j.steiskal@usdoj.gov

This 23rd day of June, 2026.

*/s/ Robert B. Ireland, III*
ROBERT B. IRELAND, III

2