**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**       **BECKHAM JEWELRY, LLC**                                   **CHAPTER 11**
              **Debtor**                                                              **CASE NO. 25-01234-JAW**

### JOINDER IN MOTION TO CONVERT TO CHAPTER 7

COMES NOW Craig M. Geno, the Subchapter V Trustee in this case (the "Trustee"), and files this his Notice of Joinder in the *Motion to Convert to Chapter 7* (the "Motion") **[DK #212]**, filed herein by the Office of the United States Trustee (the "UST"), and would respectfully show until this Honorable Court as follows, to-wit:

1.       The Trustee joins in the Motion the same as if copied verbatim herein.

2.       Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully prays that upon a hearing hereof, this Honorable Court will enter its order granting the Motion.  The Trustee prays for general relief.

THIS, the 23rd day of June, 2026.

                                                        Respectfully submitted,

                                                        CRAIG M. GENO, SUBCHAPTER V TRUSTEE

                                                        By His Attorneys,

                                                        LAW OFFICES OF GENO AND STEISKAL, PLLC


                                                        By: */s/ Craig M. Geno*
                                                                Craig M. Geno

-2-

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Pleadings\Joinder in UST's Mot to Convert 6-22-26.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Abigail M. Marbury, Esq.
Assistant United States Trustee
abigail.m.marbury@usdoj.gov

THIS, the 23rd day of June, 2026.

/s/ Craig M. Geno
Craig M. Geno