June 18,2026

U.S. Bankruptcy Court
Southern District of Mississippi
Judge Jamie Wilson
Thad Cochran U.S. Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

RE: Case No.25-01234-JAW, Beckham Jewelry, L.L.C.
     Trustee's Motion to Convert Chapter 11 to Chapter 7 (Dkt. #212)

Dear Judge Wilson,

This letter is to adamantly oppose the motion to convert this bankruptcy to Chapter 7. I own a wholesale diamond/jewelry business (Carriere International) and cover 9 states, whereby; I sell to fine jewelry stores. I have sold product to Brian Beckham since 2020 and never had a problem with nonpayment, nor receiving postdated checks. On 10/2/2024, I visited with him and he purchased $11,285 of worth of jewelry and provided me with 6 checks for 11/2024-04/2024, all of which came back NSF. Except for 1 time, all of our attempts to reach Mr. Beckham were with no success. He was either sick, in the hospital or going through a divorce. I visited the store on 02/25/2025 and he was not there, but was told by an employee that most of our product was still in the vault, but that she could not release it to me. I was able to speak with him in April 2025 where he promised to send funds. Afterwards, we were told he was filing chapter 11, having a "going out of business sale" and we could contact his attorney. Of course, he sold all of our product in the "going out of business sale".

My purpose for writing to you today and providing you with this background is that I feel he was so in-debt in October 2024, that he took product from me knowing he could not pay for it. Converting from Chapter 11 to Chapter 7 would be providing Mr. Beckham an easy way to avoid paying those he owes.

I will be at the upcoming hearing on Thursday 06/25/2026 and would appreciate the opportunity of speaking to the court.

With Best Regards,

Paul Gary Carriere
Carriere International
725 Woodland St
Sulphur LA 70663
832-206-9449

 **CapitalOne**  P.O. Box 85504
Richmond, VA 23285-5504
Date:December 06, 2024 Advice D-10025

Sub: 0000000000

Cash Item: 360/8317058439

### Checks returned as unpaid

Hello, you recently deposited a check(s) into Account #8317058439. The check(s) has been returned to us as unpaid, so we adjusted your account balance accordingly. Below is a legal copy of the check(s) that can be deposited just like the original(s). You may want to contact the person(s) who wrote you the check(s) for specific questions before attempting to deposit the check(s) again.

Paul Gary Carriere or
Lorna K Balser
725 Woodland St
Sulphur, LA 706631046

000743 OSR 1:1

| Maker Name | Reason | Seq# | Item Amount |
|---|---|---|---|
| | NSF 1st | 13001452 | $1,880.83 |

| | | |
|---|---|---|
| 1 Item(s) Charged Back | | $1,880.83 |
| Total debited from account | | $1,880.83 D |

**
12/06/2024
13001452
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

NOT SUFFICIENT FUNDS

12/03/2024

**NOT SUFFICIENT FUNDS**

BECKHAM JEWELRY LLC
120 DISTRICT BLVD SUITE D-110
JACKSON, MS 39211

3386

DATE 11-15-24

PAY TO THE ORDER OF _Gary Carriere_                    $ 1,880.83

One Thousand eight hundred eighty dollar & 83/100 _____ DOLLARS

**BankPlus**

FOR 22243 / 22241

⑈003386⑈  ⑆065301918⑈  ⑆8708415018⑈  ⑈0000188083⑈

 ⑈003386⑈

BHGQ 000743 01/01

BHGQ-CPONCS1

**BECKHAM JEWELRY LLC**
120 DISTRICT BLVD SUITE D-110
JACKSON, MS 39211

3387

85-194/653

DATE 12-15-24

PAY TO THE ORDER OF _Gary Carriere_     $ 1,880.83

One Thousand eight hundred eighty dollars & 83/100     DOLLARS

**Bank**Plus
It's more than a name. It's a promise.

FOR 22242 / 22241

Brian Beckham

⑈003387⑈ ⑆065301948⑆ 48208416011⑈

---

**BECKHAM JEWELRY LLC**
120 DISTRICT BLVD SUITE D-110
JACKSON, MS 39211

3388

85-194/653

DATE 1-15-24

PAY TO THE ORDER OF _Gary Carriere_     $ 1,880.83

One Thousand eightyhundred eighty dollars & 83/100     DOLLARS

**Bank**Plus
It's more than a name. It's a promise.

FOR 22242 / 22241

Brian Beckham

⑈003388⑈ ⑆065301948⑆ 48208416011⑈

---

**BECKHAM JEWELRY LLC**
120 DISTRICT BLVD SUITE D-110
JACKSON, MS 39211

3389

85-194/653

DATE 2-15-25

PAY TO THE ORDER OF _Gary Carriere_     $ 1,880.83

One Thousand eight hundred eighty dollars & 83/100     DOLLARS

**Bank**Plus
It's more than a name. It's a promise.

FOR 22242 / 22241

Brian Beckham

⑈003389⑈ ⑆065301948⑆ 48208416011⑈

**BECKHAM JEWELRY LLC**
120 DISTRICT BLVD SUITE D-110
JACKSON, MS 39211

3390

85-194/653

DATE 3-15-25

CHECK ARMOR

PAY TO THE ORDER OF Gary Carriere   $ 1,880.85

One Thousand eight hundred eighty dollar & 85/100 DOLLARS

BankPlus
It's more than a name. It's a promise.

FOR 22242/22241

Brian Beck   VP

⑈003390⑈

---

**BECKHAM JEWELRY LLC**
120 DISTRICT BLVD SUITE D-110
JACKSON, MS 39211

3391

85-194/653

DATE 4-15-25

CHECK ARMOR

PAY TO THE ORDER OF Gary Carriere   $ 1,880.83

One Thousand eight hundred eighty dollars & 83/100 DOLLARS

BankPlus
It's more than a name. It's a promise.

FOR 22242/22241

Brian Beck   VP

⑈003391⑈