

**Scan QR code to schedule a pickup**

**Domestic Shipments**
- To qualify for the letter rate, correspondence, urgent docu 8 oz. or less. UPS Express enve or weighing more than 8 oz. w

**International Shipments**
- The UPS Express envelope ma value. Certa n countries consid ups.com/importexport to veri

- To qualify for the letter rate, t UPS express envelopes weighi

**Note:** UPS Express envelopes electronic media containing sen Do not send cash or cash equiva

Visit

App



1 OF 1

LTR
US Bankruptcy Court
Southern District of Mississippi
RECEIVED
JUN 23 2026

Barry Miller, Clerk of Court
_____, Deputy Clerk

LORNA CARRIERE
2146930990
CARRIERE INTL
725 WOODLAND ST
SULPHUR LA 70663

SHIP TO:
JUDGE JAMIE WILSON
6016084600
U.S. BANKRUPTCY CT, S. DIST OF MS
THAD COCHRAN U.S. COURTHOUSE
501 E. COURT ST, STE 2.300
JACKSON MS 39201

MS 392 9-05

UPS 2ND DAY AIR

TRACKING #: 1Z 2E6 96V A6 9619 9016

2

Servi you for United Parcel Se

For information ab personal informat

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.