

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **IN RE:** | **BECKHAM JEWELRY, LLC** | **CASE NO.** | **25-01234-JAW** |
| | **DEBTOR(S)** | **CHAPTER** | **11** |

## ORDER GRANTING THE UNITED STATES TRUSTEE'S
## MOTION TO CONVERT TO CHAPTER 7
## [DKT. #212]

THIS DAY THIS CAUSE came on for hearing on the United States Trustee for Region 5's ("UST") Motion to Convert to Chapter 7 (DKT. #212), the Debtor's Response thereto (DKT. #217), the Response by TDLCD Retail I, LLC thereto (DKT. #218), the Subchapter-V Trustee's Joinder in the UST's Motion (DKT. #219), and the Objection of Paul Guy Carriere of Carriere International (DKT. #220). After fully considering the matter, the Court is of the opinion that the UST's Motion should be granted; therefore,

**IT IS ORDERED** that the UST's Motion to Convert to Chapter 7 (DKT. #212) is granted, and this case shall be and is hereby converted to Chapter 7.

**##END OF ORDER##**

**ORDER SUBMITTED BY:**

*/s/Abigail M. Marbury*
ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL:  (601) 965-5245
EMAIL: abigail.m.marbury@usdoj.gov