United States Bankruptcy Court

Southern District of Mississippi

In re:

Beckham Jewelry, LLC

    Debtor

Case No. 25-01234-JAW

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jun 26, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

**Recip ID**    **Recipient Name and Address**
dbpos    +  Beckham Jewelry, LLC, 1867 Crane Ridge Drive, Ste A150, Jackson, MS 39216-4982

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026        Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Abigail M. Marbury
    on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Christopher J. Steiskal, Sr.
    on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com
kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
    cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Craig M. Geno
    on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Jennifer A Curry Calvillo
    on behalf of Debtor In Possession Beckham Jewelry  LLC jennifer@therollinsfirm.com,
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Robert B. Ireland, III

District/off: 0538-3

User: mssbad

Page 2 of 2

Date Rcvd: Jun 26, 2026

Form ID: pdf012

Total Noticed: 1

on behalf of Creditor TDLDC Retail I LLC rireland@watkinseager.com, kleblanc@watkinseager.com

Steven Usry

on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr

on behalf of Debtor In Possession Beckham Jewelry LLC trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

William E McLeod

on behalf of Creditor McLeod & Associates P.A. bmcleod@eptaxlaw.com,
lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jlewis@eptaxlaw.com

TOTAL: 10

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **BECKHAM JEWELRY, LLC**      **CASE NO.  25-01234-JAW**

            **DEBTOR(S)**              **CHAPTER  11**

---

### ORDER GRANTING THE UNITED STATES TRUSTEE'S
### MOTION TO CONVERT TO CHAPTER 7
### [DKT. #212]

---

THIS DAY THIS CAUSE came on for hearing on the United States Trustee for Region 5's ("UST") Motion to Convert to Chapter 7 (DKT. #212), the Debtor's Response thereto (DKT. #217), the Response by TDLCD Retail I, LLC thereto (DKT. #218), the Subchapter-V Trustee's Joinder in the UST's Motion (DKT. #219), and the Objection of Paul Guy Carriere of Carriere International (DKT. #220). After fully considering the matter, the Court is of the opinion that the UST's Motion should be granted; therefore,

**IT IS ORDERED** that the UST's Motion to Convert to Chapter 7 (DKT. #212) is granted, and this case shall be and is hereby converted to Chapter 7.

**##END OF ORDER##**

**ORDER SUBMITTED BY:**

*/s/Abigail M. Marbury*
ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL:  (601) 965-5245
EMAIL: abigail.m.marbury@usdoj.gov