United States Bankruptcy Court

Southern District of Mississippi

In re:

Beckham Jewelry, LLC

　　　Debtor

Case No. 25-01234-JAW

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: 309D | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beckham Jewelry, LLC, 1867 Crane Ridge Drive, Ste A150, Jackson, MS 39216-4982 |
| aty | + | Abigail M. Marbury, Office of the U.S. Trustee, 501 E Court Street Suite 6-430, Jackson, MS 39201-5022 |
| aty | + | Christopher J. Steiskal, Sr., 601 Renaissance Way, Suite A, Ridgeland, MS 39157-6038 |
| aty | + | Jennifer A Curry Calvillo, The Rollins Law Firm, 702 W. Pine St, Hattiesburg, MS 39401-3836 |
| aty | + | Robert B. Ireland, III, Watkins & Eager PLLC, P.O. Box 3858, Jackson, MS 39207-3858 |
| aty | + | Steven Usry, DOJ-Ust, 501 E. Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| cr | + | McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402, UNITED STATES 39402-2636 |
| cr | + | Paul Gary Carriere, Carriere International, 725 Woodland St, Sulphur, LA 70663-1046 |
| 5510830 | + | Barnes, Bailey, & Jano, 5 Riverbend Place, Ste A, Flowood, MS 39232-7618 |
| 5510831 | + | Brian Beckham, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |
| 5521880 | + | Brian Beckham, 2 Ashley Park Dr, Jackson MS 39206-6156 |
| 5510832 | + | Dazzle Imports, 5555 Glendridge Connec, Ste 200, Atlanta, GA 30342-4815 |
| 5510833 | + | Dynasty Casting, 644 Shrewsberry Common, Shrewsbury, PA 17361-1617 |
| 5510834 | | Eldar, Inc, 3068 N 2700 E, Forrest, IL 61741 |
| 5540383 | + | Euler Hermes agent for NIVODA LIMITED, 100 International dr 22nd floor, Baltimore MD 21202-4783 |
| 5510835 | + | Gary Carriere, 725 Woodland St., Sulphur, LA 70663-1046 |
| 5510836 | + | Hakimi Diamond Corp, 15 W 47th ST, New York, NY 10036-3305 |
| 5510837 | + | Heera Moti, Inc, 15 W 47th St, Ste 808, New York, NY 10036-3327 |
| 5510839 | + | Kelly Waters, P.O. Box 240924, Boston, MA 02124-0016 |
| 5510840 | + | Kerry Whitt, Co, 125 Deaton Rd, Owens Cross Roads, AL 35763-9553 |
| 5545609 | + | Labrilliante LLC, 330 Washington St., PMB 231, Hoboken NJ 07030-4883 |
| 5510841 | + | Lamha, 20 W 47st St, Ste 807, New York, NY 10036-4298 |
| 5537019 | + | McLeod & Associates, P.A., William E. McLeod, 10 Professional Parkway, Hattiesburg, MS 39402-2636 |
| 5510842 | + | McLeod & Rigel, PA, 10 Professional Pkwy, Hattiesburg, MS 39402-2636 |
| 5510843 | + | Nivoda, 580 5th Ave, Ste 2508, New York, NY 10036-4771 |
| 5510844 | + | Overnight Mountings, I, 1400 Plaza Ave, New Hyde Park, NY 11040-4921 |
| 5689280 | + | Paul Gary Carriere, Gary Carriere, 725 Woodland St, Sulphur LA 70663-1046 |
| 5512957 | + | Robert B. Ireland, III, Esq., Watkins & Eager PLLC, Atty for TDLDC Retail I, LLC, P.O. Box 650, Jackson, MS 39205-0650 |
| 5510845 | | S. Kashi, 175 Road Ste 204, Great Neck, NY 11021 |
| 5536425 | + | S. Kashi, 175 Great Neck Rd, Ste 204, Great Neck, NY 11021-3313 |
| 5510846 | | Stuller, P.O. Box 87777, Lafayette, LA 70598-7777 |
| 5510847 | + | TDLDC Retail I, LLC, Robert B. Ireland, III, P O Box 650, Jackson MS 39205-0650 |
| 5510848 | + | TR Jewelry Concepts, 2707 Mt. Rushmore Rd, Rapid City, SD 57701-5324 |
| 5510854 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5517310 | + | US ATTORNEY GENERAL, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENW, WASHINGTON, DC 20003 |
| 5510849 | + | WLBT, 715 S Jefferson St, Jackson, MS 39201-5622 |
| 5518214 | + | WLBT Television, c/o Szabo Associates, Inc., 3355 Lenox Road NE, Suite 945, Atlanta, GA 30326-1357 |
| 5536434 | + | William E. McLeod, McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402-2636 |
| 5523162 | + | William E. McLeod, Esq, McLEOD & ASSOCIATES, P.A., Counsel for McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402-2636 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

