United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 25-01234-JAW

Beckham Jewelry, LLC                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                         User: mssbad                              Page 1 of 2
Date Rcvd: Jul 16, 2026                      Form ID: pdf012                        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID            Recipient Name and Address**
db           +   Beckham Jewelry, LLC, 1867 Crane Ridge Drive, Ste A150, Jackson, MS 39216-4982
acc          +   Harper, Rains, Knight & Company, P.A., 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157-8764

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

**Name                    Email Address**

Abigail M. Marbury
                         on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov

Christopher J. Steiskal, Sr.
                         on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com
                         kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com

Craig M. Geno
                         on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com  kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com

Eileen N. Shaffer
                         on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com

Jennifer A Curry Calvillo
                         on behalf of Debtor Beckham Jewelry  LLC jennifer@therollinsfirm.com,
                         jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 16, 2026 | Form ID: pdf012 | Total Noticed: 2 |

Robert B. Ireland, III
    on behalf of Creditor TDLDC Retail I  LLC rireland@watkinseager.com, kleblanc@watkinseager.com

Stephen Smith
    trustee@hrkcpa.com  MS02@ecfcbis.com

Steven Usry
    on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr
    on behalf of Debtor Beckham Jewelry  LLC trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

William E McLeod
    on behalf of Creditor McLeod & Associates  P.A. bmcleod@eptaxlaw.com,
lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jlewis@eptaxlaw.com

TOTAL: 11



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 16, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                         CHAPTER 7

BECKHAM JEWELRY, LLC                          CASE NO. 25-01234-JAW

### ORDER APPROVING APPLICATION OF TRUSTEE
### TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS

**THIS CAUSE** having come on for consideration of the Application of Trustee to Employ Certified Public Accountants [Dkt. # 229 ], filed by **J. Stephen Smith**, Trustee, and the Court, having considered said Application, is of the opinion that the Application should be approved.

**IT IS, THEREFORE, ORDERED** that the employment of Harper, Rains, Knight & Company, P.A. as Certified Public Accountants for the Trustee be and it is hereby approved.

**IT IS FURTHER ORDERED** that Harper, Rains, Knight & Company, P.A. shall be entitled to receive compensation and to receive reimbursement of actual necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016, and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts so allowed.

**##END OF ORDER##**

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for J. Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com