**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341(a) MEETING**
**08/07/2026**

**IN RE:**                                          **CASE NUMBER:  25-01234-JAW**

**BECKHAM JEWELRY, LLC**

APPEARANCES:
(✘) DEBTOR 1                                        ( ) DEBTOR 2 (Wife in Joint Cases)
   ( ) Required picture I.D. produced               ( ) Required picture I.D. produced
   ( ) Required SSN verification produced           ( ) Required SSN verification produced
   ( ) Pay advices received                         ( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed.
Tax returns received for _____ (years) on _____ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
(✘) DEBTOR'S REPRESENTATIVE *Mr. Beckham – Sole owner.* _____
(✘) ATTORNEY FOR DEBTOR(S): JENNIFER A CURRY CALVILLO or substitute: *TC Rollins*.
( ) DEBTOR(S) APPEARED PRO SE
   ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
   ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
( ) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF _____, 20____ AT
   _____ O'CLOCK ___.M.

(✘) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

(✘) CREDITOR(S) _~~Beck~~_ *Monica Wilson – cash deposit paid –*

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____
_____
_____

In accordance with Rule 6007 FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: *(asset case)* _____
_____
_____
_____
_____

DATED: 08/07/2026

_____
STEPHEN SMITH, TRUSTEE

Track # *037* _____ or  Tape # _____, Side _____ Counter Start# _____