UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:                                                    CHAPTER 7

    BECKHAM JEWELRY, LLC                        CASE NO. 25-01234-JAW


## TRUSTEE'S NOTICE OF CHANGE OF STATUS

COMES NOW, the undersigned trustee in the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the trustee has discovered assets which may result in a distribution to creditors of the estate.

Therefore, it is requested that a notice to file claims should be mailed to all creditors of record.

Dated: August 11, 2026

Respectfully submitted,

Stephen Smith, Trustee