United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01234-JAW
Beckham Jewelry, LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Aug 12, 2026 Form ID: n023 Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beckham Jewelry, LLC, 1867 Crane Ridge Drive, Ste A150, Jackson, MS 39216-4982 |
| acc | + | Harper, Rains, Knight & Company, P.A., 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157-8764 |
| cr | + | McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402, UNITED STATES 39402-2636 |
| cr | + | Paul Gary Carriere, Carriere International, 725 Woodland St, Sulphur, LA 70663-1046 |
| 5510830 | + | Barnes, Bailey, & Jano, 5 Riverbend Place, Ste A, Flowood, MS 39232-7618 |
| 5510831 | + | Brian Beckham, 120 District Blvd, Ste D110, Jackson, MS 39211-6304 |
| 5521880 | + | Brian Beckham, 2 Ashley Park Dr, Jackson MS 39206-6156 |
| 5510832 | + | Dazzle Imports, 5555 Glendridge Connec, Ste 200, Atlanta, GA 30342-4815 |
| 5510833 | + | Dynasty Casting, 644 Shrewsberry Common, Shrewsbury, PA 17361-1617 |
| 5510834 | | Eldar, Inc, 3068 N 2700 E, Forrest, IL 61741 |
| 5540383 | + | Euler Hermes agent for NIVODA LIMITED, 100 International dr 22nd floor, Baltimore MD 21202-4783 |
| 5510835 | + | Gary Carriere, 725 Woodland St., Sulphur, LA 70663-1046 |
| 5510836 | + | Hakimi Diamond Corp, 15 W 47th ST, New York, NY 10036-3305 |
| 5510837 | + | Heera Moti, Inc, 15 W 47th St, Ste 808, New York, NY 10036-3327 |
| 5706467 | + | Joshua Norris PLLC, 2906 N State Street, Ste 207, Jackson MS 39216-4231 |
| 5510839 | + | Kelly Waters, P.O. Box 240924, Boston, MA 02124-0016 |
| 5510840 | + | Kerry Whitt, Co, 125 Deaton Rd, Owens Cross Roads, AL 35763-9553 |
| 5545609 | + | Labrilliante LLC, 330 Washington St., PMB 231, Hoboken NJ 07030-4883 |
| 5510841 | + | Lamha, 20 W 47st St, Ste 807, New York, NY 10036-4298 |
| 5537019 | + | McLeod & Associates, P.A., William E. McLeod, 10 Professional Parkway, Hattiesburg, MS 39402-2636 |
| 5510842 | + | McLeod & Rigel, PA, 10 Professional Pkwy, Hattiesburg, MS 39402-2636 |
| 5695577 | + | Monica S. Wilson, 309 Feather Gln., Ridgeland, MS 39157-8703 |
| 5510843 | + | Nivoda, 580 5th Ave, Ste 2508, New York, NY 10036-4771 |
| 5510844 | + | Overnight Mountings, I, 1400 Plaza Ave, New Hyde Park, NY 11040-4921 |
| 5689280 | + | Paul Gary Carriere, Gary Carriere, 725 Woodland St, Sulphur LA 70663-1046 |
| 5512957 | + | Robert B. Ireland, III, Esq., Watkins & Eager PLLC, Atty for TDLDC Retail I, LLC, P.O. Box 650, Jackson, MS 39205-0650 |
| 5510845 | | S. Kashi, 175 Road Ste 204, Great Neck, NY 11021 |
| 5536425 | + | S. Kashi, 175 Great Neck Rd, Ste 204, Great Neck, NY 11021-3313 |
| 5510846 | | Stuller, P.O. Box 87777, Lafayette, LA 70598-7777 |
| 5510847 | + | TDLDC Retail I, LLC, Robert B. Ireland, III, P O Box 650, Jackson MS 39205-0650 |
| 5510848 | + | TR Jewelry Concepts, 2707 Mt. Rushmore Rd, Rapid City, SD 57701-5324 |
| 5704475 | + | The Rollins Law Firm, PLLC, P.O. Box 13767, Jackson, MS 39236-3767 |
| 5510854 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5517310 | + | US ATTORNEY GENERAL, US DEPT OF JUSTICE, 950 PENNSYLVANIA AVENW, WASHINGTON, DC 20003 |
| 5510849 | + | WLBT, 715 S Jefferson St, Jackson, MS 39201-5622 |
| 5518214 | + | WLBT Television, c/o Szabo Associates, Inc., 3355 Lenox Road NE, Suite 945, Atlanta, GA 30326-1357 |
| 5536434 | + | William E. McLeod, McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402-2636 |
| 5523162 | + | William E. McLeod, Esq, McLEOD & ASSOCIATES, P.A., Counsel for McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402-2636 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5534824 | + | Email/PDF: bncnotices@becket-lee.com | Aug 12 2026 19:57:06 | American Express, P.O. Box 981537, El Paso, TX |

| | | | |
|---|---|---|---|
| | | | 79998-1537 |
| 5530428 | Email/PDF: bncnotices@becket-lee.com | Aug 12 2026 19:57:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5517306 | EDI: IRS.COM | Aug 12 2026 23:49:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5510838 | Email/Text: carolyn.allen@co.hinds.ms.us | Aug 12 2026 19:55:00 | Hinds Co Tax Collector, P.O. Box 1727, Jackson, MS 39215-1727 |
| 5514050 | + Email/Text: carolyn.allen@co.hinds.ms.us | Aug 12 2026 19:55:00 | Hinds County Tax Collector, 316 South President St, Jackson MS 39201-4801 |
| 5517307 | + Email/Text: ebone.woods@usdoj.gov | Aug 12 2026 19:55:00 | IRS, C/O US ATTORNEY, 501 EAST COURT ST, STE 4.430, JACKSON, MS 39201-5025 |
| 5517308 | + Email/Text: bankruptcy@kapitus.com | Aug 12 2026 19:55:00 | KAPITUS, 2500 WILSON BLVD, STE, ARLINGTON, VA 22201-3873 |
| 5537114 | + Email/Text: bankruptcy@kapitus.com | Aug 12 2026 19:55:00 | Kapitus Servicing, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 5517309 | EDI: MSDOR | Aug 12 2026 23:49:00 | MS DEPT OF REVENUE, BANKRUPTCY SECTION, PO BOX 22808, JACKSON, MS 39225-2808 |
| 5510852 | EDI: MSDOR | Aug 12 2026 23:49:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5510853 | + Email/Text: ebone.woods@usdoj.gov | Aug 12 2026 19:55:00 | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5510850 | Email/Text: atlreorg@sec.gov | Aug 12 2026 19:55:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | Joshua Norris, PLLC |
| acc | | Joshua Norris, PLLC |
| cr | | Kapitus |
| intp | | Litchfield Carlyle, LLC |
| op | | Mason Magnum |
| cr | | Stuller, Inc. |
| cr | | TDLDC Retail I, LLC |
| op | | Wilkerson, Inc. |
| 5510851 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5523163 | *+ | William E. McLeod, Esq, McLEOD & ASSOCIATES, P.A., Counsel for McLeod & Associates, P.A., 10 Professional Parkway, Hattiesburg, MS 39402-2636 |

TOTAL: 8 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Craig M. Geno | on behalf of Trustee Craig M. Geno cmgeno@cmgenolaw.com kcarter@cmgenolaw.com,cmgeno@ecf.courtdrive.com |
| Eileen N. Shaffer | on behalf of Trustee Stephen Smith eshaffer@eshaffer-law.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Beckham Jewelry LLC jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Robert B. Ireland, III | on behalf of Creditor TDLDC Retail I LLC rireland@watkinseager.com, kleblanc@watkinseager.com |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Steven Usry | on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov |
| Thomas Carl Rollins, Jr | on behalf of Debtor Beckham Jewelry LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| William E McLeod | on behalf of Creditor McLeod & Associates P.A. bmcleod@eptaxlaw.com, lmcallister@eptaxlaw.com;mphelps@eptaxlaw.com;jlewis@eptaxlaw.com |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:** **Case No.:** 25−01234−JAW

Beckham Jewelry, LLC
1867 Crane Ridge Drive
Ste A150
Jackson, MS 39216

**Chapter** 7

Social Security/ Individual Taxpayer ID/ Employer Tax ID/ Other Nos.:
46−2604016

**Debtor*

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **November 10, 2026**.

Creditors who do not file a proof of claim on or before the date might not share in any distribution from the debtor's estate.

A proof of claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office. The proof of claim may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of the proof of claim or you may access the court's PACER system (Public Access to Court Electronic Records) at www.pacer.gov to view your filed proof of claim.

There is no fee for filing a claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Address of the Bankruptcy Court:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Date: 8/12/26 Danny L. Miller, Clerk of Court

---

**Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

Form n023 Rev. 12/15 (B2040)