**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

BECKHAM JEWELRY, LLC CASE NO. 25-01234-JAT

## APPLICATION OF TRUSTEE TO EMPLOY AUCTIONEER

**COMES NOW**, **Stephen Smith,** the duly appointed, qualified and acting Trustee herein, and files this Application for the appointment of Taylor Auction & Realty, Inc. whose services will be utilized as the auctioneer in the sale of  of this estate.

1. That Stephen Smith, Trustee (hereinafter referred to as "Trustee") represents that in the administration of the above captioned and numbered cause and in the performance of his duties as Trustee, it will be necessary for said Trustee to employ an auctioneer to liquidate assets of the bankruptcy estate.

2. Applicant desires to employ Benny Taylor of Taylor Auction & Realty, Inc. (“Taylor”) of Grenada, Mississippi as auctioneer for the performance of said services herein. An Affidavit supporting this statement is attached hereto as **Exhibit “A”**.

3. That said auctioneer is fully qualified and his employment would be in the best interest of this Bankruptcy Estate.

**WHEREFORE, PREMISES CONSIDERED**, Stephen Smith, Trustee, prays that he be authorized to retain Benny Taylor and Taylor Auction & Realty, Inc. as his auctioneer.

Respectfully submitted,

STEPHEN SMITH
CHAPTER 7 TRUSTEE

BY: ______________________
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006
eshaffer@eshaffer-law.com

**CERTIFICATE OF SERVICE**

I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, electronically mailed or electronically transmitted via ECF Noticing, a true and correct copy of the above and foregoing Application of Trustee to Employ Auctioneer to the following on the day and year hereinafter set forth:

Benny Taylor
P.O. Box 357
Grenada, MS 38902

TC Rollins, Jr., Esq.
Jennifer A. Calvillo, Esq.
Attorneys for Debtor
trollins@therollinsfirm.com
Jennifer@therollinsfirm.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the 31st day of August, 2026.

EILEEN N. SHAFFER