**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

BECKHAM JEWELRY, LLC CASE NO. 25-02134-JAW

**AFFIDAVIT**

1. I am Benny Taylor of Taylor Auction & Realty, Inc.

2. I maintain an office located at15488 Highway 51 North, Grenada, Mississippi 38902; phone number of (662) 226-2080.

3. To the best of my knowledge, I do not represent any interest adverse to the debtor or her Estate, except that I may, from time to time, have been engaged with various entities who may be creditors, parties in interest, or their attorneys or accountants, in regard to matters not connected with this case and not involving Applicant or their affairs.

4. I have no connection with the debtor, creditors, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

[signature]
BENNY TAYLOR

**SWORN TO AND SUBSCRIBED BEFORE ME**, this the 31st day of August, 2026.

[signature]
NOTARY PUBLIC

My Commission Expires:
Aug. 27, 2029

★ STATE OF MISSISSIPPI ★
STEPHANIE L. WHITEHURST, NOTARY PUBLIC
GRENADA COUNTY
MY COMMISSION EXPIRES AUGUST 27, 2029
COMMISSION NUMBER 106528

**EXHIBIT "A"**