**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

BECKHAM JEWELRY, LLC CASE NO. 25-01234-JAW

**ORDER APPROVING APPLICATION OF TRUSTEE FOR**
**APPROVAL OF EMPLOYMENT OF AUCTIONEER**

**THIS MATTER** came on for the Court's consideration on the Application of Trustee for Approval to Employ Benny Taylor and Taylor Auction & Realty, Inc. [Dkt. #____] to assist him in liquidating real property of the bankruptcy estate. The Court, having considered said Application, and otherwise being fully advised, is of the opinion that the Application should be approved.

That, said auctioneer has no connection with the debtor, or any of the creditors herein, and has no interest adverse to the Trustee or any creditors, and that this employment would be to the best interest of this estate.

**IT IS THEREFORE, ORDERED** that the Trustee be, and he is hereby authorized and directed to employ Benny Taylor and Taylor Auction & Realty, Inc., as his auctioneer in this cause.

**##END OF ORDER##**

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com