**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

BECKHAM JEWELRY, LLC CASE NO. 25-01234-JAW

**TRUSTEE'S MOTION FOR APPROVAL OF AUCTION CONTRACT/ PROPOSAL, SALE OF PROPERTY, FREE AND CLEAR OF LIENS, AND APPROVAL OF AUCTIONEER'S COMMISSION AND EXPENSES**

**COMES NOW**, Stephen Smith, Trustee, and files this his *Trustee's Motion for Approval of Auction Contract/Proposal, Approval of Sale of Property, Free and Clear of Liens, and Approval of Auctioneer's Commission and Expenses* ("Auction Motion"), and would show unto the Court as follows:

1. That Stephen Smith, Trustee ("Trustee") represents that in the administration of the above captioned and numbered cause, and in the performance of his duties as Trustee, it will be

2. That the Trustee requests authority to enter into an *Online Only Auction Contract/Proposal* with Taylor Auction & Realty, Inc. regarding the Properties.

5. The terms and conditions of the sale are outlined in the Auction Contract/Proposal attached hereto and incorporated herein as **Exhibit "A"**.

6. That the auction for the **furniture, fixtures and equipment** is set for **Monday, October 12, 2026 at 8:00 a.m. CST** with a soft closing set for **Wednesday, October 21, 2026 at 10:00 a.m. CST.** Bidders can register and bid at www.taylorauction.com on these days. A description and photographs of the property will be available.

7. That the auction for the **inventory** is set for **Monday, October 26, 2026 at 8:00 a.m. CST** with a soft closing on **Tuesday, November 10, 2026 at 10:00 a.m. CST.**

8. That Taylor Auction & Realty, Inc. is requesting compensation of twenty-five percent

(25%) commission assessed on items selling under $1,000.00, commission of twenty percent (20%) assessed on items selling over $1,001.00 and a ten percent (10%) buyer's premium assessed, plus estimated advertising and marketing expenses of $2,250.00 for the furniture, fixtures and equipment campaign and $4,250.00 for the inventory campaign.

**WHEREFORE, PREMISES CONSIDERED**, Stephen Smith, Trustee respectfully requests that this Court enter an Order giving him authority to:

- Approve the terms and conditions of the *On-line Only Auction/Contract Proposal* for the sale of the furniture, fixtures and equipment and the inventory;
- Pay the commission and expenses of Taylor Auction & Realty, Inc. incurred in the on-line auctions; and,
- For such other relief as is deemed just.

Respectfully submitted,

STEPHEN SMITH
CHAPTER 7 TRUSTEE

By: ______________________________
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006
Email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, attorney for Trustee, do hereby certify that I have mailed by United States Mail, postage prepaid, or electronically transmitted via CM/ECF Noticing, a true and correct copy of the above and foregoing *Trustee's Motion for Approval of Auction Contract/Proposal, Approval of Sale of Property, Free and Clear of Liens and Approval of Auctioneer's Fees and Expenses*, to the following on the day and year hereinafter set forth:

Benny Taylor
Taylor Auction & Realty, Inc.
P.O. Box 357
Grenada, MS 38902

Thomas Carl Rollins, Jr., Esq.
Jennifer A. Calvillo, Esq.
Attorneys for Debtor
trollins@therollinsfirm.com
jennifer@therollinsfirm.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED,** this the 31st day of August, 2026.

EILEEN N. SHAFFER