# ONLINE AUCTION MARKETING PROPOSAL

**Presented to:**

***Mr. Stephen Smith, Chapter 7 Trustee***
**United States Bankruptcy Court for the Southern District of Mississippi**

**About:**

**Beckham Jewelry, LLC DBA Beckham Custom Jewelry Co.**
**Case No. 25-01234-JAW**

**FF & E Located at: 120 District Blvd., Suite D110**
**Jackson, MS 39211**

**Inventory located at: 15488 Hwy 51 North**
**Grenada, 38901**

**TAYLOR AUCTION & REALTY, INC.**
**www.taylorauction.com**
Grenada, MS 38901

Office Phone: 1.662.226.2080
Cell Phone: 1.662.417.0397



**EXHIBIT "A"**

## Contents

*ONLINE AUCTION MARKETING* ........................................ *3*

*PROPOSAL* ........................................ *3*

*Chapter 7 Trustee Information:* ........................................ *5*

*1. Auctioneer's Commission:* ........................................ *5*

*2. Miscellaneous Investment:* ........................................ *6*

*4. Auction Date, Location, Specific Terms and Conditions:* ........................................ *8*

*5. Chapter 7 Trustee's Responsibilities, Representations and Warranties:* ........................................ *8*

*6. General Terms of Auction Contract:* ........................................ *9*

# AUCTION CONTRACT/PROPOSAL

Taylor Auction & Realty, Inc. submits the following to:

**Chapter 7 Trustee Information:**

**Mr. Stephen Smith, Chapter 7 Trustee**
**1052 Highland Colony Parkway, Suite 100**
**Ridgeland, MS 39157**

This proposal is for marketing at auction by the online bidding platform.

**Beckham Jewelry, LLC DBA Beckham Custom Jewelry Co.**
**Case No. 25-01234-JAW**

**FF&E located at: 120 District Blvd., Suite D110**
**Jackson, MS 39211**

**Inventory located at: 15488 Hwy 51 North**
**Grenada, MS 38901**

**The proposal consists of the following aspects:**

1. **Auctioneer's Commission**
2. **Miscellaneous Investment**
3. **Advertisement Investment**
4. **Auction Date, Location, Specific Terms and Conditions**
5. **Chapter 7 Trustee's Responsibilities, Representations and Warranties**
6. **General Terms of Auction Contract**

1. **Auctioneer's Commission:**

**PERSONAL PROPERTY:**

- Auctioneer to assess a 25% Commission on items selling under $1,000.00
- Auctioneer to assess a 20% Commission on items selling over $1001.00
- Auctioneer to assess a 10% Buyer's Premium

**Our Commission Fee includes:**

- Bonded and insured auction company
- Onsite Liability Insurance $1,000,000.00
- Professional management of auction marketing and research of personal property
  - Photograph items for advertisements and websites

  - Research and promote through the internet
  - Offer an online bidding platform
- Preparation and categorization of personal property
  - Prepare online & physical auction catalog of personal property with photographs
  - Define sale order
  - Secure jewelry items in a safe at the auction facility
  - Sell furniture, fixtures, and equipment from leased premises
- Qualification of all prospective bidders for the online auction
- Professional staffing of auction personnel
  - Benny Taylor, Lead Auctioneer, 40+ years' experience
  - Ruthie Taylor, Auctioneer/Manager, 40+ years' experience
  - Adequate personnel to expedite online auction, including office staff and facilitators
- Professional Management of Transactions
  - Credit card and debit card availability
  - Responsible for funds received
  - Provide proceeds check within ten business days after completion of payment and removal period

2. ***Miscellaneous Investment:***

The Chapter 7 Trustee agrees that miscellaneous expenses incurred for the auction shall be paid from the auction proceeds before any disbursement of those proceeds. The auction company will assess a 15% administrative fee, which will be added to miscellaneous expenses to cover the auction company's cost of managing and processing those expenditures.

The auction company will provide the Chapter 7 Trustee with receipts for all expenses incurred. Miscellaneous expenses to include arranging, relocating, cleaning equipment, removing trash related to the FF&E assets, and any fees associated with employing a jewelry specialist to assist with cataloging, descriptions, setup, and general care and preservation of the collateral. The auction firm will also provide actual expense receipts associated with this auction/sale.

3. ***Advertisement Investment:***

**All media advertisements will feature pertinent information such as:**

- Description of items with photographs
- Online bidding instructions with website link
- Directions for inspection and removal
- Terms and Conditions of the auction

**Advertisement Investment** is the responsibility of the Chapter 7 Trustee. Chapter 7 Trustee and Auctioneer agree that the expenses incurred for advertisements and promotional expenses incurred for said auction/sale shall be paid from the gross proceeds of the auction/sale. Advertisement expenses are available for the Chapter 7 Trustee's approval. Our estimate will not exceed 10% of the stated amount unless the Chapter 7 Trustee approves it in writing. Tear sheets and statements are provided as confirmation of advertising placement and actual cost.

## A. Advertisement Cost Estimates: Two Campaigns

The spreadsheet below is the advertising budget for the auction.

| Advertisement Investment - $6,500.00 | FF& E Campaign | Inventory Campaign |
|---|---|---|
| **Social Media** | | |
| **Google Max Performance Ad** | 500.00 | 1,500.00 |
| **Facebook** | 500.00 | 1,000.00 |
| **Internet Advertisement placements**<br>***tayloraution.com, marknet.com***<br>***auctionzip.com, estatesales.com, estatesale.com***<br>***auctionguide.com, gotoauction.com*** | 1,000.00 | 1,500.00 |
| **Weekly Email** | 250.00 | 250.00 |
| ***Total Advertisement Investment*** | $2,250.00 | $4,250.00 |

## B. Marketing Strategy:

- **Online Catalogs and Website Preparation:**
  - World Wide Web Photograph Coverage @ taylorauction.com, auctionzip.com, estatesales.net; estatesale.com; auctionguide.com; gotoauction.com
  - Posted on Marknet Alliance Homepage – *www.marknet.com* with immediate exposure not only to our customers, but also to customers of the 65 affiliated companies located across the country.

- **Online Internet Bidding:**
  - TAR to manage the online bidding platform
  - Photographs with general listing published on www.taylorauction.com before the online bidding session
  - Online bidding session with photographs and a detailed listing will proceed for 10 days

- **Social Media:**
  - Targeted Campaign on Facebook
  - Targeted Campaign on Google

- **Executive E-mail Blast –** Taylor Auction & Realty, Inc. sends a weekly email blast to its established mail list.

### 4. *Auction Date, Location, Specific Terms and Conditions:*

**FF& E Auction Date and Time: Catalog Opens: Monday, October 12, 2026 @ 8:00 am**
**Soft Closing Date: Wednesday, October 21, 2026 @ 10:00 am**

**Inventory Auction Date and Time: Catalog Opens: Monday, October 26, 2026 @ 8:00 am**
**Soft Closing Date: Tuesday, November 10, 2026 @ 10:00 am**

**Personal Property Terms and Conditions**

- Everything sells – AS IS – WHERE IS & ABSOLUTE
- Buyers make full payment of personal property within 24 hours after the online bidding session has closed
- Personal Property items removed by buyers from both locations
- Mississippi Sales Tax Collected

**Personal Property** - Chapter 7 Trustee understands that the Auctioneer is entitled to and intends to make representations to bidders at the auction based on information provided by the Chapter 7 Trustee. Chapter 7 Trustee is solely responsible for the contents of this information and shall indemnify Auctioneer for any claims arising from information provided to the Auctioneer by the Chapter 7 Trustee.

The Auctioneer determines the time, place, manner, and all conditions of the auction, including division of the property into saleable lots. For this agreement/contract, "Lot" shall mean one or more items of property that are offered for sale as a single catalog unit. All property is sold to the highest bidder. Large lots are offered, but items are grouped according to the auctioneer's discretion.

The Chapter 7 Trustee is aware that damage and breakage may result in the Chapter 7 Trustee's items. The auctioneer and his staff use reasonable care in handling and selling the Chapter 7 Trustee's items, but are not held responsible for any damage or breakage that may occur. It is the Chapter 7 Trustee's responsibility to provide theft, fire, and/or breakage insurance until the items are sold.

### 5. *Chapter 7 Trustee's Responsibilities, Representations and Warranties:*

- Complete and sign the required auction contract
- Provide copies of any pertinent material regarding inventory documentation, etc.
- Provide any other information that would be essential – personal property interest, database of potential clients to enhance the marketing effort
- State that no other listing agreements are presently in effect regarding the personal property
- Provide descriptions of the personal property and its origins that are accurate, and that there are no restrictions on the Auctioneer's right to reproduce photographs or representations of the personal property
- Certify that all information provided is complete, true, and accurate to the best of his knowledge and belief

### 6. *General Terms of Auction Contract:*

For and in consideration of this agreement to list for sale by auction and of your efforts to find a buyer for the same, I, the Chapter 7 Trustee, hereby grant to Taylor Auction & Realty, Inc., herein known as the auction company/auctioneer, the exclusive right to sell by auction for the terms herein stated.

For your services, I, the Chapter 7 Trustee, hereby agree to pay the auction company the stated commission rate upon the sale or the execution of a contract for the sale of personal property. At the same time, this agreement remains in force, whether I, the Chapter 7 Trustee or a representative of the Chapter 7 Trustee or Taylor Auction & Realty, Inc. make such sale i.e. once personal property is under contract to be sold by Taylor Auction & Realty, Inc. i.e. any sale during the contract period will result in a commission due Taylor Auction & Realty regardless of the nature of procurement of the sale.

The auctioneer hereby agrees to use his professional skill, knowledge, and experience to the best advantage of both parties in preparing for and conducting the auction. The auctioneer agrees that he will not purchase the property or cause to be permitted to be purchased, directly or indirectly, for his own account or benefit.

The Chapter 7 Trustee hereby agrees to turn over and deliver to the auctioneers, to be sold at public auction, the remaining assets of Beckham Jewelry, LLC. No item shall be sold or withdrawn from the sale before the auction except by mutual agreement between the Chapter 7 Trustee and the auctioneer. If an item is sold or withdrawn, the auctioneer shall receive the full commission from the Chapter 7 Trustee.

The Chapter 7 Trustee warrants that he/she has the right to sell the Property for sale; that until its sale, the Property will be kept free of all liens, claims, and encumbrances, other than those stated in a separate document provided to the auctioneer before the auction sale, and that right to possession will pass to the purchaser free of all liens, claims, and encumbrances.

The auction company will conduct the auction via the Internet at www.taylorauction.com and allow competitive bidding on each item. Because public networks, such as the Internet, occasionally experience disruptions, Taylor Auction & Realty, Inc. cannot guarantee Internet services will be available 100% of the time. Although Taylor Auction & Realty, Inc. strives to provide the most reliable services possible, interruptions and delays in service are unavoidable, and the Auctioneer will not be held responsible for such disruptions.

At the conclusion of the auction, the Auctioneer will deposit all sale proceeds into its escrow account. All commissions, costs, and expenses as provided in this contract will be deducted from the sale price of each item, and the net proceeds will be delivered to the Chapter 7 Trustee within ten days of the Auctioneer's receipt of the sale proceeds.

I, the undersigned Chapter 7 Trustee, release and covenant to hold harmless the auctioneer and Auction Company from any actions, causes of action, claims, demands, damages, expenses, on account of or any way growing out of the conduct of said auction herein mentioned relating to the breach of any Buyer's or Chapter 7 Trustee's obligations, representations, or warranties herein.

I, as Chapter 7 Trustee, acknowledge that I have read and understand this agreement and have received a copy. This contract contains the entire agreement between Chapter 7 Trustee and Taylor Auction & Realty, Inc., and the same shall be binding upon all parties and their heirs, successors, and assigns. No amendment to this contract shall be binding unless the same is in writing and executed by both parties. I further acknowledge that I have full authority to execute this contract.

Submitted: August 14, 2026

**Taylor Auction & Realty, Inc.**

By: Benny Taylor,
Real Estate Broker/Auctioneer MS 176
P. O. Box 357
Grenada, MS 38902-0357
PH: 1.662.226.2080
FX: 1.662.227.1653
Cell: 1.662.417.0397
Email: benny@taylorauction.com

**Mr. Stephen Smith, Chapter 7 Trustee**

1052 Highland Colony Pkwy, Suite 100
Ridgeland, MS 39157

PH: 601.605.0722
Email: SSmith@hrkcpa.com