**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

BECKHAM JEWELRY, LLC CASE NO. 25-01234-JAW

**NOTICE OF TRUSTEE'S MOTION FOR APPROVAL OF AUCTION/CONTRACT PROPOSAL, SALE OF PROPERTY, FREE AND CLEAR OF LIENS AND APPROVAL OF AUCTIONEER'S COMMISSION AND EXPENSES**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that Stephen Smith, Trustee, has filed a Motion for Approval of Auction Contract/Proposal, Approval of Sale of Property, Free and Clear of Liens, and Approval of Auctioneer's Commission and Expenses. The Trustee is requesting authority to hold two (2) auctions. The first auction is for the sale of the **furniture, fixtures and equipment** in an on-line only auction set for **Monday, October 12, 2026 at 8:00 p.m. CST,** with a soft closing set for **Wednesday, October 21, 2026 at 10:00 a.m. CST.** The second auction is for the sale of **inventory** in an on-line only auction set for **Monday, October 26, 2026 at 8:00 a.m. CST** with a soft closing on **Tuesday, November 10, 2026 at 10:00 a.m. CST.**

**NOTICE IS FURTHER GIVEN** that Taylor Auction & Realty, Inc. is requesting compensation of twenty-five percent (25%) commission assessed on items selling under $1,000.00, commission of twenty percent (20%) assessed on items selling over $1,001.00 and a ten percent (10%) buyers premium assessed, plus estimated advertising and marketing expenses of $2,250.00 for the furniture, fixtures and equipment campaign and $4,250.00 for the inventory campaign.

**NOTICE IS FURTHER GIVEN** that any creditor or party-in-interest desiring to object to said Motion is required to file a written objection with the Clerk, United States Bankruptcy Court, Thad Cochran United States Courthouse, 501 E. Court St., Suite 2.300, Jackson, MS 39201, and to serve a copy upon the attorney for the Trustee, Eileen N. Shaffer, at the address listed herein below; and upon the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201. The **DEADLINE DATE** for filing objections to the Motion is **TWENTY-ONE (21) DAYS** from the date of this Notice.

**NOTICE IS FURTHER GIVEN** that in the event such written objection or other responsive pleading is not filed on or before **TWENTY-ONE (21) days** from the date of this notice, said Motion shall be determined ***EX PARTE*** by the Court.

**DATED** this the 31st day of August, 2026.

EILEEN N. SHAFFER
Attorney for Stephen Smith, Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006
E-Mail: eshaffer@eshaffer-law.com

**CERTIFICATE OF SERVICE**

I, Eileen N. Shaffer, attorney for Trustee, do hereby certify that I have mailed by United States Mail, postage prepaid, or electronically transmitted via CM/ECF Noticing, a true and correct copy of the above and foregoing *Notice of Trustee's Motion for Approval of Auction Contract/Proposal, Approval of Sale of Property, Free and Clear of Liens, and Approval of Auctioneer's Commission and Expenses* to all creditors and parties in interest listed on the official Bankruptcy Mailing Matrix, attached hereto as Exhibit "A", and to the following on the day and year hereinafter set for:

Benny Taylor
Taylor Auction & Realty, Inc.
P.O. Box 357
Grenada, MS 38902

Thomas Carl Rollins, Jr., Esq.
Jennifer A. Calvillo, Esq.
Attorneys for Debtor
trollins@therollinsfirm.com
jennifer@therollinsfirm.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED**, this the 31st day of August, 2026.

EILEEN N. SHAFFER

Label Matrix for local noticing
0538-3
Case 25-01234-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Mon Aug 31 09:04:25 CDT 2026

Beckham Jewelry, LLC
1867 Crane Ridge Drive
Ste A150
Jackson, MS 39216-4982

Harper, Rains, Knight & Company, P.A.
1052 Highland Colony Parkway
Suite 100
Ridgeland, MS 39157-8764

McLeod & Associates, P.A.
10 Professional Parkway
Hattiesburg, MS 39402-2636

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

American Express
P.O. Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Barnes, Bailey, & Jano
5 Riverbend Place
Ste A
Flowood, MS 39232-7618

Brian Beckham
120 District Blvd
Ste D110
Jackson, MS 39211-6304

Brian Beckham
2 Ashley Park Dr
Jackson MS 39206-6156

Dazzle Imports
5555 Glendridge Connec
Ste 200
Atlanta, GA 30342-4815

Department of Treasury - Internal Revenue Se
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Dynasty Casting
644 Shrewsberry Common
Shrewsbury, PA 17361-1617

Eldar, Inc
3068 N 2700 E
Forrest, IL 61741

Euler Hermes agent for NIVODA LIMITED
100 International dr 22nd floor
Baltimore MD 21202-4783

Gary Carriere
725 Woodland St.
Sulphur, LA 70663-1046

Hakimi Diamond Corp
15 W 47th ST
New York, NY 10036-3305

Heera Moti, Inc
15 W 47th St
Ste 808
New York, NY 10036-3327

Hinds Co Tax Collector
P.O. Box 1727
Jackson, MS 39215-1727

Hinds County Tax Collector
316 South President St
Jackson MS 39201-4801

IRS
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201-5025

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Joshua Norris PLLC
2906 N State Street, Ste 207
Jackson MS 39216-4231

KAPITUS
2500 WILSON BLVD, STE
ARLINGTON, VA 22201-3873

Kapitus Servicing, Inc.
120 West 45th Street, 4th Floor
New York, NY 10036-4041

Kelly Waters
P.O. Box 240924
Boston, MA 02124-0016

Kerry Whitt, Co
125 Deaton Rd
Owens Cross Roads, AL 35763-9553

Labrilliante LLC
330 Washington St., PMB 231
Hoboken NJ 07030-4883

Lamha
20 W 47st St
Ste 807
New York, NY 10036-4298

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

EXHIBIT "A"

McLeod & Associates, P.A.
William E. McLeod
10 Professional Parkway
Hattiesburg, MS 39402-2636

McLeod & Rigel, PA
10 Professional Pkwy
Hattiesburg, MS 39402-2636

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

Monica S. Wilson
309 Feather Gln.
Ridgeland, MS 39157-8703

Nivoda
580 5th Ave
Ste 2508
New York, NY 10036-4771

Overnight Mountings, I
1400 Plaza Ave
New Hyde Park, NY 11040-4921

Paul Gary Carriere
Gary Carriere
725 Woodland St
Sulphur LA 70663-1046

Robert B. Ireland, III, Esq.
Watkins & Eager PLLC
Atty for TDLDC Retail I, LLC
P.O. Box 650
Jackson, MS 39205-0650

S. Kashi
175 Great Neck Rd, Ste 204
Great Neck, NY 11021-3313

S. Kashi
175 Road Ste 204
Great Neck, NY 11021

Stuller
P.O. Box 87777
Lafayette, LA 70598-7777

TDLDC Retail I, LLC
Robert B. Ireland, III
P O Box 650
Jackson MS 39205-0650

TR Jewelry Concepts
2707 Mt. Rushmore Rd
Rapid City, SD 57701-5324

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236-3767

U.S. Attorney S.D. Mississippi
c/o Internal Revenue Service
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

U.S. Attorney S.D. Mississippi
c/o U.S. Securities and Exchange Commiss
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20003

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

WLBT
715 S Jefferson St
Jackson, MS 39201-5622

WLBT Television
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

William E. McLeod
McLeod & Associates, P.A.
10 Professional Parkway
Hattiesburg, MS 39402-2636

William E. McLeod, Esq
McLEOD & ASSOCIATES, P.A.
Counsel for McLeod & Associates, P.A.
10 Professional Parkway
Hattiesburg, MS 39402-2636

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401-3836

Paul Gary Carriere
Carriere International
725 Woodland St
Sulphur, LA 70663-1046

Stephen Smith
1052 Highland Colony Pkwy
Suite 100
Ridgeland, MS 39157-8764

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Joshua Norris, PLLC

(u)Kapitus

(u)Litchfield Carlyle, LLC

(u)Mason Magnum

(u)Stuller, Inc.

(u)TDLDC Retail I, LLC

(u)Wilkerson, Inc.

(du)Joshua Norris, PLLC

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 56 |
| Bypassed recipients | 8 |
| Total | 64 |