**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 25, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 7

BECKHAM JEWELRY, LLC CASE NO. 25-01234-JAW

**ORDER APPROVING TRUSTEE'S MOTION FOR APPROVAL OF AUCTION CONTRACT/PROPOSAL, SALE OF PROPERTY, FREE AND CLEAR OF LIENS, AND APPROVAL OF AUCTIONEER'S FEES AND EXPENSES**

**THIS MATTER** came on for the Court's consideration on the Trustee's *Motion for Approval of Auction Contract/Proposal, Approval of Sale of Property, Free and Clear of Liens and Approval of Auctioneer's Commission and Expenses* [Dkt. # 238 ]. The Court, after notice and no objections having been filed, does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the sale of the furniture, fixtures and equipment is hereby approved.

**IT IS FURTHER ORDERED** that the auction for the **furniture, fixtures and equipment** is set for **Monday, October 12, 2026 at 8:00 a.m. CST** with a soft closing set for **Wednesday, October 21, 2026 at 10:00 a.m. CST.** Bidders can register and bid at www.taylorauction.com on those days. A description and photographs of the items will be available.

**IT IS FURTHER ORDERED** that the sale of the inventory is hereby approved.

**IT IS FURTHER ORDERED** that the auction for the **inventory** is set for **Monday, October 26, 2026 at 8:00 a.m. CST** with a soft closing set for **Tuesday, November 10, 2026, at 10:00 a.m. CST.**

**IT IS FURTHER ORDERED** that terms and conditions of the *Online Only Auction Contract/Proposal* are approved.

**IT IS FURTHER ORDERED** that Auctioneer's compensation of twenty-five percent (25%) commission assessed on items selling under $1,000.00, commission of twenty percent (20%) assessed on items selling over $1,001.00 and a ten percent (10%) buyer's premium assessed, plus estimated advertising and marketing expenses of $2,250.00 for the furniture, fixtures and equipment campaign and $4,250.00 for the inventory campaign, is hereby approved.

**##END OF ORDER##**

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for Stephen Smith, Trustee
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006
eshaffer@eshaffer-law.com