**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: BECKHAM JEWELRY, LLC**
**Debtor**

**CHAPTER 7**
**CASE NO. 25-01234-JAW**

**SECOND AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR CRAIG M. GENO**

COMES NOW the Craig M. Geno, the Subchapter V Trustee in this case (the "Trustee" or "Mr. Geno"), and files this his *Second and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), and in support thereof, would show as follows:

1. On May 15, 2025, the United States Trustee filed a *Notice of Appointment of Subchapter V Trustee* **[DK #13]** appointing Craig M. Geno as the Subchapter V Trustee in this case.

2. The substantial services rendered by Mr. Geno as Subchapter V Trustee and the expenses incurred by the Trustee benefitted the estate. An Affidavit reflecting said services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court that the services rendered by the Trustee were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

3. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by the Trustee in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the Trustee's obligations herein; and they represent normal and customary fees and expenses incurred and charged for trustees in

similar cases. The time, skill and experience utilized by the Trustee justify the approval of the Application.

4. This is the Trustee's second request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from September 18, 2025, to and including June 26, 2026, and is for the sum of $5,779.75 ($5,747.50 in fees and $32.25 in expenses).

5. The Trustee's first request for allowance of compensation for professional services rendered in this proceeding covered the period from May 15, 2025, to and including September 22, 2025, and was for the sum of $8,374.58 ($8,337.50 in fees and $37.08 in expenses). An Order **[DK #158]** was entered approving the full amount requested.

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter an order awarding reasonable fees for the professional services rendered herein, on a final basis, and authorizing and directing the Chapter 7 to pay said attorneys' fees and expenses when other Chapter 11 administrative expenses are paid. The Trustee prays for general relief.

THIS, the 10th day of November, 2026.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: Craig M. Geno

Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Fee Apps\CMG\2nd & Final\Application.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Abigail M. Marbury, Esq.
Assistant United States Trustee
abigail.m.marbury@usdoj.gov

Thomas C. Rollins, Jr., Esq.
trollins@therollinsfirm.com

J. Stephen Smith
Chapter 7 Trustee
c/o Eileen N. Shaffer, Esq.
eshaffer@eshaffer-law.com

THIS, the 10th day of November, 2026.

Craig M. Geno

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **BECKHAM JEWELRY, LLC** **CHAPTER 7**
**Debtor** **CASE NO. 25-01234-JAW**

# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **BECKHAM JEWELRY, LLC**<br>**Debtor** | **CHAPTER 7**<br>**CASE NO. 25-01234-JAW** |

**AFFIDAVIT**

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno (the "Affiant"), the Subchapter V Trustee, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *Second and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable fees and necessary expenses.

Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 10th day of November, 2026.

STATE OF MISSISSIPPI NOTARY PUBLIC ID# 120626 KATHRYN LAWSON CARTER Commission Expires June 21, 2029 MADISON COUNTY

NOTARY PUBLIC

MY COMMISSION EXPIRES June 21, 2029

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **BECKHAM JEWELRY, LLC**<br>**Debtor** | **CHAPTER 7**<br>**CASE NO. 25-01234-JAW** |

# EXHIBIT "B"

***Law Offices of Geno and Steiskal PLLC***
601 Renaissance Way
Suite A
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048 Fax:601-427-0050

Beckham Jewelry, LLC
P.O. Box 13767
Jackson, MS-Mississippi
39236 USA

November 9, 2026

File #: T25007
Inv #: 348503

**Attention:** Thomas C. Rollins, Jr., Esq.

**RE:** Subchapter V Trustee

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-18-25 | Assist CMG reviewing and revising fee itemizations of the Law Offices of Geno and Steiskal | 0.15 | 30.00 | KLC |
| Sep-23-25 | Assist CMG drafting Order Withdrawing Motion to Compel Payment of Required Escrowed SubV Trustee Payments | 0.10 | 20.00 | KLC |
| Sep-26-25 | Assist CMG reviewing and revising fee itemizations of the Law Offices of Geno and Steiskal, revising 1st Fee Application, Notice and Order re same | 0.15 | 30.00 | KLC |
| Sep-29-25 | Review memos to/from TC Rollins regarding additional application for critical vendor/locked in payment to critical vendor and terms of Order on Critical Vendor Motion | 0.15 | 37.50 | CMG |
| Sep-30-25 | Assist CMG revising 1st Fee Application and Order re same | 0.10 | 20.00 | KLC |
| | Organize and supervise mailout of 1st Fee Application | 0.50 | 100.00 | KLC |
| Oct-01-25 | Receipt and review of Order Fixing Time re Debtor's SubV Plan; calendar various deadlines and hearing date to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |

| | | | | |
|---|---|---|---|---|
| Oct-05-25 | Review Order and Notice regarding Plan confirmation | 0.20 | 50.00 | CMG |
| Oct-08-25 | Review memos to/from TC Rollins; Review and approve draft order on critical vendor (tax) creditor | 0.15 | 37.50 | CMG |
| Oct-15-25 | Receipt and review of notice re Debtor's Motion to Settle with TDLDC; calendar objection deadline | 0.10 | 20.00 | KLC |
| Oct-20-25 | Review TDLDC Retail Proof of Claim | 0.25 | 62.50 | CMG |
| Oct-22-25 | Review MDOR Proof of Claim | 0.20 | 50.00 | CMG |
| Oct-30-25 | Receipt and review of Rollins Law Firm's 1st Fee Application and Notice; calendar objection deadline | 0.10 | 20.00 | KLC |
| Nov-03-25 | Review Schedules, Statement of Financial Affairs, Monthly Operating Reports and Plan of Reorganization in order to formulate a response | 1.75 | 437.50 | CMG |
| | Review memos to/from Abbie Marbury, TC Rollins regarding projected disposable income analysis, true up plans and reserves | 0.25 | 62.50 | CMG |
| Nov-04-25 | Dictation of response to Plan of Reorganization | 1.00 | 250.00 | CMG |
| | Review memos to/from Abbie Marbury, TC Rollins re U.S. Trustee objection to Plan and how to resolve it and the Trustee's objection | 0.20 | 50.00 | CMG |
| | Final review and revision of objection/report on Plan of Reorganization | 0.25 | 62.50 | CMG |
| | Review Motion to Settle with Landlord; Notice and Certificate of Service; review landlord's Proofs of Claim and 11 USC Section 363 Breach of Contract Claims for Leases | 0.85 | 212.50 | CMG |
| | Assist CMG drafting Report, Objection re Debtor's SubV Plan | 0.35 | 70.00 | KLC |
| Nov-09-25 | Review memo from A. Marbury, Candice Ramage regarding current U.S. Trustee position on confirmation | 0.20 | 50.00 | CMG |
| Nov-14-25 | Review memos to/from TC Rollins, review | 0.20 | 50.00 | CMG |

| | | | | |
|---|---|---|---|---|
| | Agreed Order continuing confirmation and approve same | | | |
| Nov-19-25 | Receipt and review of Agreed Order re Debtor's SubV Plan, Trustee's Report & Objection; calendar deadline for Debtor to file amended plan | 0.10 | 20.00 | KLC |
| Nov-25-25 | Receipt and review of hearing notice re Rollins Law Firm's 1st Fee Application; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| Dec-01-25 | Review memo regarding missing diamond; dictation of letter to TC Rollins regarding return of missing diamond | 0.20 | 50.00 | CMG |
| | Assist CMG drafting letter to TC Rollins re Amy Windham ring/diamond | 0.10 | 20.00 | KLC |
| Dec-02-25 | Review October 2025 Monthly Operating Report | 0.35 | 87.50 | CMG |
| Jan-09-26 | Review IRS Proof of Claim | 0.30 | 75.00 | CMG |
| Jan-12-26 | Review Monthly Operating Report for December, 2025 | 0.35 | 87.50 | CMG |
| | Review Monthly Operating Report for November 2025 | 0.35 | 87.50 | CMG |
| Jan-16-26 | Receipt and review of Accountant's Final Fee Application and Notice; calendar objection deadline | 0.10 | 20.00 | KLC |
| Jan-21-26 | Receipt and review of Order Fixing Time re Debtor's Amended SubV Plan; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| Jan-22-26 | Review order fixing time for responses to Plan, Ballots and Confirmation Hearing setting; review Certificate of Service from debtor regarding Plan and scheduling dates | 0.25 | 62.50 | CMG |
| Feb-05-26 | Review MDOR Proof of Claim | 0.25 | 62.50 | CMG |
| Feb-19-26 | Telephone conference with counsel regarding continual losses | 0.20 | 50.00 | CMG |

| | | | | |
|---|---|---|---|---|
| | Dictation of Emergency Motion for Status Conference; review and revision of same | 0.35 | 87.50 | CMG |
| | Receipt and review of Notice of Status Conference; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| | Assist CMG drafting Emergency Motion for Status Conference and Order re same | 0.10 | 20.00 | KLC |
| Feb-23-26 | Review and revision of Emergency Motion for Status Conference | 0.10 | 25.00 | CMG |
| | Conference with KLC regarding available hearing dates for Emergency Status Conference | 0.20 | 50.00 | CMG |
| Feb-24-26 | Review memos to/from Abbie Marbury, TC Rollins re open issues in case | 0.30 | 75.00 | CMG |
| | Review memos to/from TC Rollins re weekly reporting and timeliness of same | 0.10 | 25.00 | CMG |
| Feb-25-26 | Assist CMG drafting letter to TC Rollins re weekly accounting | 0.10 | 20.00 | KLC |
| Mar-02-26 | Review memos to/from Robert Ireland, TC Rollins re valuation issues, feasibility and review bank statement submitted to UST | 0.25 | 62.50 | CMG |
| | Review January 2026 MOR | 0.35 | 87.50 | CMG |
| | Review amended December 2025 MOR | 0.35 | 87.50 | CMG |
| Mar-04-26 | Review memos to/from TC Rollins, Abbie Marbury re plan alternatives, infusion of cash into business, comments from Robert Ireland re plan and past performance and numerous related matters | 0.25 | 62.50 | CMG |
| Mar-06-26 | Review weekly report and memos to/from TC Rollins re employees | 0.10 | 25.00 | CMG |
| Mar-10-26 | Dictation of objection to amended plan | 0.45 | 112.50 | CMG |
| | Assist CMG drafting Objection to Debtor's Amended SubV Plan | 0.30 | 60.00 | KLC |
| Mar-12-26 | Review ballot summary and certification | 0.15 | 37.50 | CMG |

| | | | | |
|---|---|---|---|---|
| Mar-19-26 | Telephone conference with TC Rollins concerning extension of time within which to confirm plan | 0.15 | 37.50 | CMG |
| | Review weekly report | 0.15 | 37.50 | CMG |
| Mar-22-26 | Review memos to/from TC Rollins, Ms. Ramage re nature of upcoming hearing at confirmation | 0.20 | 50.00 | CMG |
| Mar-24-26 | Attend hearing on plan confirmation | 1.00 | 250.00 | CMG |
| Mar-25-26 | Review MOR for February 2026 | 0.30 | 75.00 | CMG |
| | Review notice of status conference | 0.20 | 50.00 | CMG |
| | Receipt and review of Notice of Status Conference; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| Apr-03-26 | Review MORs as amended to correct prior deficiencies and mistakes | 0.45 | 112.50 | CMG |
| Apr-04-26 | Review memos to/from TC Rollins; Review weekly report | 0.30 | 75.00 | CMG |
| Apr-07-26 | Review MDOR proof of claim | 0.20 | 50.00 | CMG |
| Apr-20-26 | Review memos to/from Robert Ireland regarding his evaluation of inventory "then" and "now" | 0.15 | 37.50 | CMG |
| | Attended status conference | 0.50 | 125.00 | CMG |
| | Review weekly report through 4/13/26 | 0.20 | 50.00 | CMG |
| | Review notice of status conference | 0.20 | 50.00 | CMG |
| Apr-22-26 | Receipt and review of Reset Notice of Status Conference; calendar hearing date to trigger preparation of hearing folder | 0.10 | 20.00 | KLC |
| May-07-26 | Review of memos to/from TC Rollins regarding lack of acceptance on home resulting in withdrawal and loss of confidence in debtor | 0.10 | 25.00 | CMG |
| May-18-26 | Telephone conference with TC Rollins | 0.20 | 50.00 | CMG |

| | | | | |
|---|---|---|---|---|
| | regarding current state of case, Trustee's position of conversion to Chapter 7 | | | |
| | Review weekly report from TC Rollins | 0.20 | 50.00 | CMG |
| May-19-26 | Review file and weekly reports/absence of monthly operating report, attended status conference and numerous conferences with counsel and UST regarding status of case | 1.20 | 300.00 | CMG |
| May-20-26 | Review March 2026 MOR | 0.30 | 75.00 | CMG |
| May-29-26 | Review of motion to convert to chapter 7 | 0.30 | 75.00 | CMG |
| Jun-04-26 | Receipt and review of hearing notice re UST's Motion to Convert to Ch. 7; calendar hearing date and objection deadline to trigger preparation of hearing folder | 0.15 | 30.00 | KLC |
| Jun-22-26 | Assist CMG drafting Joinder in UST's Motion to Convert Case | 0.10 | 20.00 | KLC |
| Jun-23-26 | Review U.S. Trustee motion to convert | 0.20 | 50.00 | CMG |
| | Dictation of joinder to U.S. Trustee motion to convert; review and revision of same | 0.20 | 50.00 | CMG |
| | Review objection to motion to convert case | 0.15 | 37.50 | CMG |
| Jun-25-26 | Attended hearing on motion to convert | 0.75 | 187.50 | CMG |
| Jun-26-26 | Review and revision of fee itemizations of the Law Offices of Geno and Steiskal | 0.75 | 187.50 | CMG |
| | Dictation of application for compensation, notice and certificate of service; Review and revision of same | 1.15 | 287.50 | CMG |
| | Totals | 23.65 | $5,747.50 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Sep-30-25 | Photocopies 28 pages @ .25/page Mailout | 7.00 |
| Mar-10-26 | Photocopies 29 pages @ $.25/page | 7.25 |
| Mar-24-26 | Parking | 3.50 |
| Apr-20-26 | Transportation (Parking Fee) | 3.50 |
| May-19-26 | Transportation (Parking Fee) | 7.50 |

| | | | |
|---|---|---|---|
| Jun-25-26 | Parking | 3.50 | |
| | Totals | $32.25 | |
| | **Total Fee & Disbursements** | | **$5,779.75** |

**SUMMARY BY TIMEKEEPER**

| **TIMEKEEPER** | **RATE** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| **Craig M. Geno** | **$250.00** | **20.35** | **$5,087.50** |
| **Kathryn L. Carter** | **$200.00** | **3.30** | **$660.00** |

TAX ID Number 45-4013160