**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **BECKHAM JEWELRY, LLC**<br>**Debtor** | **CHAPTER 7**<br>**CASE NO. 25-01234-JAW** |

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Notice of Second and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (a copy of which is attached hereto as Exhibit "A"), to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the 10th day of November, 2026.

Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Fee Apps\CMG\2nd & Final\Certificate.wpd

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **BECKHAM JEWELRY, LLC**<br>**Debtor** | **CHAPTER 7**<br>**CASE NO. 25-01234-JAW** |

# NOTICE

TO: ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 330, Craig M. Geno, the Subchapter V Trustee in this case, has filed his *Second and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Craig M. Geno* (the "Application"), covering the period from September 18, 2025, to and including June 26, 2026, and is for the sum of $5,779.75 ($5,747.50 in fees and $32.25 in expenses).

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the Subchapter V Trustee by asking for a copy from Katie Carter (kcarter@cmgenolaw.com). All creditors and parties-in-interest wishing to object to the Application must file a written objection or other responsive pleading within **twenty-one (21) days** from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201, and a copy of any objection must be served upon Craig M. Geno, Esq., Law Offices of Geno and Steiskal, PLLC, the Subchapter V Trustee in this case, at 601 Renaissance Way, Suite A, Ridgeland, MS 39157. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. In the event an objection to this Motion is filed, it will be scheduled for hearing in due course. If no objections are filed, the Court will consider the Application *ex parte*.

**EXHIBIT "A"**

THIS, the 10th day of November, 2026.

Respectfully submitted,

CRAIG M. GENO, SUBCHAPTER V TRUSTEE

By His Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: ______________________________
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way, Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Subchapter V Cases\Beckham Jewelry, LLC\Fee Apps\CMG\2nd & Final\Notice.wpd

Label Matrix for local noticing
0538-3
Case 25-01234-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Mon Nov 9 11:08:47 CST 2026

American Express
P.O. Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Barnes, Bailey, & Jano
5 Riverbend Place
Ste A
Flowood, MS 39232-7618

Beckham Jewelry, LLC
1867 Crane Ridge Drive
Ste A150
Jackson, MS 39216-4982

Brian Beckham
120 District Blvd
Ste D110
Jackson, MS 39211-6304

Brian Beckham
2 Ashley Park Dr
Jackson MS 39206-6156

Paul Gary Carriere
Carriere International
725 Woodland St
Sulphur, LA 70663-1046

Jennifer A Curry Calvillo
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401-3836

Dazzle Imports
5555 Glendridge Connec
Ste 200
Atlanta, GA 30342-4815

Department of Treasury - Internal Revenue Se
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Dynasty Casting
644 Shrewsberry Common
Shrewsbury, PA 17361-1617

Eldar, Inc
3068 N 2700 E
Forrest, IL 61741

Euler Hermes agent for NIVODA LIMITED
100 International dr 22nd floor
Baltimore MD 21202-4783

Gary Carriere
725 Woodland St.
Sulphur, LA 70663-1046

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

Hakimi Diamond Corp
15 W 47th ST
New York, NY 10036-3305

Harper, Rains, Knight & Company, P.A.
1052 Highland Colony Parkway
Suite 100
Ridgeland, MS 39157-8764

Heera Moti, Inc
15 W 47th St
Ste 808
New York, NY 10036-3327

Hinds Co Tax Collector
P.O. Box 1727
Jackson, MS 39215-1727

Hinds County Tax Collector
316 South President St
Jackson MS 39201-4801

IRS
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201-5025

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Robert B. Ireland III
Watkins & Eager PLLC
P.O. Box 3858
Jackson, MS 39207-3858

Joshua Norris PLLC
2906 N State Street, Ste 207
Jackson MS 39216-4231

KAPITUS
2500 WILSON BLVD, STE
ARLINGTON, VA 22201-3873

Kapitus Servicing, Inc.
120 West 45th Street, 4th Floor
New York, NY 10036-4041

Kelly Waters
P.O. Box 240924
Boston, MA 02124-0016

Kerry Whitt, Co
125 Deaton Rd
Owens Cross Roads, AL 35763-9553

Labrilliante LLC
330 Washington St., PMB 231
Hoboken NJ 07030-4883

**EXHIBIT "B"**

Lamha
20 W 47st St
Ste 807
New York, NY 10036-4298

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

Abigail M. Marbury
Office of the U.S. Trustee
501 E Court Street Suite 6-430
Jackson, MS 39201-5022

William E McLeod
McLeod & Associates, P.A.
10 Professional Parkway
Hattiesburg, MS 39402-2636

McLeod & Associates, P.A.
10 Professional Parkway
Hattiesburg, MS 39402-2636

McLeod & Associates, P.A.
William E. McLeod
10 Professional Parkway
Hattiesburg, MS 39402-2636

McLeod & Rigel, PA
10 Professional Pkwy
Hattiesburg, MS 39402-2636

Mississippi Department of Revenue
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808

Monica S. Wilson
309 Feather Gln.
Ridgeland, MS 39157-8703

Nivoda
580 5th Ave
Ste 2508
New York, NY 10036-4771

Overnight Mountings, I
1400 Plaza Ave
New Hyde Park, NY 11040-4921

Paul Gary Carriere
Gary Carriere
725 Woodland St
Sulphur LA 70663-1046

Robert B. Ireland, III, Esq.
Watkins & Eager PLLC
Atty for TDLDC Retail I, LLC
P.O. Box 650
Jackson, MS 39205-0650

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

S. Kashi
175 Great Neck Rd, Ste 204
Great Neck, NY 11021-3313

S. Kashi
175 Road Ste 204
Great Neck, NY 11021

(p)EILEEN N SHAFFER
P O BOX 1177
JACKSON MS 39215-1177

Stephen Smith
1052 Highland Colony Pkwy
Suite 100
Ridgeland, MS 39157-8764

Christopher J. Steiskal Sr.
601 Renaissance Way
Suite A
Ridgeland, MS 39157-6038

Stuller
P.O. Box 87777
Lafayette, LA 70598-7777

Stuller, Inc.
302 Rue Louis XIV
Lafayette, LA 70508-5735

TDLDC Retail I, LLC
Robert B. Ireland, III
P O Box 650
Jackson MS 39205-0650

TR Jewelry Concepts
2707 Mt. Rushmore Rd
Rapid City, SD 57701-5324

Taylor Auction & Realty, Inc.
Benny Taylor
P. O. Box 357
Grenada, MS 38902-0357

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236-3767

U.S. Attorney S.D. Mississippi
c/o Internal Revenue Service
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

U.S. Attorney S.D. Mississippi
c/o U.S. Securities and Exchange Commiss
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, Suite 900
Atlanta, GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20003

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Steven Usry
DOJ-Ust
501 E. Court Street
Suite 6-430
Jackson, MS 39201-5022

WLBT
715 S Jefferson St
Jackson, MS 39201-5622

WLBT Television
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

William E. McLeod, Esq
McLEOD & ASSOCIATES, P.A.
Counsel for McLeod & Associates, P.A.
10 Professional Parkway
Hattiesburg, MS 39402-2636

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Eileen N. Shaffer
Eileen N. Shaffer
PO Box 1177
Jackson, MS 39215-1177

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Joshua Norris, PLLC

(u)Kapitus

(u)Litchfield Carlyle, LLC

(u)Mason Magnum

(du)Joshua Norris, PLLC

(u)Stuller, Inc.

(u)TDLDC Retail I, LLC

(u)Wilkerson, Inc.

(d)William E. McLeod
McLeod & Associates, P.A.
10 Professional Parkway
Hattiesburg, MS 39402-2636

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 63 |
| Bypassed recipients | 9 |
| Total | 72 |