**Fill in this information to identify the case:**

Debtor 1 Beckham Jewelry, LLC

Debtor 2 (Spouse, if filing) ____

United States Bankruptcy Court for the: Southern District of Mississippi

Case number 25-01234-JAW

Official Form 410

# Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

The Rollins Law Firm, PLLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name: The Rollins Law Firm, PLLC | Name: The Rollins Law Firm, PLLC |
| Number Street: P.O. Box 13767 | Number Street: P.O. Box 13767 |
| City: Jackson State: MS ZIP Code: 39236 | City: Jackson State: MS ZIP Code: 39236 |
| Contact phone: (601) 500-5533 | Contact phone: (601) 500-5533 |
| Contact email: trollins@therollinsfirm.com | Contact email: trollins@therollinsfirm.com |

Uniform claim identifier (if you use one): ____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ____ Filed on ____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$31,196.42 . **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Court-approved Chapter 11 debtor counsel fees and expenses; see .

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: ____________________

**Basis for perfection:** ____________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $__________

**Amount of the claim that is secured:** $__________

**Amount of the claim that is unsecured:** $__________ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed)_______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ____________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- ☐ No
- ☑ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $________ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $________ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $________ |
| ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(2) that applies. | $31,196.42 |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ☐ I am the creditor.
- ☑ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 8/2/2026
MM / DD / YYYY

[signature]
Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Thomas C. Rollins, Jr. (First name / Middle name / Last name) |
| Title | Member / Authorized Agent |
| Company | The Rollins Law Firm, PLLC (Identify the corporate servicer as the company if the authorized agent is a servicer.) |
| Address | P.O. Box 13767 (Number Street) |
| | Jackson (City) MS (State) 39236 (ZIP Code) |
| Contact phone | (601) 500-5533 |
| Email | trollins@therollinsfirm.com |

**ATTACHMENT TO OFFICIAL FORM 410 - STATEMENT OF ADMINISTRATIVE CLAIM**

Debtor: Beckham Jewelry, LLC
Case No.: 25-01234-JAW
Creditor: The Rollins Law Firm, PLLC

Basis of Claim:
Court-approved compensation and reimbursement of expenses for services rendered as counsel for the Debtor-in-Possession while this case was pending under Chapter 11, before conversion to Chapter 7. The claim is asserted as a preconversion Chapter 11 administrative expense under 11 U.S.C. sections 330, 503(b)(2), and 507(a)(2), subject to 11 U.S.C. section 726(b).

Amount Calculation:

| | |
|---|---|
| Interim fees and expenses awarded by Order entered December 4, 2025: | $41,235.02 |
| Less credit for prepetition retainer previously received: | ($10,038.60) |
| Remaining unpaid administrative claim: | $31,196.42 |

No payment has been received on the awarded compensation since application of the retainer.

Supporting Documents:
1. Order Granting First Application for Allowance of Compensation and Expenses (Dkt. 171).
2. First Application for Allowance of Compensation and Reimbursement of Necessary Expenses (Dkt. 160), including the itemized invoice filed as Dkt. 160-1.

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: December 4, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Beckham Jewelry, LLC, Debtor** **Case No. 25-01234-JAW**
**CHAPTER 11**

**ORDER GRANTIG ORDER FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND EXPENSESOF THOMAS C. ROLLINS, JR., COUNSEL FOR DEBTOR-IN-POSSESSION**

THIS MATTER came before the Court upon the First Application for Allowance of Compensation and Reimbursement of Expenses (Dk#160) filed by Thomas C. Rollins, Jr., counsel for the Debtor-in-Possession. The Court finds that the services rendered were actual, necessary, and beneficial to the estate and that the requested compensation is reasonable.

IT IS THEREFORE ORDERED that Thomas C. Rollins, Jr. L V D Z D U G H G L Q W H U L P D fees in the amount of $39,144.00 plus expenses of $2,091.02, for a total request of $41,235.02.

IT IS FURTHER ORDERED that the total amount to be paid under any confirmed plan or by the estate shall be reduced by $10,038.60 to reflect the retainer previously paid in jewelry by the Debtor.

IT IS FURTHER ORDERED that the approved amount is allowed on an interim basis, subject to final review upon submission of a final fee application

##END OF ORDER##

SUBMITTED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Beckham Jewelry, LLC, Debtor** **Case No. 25-01234-JAW**
**CHAPTER 11**

**FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES**

COMES NOW, Thomas C. Rollins, Jr., W K H ‡ $ S S SaOttLrnEeyDfQor Wthe Debtor-in-Possession, and files this First Application under 11 U.S.C. §§ 330 and 331 for allowance of compensation and reimbursement of necessary expenses, showing as follows:

1. The Debtor filed its Voluntary Petition for Relief under Chapter 11 on May 14, 2025, and has continued to operate as Debtor-in-Possession pursuant to §§ 1107 and 1108.

2. The Debtor and The Debtor and Applicant entered an hourly fee agreement providing for billing rates of $400/hr for T.C. Rollins, $360/hr for Jennifer Calvillo, $155/hr for paralegals, and $100/hr for legal assistants. These rates are reasonable and customary in this district for Chapter 11 matters.

3. In lieu of a cash retainer, Debtor delivered the following jewelry having an agreed fair market retail value of $10,038.60, inclusive of tax:

   a) Diamond Stud Earrings: $1,395.00
   b) Diamond Ring: $2,910.00
   c) Diamond Bracelet: $3,270.00
   d) J-Shape Diamond Earrings: $800.00
   e) Diamond Huggies Earrings: $920.00
   f) Sales Tax: $743.60
   g) Total Value: $10,038.60

4. The jewelry was appraised and accepted by Applicant as a retainer under § 329. Accordingly, any amount to be disbursed through a confirmed plan or by the estate shall be reduced by$10,038.60 to reflect the value of this retainer.

5. From May 12 through October 24, 2025, Applicant rendered legal services necessary to the administration of this Chapter 11 case as reflected in the itemized invoice attached hereto as ([KLELW ‡$· 7KH WLPH LQFXUUHG UHVXOWV L expenses of $2,091.02, for a WRWDO UHTXHVW RI 7KLV LV $S interim application

6. 7KLV LV WKH $SSOLFDQW¶V ILUVW UHTXHVW IRU DOORZ services rendered in this proceeding. This request covers the period from May 12, 2025 to October 24, 2025.

7. &RPSHQVDWLRQ LV JRYHUQHG E\ 8 6 & DQG WKH - lodestar rates and hours are reasonable in light of experience, case complexity, and results obtained.

8. The lodestar amount for the Applicant's attorneys is $36,696.00, reflecting 93.1hours at an hourly rate of $394.16 )RU WKH $SSOLFDQW¶V SDUDSURIHVVLR( amount is $2,448.00, based on 18.5 hours at a blended rate of $132.32 per hour. Together, the total lodestar amount is $39,144.00, representing a combined total of 111.6 hours at a blended rate of $350.75 per hour.

WHEREFORE, PREMISES CONSIDERED, Applicant requests allowance of reasonable compensation as set forth above and approval of payment subject to final review at case conclusion.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# INVOICE

Invoice # 8419
Date: 10/24/2025
Due On: 11/23/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Beckham Jewelry, LLC

### 05908-Beckham Jewelry, LLC

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 05/12/2025 | Call w/ Bill McLeod to discuss filing Opposition to Application for Warrant for Removal | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/12/2025 | Message w/ Brian Beckham re: documents needed for emergency Petition | 0.20 | $400.00 | $80.00 |
| Service | JAC | 05/13/2025 | draft Document: Application to Employ Rollins.docx | 0.50 | $360.00 | $180.00 |
| Service | JAC | 05/13/2025 | Draft Document: Cash Collateral Motion.docx | 0.50 | $360.00 | $180.00 |
| Service | TR | 05/13/2025 | Attempt calls and draft email to client re: gathering info for emergency petition | 0.20 | $400.00 | $80.00 |
| Service | JAC | 05/13/2025 | research and draft Document: Pay Employee Wages and Benefits.docx | 1.00 | $360.00 | $360.00 |
| Service | JAC | 05/13/2025 | draft Document: Motion to Expedite.docx | 0.50 | $360.00 | $180.00 |
| Service | JAC | 05/13/2025 | Draft minutes for LLC | 0.50 | $360.00 | $180.00 |
| Service | JAC | 05/13/2025 | draft Document: Affidavit of Debtor.docx | 0.30 | $360.00 | $108.00 |
| Service | JAC | 05/13/2025 | review Document: Beckham Jewelry LLC AP Aging Summary.xlsx. Find address on list of vendors & add to spreadsheet | 0.70 | $360.00 | $252.00 |
| Service | KR | 05/13/2025 | Telephone conference with debtor; | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | explained what we needed; stated that he will look but he thought he sent that information and will have to call me back once he looks | | | |
| Service | KR | 05/13/2025 | Call Debtor: Several telephone conferences with debtor and debtor's book keeper regarding the vendors owed and also the Fee Agreement; reviewed several emails with several revisions made to a vendor list | 0.60 | $155.00 | $93.00 |
| Service | JAC | 05/13/2025 | Prepare emergency petition, schedules for filing | 0.80 | $360.00 | $288.00 |
| Service | TR | 05/14/2025 | Review signed Petition and supporting documents | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/14/2025 | Message w/ Bill McLeod and Brian Beckham re: recent bankruptcy case filing | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/14/2025 | Revise Application to Employ Rollins | 0.20 | $400.00 | $80.00 |
| Service | KR | 05/14/2025 | Review email from debtor: Reviewed email from debtor inquiring about their case; drafted email to debtor providing the case number | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/14/2025 | Email w/ Chris Steiskal re: reason for bankruptcy, types of debts, and appointing a sub5 trustee | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/14/2025 | Email w/ Bill McLeod re: bankruptcy filing specifics and its relation to state court litigation | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/14/2025 | Message w/ client regarded info needed for wage motion | 0.10 | $400.00 | $40.00 |
| Service | KR | 05/14/2025 | Telephone conference with debtor about the list of employer's needed | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/14/2025 | Call w/ Bookkeeper Mason Mangum re: reports and documentation needed | 0.20 | $400.00 | $80.00 |
| Service | KR | 05/14/2025 | Reviewed internal message from TR re: Application to Employ; prepared the Application to Employ, the Notice and Exhibit A for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | TR | 05/14/2025 | Review profit and loss provided by bookkeeper and prepare budget | 0.40 | $400.00 | $160.00 |
| Service | KR | 05/14/2025 | Incoming Call: Telephone conference with debtor about the eviction and the | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | filing of the bankruptcy; transferred call to TR | | | |
| Service | TR | 05/14/2025 | Call w/ client to discuss projected budget, future business plans, commission structure, outsourced work, Professionals needed for employment, how long we need to keep lease in place, liquidation sale, other office space considerations, how to get safe out of current location, adequate protection for rent, Tax debts, status of 941 returns, status of other litigation | 1.10 | $400.00 | $440.00 |
| Service | TR | 05/14/2025 | Email with Robert Ireland and Bill Mcleod re: Warrant for Removal | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/15/2025 | Email w/ Brian re: business docs needed | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/15/2025 | Call w/ CPA Josh Norris re: status of tax returns - employment and fees | 0.30 | $400.00 | $120.00 |
| Service | TR | 05/15/2025 | Call with Robert Ireland re: stay, rent, litigation history, vacating premises | 0.40 | $400.00 | $160.00 |
| Service | TR | 05/15/2025 | Call to Wolter Kluwer to determine secured party re: UCC filing | 0.20 | $400.00 | $80.00 |
| Service | KR | 05/15/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application to Employ the Notice with the Declaration of Mailing attached and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/15/2025 | Review suggested edits to projected budget and apply changes | 0.30 | $400.00 | $120.00 |
| Service | TR | 05/15/2025 | Revise Cash Collateral Motion | 0.40 | $400.00 | $160.00 |
| Service | TR | 05/15/2025 | Review: 25-01234-JAW Notice Appointing Trustee Document# 13 | 0.10 | $400.00 | $40.00 |
| Service | TR | 05/15/2025 | Email with UST and client re: 341 date | 0.10 | $400.00 | $40.00 |
| Service | JAC | 05/16/2025 | Draft and File Entry of Appearance | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/16/2025 | Email w/ Steiskal re: cash collateral, lien and jewelry retainer | 0.20 | $400.00 | $80.00 |
| Service | KR | 05/16/2025 | Prepared the Affidavit for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 05/19/2025 | Review: 25-01234-JAW Hearing (Bk | 0.10 | $400.00 | $40.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Other) Set Document# 21 | | | |
| Service | TR | 05/19/2025 | Review: 25-01234-JAW Generic Motion Document# 17 | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/19/2025 | Review: 25-01234-JAW Notice of Status Conference (Ch 11 Subchapter V) Document# 16 | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/19/2025 | Call to clients office to inquire about IDI and 341 dates. | 0.10 | $400.00 | $40.00 |
| Service | TR | 05/19/2025 | Email w/ UST re: IDI scheduling | 0.10 | $400.00 | $40.00 |
| Service | TR | 05/19/2025 | Call w/ client to discuss cash collateral motion and hearings, status conference, IDI, 341, status of inventory and info needed to complete schedules, alternate renters | 0.30 | $400.00 | $120.00 |
| Service | TR | 05/19/2025 | Email with Robert Ireland re: status of UCC investigation | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/19/2025 | Email w/ Craig re: Motion for escrowed Trustee fees | 0.10 | $400.00 | $40.00 |
| Service | TR | 05/19/2025 | Meeting w/Beckham - Go over UST Operating Guidelines and forms, begin drafting schedules and SOFA | 1.50 | $400.00 | $600.00 |
| Service | JAC | 05/20/2025 | Draft Document: App_Employ_Bookkeeper.docx, Order to employ bookkeeper, affidavit of bookkeeper | 1.50 | $360.00 | $540.00 |
| Service | JAC | 05/20/2025 | Draft document: App_Employ_CPA.docx, order and affidavit | 1.00 | $360.00 | $360.00 |
| Service | JAC | 05/20/2025 | Review: 25-01234-JAW Notice of Appearance Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/20/2025 | Email w/ CPA re: Application to Employ | 0.10 | $400.00 | $40.00 |
| Service | TR | 05/20/2025 | Email w/ Mason re: Application to Employ | 0.10 | $400.00 | $40.00 |
| Service | JAC | 05/20/2025 | Review: 25-01234-JAW Meeting of Creditors Chapter 11 Document# 28 | 0.20 | $360.00 | $72.00 |
| Service | TR | 05/20/2025 | Email with Robert Ireland re: the amount of his client's claim | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/21/2025 | Follow up call to Wolters Kluwer re: UCC secured party | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/21/2025 | Email with Bookkeeper re: status of | 0.20 | $400.00 | $80.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | schedules and process for making payment | | | |
| Service | TR | 05/22/2025 | Review Tax and business documents prior to upload to docket | 0.40 | $400.00 | $160.00 |
| Service | TR | 05/22/2025 | Review: 25-01234-JAW Objection Document# 30 | 0.30 | $400.00 | $120.00 |
| Service | TR | 05/22/2025 | Email w/ Brian and Mason re: Objection Document# 30 | 0.10 | $400.00 | $40.00 |
| Service | TR | 05/22/2025 | Call w/ Craig Geno to discuss mystery UCC and MCA | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/22/2025 | Revise Affidavit to disclose UST concern re: disinterestedness | 0.40 | $400.00 | $160.00 |
| Service | TR | 05/26/2025 | Review: 25-01234-JAW Answer Document# 43 | 0.10 | $400.00 | $40.00 |
| Service | TR | 05/26/2025 | Review: 25-01234-JAW Motion to Reject Lease or Executory Contract Document# 41 and attachements | 0.80 | $400.00 | $320.00 |
| Service | TR | 05/26/2025 | Review: 25-01234-JAW Objection Document# 42 | 0.30 | $400.00 | $120.00 |
| Service | TR | 05/27/2025 | Prepare Exhibits for Cash Collateral Hearing | 0.50 | $400.00 | $200.00 |
| Service | TR | 05/27/2025 | Prepare arguments, statements and examination questions for cash collateral hearing | 1.10 | $400.00 | $440.00 |
| Service | TR | 05/27/2025 | Arrive at court to meet with opposing counsel, and client - attend hearing, stay after court to meet with UST and Sub5 Trustee to hash out Order details | 1.90 | $400.00 | $760.00 |
| Service | TR | 05/27/2025 | Drive to Court | 0.30 | $200.00 | $60.00 |
| Service | TR | 05/27/2025 | Drive from Court to office | 0.30 | $200.00 | $60.00 |
| Service | JAC | 05/27/2025 | Left vm message re: Auto Stay Violation - Eldar, Inc. on phone number provided by debtor | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/27/2025 | draft Document: LETTER-Auto-Stay Violation.docx to Eldar, Inc for phone calls to Δ | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/27/2025 | Review: 25-01234-JAW Notice to file Corporate Ownership Statement Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/27/2025 | Prepare proposed order on cash- | 0.90 | $400.00 | $360.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | collateral | | | |
| Service | TR | 05/28/2025 | Review requested revisions to AO and revise same - email changes to opposing counsel for approval | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/28/2025 | Call w/ Rich Hayes w/ Wilkerson re: handling sale of merchandise | 0.30 | $400.00 | $120.00 |
| Service | TR | 05/28/2025 | Email with interested parties with update on Wilkerson sale | 0.30 | $400.00 | $120.00 |
| Service | TR | 05/28/2025 | Email with Ireland, Geno and Steiskal re: status of UCC | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/28/2025 | Revise proposed cash collateral order with update Kapitus information | 0.50 | $400.00 | $200.00 |
| Service | TR | 05/28/2025 | Email w/ Rick Hayes re: inventory and sale start dates | 0.20 | $400.00 | $80.00 |
| Service | KR | 05/28/2025 | Incoming Call: Telephone conference with debtor about the creditor Eldar contacting him and threatening to pick up merchandise and wanted to know if there is something that we can do; drafted internal message to TR | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/28/2025 | Review: 25-01234-JAW Statement of Corporate Ownership Document# 46 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/28/2025 | Review: 25-01234-JAW Hearing Set Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/28/2025 | Email w/ client re: payroll, rent, cash-collateral | 0.20 | $400.00 | $80.00 |
| Service | JAC | 05/29/2025 | add missing creditors to list of creditors, prepare & send amended list of creditors to ∆ to review & sign | 0.20 | $360.00 | $72.00 |
| Service | JAC | 05/29/2025 | Draft and filed motion to extend deadline to file schedules to 6/11 - | 0.30 | $360.00 | $108.00 |
| Service | TR | 05/30/2025 | Call w/ client re: insurance, DIP accounts and IDI docs | 0.20 | $400.00 | $80.00 |
| Service | JAC | 05/30/2025 | Review: 25-01234-JAW Order on Motion to Extend Deadline to File Schedules Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/30/2025 | Call with Rick Hayes re: liquidation sale | 0.20 | $400.00 | $80.00 |
| Service | TR | 05/30/2025 | Email w/ counsel re: wilkerson update | 0.10 | $400.00 | $40.00 |
| Service | KR | 05/30/2025 | Contact Debtor (Text/Email): Drafted email to debtor with a copy of the | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Auto Stay Violation Letter that we have to the creditor Eldar | | | |
| Service | TR | 05/30/2025 | Meeting w/ lient to work on IDI paperwork | 0.70 | $400.00 | $280.00 |
| Service | TR | 05/30/2025 | Review: Proof of Claim 25-01234-JAW Mississippi Department of Revenue Document # 3 | 0.30 | $400.00 | $120.00 |
| Service | TR | 06/02/2025 | Email w/ lawyers re: Wilkerson sale | 0.10 | $400.00 | $40.00 |
| Service | JAC | 06/02/2025 | Draft notice of amendment for added creds | 0.30 | $360.00 | $108.00 |
| Service | TR | 06/03/2025 | Conference call w/ Robert Ireland, Rick Hayes, and Craig Geno re: liquidation sale | 1.10 | $400.00 | $440.00 |
| Service | TR | 06/03/2025 | Attend IDI Exam | 0.80 | $400.00 | $320.00 |
| Service | KR | 06/03/2025 | Drafted and prepared the cos for Interim Order Authorizing Use of Cash Collateral, Requiring Current Payment of Post-Petition Rent, and Providing Adequate Protection for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/03/2025 | Administrative - non-billable work: Telephone conference with Vm re: cos for Interim Order Authorizing Use of Cash Collateral | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/03/2025 | Draft Application to Employ Wilkerson, Proposed Order, Affidavit | 2.30 | $400.00 | $920.00 |
| Service | TR | 06/03/2025 | Review Contract and Projections received from Wilkerson | 0.60 | $400.00 | $240.00 |
| Service | TR | 06/04/2025 | Draft Motion to Expedite Hearing | 1.80 | $400.00 | $720.00 |
| Service | TR | 06/04/2025 | Email with UST and Bankplus re: DIP account | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/04/2025 | Call w/ Josh to discuss revisions to Wilkerson Employment motion | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/04/2025 | Revise Employment Motion | 0.20 | $400.00 | $80.00 |
| Service | JAC | 06/04/2025 | Prepare and file app to employ & M expedite | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/05/2025 | Email w/ Ireland re: advertising language used for liquidation sale | 0.20 | $400.00 | $80.00 |
| Service | JAC | 06/05/2025 | Review: 25-01234-JAW Order on Motion to Expedite Hearing | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Document# 60 | | | |
| Service | TR | 06/05/2025 | Legal Research on how sales consultants are typically paid in chapter 11 cases | 1.80 | $400.00 | $720.00 |
| Service | TR | 06/05/2025 | Prepare Letter Brief | 1.40 | $400.00 | $560.00 |
| Service | TR | 06/09/2025 | Review email from Mason re: info needed for sofa | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/09/2025 | Call w/ Mason to discuss rent payment, insurance and info needed for SOFA | 0.30 | $400.00 | $120.00 |
| Service | TR | 06/09/2025 | Email w/ UST re: insurance | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/09/2025 | Call w/ client re: insurance and rent | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/09/2025 | Email w/ Robert Ireland re: rent | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/09/2025 | Email w/ Wilkerson re: revised start and end dates | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/09/2025 | Email w/ Robert Ireland re: marketing language and landlord lien | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/09/2025 | Research landlord lien avoidance | 0.60 | $400.00 | $240.00 |
| Service | TR | 06/10/2025 | Email w/ Robert Ireland re: adequate protection | 0.10 | $400.00 | $40.00 |
| Service | TR | 06/10/2025 | Call w/ Brian to discuss inventory and insruance | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/10/2025 | Email w/ Geno and Ireland re: sale date and consultant change | 0.10 | $400.00 | $40.00 |
| Service | TR | 06/10/2025 | Meeting w/ client to review inventory and finalize schedules | 1.40 | $400.00 | $560.00 |
| Service | TR | 06/10/2025 | Review Landlords Response to Motion to Employ | 0.10 | $400.00 | $40.00 |
| Service | TR | 06/11/2025 | Review: 25-01234-JAW Response Document# 65 | 0.30 | $400.00 | $120.00 |
| Service | TR | 06/11/2025 | Review: 25-01234-JAW Order on Generic Motion Document# 64 | 0.10 | $400.00 | $40.00 |
| Service | TR | 06/11/2025 | Call w/ client for update on insurance | 0.20 | $400.00 | $80.00 |
| Service | CO | 06/12/2025 | Contact Debtor (Text/Email): called debtor and left a voicemail informing him the hearing for this morning was continued to another date. Drafted emails and text to debtor informing of the same. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/12/2025 | Incoming Call: Telephone conference with Gary Carriere about the debt; provided correct mailing address and advised me of the situation; drafted internal message to TR re: Gary Carriere | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/12/2025 | File change of address | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/12/2025 | Review: 25-01234-JAW Order Setting, Resetting, or Continuing a Hearing Document# 68 | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/12/2025 | Incoming Call: Telephone call from Heenea with Heera Moti inquiring about a letter they received from us and inquiring why it was received; discussed same and determine the letter to be Order on Motion to Expedite DK #60; explained what it meant; she wanted to know why they are getting the letters; reviewed matrix and explained that Heera Moti is listed in the bankruptcy, and she said yes, because they owe us money. | 0.20 | $155.00 | $31.00 |
| Service | TR | 06/13/2025 | Call with insurance agent | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/13/2025 | Call w/ client re: insurance | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/13/2025 | Call w/ Gary Carriere re debt owed and jewelry | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/16/2025 | Call to discuss insurance and rent payment w/ client | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/17/2025 | Call to discuss insurance w/ agent | 0.30 | $400.00 | $120.00 |
| Service | TR | 06/17/2025 | Call w/ client to discuss insurance application questions | 0.30 | $400.00 | $120.00 |
| Service | KR | 06/17/2025 | Reviewed court docket on filing a Notice Change of Address for Creditor; drafted Notice Change of Address | 0.30 | $0.00 | $0.00 |
| Service | TR | 06/17/2025 | Email w/ Wilkerson re: Hearing | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/17/2025 | Review: 25-01234-JAW Notice of Appearance Document# 73 | 0.10 | $400.00 | $40.00 |
| Service | TR | 06/17/2025 | Review: 25-01234-JAW Objection Document# 66 | 0.30 | $400.00 | $120.00 |
| Service | TR | 06/17/2025 | Outline response to Motion to Reject Lease for Paralegal to draft | 0.20 | $400.00 | $80.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/17/2025 | Drafted response based on outline provided from the attorney; drafted internal message to TR re: review response | 0.30 | $155.00 | $46.50 |
| Service | TR | 06/17/2025 | Review Response per M for Order Rejecting Business Lease drafted by KR | 0.10 | $400.00 | $40.00 |
| Service | KR | 06/17/2025 | Reviewed internal message from TR re: response per the Motion for Order Rejecting Business Lease; prepared the response for upload to the Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 06/17/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Response with the Declaration of Mailing attached per the Motion for Order Rejecting Business Lease for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/18/2025 | 341 | 1.00 | $400.00 | $400.00 |
| Service | KR | 06/18/2025 | Prepared the Notice Change of Address for Creditor for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/18/2025 | Resume 341 after break | 0.30 | $400.00 | $120.00 |
| Service | TR | 06/19/2025 | Email w/ CPA re: Order on Application to Employ , tax returns and financial statements | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/19/2025 | Review: 25-01234-JAW Answer Document# 79 | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/20/2025 | Email w/ creditor Carriere | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/20/2025 | Call w/ client to discuss MOR | 0.30 | $400.00 | $120.00 |
| Service | TR | 06/23/2025 | Prepare statements, examination questions, and exhibits for hearing | 1.10 | $400.00 | $440.00 |
| Service | TR | 06/23/2025 | Call w/ Rick Hayes prior to hearing | 0.30 | $400.00 | $120.00 |
| Service | TR | 06/23/2025 | Meeting w/ UST prior to hearing | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/23/2025 | Attend Hearing - Application to Employ | 0.70 | $400.00 | $280.00 |
| Service | TR | 06/23/2025 | Draft proposed AO on Motion to Hire Consultant | 0.90 | $400.00 | $360.00 |
| Service | BM | 06/23/2025 | Drafted Amended Schedule F to add American Express | 0.10 | $155.00 | $15.50 |

Invoice # 8419 - 10/24/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/23/2025 | Email w/ Josh @Wilkerson re: order and signed agreement | 0.20 | $400.00 | $80.00 |
| Service | TR | 06/23/2025 | Call w/ Brian re: signing agreement asap | 0.10 | $400.00 | $40.00 |
| Service | TR | 06/23/2025 | Prepare Status Report | 0.70 | $400.00 | $280.00 |
| Service | TR | 06/24/2025 | Email w/ Lawyers re: proposed order and final version of contract | 0.30 | $400.00 | $120.00 |
| Service | TR | 06/24/2025 | Email w/ agent and Δ regarding binding insurance | 0.20 | $400.00 | $80.00 |
| Service | JAC | 06/26/2025 | review & revise drafted amendments | 0.20 | $360.00 | $72.00 |
| Service | KR | 06/26/2025 | Contact Debtor (Text/Email): Reviewed email memo from JAC re: amendments; drafted email to debtor to sign the amendments to add the creditor American Express | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/27/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing him about the amended schedules he needs to sign so we can add the creditor American Express | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/28/2025 | Prepare Wage Motion | 1.20 | $400.00 | $480.00 |
| Service | KR | 06/30/2025 | Review email from Attorney: Reviewed email memo from TR re: Notice and Proposed Order for Motion to Pay Wages; drafted Notice and Proposed Order; drafted email memo to TR to review | 0.50 | $155.00 | $77.50 |
| Service | KR | 06/30/2025 | Review email from Attorney: Reviewed email memo to TR re: revision needed; revised the Proposed Order; drafted email memo to TR re: review revised Order | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/30/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion for Approval to Pay Wages; prepared the Motion and Exhibit A for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/30/2025 | Call Debtor: Called debtor left message; drafted email and text about the amended schedules needing to be sign so we can file wit the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/30/2025 | Call w/ client to discuss rent payment and insurance certificate | 0.20 | $400.00 | $80.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 06/30/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion, the Exhibit A, the Notice and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/01/2025 | Review certificate of insurance and email agent regarding adding UST for notification purposes | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/02/2025 | Review: 25-01234-JAW Answer Document# 88 | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/02/2025 | Meeting w/ Brian and consultant in store to discuss sale, selling scrap gold, insurance, rent payments, tax returns | 0.30 | $400.00 | $120.00 |
| Service | TR | 07/02/2025 | Email w/ Ireland re: rent | 0.10 | $400.00 | $40.00 |
| Service | TR | 07/02/2025 | Prepare 6 month budget | 0.80 | $400.00 | $320.00 |
| Service | TR | 07/03/2025 | Email w/ UST re: insurance | 0.10 | $400.00 | $40.00 |
| Service | TR | 07/03/2025 | Call w/ client re: 6 mo budget | 0.20 | $400.00 | $80.00 |
| Service | KR | 07/07/2025 | Contact Debtor (Text/Email): Called debtor left message; drafted text about the amended schedules he still needs to sign so we can file with the court to add the creditor American Express | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/07/2025 | Call w/ client to discuss moving out, hearing tomorrow | 0.40 | $400.00 | $160.00 |
| Service | TR | 07/07/2025 | Draft proposed AO on final cash collateral | 0.30 | $400.00 | $120.00 |
| Service | TR | 07/07/2025 | Email with lawyers re: final cash collateral order | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/07/2025 | Call w/ Ireland re: Lease Rejection hearing | 0.30 | $400.00 | $120.00 |
| Service | TR | 07/07/2025 | Email w/ UST re: DIP accounts and rent payments | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/08/2025 | Email w/ Landlord re: advertising | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/08/2025 | Call w/ landlord re: advertising and lease rejection order | 0.30 | $400.00 | $120.00 |
| Service | TR | 07/08/2025 | Call w/ Brian re: advertising | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/08/2025 | Attend Hearing | 0.50 | $400.00 | $200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/08/2025 | Discuss cash collateral order with Craig Geno | 0.10 | $400.00 | $40.00 |
| Service | TR | 07/08/2025 | Email w/ Wilkerson and Ireland re: Advertising | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/08/2025 | Email w/ lawyers re: signatures on final cash collateral order | 0.20 | $400.00 | $80.00 |
| Service | JAC | 07/08/2025 | Review: 25-01234-JAW Order Setting, Resetting, or Continuing a Hearing Document# 93 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/08/2025 | Email w/ Ireland re: advertising | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/08/2025 | Text w/ landlord representative re: advertising and contractor | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/09/2025 | Message w/ Brian about safe company and update on the liquidation sale process | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/09/2025 | Email w/ UST re: needed documents and amendments | 0.20 | $400.00 | $80.00 |
| Service | KR | 07/10/2025 | Call Debtor: Called debtor voicemail full; sent text requesting him to review and sign the amended F | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/11/2025 | Review email from debtor: Reviewed text from debtor stating he could not find the amended schedules to sign; drafted email to debtor with the amended schedules again; drafted text informing debtor I have emailed the amended schedules for him to review and sign | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/14/2025 | Email w/ Ashley re: insurance endorsement | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/14/2025 | Message/email w/ bookeeper and brian re: quickbooks and MOR | 0.20 | $400.00 | $80.00 |
| Service | KR | 07/14/2025 | Call Debtor: Called debtor unable to leave a message; drafted text to debtor inquiring if he received the email I resent with the amended schedules he needs to sign | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/15/2025 | Review email re: insurance endorsement and paying quickbooks invoice so that CPA can get financials and tax documents prepared - sent follow up to Brian | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/15/2025 | Call w/MS Safe | 0.20 | $400.00 | $80.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/15/2025 | Call w/ MS Lock and Key | 0.20 | $400.00 | $80.00 |
| Service | KR | 07/15/2025 | Incoming Call: Telephone conference with TR; requested me to email the amended schedules that the debtor needs to sign; drafted email memo to TR re: amended schedules | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/15/2025 | Site visit to address urgent matters: security concerns raised by consultant, getting access to quickbooks for CPA, paying for insurance endorsement - <br><br>Also, get update on sale from consultant, discuss safe value, transport and new office space | 0.90 | $400.00 | $360.00 |
| Service | TR | 07/16/2025 | Email w/ Wilkerson re: invoices | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/16/2025 | Email w/ Brian re: signing amended schedules | 0.10 | $400.00 | $40.00 |
| Service | TR | 07/16/2025 | Review of Sales Report from Consultant | 0.80 | $400.00 | $320.00 |
| Service | TR | 07/16/2025 | Email w/ bookkeeper re: transfers needed and taxes | 0.30 | $400.00 | $120.00 |
| Service | TR | 07/16/2025 | Call w/ Ireland to discuss upcoming hearing and safe issues | 0.20 | $400.00 | $80.00 |
| Service | JAC | 07/17/2025 | review & revise drafted notice prepared by KR | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/17/2025 | Email w/ insurance agent re: UST endorsement | 0.10 | $400.00 | $40.00 |
| Service | TR | 07/17/2025 | Email w/ Abby re: insurance endorsement | 0.20 | $400.00 | $80.00 |
| Service | KR | 07/17/2025 | Reviewed email memo from JAC re: amended schedules; prepared the amended schedules and the notice for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | TR | 07/17/2025 | Call various realtors re: office space options | 0.40 | $400.00 | $160.00 |
| Service | TR | 07/17/2025 | Message with safe moving company | 0.10 | $400.00 | $40.00 |
| Service | TR | 07/17/2025 | Call w/ client to discuss office space options - update on safe mover | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/17/2025 | Email Ireland w/ lease update | 0.10 | $400.00 | $40.00 |
| Service | KR | 07/17/2025 | Received and reviewed the Declaration of Mailing from Certificate | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | of Service; prepared the amended schedule F, the Notice with the Declaration of Mailing attached, and the amended Matrix for upload to the court | | | |
| Service | TR | 07/21/2025 | Call w/ Brian to discuss proposed AO, update on safe - moving money to carve out and tax accounts | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/21/2025 | Review and sign proposed AO on lease rejection | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/22/2025 | Message w/ Brian re: paying Wilkerson | 0.10 | $400.00 | $40.00 |
| Service | TR | 07/22/2025 | Message w/ client and confirm amount to pay Wilkerson | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/23/2025 | Review: Proof of Claim 25-01234-JAW Kapitus Servicing, Inc. Document # 8 | 0.70 | $400.00 | $280.00 |
| Service | TR | 07/23/2025 | Review: Proof of Claim 25-01234-JAW TDLDC Retail I, LLC Document # 9 | 1.10 | $400.00 | $440.00 |
| Service | TR | 07/23/2025 | Review: Proof of Claim 25-01234-JAW William E. McLeod, Esq Document # 7 | 0.30 | $400.00 | $120.00 |
| Service | TR | 07/23/2025 | Review: Proof of Claim 25-01234-JAW S. Kashi Document # 6 | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/23/2025 | Review: Proof of Claim 25-01234-JAW American Express National Bank Document # 5 | 0.10 | $400.00 | $40.00 |
| Service | TR | 07/23/2025 | Review: Proof of Claim 25-01234-JAW WLBT Television Document # 4 | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/23/2025 | Review: Proof of Claim 25-01234-JAW Hinds County Tax Collector Document # 1 | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/24/2025 | Message w/ bookkeeper re: transfers and status of MOR | 0.20 | $400.00 | $80.00 |
| Service | KR | 07/24/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to Extend Exclusivity Period; reviewed court docket for all previous Orders and Motions; reviewed matter in clio; started drafting Motion; drafted email memo to TR re: additional information | 0.60 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 07/24/2025 | Telephone conference with TR re: Motion to Extend the Exclusivity Period; drafted Motion, Notice and Order; drafted email memo to TR re: review the Motion to Extend | 0.60 | $155.00 | $93.00 |
| Service | KR | 07/24/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to Extend the Exclusivity Period; prepared the Notice and the Motion for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/24/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice, the Motion to Extend Exclusivity Period for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 07/25/2025 | Call w/ Ireland to discuss Late Fees included in POC | 0.30 | $400.00 | $120.00 |
| Service | TR | 07/28/2025 | Email with Brian and Mason re: order authorizing back wages | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/28/2025 | Message w/ client re: MORs and DIP checks | 0.10 | $400.00 | $40.00 |
| Service | TR | 07/28/2025 | Review weekly sales report | 0.30 | $400.00 | $120.00 |
| Service | TR | 07/28/2025 | Call with Consultant Joe to discuss progress of sale | 0.20 | $400.00 | $80.00 |
| Service | KR | 07/28/2025 | Review and respond to email memo: Reviewed email memo from TR re: Objection to Kapitus Claim; reviewed outline and claim filed by Kapitus; drafted Notice, Objection and Proposed Order using the outline provided by the attorney | 0.40 | $155.00 | $62.00 |
| Service | TR | 07/28/2025 | Research and outline Obj to POC for KR to draft | 0.40 | $400.00 | $160.00 |
| Service | TR | 07/28/2025 | Revise Obj to POC | 0.30 | $400.00 | $120.00 |
| Service | KR | 07/29/2025 | Review email from Attorney: Reviewed email memo from TR re: Objection to Claim; prepared the Notice and the Objection for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | KR | 07/29/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Objection to the Claim, the Notice and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/29/2025 | Email w/ Ireland re: POC | 0.10 | $400.00 | $40.00 |
| Service | TR | 07/30/2025 | Email with UST re: DIP checks, financial statements and taxes | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/30/2025 | Text with Brian and bookkeeper re: BankPlus accounts, closing old accounts - getting bookkeeper access to new accounts. | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/30/2025 | Review and respond to email and proof of claim received from creditor | 0.20 | $400.00 | $80.00 |
| Service | TR | 07/30/2025 | Review email from MDoR re: state taxes owed - draft email to Brian and Mason re: same | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/04/2025 | Message and call w/ Brian and Joe regarding invoices - and accounts | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/05/2025 | Review Wilkerson invoices | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/07/2025 | Message w/ Brian about lease | 0.10 | $400.00 | $40.00 |
| Service | TR | 08/07/2025 | Email w/ Jeff Speed re: potential lease addendum | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/07/2025 | Review Lease provided by client | 0.60 | $400.00 | $240.00 |
| Service | TR | 08/07/2025 | Email w/ Robert ireland re: late fees in POC | 0.10 | $400.00 | $40.00 |
| Service | TR | 08/07/2025 | Email w/ Robert Ireland re: proposed agreement | 0.10 | $400.00 | $40.00 |
| Service | TR | 08/07/2025 | Review revised lease sent by Jeff speed, email copy to brian with instructions to get me fully executed copy asap | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/07/2025 | Review and respond to Robert Ireland email re: lease rejection damages claim | 0.30 | $400.00 | $120.00 |
| Service | TR | 08/11/2025 | Review and reply to bookkeeper re: info needed to complete taxes | 0.10 | $400.00 | $40.00 |
| Service | TR | 08/11/2025 | Email w/ realtor re: new lease | 0.10 | $400.00 | $40.00 |
| Service | TR | 08/11/2025 | Review sales weekly report | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/12/2025 | Meeting w/ Brian and Bookkeeper at store to discuss items needed to complete tax returns, moving logistics, MORs, Plan terms | 0.80 | $400.00 | $320.00 |
| Service | TR | 08/12/2025 | Outline critical vendor motions and orders for KR to draft (Mangum, | 0.80 | $400.00 | $320.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Stuller and NIVODA) | | | |
| Service | TR | 08/12/2025 | Email w/ Ireland re: move out date and safe removal | 0.10 | $400.00 | $40.00 |
| Service | TR | 08/12/2025 | Email w/ Trip Barnes re: outstanding balance owed | 0.10 | $400.00 | $40.00 |
| Service | KR | 08/13/2025 | Review email from Attorney: Reviewed email memo from TR with MOTION FOR AUTHORITY TO PAY | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/13/2025 | Draft email to AMEX re: statements for CPA | 0.10 | $400.00 | $40.00 |
| Service | KR | 08/13/2025 | Drafted Motions to Pay Critical Vendors; drafted email memo to TR re: review Motions | 1.50 | $155.00 | $232.50 |
| Service | TR | 08/14/2025 | Review and revise MORs provided by Δ | 0.60 | $400.00 | $240.00 |
| Service | KR | 08/14/2025 | Reviewed email memo from TR re: draft letter and authorization; drafted letter and authorization using attorney's message; drafted email memo to TR re: review letters | 0.30 | $155.00 | $46.50 |
| Service | KR | 08/14/2025 | Review email from Attorney: Reviewed email memo from TR re: Letter and Authorization for American Express Statements | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/14/2025 | Meet client at bank to get bank statements, sign operating reports and get other signatures - discuss consultants concerns about layaway | 0.40 | $400.00 | $160.00 |
| Service | KR | 08/15/2025 | Reviewed email memo from TR re: Motion to Approve Payment for Pre-Petition Claim; prepared the Notice and the Motion for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/19/2025 | Reviewed email memo from TR re: reviewed and redacted account numbers off of monthly bank statements for May-July; prepared the Monthly Operating Reports for May-July for upload to the court | 0.70 | $155.00 | $108.50 |
| Service | KR | 08/19/2025 | Review email from Attorney: Reviewed email memo from TR re: upload revised Order to Extend Exclusivity; revised order; prepared the order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JC | 08/19/2025 | Incoming Call: Telephone call from McLeod Law Firm informing they | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | receive electronic notifications of court filings and do not need them mailed, too; informed her that the Court mails them out. She thought we were doing it. | | | |
| Service | TR | 08/19/2025 | Call w/ client re: end of sale - closing of store, closing bank account and info needed from Community Bank | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/19/2025 | Outline Motion to Approve Lease for KR to draft | 0.50 | $400.00 | $200.00 |
| Service | TR | 08/19/2025 | Outline Motion to Shorten Notice Period for KR to draft | 0.20 | $400.00 | $80.00 |
| Service | KR | 08/20/2025 | Draft Motion: Drafted Motion and Order for Authority for Lease; drafted email memo to TR re: review Motion | 0.30 | $155.00 | $46.50 |
| Service | KR | 08/20/2025 | Draft Motion: Draft Motion and Order to Shorten Notice Period; drafted email memo to TR re: review Motion and Order | 0.30 | $155.00 | $46.50 |
| Service | KR | 08/20/2025 | Reviewed email memo from TR re:Motion for Authority; prepared the Motion and the Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/20/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to for Approval to Pay Critical Claim; prepared the Motion and the Notice for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | TR | 08/21/2025 | Review and respond to email from creditor re: status of claim | 0.10 | $400.00 | $40.00 |
| Service | KR | 08/21/2025 | Reviewed court docket for the Order Shortening Notice Period and the Motion to Approve Lease Agreement; drafted 7 day Notice; prepared the Notice and the Motion for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/21/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the 7 day Notice along with the Motion to Approve Lease for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/26/2025 | Incoming Call: Telephone conference with a creditor about the debt owed and how to receive payment | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/26/2025 | Email w/ CPA re: Community bank | 0.20 | $400.00 | $80.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | balance (for tax prep) | | | |
| Service | TR | 08/27/2025 | Outline Motion to Approve Agreement for KR to draft | 0.40 | $400.00 | $160.00 |
| Service | TR | 08/27/2025 | Call w/ Brian about paying Entergy | 0.10 | $400.00 | $40.00 |
| Service | KR | 08/27/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to Approve Compromise and Settlement; drafted Motion, Notice and Agreed Order to Approve Compromise and Settlement using the outline provided from the attorney; drafted email memo to TR re: review Motion | 0.40 | $155.00 | $62.00 |
| Service | TR | 08/27/2025 | Email w/ Ireland re: motion to approve agreement and proposed order | 0.10 | $400.00 | $40.00 |
| Service | TR | 08/28/2025 | Email w/ Wilkerson re: final invoice | 0.10 | $400.00 | $40.00 |
| Service | TR | 08/29/2025 | Review: 25-01234-JAW Objection Document# 124 | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/29/2025 | Email with Sub5 TT re: Objection Document# 124 | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/29/2025 | Call w/ Jeff Speed re: lease term amendment | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/29/2025 | Call w/ Brian re: Lease term amendment | 0.20 | $400.00 | $80.00 |
| Service | TR | 08/29/2025 | Draft lease amendment | 0.40 | $400.00 | $160.00 |
| Service | JAC | 08/29/2025 | Review: 25-01234-JAW Hearing Set Document# 125 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/02/2025 | Email w/ Jeff Speed re: lease amendment | 0.20 | $400.00 | $80.00 |
| Service | KR | 09/02/2025 | Drafted email memo to TR re: Motion to Pay Critical Claim (Nivoda) | 0.10 | $0.00 | $0.00 |
| Service | KR | 09/02/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to Pay Critical Claim (Nivoda) | 0.10 | $0.00 | $0.00 |
| Service | TR | 09/03/2025 | Email w/ Josh re: American Express balance for taxes | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/04/2025 | Draft Proposed AO on Motion to Approve Lease and Sub5 TT Obj | 0.60 | $400.00 | $240.00 |
| Service | TR | 09/04/2025 | Draft email to Sub5 TT on Lease Motion | 0.20 | $400.00 | $80.00 |

Case 25-01234-JAW Dkt 163 Filed 11/03/26 Entered 11/03/26 10:42:45 Page 23 of 33

Invoice # 8419 - 10/24/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/04/2025 | Discuss issues with removing safe - removing glass - getting out of the space by Sept 12 | 0.20 | $400.00 | $80.00 |
| Service | KR | 09/08/2025 | Format and upload AO on Motion to Approve Lease | 0.20 | $155.00 | $31.00 |
| Service | TR | 09/09/2025 | Message w/ Brian and Wilkerson re: payment of final Trinity invoice | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/11/2025 | Review: 25-01234-JAW Answer Document# 132 | 0.40 | $400.00 | $160.00 |
| Service | JAC | 09/11/2025 | Review: 25-01234-JAW Hearing Set Document# 134 | 0.10 | $360.00 | $36.00 |
| Service | CO | 09/11/2025 | Incoming Call: Phone conference with debtor's CPA requesting to speak to the attorney. Drafted email memo to TR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 09/15/2025 | Incoming Call: Telephone conference with a CPA requesting a call back from the attorney; drafted email memo to TR with the contact information | 0.10 | $0.00 | $0.00 |
| Service | TR | 09/15/2025 | Email w/ Accountant re: P&L and Balance Sheet questions | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/15/2025 | Call w/ Brian re: move status, remaining property at The District - paying Wilkerson final invoice, money remaining in bank account, Motion to Pay Critical Vendor | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/16/2025 | Email w/ CPA re: debt info for tax returns | 0.10 | $400.00 | $40.00 |
| Service | TR | 09/17/2025 | Outline chapter 11 Plan for paralegal to draft | 1.80 | $400.00 | $720.00 |
| Service | JAC | 09/17/2025 | Review: 25-01234-JAW Hearing Set Document# 138 | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/17/2025 | Draft Plan | 1.50 | $155.00 | $232.50 |
| Service | TR | 09/17/2025 | Review and Revise Plan | 1.60 | $400.00 | $640.00 |
| Service | KR | 09/17/2025 | Assist TR with revising Plan | 0.50 | $155.00 | $77.50 |
| Service | TR | 09/17/2025 | Call w/ Brian and Bookkeeper re: paying Geno, Hearing coming up to pay bookkeeper, money in the bank, proposed plan, status of move, what needs to be done to resume operations | 0.50 | $400.00 | $200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 09/17/2025 | Email to Robert Ireland re: vacating premises and filing notice of rejection, and status of agreed motion and order re: the claim | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/17/2025 | Email w/ Craig re: payment of escrowed fees | 0.10 | $400.00 | $40.00 |
| Service | TR | 09/18/2025 | Email w/ Mason re: confirmation of payment of sub5 TT fees | 0.10 | $400.00 | $40.00 |
| Service | TR | 09/18/2025 | Email w/ CPA re: status of business reports | 0.10 | $400.00 | $40.00 |
| Service | TR | 09/22/2025 | Hearing | 0.30 | $400.00 | $120.00 |
| Service | TR | 09/22/2025 | Meeting w/ client and sub 5 TT prior to hearing, re: prepare for hearing and settlement discussions | 0.50 | $400.00 | $200.00 |
| Service | TR | 09/23/2025 | Email w/ Josh re: sales tax and P&L statements | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/23/2025 | Review and revise MOR | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/23/2025 | Review reconciliation statements | 0.20 | $400.00 | $80.00 |
| Service | TR | 09/24/2025 | Email w/ Craig re: language of AO on critical vendor | 0.10 | $400.00 | $40.00 |
| Service | JAC | 09/24/2025 | Review: 25-01234-JAW Order on Motion to Compel Document# 141 | 0.10 | $360.00 | $36.00 |
| Service | TR | 10/01/2025 | Review: 25-01234-JAW Application for Compensation Document# 143 | 0.30 | $400.00 | $120.00 |
| Service | KR | 10/01/2025 | Incoming Call: Telephone conference with the bankruptcy court about the Plan and the disclosure statement due to the exclusivity expiring; telephone conference with BM; reviewed court docket for the Motion to Extend Exclusivity Period and the Order; drafted email memo to TR re: Plan due | 0.30 | $0.00 | $0.00 |
| Service | KR | 10/01/2025 | Review email from Attorney: Reviewed email memo from TR re: Plan; prepared the plan for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 10/02/2025 | Review: 25-01234-JAW Clerk's Letter Re: Service of Order, Plan, and Ballot Form Document# 148 | 0.10 | $400.00 | $40.00 |
| Service | TR | 10/02/2025 | Review: 25-01234-JAW Order Setting Confirmation Hearing of the Subchapter V Plan Document# 147 | 0.20 | $400.00 | $80.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 10/03/2025 | Review email from Attorney: Reviewed email memo from TR re: upload and file Ballot and Plan; telephone conference with TR; prepared the Ballot, Order and Plan for upload to Certificate of Service | 0.30 | $155.00 | $46.50 |
| Service | KR | 10/03/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Order, Plan and Ballot for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 10/08/2025 | Review and revise proposed AO on critical vendor motion | 0.20 | $400.00 | $80.00 |
| Service | KR | 10/08/2025 | Drafted Agreed Order per the Motion to Pay Pre-Petition Claim of Critical Vendor using outline from attorney; drafted email memo to TR re: review Agreed Order | 0.20 | $155.00 | $31.00 |
| Service | TR | 10/09/2025 | Email w/ Robert Ireland re: approval of agreed order | 0.10 | $400.00 | $40.00 |
| Service | TR | 10/09/2025 | Review and suggest Revisions for August MOR | 0.20 | $400.00 | $80.00 |
| Service | TR | 10/09/2025 | Review and suggest revisions for September MOR | 0.30 | $400.00 | $120.00 |
| Service | KR | 10/09/2025 | Reviewed and redacted the August Monthly Operating Report; prepared the Operating Report for upload to the court | 0.30 | $155.00 | $46.50 |
| Service | KR | 10/09/2025 | Reviewed and redacted the September Monthly Operating Report; prepared the Operating Report for upload to the court | 0.30 | $155.00 | $46.50 |
| Service | KR | 10/15/2025 | Reviewed email memo from TR re: Motion to Approve Compromise and Settlement; reviewed court docket for the claim filed by landlord to retrieve address; drafted Certificate of Service per the Motion to Approve Compromise and Settlement; prepared the Notice and the Motion for upload to Certificate of Service | 0.30 | $0.00 | $0.00 |
| Service | KR | 10/15/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Approve Compromise and Settlement, the Proposed Order and the 21 Day Notice for upload to the court | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 10/16/2025 | Call w/ Robert Ireland to discuss rejection damages claim - rejection date and status of post petition rent | 0.30 | $400.00 | $120.00 |
| Service | TR | 10/17/2025 | Email w/ Robert Ireland re: POC and Lease Rejection | 0.20 | $400.00 | $80.00 |
| Service | TR | 10/17/2025 | Email w/ Mason and Brian re: voiding check for October rent that was mistakenly paid | 0.10 | $400.00 | $40.00 |
| Service | TR | 10/21/2025 | Review and respond to email form creditor re: amount of scheduled claim | 0.10 | $400.00 | $40.00 |
| Service | JC | 10/23/2025 | Drafted e-mail to KR attaching copies of envelopes mailed to debtor and debtor's business that were returned due to no mail receptacle. | 0.10 | $155.00 | $15.50 |
| Service | SA | 10/23/2025 | Incoming Call: Call from Chad Windham for TR in regards to this Δ; took message and drafted email to TR | 0.10 | $100.00 | $10.00 |
| Service | TR | 10/24/2025 | Call w/ Brian re: status of shop operations | 0.10 | $400.00 | $40.00 |
| Service | TR | 10/24/2025 | Review and revise itemizations | 0.40 | $400.00 | $160.00 |
| | | | | | **Services Subtotal** | **$39,144.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/14/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $32.76 | $32.76 |
| Expense | 05/14/2025 | Filing Fee | 1.00 | $1,738.00 | $1,738.00 |
| Expense | 06/03/2025 | Postage: Mailed Interim Order Authorizing Use of Cash Collateral to Kapitus | 1.00 | $0.97 | $0.97 |
| Expense | 06/17/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.19 | $4.19 |
| Expense | 06/30/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $40.66 | $40.66 |
| Expense | 07/17/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.24 | $4.24 |
| Expense | 07/24/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $40.92 | $40.92 |
| Expense | 07/29/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $4.98 | $4.98 |
| Expense | 08/15/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $42.78 | $42.78 |
| Expense | 08/15/2025 | Postage: Mailed Authorization letter to American | 1.00 | $0.74 | $0.74 |

| | | | | | |
|---|---|---|---|---|---|
| | | Express. | | | |
| Expense | 08/20/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $42.78 | $42.78 |
| Expense | 08/21/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $42.78 | $42.78 |
| Expense | 10/03/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $95.22 | $95.22 |
| | | | | **Expenses Subtotal** | **$2,091.02** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 10.6 | $360.00 | $3,816.00 |
| Thomas Rollins | Attorney | 81.9 | $400.00 | $32,760.00 |
| Thomas Rollins | Attorney | 0.6 | $200.00 | $120.00 |
| Shaton Andrews | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 0.4 | $155.00 | $62.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Clara Ortega | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 15.1 | $155.00 | $2,340.50 |
| Kerri Rodabough | Non-Attorney | 2.6 | $0.00 | $0.00 |
| | | | **Subtotal** | **$41,235.02** |
| | | | **Total** | **$41,235.02** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8419 | 11/23/2025 | $41,235.02 | $0.00 | $41,235.02 |
| | | | **Outstanding Balance** | **$41,235.02** |
| | | | **Total Amount Outstanding** | **$41,235.02** |