**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: BECKHAM JEWELRY, LLC,**
**Debtor.**

**CASE NO. 25-01234-JAW**
**CHAPTER 7**

## ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND EXPENSES

The Court considered the Final Application for Allowance of Preconversion Compensation and Reimbursement of Expenses (Dk #____) of Thomas C. Rollins, Jr., the prior application and itemization, the interim order (Dkt. 171), Claim No. 18, and the record. After notice and an opportunity for hearing, the Court finds the requested compensation and expenses reasonable, actual, and necessary and concludes that final allowance is appropriate under 11 U.S.C. § 330.

IT IS ORDERED that the Application is APPROVED as follows:

1. Thomas C. Rollins, Jr. is allowed final compensation of $39,144.00 and reimbursement of expenses of $2,091.02, for a total of $41,235.02, for the services and expenses covered by the first application (Dkt. 160).

2. The $10,038.60 jewelry-retainer credit required by Dkt. 171 is preserved. The resulting unpaid preconversion Chapter 11 administrative claim is $31,196.42, less any subsequent payments on the same compensation or expenses.

3. The unpaid amount is allowed under 11 U.S.C. § 503(b)(2), with priority under § 507(a)(2), subject to § 726(b). The Chapter 7 trustee may pay the remaining allowed amount in accordance with applicable distribution priorities, available estate funds, and further orders of this Court.

**##END OF ORDER##**

Submitted by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Former Counsel for the Debtor in Possession