**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Beckham Jewelery, Inc.** **Case No. 25-01234-JAW**
**, Debtor** **CHAPTER 7**

# NOTICE

TO: ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEARBY NOTIFIED that pursuant to 1 U.S.C. § 331, Thomas C. Rollins, Jr. and The Rollins Law Firm, has filed its *Final Application for Allowance of Compensation and Reimbursement of Expenses* (the "Application"), for the sum of $39,144.00 in fees and $2,091.02 in expenses previously allowed on an interim basis in Dkt. 171. After the $10,038.60 jewelry-retainer credit, the requested unpaid administrative balance is $31,196.42, less any later payments. The balance is the obligation asserted in Claim No. 18.

A copy of the Application with Exhibits are on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the office of Debtor's counsel by asking for a copy from Thomas C. Rollins, Jr. trollins@therollinsfirm.com. If no objections are filed within twenty-one (21) days from the date of this Notice with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran U.S. Courthouse, 501 E. Court St., Ste 2.300, Jackson, MS 39201, and a copy served upon Thomas C. Rollins. Jr. of The Rollins Law Firm PLLC, the attorneys for the Debtor, at P.O. Box 13767, Jackson, MS 39236 the Court will consider the Application ex parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

Respectfully Submitted,

Date: November 17, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BECKHAM JEWELERY, INC

CASE NO: 25-01234

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7

On 11/17/2026, I did cause a copy of the following documents, described below,

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

BECKHAM JEWELERY, INC

CASE NO: 25-01234

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 11/17/2026, a copy of the following documents, described below,

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/17/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-01234
SOUTHERN DISTRICT OF MISSISSIPPI
TUE NOV 17 12-14-13 PST 2026

BECKHAM JEWELRY LLC
1867 CRANE RIDGE DRIVE
STE A150
JACKSON MS 39216-4982

HARPER RAINS KNIGHT COMPANY PA
1052 HIGHLAND COLONY PARKWAY
SUITE 100
RIDGELAND MS 39157-8764

~~EXCLUDE~~

~~(U)JOSHUA NORRIS PLLC~~

~~EXCLUDE~~

~~(U)KAPITUS~~

~~EXCLUDE~~

~~(U)LITCHFIELD CARLYLE LLC~~

~~EXCLUDE~~

~~(U)MASON MAGNUM~~

MCLEOD ASSOCIATES PA
10 PROFESSIONAL PARKWAY
HATTIESBURG MS 39402-2636

~~EXCLUDE~~

~~(U)STULLER INC~~

~~EXCLUDE~~

~~(U)TDLDC RETAIL I LLC~~

TAYLOR AUCTION REALTY INC
BENNY TAYLOR
P O BOX 357
GRENADA MS 38902-0357

~~EXCLUDE~~

~~(U)WILKERSON INC~~

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

AMERICAN EXPRESS
PO BOX 981537
EL PASO TX 79998-1537

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

BARNES BAILEY JANO
5 RIVERBEND PLACE
STE A
FLOWOOD MS 39232-7618

BRIAN BECKHAM
120 DISTRICT BLVD
STE D110
JACKSON MS 39211-6304

BRIAN BECKHAM
2 ASHLEY PARK DR
JACKSON MS 39206-6156

CRAIG M GENO ESQ
LAW OFFICES OF GENO AND STEISKAL PLLC
601 RENAISSANCE WAY SUITE A
RIDGELAND MS 39157-6038

DAZZLE IMPORTS
5555 GLENDRIDGE CONNEC
STE 200
ATLANTA GA 30342-4815

DEPARTMENT OF TREASURY INTERNAL REVENUE SE
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

DYNASTY CASTING
644 SHREWSBERRY COMMON
SHREWSBURY PA 17361-1617

ELDAR INC
3068 N 2700 E
FORREST IL 61741

EULER HERMES AGENT FOR NIVODA LIMITED
100 INTERNATIONAL DR 22ND FLOOR
BALTIMORE MD 21202-4783

GARY CARRIERE
725 WOODLAND ST
SULPHUR LA 70663-1046

HAKIMI DIAMOND CORP
15 W 47TH ST
NEW YORK NY 10036-3305

HEERA MOTI INC
15 W 47TH ST
STE 808
NEW YORK NY 10036-3327

HINDS CO TAX COLLECTOR
PO BOX 1727
JACKSON MS 39215-1727

HINDS COUNTY TAX COLLECTOR
316 SOUTH PRESIDENT ST
JACKSON MS 39201-4801

IRS
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JOSHUA NORRIS PLLC
2906 N STATE STREET STE 207
JACKSON MS 39216-4231

KAPITUS
2500 WILSON BLVD STE
ARLINGTON VA 22201-3873

KAPITUS SERVICING INC
120 WEST 45TH STREET 4TH FLOOR
NEW YORK NY 10036-4041

KELLY WATERS
PO BOX 240924
BOSTON MA 02124-0016

KERRY WHITT CO
125 DEATON RD
OWENS CROSS ROADS AL 35763-9553

LABRILLIANTE LLC
330 WASHINGTON ST PMB 231
HOBOKEN NJ 07030-4883

LAMHA
20 W 47ST ST
STE 807
NEW YORK NY 10036-4298

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MCLEOD ASSOCIATES PA
WILLIAM E MCLEOD
10 PROFESSIONAL PARKWAY
HATTIESBURG MS 39402-2636

MCLEOD RIGEL PA
10 PROFESSIONAL PKWY
HATTIESBURG MS 39402-2636

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MONICA S WILSON
309 FEATHER GLN
RIDGELAND MS 39157-8703

NIVODA
580 5TH AVE
STE 2508
NEW YORK NY 10036-4771

OVERNIGHT MOUNTINGS I
1400 PLAZA AVE
NEW HYDE PARK NY 11040-4921

PAUL GARY CARRIERE
GARY CARRIERE
725 WOODLAND ST
SULPHUR LA 70663-1046

ROBERT B IRELAND III ESQ
WATKINS EAGER PLLC
ATTY FOR TDLDC RETAIL I LLC
PO BOX 650
JACKSON MS 39205-0650

S KASHI
175 GREAT NECK RD STE 204
GREAT NECK NY 11021-3313

S KASHI
175 ROAD STE 204
GREAT NECK NY 11021

STULLER
PO BOX 87777
LAFAYETTE LA 70598-7777

STULLER INC
302 RUE LOUIS XIV
LAFAYETTE LA 70508-5735

TDLDC RETAIL I LLC
ROBERT B IRELAND III
P O BOX 650
JACKSON MS 39205-0650

TR JEWELRY CONCEPTS
2707 MT RUSHMORE RD
RAPID CITY SD 57701-5324

THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD SUITE 900
ATLANTA GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20003

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WLBT
715 S JEFFERSON ST
JACKSON MS 39201-5622

WLBT TELEVISION
CO SZABO ASSOCIATES INC
3355 LENOX ROAD NE SUITE 945
ATLANTA GA 30326-1357

WILLIAM E MCLEOD
MCLEOD ASSOCIATES PA
10 PROFESSIONAL PARKWAY
HATTIESBURG MS 39402-2636

WILLIAM E MCLEOD ESQ
MCLEOD ASSOCIATES PA
COUNSEL FOR MCLEOD ASSOCIATES PA
10 PROFESSIONAL PARKWAY
HATTIESBURG MS 39402-2636

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

~~EXCLUDE~~

~~(D)JOSHUA NORRIS PLLC~~

PAUL GARY CARRIERE
CARRIERE INTERNATIONAL
725 WOODLAND ST
SULPHUR LA 70663-1046

STEPHEN SMITH
1052 HIGHLAND COLONY PKWY
SUITE 100
RIDGELAND MS 39157-8764

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~