District/off: 0538-3                          User: mssbad                          Page 2 of 3
Date Rcvd: Jun 29, 2026                       Form ID: 309D                         Total Noticed: 54

| | | | | |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Jun 29 2026 20:02:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | Email/Text: trustee@hrkcpa.com | Jun 29 2026 20:03:00 | Stephen Smith, 1052 Highland Colony Pkwy, Suite 100, Ridgeland, MS 39157-8764 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jun 29 2026 20:03:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5534824 | + | Email/PDF: bncnotices@becket-lee.com | Jun 29 2026 20:07:54 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5530428 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2026 20:07:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5517306 | | EDI: IRS.COM | Jun 30 2026 00:01:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5510838 | | Email/Text: carolyn.allen@co.hinds.ms.us | Jun 29 2026 20:03:00 | Hinds Co Tax Collector, P.O. Box 1727, Jackson, MS 39215-1727 |
| 5514050 | + | Email/Text: carolyn.allen@co.hinds.ms.us | Jun 29 2026 20:03:00 | Hinds County Tax Collector, 316 South President St, Jackson MS 39201-4801 |
| 5517307 | + | Email/Text: ebone.woods@usdoj.gov | Jun 29 2026 20:03:00 | IRS, C/O US ATTORNEY, 501 EAST COURT ST, STE 4.430, JACKSON, MS 39201-5025 |
| 5517308 | + | Email/Text: bankruptcy@kapitus.com | Jun 29 2026 20:03:00 | KAPITUS, 2500 WILSON BLVD, STE, ARLINGTON, VA 22201-3873 |
| 5537114 | + | Email/Text: bankruptcy@kapitus.com | Jun 29 2026 20:03:00 | Kapitus Servicing, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5517309 | | EDI: MSDOR | Jun 30 2026 00:01:00 | MS DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 22808, JACKSON, MS 39225-2808 |
| 5510852 | | EDI: MSDOR | Jun 30 2026 00:01:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5510853 | + | Email/Text: ebone.woods@usdoj.gov | Jun 29 2026 20:03:00 | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5510850 | | Email/Text: atlreorg@sec.gov | Jun 29 2026 20:03:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | Joshua Norris, PLLC |
| acc | | Joshua Norris, PLLC |
| cr | | Kapitus |
| intp | | Litchfield Carlyle, LLC |
| op | | Mason Magnum |
| cr | | Stuller, Inc. |
| cr | | TDLDC Retail I, LLC |
| op | | Wilkerson, Inc. |
| aty | *+ | William E McLeod, McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402-2636 |
| 5510851 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5523163 | *+ | William E. McLeod, Esq, McLEOD & ASSOCIATES, P.A., Counsel for McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402-2636 |

TOTAL: 8 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0538-3        User: mssbad        Page 3 of 3

Date Rcvd: Jun 29, 2026        Form ID: 309D        Total Noticed: 54

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026        Signature:        /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set
## United States Bankruptcy Court Southern District of Mississippi

---

**Information to identify the case:**

Debtor

**Beckham Jewelry, LLC**

Name

EIN  **46–2604016**

United States Bankruptcy Court of the Southern District of Mississippi

Case number:  **25–01234–JAW**

Date case filed in chapter **11**          **5/14/25**
Date case converted to chapter  **7**     **6/26/26**

---

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

---

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

---

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Beckham Jewelry, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 1867 Crane Ridge Drive Ste A150 Jackson, MS 39216 | |
| 4. **Debtor's attorney** Name and address | Thomas Carl Rollins Jr The Rollins Law Firm, PLLC PO BOX 13767 Jackson, MS 39236 | Contact phone 601–500–5533 Email trollins@therollinsfirm.com |
| 5. **Bankruptcy trustee** Name and address | Stephen Smith 1052 Highland Colony Pkwy Suite 100 Ridgeland, MS 39157 | Contact phone 601–605–0722 Email trustee@hrkcpa.com |
| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse 501 E. Court Street Suite 2.300 Jackson, MS 39201 | **Office Hours:** **Monday – Friday 8:00 AM – 5:00 PM** **Contact phone: 601–608–4600** **Date: 6/29/26** |
| 7. **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 7, 2026 at 10:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Stephen Smith Zoom video meeting. Go to zoom.us/join, enter Meeting ID 403 113 1551 and Passcode 2220976269 , OR call 769–215–6920.** **For additional meeting information go to www.justice.gov/ust/moc** |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set (12/15)**     page **1**

Debtor   **Beckham Jewelry, LLC**                                           Case number **25–01234–JAW**

| | | |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim**<br>(except governmental units): | **Filing deadline: 7/23/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/10/25** |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |